IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **DePuy Mitek, Inc.**<br>a Massachusetts Corporation<br><br>Plaintiff.<br><br>v.<br><br>**Arthrex, Inc.**<br>a Delaware Corporation<br><br>Defendant. | **PLAINTIFF DEPUY MITEK, INC.'S**<br>**CORPORATE DISCLOSURE STATEMENT**<br><br>04 - 12457 PBS |

Pursuant to Local Rule 7.3(A), Plaintiff DePuy Mitek, Inc. makes the following corporate disclosure statement:

Plaintiff DePuy Mitek, Inc. is a wholly owned subsidiary of Ethicon, Inc. and Ethicon, Inc. is a wholly owned subsidiary of Johnson & Johnson.

DEPUY MITEK, INC.,
By its attorneys

Daniel J. Gleason (BBO #194900)
Michelle Chassereau Jackson (BBO #654825)
Nutter McClennen & Fish LLP
World Trade Center West
155 Seaport Boulevard
Boston, MA 02210-2604
(617) 439-2000

and

Dianne B. Elderkin (pro hac vice)
Lynn A. Malinoski (pro hac vice)
Michael J. Bonella (pro hac vice)
Erich M. Falke (pro hac vice)
WOODCOCK WASHBURN LLP
One Liberty Place - 46th Floor
17th and Market Streets
Philadelphia, PA 19103
(215) 568-3100

FILING FEE PAID:
RECEIPT # 60292
AMOUNT $ 150.00
BY DPTY CLK EEQ
DATE 11/22/04

Dated: November 19, 2004

1380645.1