## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DePuy Mitek, Inc.<br>    a Massachusetts Corporation<br><br>        Plaintiff.<br><br>        v.<br><br>Arthrex, Inc.<br>    a Delaware Corporation<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No. 04-12457-PBS

## MOTION PURSUANT TO LOCAL DISTRICT COURT
## RULE 83.5.3 FOR ADMISSION *PRO HAC VICE*

Michelle Chassereau Jackson, a member in good standing of the Bar of this Court, and a member of the law firm of Nutter, McClennen & Fish LLP, hereby moves the Court to enter an order permitting Lynn A. Malinoski, Erich M. Falke, Dianne B. Elderkin, and Michael J. Bonella to appear *pro hac vice* before the Court to represent the plaintiffs in the above-captioned case.  In support of this motion, undersigned counsel respectfully states as follows:

1.      Ms. Malinoski, Mr. Falke, Ms. Elderkin, and Mr. Bonella are members of the firm of Woodcock Washburn LLP, which maintains an office for the practice of law at One Liberty Place, 46th Floor, Philadelphia, Pennsylvania 19103.

2.      I have attached certificates of Ms. Malinoski, Mr. Falke, Ms. Elderkin, and Mr. Bonella, as required by Local Rule 83.5.3(b).  These certificates indicate that Ms. Malinoski, Mr. Falke, Ms. Elderkin, and Mr. Bonella are in full compliance with the requirements of the local rule for admission *pro hac vice*.

3.    The undersigned counsel requests that this Court allow the motion so that Ms. Malinoski, Mr. Falke, Ms. Elderkin, and Mr. Bonella can file pleadings and appear and be heard at all proceedings in this case on behalf of the plaintiff.

4.    I have appeared in this action on behalf of the plaintiffs by signing the plaintiff's Complaint and Jury Demand.

WHEREFORE, undersigned counsel respectfully requests that the Court enter an order permitting Lynn A. Malinoski, Erich M. Falke, Dianne B. Elderkin, and Michael J. Bonella to appear *pro hac vice* in this case.

Respectfully submitted,

Michelle Chassereau Jackson (BBO #654825)
Nutter McClennen & Fish LLP
World Trade Center West
155 Seaport Boulevard
Boston, MA 02210-2604
(617) 439-2000
*Attorney for Plaintiff*

Dated: December 16, 2004

1388079.1

**CERTIFICATE OF SERVICE**
I hereby certify that on this day a true copy of the above document was served upon the attorneys of record for each party by mail/by hand
Date: 12/16/04

-2-

## CERTIFICATE UNDER RULE 83.5.3

I, Lynn A. Malinoski, hereby certify that (1) I am a member of the Bar in good standing in every jurisdiction where I have been admitted to practice; (2) there are no disciplinary proceedings against me as a member of the Bar in any jurisdiction; and (3) I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Lynn A. Malinoski

Dated: 14 December 2004

1381834.1

CERTIFICATE UNDER RULE 83.5.3

I, Erich M. Falke, hereby certify that (1) I am a member of the Bar in good standing in every jurisdiction where I have been admitted to practice; (2) there are no disciplinary proceedings against me as a member of the Bar in any jurisdiction; and (3) I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Erich M. Falke

Dated: 12/14/04

1381835.1

CERTIFICATE UNDER RULE 83.5.3

I, Dianne B. Elderkin, hereby certify that (1) I am a member of the Bar in good standing in every jurisdiction where I have been admitted to practice; (2) there are no disciplinary proceedings against me as a member of the Bar in any jurisdiction; and (3) I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

*Dianne Elderkin*

Dianne B. Elderkin

Dated: *Dec. 14, 2004*

1381833.1

CERTIFICATE UNDER RULE 83.5.3

I, Michael J. Bonella, hereby certify that (1) I am a member of the Bar in good standing in every jurisdiction where I have been admitted to practice; (2) there are no disciplinary proceedings against me as a member of the Bar in any jurisdiction; and (3) I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Michael J. Bonella

Dated: _December 14, 2004_

1381836.1