UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DePuy Mitek, Inc.

              Plaintiff,                  CIVIL ACTION
                                          NO.   04-12457-PBS

         v.

Arthrex, Inc.

              Defendant.

**NOTICE OF RESCHEDULED SCHEDULING CONFERENCE**

SARIS, U.S.D.J.                                   January 27, 2005

       The Scheduling Conference  previously scheduled for February 7, 2005, has been **rescheduled** to **February 18, 2005, at 3:00 p.m.**

                                      By the Court,

                                      ./s/ Robert C. Alba
                                    Deputy Clerk

Copies to:  All Counsel

resched.ntc