IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **DePuy Mitek, Inc.**<br>    a Massachusetts Corporation<br><br>    **Plaintiff.**<br><br>    v.<br><br>**Arthrex, Inc.**<br>    a Delaware Corporation<br><br>    **Defendant.** | )<br>)<br>)<br>)<br>)<br>)   Civil No. 04-12457 PBS<br>)<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFF DEPUY MITEK'S MOTION TO JOIN**

**PEARSALLS LIMITED AS A CO-DEFENDANT**

DePuy Mitek, Inc. moves under Federal Rules of Civil Procedure 15 and 20 to add Pearsalls Limited as a co-defendant to this action. Amending the Complaint to add Pearsalls as a co-defendant is proper. This motion is supported by the accompanying memorandum and exhibits submitted therewith.

A proposed form of Order is attached hereto as Exhibit A.

> DEPUY MITEK, INC.,
>
> By its attorneys,
>
> /s/ Michelle Chassereau Jackson
> Daniel J. Gleason (BBO #194900)
> Michelle Chassereau Jackson (BBO #654825)
> Nutter McClennen & Fish LLP
> World Trade Center West
> 155 Seaport Boulevard
> Boston, MA 02210-2604
> (617) 439-2000
>
> and
>
> Dianne B. Elderkin (pro hac vice)
> Lynn A. Malinoski (pro hac vice)
> Michael J. Bonella (pro hac vice)
> Erich M. Falke (pro hac vice)
> WOODCOCK WASHBURN LLP
> One Liberty Place - 46th Floor
> 17th and Market Streets
> Philadelphia, PA 19103
> (215) 568-3100

Dated: August 31, 2005

## LOCAL RULE 7.1 CERTIFICATION

I, Michael J. Bonella, counsel for Plaintiff, DePuy Mitek, certify that on August 24, 2005, August 26, 2005, and August 29, 2005, I conferred with Charles Saber, counsel for Defendant, Arthrex, Inc. to resolve the issues presented in "DePuy Mitek's Motion to Join Pearsalls, Ltd. as a Co-Defendant." Mr. Saber advised me that although Arthrex does not consent to the motion, Arthrex does not oppose the motion and would not file an opposition to the motion.

/s/ Michael J. Bonella/mcj
Michael J. Bonella

**CERTIFICATE OF SERVICE**
I hereby certify that on this day a true copy of the above document was served upon the attorneys of record for each party by mail/by hand
Date: 8/31/05  /s/ Michelle Jackson

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **DePuy Mitek, Inc.** <br> a Massachusetts Corporation <br><br> Plaintiff. <br><br> v. <br><br> **Arthrex, Inc.** <br> a Delaware Corporation <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil No. 04-12457 PBS <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**[PROPOSED] ORDER GRANTING PLAINTIFF DEPUY MITEK'S MOTION**

**TO JOIN PEARSALLS LIMITED AS A CO-DEFENDANT**

AND NOW, this _____ day of _____, 2005, upon consideration of the DePuy Mitek's Motion To Join Pearsalls Limited As A Co-Defendant,

It is hereby ORDERED that the Motion is GRANTED.

DePuy Mitek will submit an Amended Complaint within 10 days of the entry of this Order.

Date:_____                                     _____

United States District Judge Saris