IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **DePuy Mitek, Inc.**<br>    a Massachusetts Corporation<br><br>        **Plaintiff,**<br><br>    v.<br><br>**Arthrex, Inc.**<br>    a Delaware Corporation and<br><br>**Pearsalls Ltd.**<br>    a Private Limited Company<br>    of the United Kingdom<br><br>        **Defendants.** | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil No. 04-12457 PBS<br>)<br>)<br>)<br>)<br>)<br>) |

## JOINT MOTION FOR ENTRY OF A REVISED SCHEDULING ORDER

DePuy Mitek, Inc. ("DePuy Mitek"), Arthrex, Inc. ("Arthrex"), and Pearsalls Ltd. ("Pearsalls") (the "Parties"), hereby jointly move the Court for entry of a revised scheduling order in the above captioned case. The Parties agree that a modification in the fact discovery schedule is required to allow necessary discovery to be completed. The Parties' proposed revision extends the deadlines for completing depositions that have been noticed as of January 18, 2006, but have not yet been completed. The Parties' proposed revision also extends the deadline for filing opening and responsive expert reports, and adds deadlines for filing rebuttal expert reports, but it does not alter the dates for filing dispositive motions or trial readiness. The Parties move the Court for entry of the proposed scheduling Order attached hereto, which would revise the Scheduling Order as follows:

| Event | Date |
|---|---|
| Fact discovery cut-off for noticed depositions | February 28, 2006 |
| Parties serve opening expert reports on the issues on which they bear the burden of proof | March 3, 2006 |
| Responsive expert reports | March 24, 2006 |
| Rebuttal expert reports | April 7, 2006 |
| Close of expert discovery | April 28, 2006 |

The parties are trying to schedule Mr. Don Grafton's deposition before the proposed February 28, 2006 deadline, but because of his schedule that may not be possible. Mr. Grafton is retired from Arthrex and he has been traveling extensively and finding a mutually convenient time for his depositions has been difficult. The parties expect to complete his deposition some time in early March.

Respectfully Submitted,

| Counsel for Plaintiff | Counsel for Defendants |
|---|---|
| By:  /s/ Michelle Chassereau Jackson | By:  /s/ Charles W. Saber |
| DEPUY MITEK, INC., | ARTHREX, INC. and PEARSALLS LTD., |
| Daniel J. Gleason (BBO #194900)<br>Michelle Chassereau Jackson (BBO #654825)<br>NUTTER MCCLENNEN & FISH LLP<br>World Trade Center West<br>155 Seaport Boulevard<br>Boston, MA. 02210-2604<br>(617) 439-2000<br>Facsimile: (617) 310-9000 | Christopher Weld, Jr. (BBO # 522230)<br>Raymond P. Ausrotas (BBO # 640315)<br>TODD & WELD LLP<br>28 State Street, 31st Floor<br>Boston, MA 02109<br>(617) 720-2626<br>Facsimile: (617) 227-5777 |
| Dianne B. Elderkin<br>Lynn A. Malinoski<br>Michael J. Bonella<br>Erich M. Falke | Charles W. Saber<br>Stephen A. Soffen<br>Salvatore P. Tamburo<br>DICKSTEIN SHAPIRO MORIN |

2

| | |
|---|---|
| WOODCOCK WASHBURN LLP<br>One Liberty Place - 46th Floor<br>17th and Market Streets<br>Philadelphia, PA 19103<br>(215) 568-3100<br>Facsimile: (215)568-3439 | & OSHINSKY LLP<br>2101 L Street NW<br>Washington, D.C. 20037-1526<br>(202) 785-9700<br>Facsimile: (202) 887-0689 |
| Dated: February 3, 2006 | Dated: February 3, 2006 |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **DePuy Mitek, Inc.**<br>    a Massachusetts Corporation<br><br>    **Plaintiff,**<br><br>    v.<br><br>**Arthrex, Inc.**<br>    a Delaware Corporation and<br><br>**Pearsalls Ltd.**<br>     a Private Limited Company<br>    of the United Kingdom<br><br>    **Defendants.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Civil No. 04-12457 PBS |

### REVISED SCHEDULING ORDER

Upon consideration of the Joint Motion for Entry of a Revised Scheduling Order, the following revised scheduling order is hereby entered in the above-captioned matter.

| Event | Date |
|---|---|
| Fact discovery cut-off for noticed depositions | February 28, 2006 |
| Parties serve opening expert reports on the issues on which they bear the burden of proof | March 3, 2006 |
| Responsive expert reports | March 24, 2006 |
| Rebuttal expert reports | April 7, 2006 |
| Close of expert discovery | April 28, 2006 |

**SO ORDERED** on this _____ day of _____, 2006.

_____
United States District Judge

1502030.1

4