IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DePuy Mitek, Inc.<br>    a Massachusetts Corporation<br><br>    Plaintiff,<br><br>    v.<br><br>Arthrex, Inc.,<br>    a Delaware Corporation and<br><br>Pearsalls Ltd.<br>    a Private Limited Company<br>    of the United Kingdom<br><br>    Defendants. | Case No. 04-12457 PBS |

**Stipulation of Dismissal of Arthrex's & Pearsalls'
Patent Misuse Defenses and Counterclaim**

1.   Arthrex agrees to a dismissal with prejudice under Fed. R. Civ. P. 41(c) of its patent misuse counterclaim as alleged in part of paragraph 7 of its Counterclaim filed in Response to DePuy Mitek's Amended Complaint.

2.   Pearsalls agrees to a dismissal with prejudice under Fed. R. Civ. P. 41(c) of its patent misuse counterclaim as alleged in part of paragraph 7 of its Counterclaim.

3.   Arthrex agrees to withdraw its affirmative defense of patent misuse as alleged in paragraph 22 of its Answer filed in Response to DePuy Mitek's Amended Complaint.

4.   Pearsalls agrees to withdraw its affirmative defense of patent misuse as alleged in paragraph 23 of its Answer.

| | |
|---|---|
| Date:  February 8, 2006<br>   /s/ Michelle Chassereau Jackson<br><br>**DEPUY MITEK, INC.**<br><br>Daniel J. Gleason (BBO #194900)<br>Michelle Chassereau Jackson (BBO #654825)<br>NUTTER MCCLENNEN & FISH LLP<br>World Trade Center West<br>155 Seaport Boulevard<br>Boston, MA  02210-2604<br>(617) 439-2000 | Date:  February 8, 2006<br>   /s/ Christopher Weld, Jr.<br><br>**ARTHREX, INC. and PEARSALLS LTD.**<br><br>Christopher Weld, Jr. (BBO # 522230)<br>Raymond P. Ausrotas (BBO # 640315)<br>TODD & WELD LLP<br>28 State Street, 31st Floor<br>Boston, MA 02109<br>(617) 720-2626<br>Facsimile: (617) 227-5777 |

DSMDB.2037639.1

| | |
|---|---|
| **Dianne B. Elderkin** | **Charles W. Saber** |
| **Lynn A. Malinoski** | **Stephen A. Soffen** |
| **Michael J. Bonella** | **Salvatore P. Tamburo** |
| **Erich M. Falke** | **DICKSTEIN SHAPIRO MORIN** |
| **WOODCOCK WASHBURN LLP** | **& OSHINSKY LLP** |
| **One Liberty Place -- 46th Floor** | **2101 L Street NW** |
| **17th and Market Streets** | **Washington, D.C. 20037-1526** |
| **Philadelphia, PA 19103** | **(202) 785-9700** |
| **(215) 568-3100** | **Facsimile: (202) 887-0689** |
| **Facsimile: (215) 568-3439** | |

**SO ORDERED this __ day of _____**

_____
**United States District Court Judge**

DSMDB.2037639.1

## CERTIFICATE OF SERVICE

    I certify that the foregoing Stipulation of Dismissal of Arthrex's & Pearsalls' Patent Misuse Defenses and Counterclaim was served electronically on counsel for Arthrex and Pearsalls on February 8, 2006 as identified below:

    Charles W. Saber, Esq.
    Dickstein Shapiro Morin & Oshinsky LLP
    2101 L Street, N.W.
    Washington, D.C. 20037
    Fax: (202) 887-0689
    saberc@dsmo.com

    Christopher Weld, Jr.
    Todd & Weld LLP
    28 State Street, 31st Floor
    Boston, MA 02109
    Fax: (617) 227-5777
    weldc@toddweld.com

**Dated: February 8, 2006**          /s/ Michelle Chassereau Jackson
                                     **Michelle Chassereau Jackson**

**1503339.1**