IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **DePuy Mitek, Inc.**<br>    a Massachusetts Corporation<br><br>        **Plaintiff,**<br><br>        v.<br><br>**Arthrex, Inc.**<br>    a Delaware Corporation and<br><br>**Pearsalls Ltd.**<br>     a Private Limited Company<br>    of the United Kingdom<br><br>        **Defendants.** | )<br>)<br>)<br>)<br>)<br>)  Civil No. 04-12457 PBS<br>)<br>)<br>)<br>)<br>)<br>) |

**JOINT MOTION FOR ENTRY OF A REVISED SCHEDULING ORDER**

DePuy Mitek, Inc. ("DePuy Mitek"), Arthrex, Inc. ("Arthrex"), and Pearsalls Ltd. ("Pearsalls") (the "Parties"), hereby jointly move the Court for entry of a revised scheduling order in the above captioned case. The Parties have worked diligently to maintain the original schedule. However, the Parties agree that a modification in the pretrial schedule is required due to scheduling conflicts for both parties' counsel. Counsel for DePuy Mitek have a trial scheduled to begin on May 11, 2006 in Chicago, and counsel for Arthrex and Pearsalls have a trial scheduled to begin on April 17, 2006 in Tampa. The Parties agree that the proposed modification is needed to accommodate these trial schedules.

The Parties' proposed revision extends the deadlines for exchanging rebuttal expert reports and completing expert discovery, for filing dispositive motions and trial readiness by approximately two months. The Parties respectfully move the Court for entry of the proposed scheduling Order attached hereto, which would revise the Scheduling Order as follows:

| Event | Date |
|---|---|
| Rebuttal expert reports | April 13, 2006 |
| Close of expert discovery | June 30, 2006 |
| Opening Briefs on Summary Judgment (last day to file dispositive motions) and Claim Construction | July 26, 2006 |
| Opposition Summary Judgment Briefs and Claim Construction | August 16, 2006 |
| Reply Summary Judgment Briefs and Claim Construction | August 25, 2006 |
| Summary Judgment and *Markman* Hearing | Week of September 25, 2006 (or such other time convenient with the Court's schedule) |
| Final Pretrial Conference | October 27, 2006 (or such other time convenient with the Court's schedule) |
| Trial (5-7 days) | November 13, 2006 (or such other time convenient with the Court's schedule) |

Respectfully Submitted,

Counsel for Plaintiff

By: /s/ Michelle Chassereau Jackson

DEPUY MITEK, INC.,

Daniel J. Gleason (BBO #194900)
Michelle Chassereau Jackson (BBO #654825)
NUTTER MCCLENNEN & FISH LLP
World Trade Center West
155 Seaport Boulevard
Boston, MA. 02210-2604
(617) 439-2000
Facsimile: (617) 310-9000

Counsel for Defendants

By: /s/ Charles W. Saber

ARTHREX, INC. and PEARSALLS LTD.,

Christopher Weld, Jr. (BBO # 522230)
Raymond P. Ausrotas (BBO # 640315)
TODD & WELD LLP
28 State Street, 31st Floor
Boston, MA 02109
(617) 720-2626
Facsimile: (617) 227-5777

| | |
|---|---|
| Dianne B. Elderkin | Charles W. Saber |
| Lynn A. Malinoski | Stephen A. Soffen |
| Michael J. Bonella | Salvatore P. Tamburo |
| Erich M. Falke | DICKSTEIN SHAPIRO MORIN |
| WOODCOCK WASHBURN LLP | & OSHINSKY LLP |
| One Liberty Place - 46th Floor | 2101 L Street NW |
| 17th and Market Streets | Washington, D.C. 20037-1526 |
| Philadelphia, PA 19103 | (202) 785-9700 |
| (215) 568-3100 | Facsimile: (202) 887-0689 |
| Facsimile: (215)568-3439 | |
| | |
| Dated:  April 11, 2006 | Dated:  April 11, 2006 |

**CERTIFICATE OF SERVICE**

I certify that the foregoing **JOINT MOTION FOR ENTRY OF A REVISED SCHEDULING ORDER** was served electronically on counsel for Arthrex and Pearsalls on April 11, 2006 as identified below:

>Charles W. Saber, Esq.
>Dickstein Shapiro Morin & Oshinsky LLP
>2101 L Street, N.W.
>Washington, D.C. 20037
>Fax: (202) 887-0689
>saberc@dsmo.com
>
>Christopher Weld, Jr.
>Todd & Weld LLP
>28 State Street, 31st Floor
>Boston, MA 02109
>Fax: (617) 227-5777
>weldc@toddweld.com

| | |
|---|---|
| Dated: April 11, 2006 | /s/ Michelle Chassereau Jackson |
| | Michelle Chassereau Jackson |

1520499.1

3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **DePuy Mitek, Inc.**<br>    a Massachusetts Corporation<br><br>        Plaintiff,<br><br>    v.<br><br>**Arthrex, Inc.**<br>    a Delaware Corporation and<br><br>**Pearsalls Ltd.**<br>    a Private Limited Company<br>    of the United Kingdom<br><br>        Defendants. | Civil No. 04-12457 PBS |

## REVISED SCHEDULING ORDER

Upon consideration of the Joint Motion for Entry of a Revised Scheduling Order, the following revised scheduling order is hereby entered in the above-captioned matter.

| Event | Date |
|---|---|
| **Rebuttal expert reports** | April 13, 2006 |
| **Close of expert discovery** | June 30, 2006 |
| **Opening Briefs on Summary Judgment (last day to file dispositive motions) and Claim Construction** | July 26, 2006 |
| **Opposition Summary Judgment Briefs and Claim Construction** | August 16, 2006 |
| **Reply Summary Judgment Briefs and Claim Construction** | August 25, 2006 |
| **Summary Judgment and *Markman* Hearing** | Week of September 25, 2006 (or such other time convenient with the Court's schedule) |
| **Final Pretrial Conference** | October 27, 2006 (or such other time convenient with the Court's schedule) |
| **Trial (5-7 days)** | November 13, 2006 (or such other time convenient with the |

|  | **Court's schedule)** |
|--|--|
|  |  |

**SO ORDERED on this \_\_\_\_\_ day of _____, 2006.**

_____
**United States District Judge**

**1520634.1**