IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DePuy Mitek, Inc. )
   a Massachusetts Corporation )
)
   Plaintiff, )
)
   v. )   Civil No. 04-12457 PBS
)
Arthrex, Inc. )
   a Delaware Corporation and )
)
Pearsalls Ltd. )
   a Private Limited Company )
   of the United Kingdom

   Defendants.

## REVISED SCHEDULING ORDER

Upon consideration of the Joint Motion for Entry of a Revised Scheduling Order, the following revised scheduling order is hereby entered in the above-captioned matter.

| Event | Date | |
|---|---|---|
| Rebuttal expert reports | April 13, 2006 | |
| Close of expert discovery | June 30, 2006 | |
| Opening Briefs on Summary Judgment (last day to file dispositive motions) and Claim Construction | July 26, 2006 | |
| Opposition Summary Judgment Briefs and Claim Construction | August 16, 2006 | |
| Reply Summary Judgment Briefs and Claim Construction | August 25, 2006 | |
| Summary Judgment and *Markman* Hearing | Week of September 25, 2006 (or such other time convenient with the Court's schedule) | 9-26-06 AT 2:00 PM |
| Final Pretrial Conference | October 27, 2006 (or such other time convenient with the Court's schedule) | 10-25-06 AT 2:00 PM |
| Trial (5-7 days) | November 13, 2006 (or such other time convenient with the | 11-13-06 AT 9:00 AM |

NOTE: COUNSEL ARE TO ADJUST ALL DATES IN THE COURT'S APRIL 5, 2006, PRETRIAL ORDER COMMENSURATE WITH THE RESCHEDULED TRIAL AND FINAL PRETRIAL CONFERENCE DATES.

| | Court's schedule) |
|---|---|

SO ORDERED on this __11__ day of __April__, 2006.

_____
United States District Judge

1520634.1