# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

**DePuy Mitek, Inc.** )
    a Massachusetts Corporation )
)
      **Plaintiff,** )
)
      v. )    Civil No. 04-12457 PBS
)
**Arthrex, Inc.** )
    a Delaware Corporation and )
)
**Pearsalls Ltd.** )
    a Private Limited Company
    of the United Kingdom

      **Defendants.**

## JOINT MOTION FOR ENTRY OF A REVISED SCHEDULING ORDER

DePuy Mitek, Inc. ("DePuy Mitek"), Arthrex, Inc. ("Arthrex"), and Pearsalls Ltd. ("Pearsalls") (the "Parties"), hereby jointly move the Court for entry of a revised scheduling order in the above captioned case to accommodate expert discovery.

The Parties' proposed revision extends the deadlines for filing dispositive motions by approximately two weeks. The proposed revisions do not affect summary judgment and Markman hearings or the schedule trial. The Parties respectfully move the Court for entry of the proposed scheduling Order attached hereto, which would revise the Scheduling Order as follows:

| Event | Date |
| --- | --- |
| Opening Briefs on Summary Judgment (last day to file dispositive motions) and Claim Construction | August 11, 2006 |
| Opposition Summary Judgment Briefs and Claim Construction | September 1, 2006 |
| Reply Summary Judgment Briefs and Claim Construction | September 15, 2006 |
| Summary Judgment and *Markman* Hearing | September 26, 2006 (no change) |

| Final Pretrial Conference | October 25, 2006 (no change) |
| --- | --- |
| Trial (5-7 days) | November 13, 2006 (no change) |

                                                               Respectfully Submitted,

| Counsel for Plaintiff | Counsel for Defendants |
| --- | --- |
| By:  /s/ Michelle Chassereau Jackson | By:  /s/ Raymond P. Ausrotas |
| DEPUY MITEK, INC., | ARTHREX, INC. and PEARSALLS LTD., |
| Daniel J. Gleason (BBO #194900)<br>Michelle Chassereau Jackson (BBO #654825)<br>NUTTER MCCLENNEN & FISH LLP<br>World Trade Center West<br>155 Seaport Boulevard<br>Boston, MA. 02210-2604<br>(617) 439-2000<br>Facsimile: (617) 310-9000 | Christopher Weld, Jr. (BBO # 522230)<br>Raymond P. Ausrotas (BBO # 640315)<br>TODD & WELD LLP<br>28 State Street, 31st Floor<br>Boston, MA 02109<br>(617) 720-2626<br>Facsimile: (617) 227-5777 |
| Dianne B. Elderkin<br>Lynn A. Malinoski<br>Michael J. Bonella<br>Erich M. Falke<br>WOODCOCK WASHBURN LLP<br>One Liberty Place - 46th Floor<br>17th and Market Streets<br>Philadelphia, PA 19103<br>(215) 568-3100<br>Facsimile: (215)568-3439 | Charles W. Saber<br>Stephen A. Soffen<br>Salvatore P. Tamburo<br>DICKSTEIN SHAPIRO MORIN<br>& OSHINSKY LLP<br>2101 L Street NW<br>Washington, D.C. 20037-1526<br>(202) 785-9700<br>Facsimile: (202) 887-0689 |
| Dated:  June 13, 2006 | Dated:  June 13, 2006 |

## CERTIFICATE OF SERVICE

I certify that the foregoing **JOINT MOTION FOR ENTRY OF A REVISED SCHEDULING ORDER** was served electronically on counsel for Arthrex and Pearsalls on June 13, 2006 as identified below:

    Charles W. Saber, Esq.
    Dickstein Shapiro Morin & Oshinsky LLP
    2101 L Street, N.W.
    Washington, D.C. 20037
    Fax: (202) 887-0689
    saberc@dsmo.com

    Christopher Weld, Jr.
    Todd & Weld LLP
    28 State Street, 31st Floor
    Boston, MA 02109
    Fax: (617) 227-5777
    weldc@toddweld.com

Dated: June 13, 2006                          /s/ Michelle Chassereau Jackson
                                                       Michelle Chassereau Jackson

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **DePuy Mitek, Inc.**<br>     a Massachusetts Corporation<br><br>     **Plaintiff,**<br><br>     v.<br><br>**Arthrex, Inc.**<br>     a Delaware Corporation and<br><br>**Pearsalls Ltd.**<br>     a Private Limited Company<br>     of the United Kingdom<br><br>     **Defendants.** | )<br>)<br>)<br>)<br>)<br>)<br>)   Civil No. 04-12457 PBS<br>)<br>)<br>)<br>)<br>)<br>) |

## REVISED SCHEDULING ORDER

Upon consideration of the Joint Motion for Entry of a Revised Scheduling Order, the following revised scheduling order is hereby entered in the above-captioned matter.

| Event | Date |
|---|---|
| Opening Briefs on Summary Judgment (last day to file dispositive motions) and Claim Construction | August 11, 2006 |
| Opposition Summary Judgment Briefs and Claim Construction | September 1, 2006 |
| Reply Summary Judgment Briefs and Claim Construction | September 15, 2006 |
| Summary Judgment and *Markman* Hearing | September 26, 2006 (no change) |
| Final Pretrial Conference | October 25, 2006 (no change) |
| Trial (5-7 days) | November 13, 2006 (no change) |

**SO ORDERED** on this _____ day of _____, 2006.

_____
United States District Judge

4