IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DePuy Mitek, Inc.<br>     a Massachusetts Corporation<br><br>          Plaintiff,<br><br>     v.<br><br>Arthrex, Inc.<br>     a Delaware Corporation<br><br>          Defendant. | Civil Action No. 04-12457 PBS |

## NOTICE OF CHANGE OF FIRM NAME AND ADDRESS

Pursuant to Rule 83.5.2(e) of the Local Rules of the United States District Court for the District of Massachusetts, counsel for defendant Arthrex, Inc. respectfully notifies the Court that the name of the law firm, the address, telephone and facsimile numbers have changed as reflected below:

Charles W. Saber
Stephen A. Soffen
Salvatore P. Tamburo
DICKSTEIN SHAPIRO LLP
1825 Eye Street, N.W.
Washington, D.C.  20006-5403
Telephone:  (202) 420-3116
Facsimile:  (202) 420-2201

2115028.01

| | |
|---|---|
| Dated: July 18, 2006 | Respectfully submitted,<br><br>By:  ___/s/Salvatore P. Tamburo____<br>Charles W. Saber<br>Stephen A. Soffen<br>Salvatore P. Tamburo<br>DICKSTEIN SHAPIRO LLP<br>1825 Eye Street, N.W.<br>Washington, D.C.  20006-5403<br>Telephone:  (202) 420-3116<br>Facsimile:  (202) 420-2201<br><br>Christopher Weld, Jr. (BBO # 522230)<br>Raymond P. Ausrotas (BBO # 640315)<br>TODD & WELD LLP<br>28 State Street, 31st Floor<br>Boston, MA 02109<br>Telephone:  (617) 720-2626<br>Facsimile:  (617) 227-5777<br><br>Counsel for Defendants<br>Arthrex, Inc. and Pearsalls Ltd. |

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Notice of Change of Firm Name and Address was served, via the Court's email notification system, on the following counsel for Plaintiff on the 18th day of July 2006:

Lynn A. Malinoski
Woodcock Washburn, LLP
One Liberty Place, 46th Floor
Philadelphia, PA. 19103
Telephone: (215) 568-3100
Facsimile: (215) 568-3439

Daniel J. Gleason
Nutter McClennan & Fish LLP
World Trade Center West
155 Seaport Boulevard
Boston, MA 02210-2604
Telephone: (617) 439-2000
Facsimile: (617) 310-9000

/s/Salvatore P. Tamburo

2115028.01