IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DePuy Mitek, Inc.<br>    a Massachusetts Corporation<br><br>        Plaintiff,<br><br>    v.<br><br>Arthrex, Inc.<br>    a Delaware Corporation<br><br>        Defendant. | Civil Action No. 04-12457 PBS |

## JOINT MOTION FOR LEAVE TO FILE RESPECTIVE MEMORANDA OF LAW IN SUPPORT OF SUMMARY JUDGMENT MOTIONS AND RESPECTIVE *MARKMAN* BRIEFS IN EXCESS OF PAGE LIMIT SET BY LOCAL RULE 7.1(b)(4)

Plaintiff DePuy Mitek, Inc. ("DePuy Mitek") and defendants Arthrex, Inc. and Pearsalls, Ltd. ("Pearsalls") (collectively, "the parties") jointly move this Court for an Order granting the parties leave to file: i) up to 30 pages of memoranda of law in support of their respective summary judgment motion; and ii) up to 25 pages for their respective *Markman* briefs.

As explained more fully in the accompanying memorandum, both parties are simultaneously filing *Markman* briefs seeking the Court's construction of certain claim terms and dispositive motions on multiple issues. The parties believe that the complex technical and legal issues involved in both these papers compel discussion and argument that extend beyond the 20 page limit set by Local Rule 7.1(b)(4).

2124652.01

Dated:  August 7, 2006                              Respectfully submitted,

Counsel for Plaintiff                               Counsel for Defendants

By:  /s/Lynn A. Malinoski                           By:  /s/Charles W. Saber

DePuy Mitek, Inc.                                   Arthrex, Inc. and Pearsalls, Ltd.

Diane B. Elderkin                                   Charles W. Saber
Lynn A. Malinoski                                   Stephen A. Soffen
Michael J. Bonella                                  Salvatore P. Tamburo
Erich M. Falke                                      DICKSTEIN SHAPIRO LLP
WOODCOCK WASHBURN LLP                               1825 Eye Street N.W.
One Liberty Place – 46th Floor                      Washington, D.C. 20006
Philadelphia, PA 19103                              Telephone: (202) 420-3116
Telephone: (215) 568-3100                           Facsimile: (202) 420-2201
Facsimile: (215) 568-3439

                                                    Christopher Weld, Jr. (BBO #522230)
Daniel J. Gleason (BBO# 194900)                     Raymond P. Ausrotas (BBO# 640315)
Michelle Chassereau Jackson (BBO # 654825)          TODD & WELD LLP
NUTTER MCCLENNEN & FISH LLP                         28 State Street, 31st Floor
World Trade Center West                             Boston, MA 02109
155 Seaport Boulevard                               Telephone: (617) 720-2626
Boston, MA 02210-2604                               Facsimile: (617) 227-5777
Telephone: (617) 439-2000
Facsimile: (617) 310-9000

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DePuy Mitek, Inc.<br>    a Massachusetts Corporation<br><br>        Plaintiff,<br><br>v.<br><br>Arthrex, Inc.<br>    a Delaware Corporation<br><br>        Defendant. | Civil Action No. 04-12457 PBS |

**ORDER**

Upon consideration of the joint motion for leave to file respective memoranda of law in support of summary judgment motions and respective *Markman* briefs in excess of page limit set by local rule 7.1(b)(4), and memorandum in support thereof, it is ORDERED that the motion is GRANTED.

This __ day of August, 2006.       _____

                                                  PATTI B. SARIS
                                    UNITED STATES DISTRICT COURT JUDGE