THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **DEPUY MITEK, INC.,**<br>　　　a Massachusetts Corporation,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>**ARTHREX, INC.,**<br>　　　a Delaware Corporation and<br><br>**PEARSALLS LTD.**<br>　　　a Private Limited Company of<br>　　　the United Kingdom<br><br>　　　　　　Defendants. | **Civil No. 04-12457 PBS** |

**DePuy Mitek's Local Rule 7.1(a)(2) Certification Of Good Faith Conference In Support Of Its Motion To Preclude Arthrex, Inc. and Pearsalls Ltd. From "Supplementing" Their Expert <u>Reports and Depositions</u>**

Pursuant to Local Rule 7.1(a)(2), DePuy Mitek, Inc.'s counsel certifies that it met and conferred by telephone in good faith with Arthrex's counsel on August 1, 2006 to resolve or narrow the issues addressed in Mitek's Motion to Preclude Arthrex, Inc. and Pearsalls Ltd. From "Supplementing" Their Expert Reports and Depositions. The parties were unable to resolve the issues.

Dated: August 10, 2006

DEPUY MITEK, INC.,
By its attorneys,
 /s/ Michael J. Bonella
Dianne B. Elderkin
Lynn A. Malinoski
Michael J. Bonella
Erich M. Falke
WOODCOCK WASHBURN LLP
One Liberty Place - 46th Floor
Philadelphia, PA 19103
(215) 568-3100

        Daniel J. Gleason (BBO #194900)
        Michelle Chassereau Jackson (BBO #654825)
        Nutter McClennen & Fish LLP
        World Trade Center West
        155 Seaport Boulevard
        Boston, MA. 02210-2604

## CERTIFICATE OF SERVICE

I certify that I am counsel for DePuy Mitek, Inc. and that a true and correct copy of **DePuy Mitek's Local Rule 7.1(a)(2) Certification Of Good Faith Conference In Support Of Its Motion To Preclude Arthrex, Inc. and Pearsalls Ltd. From "Supplementing" Their Expert Reports and Depositions** was served on counsel for Defendants Arthrex, Inc. and Pearsalls Ltd. on this date via the Court's e-mail notification with the following recipients being listed as filing users for Defendants:

>Charles W. Saber
>Dickstein Shapiro
>1825 Eye Street, NW
>Washington, DC 2006
>saberc@dicksteinshapiro.com

>Raymond P. Ausrotas
>Todd & Weld LLP
>28 State Street, 31st Floor
>Boston, MA 02109
>rausrotas@toddweld.com

Dated: August 10, 2006          /s/ Michael J. Bonella
                                Michael J. Bonella