**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | ) | |
|---|---|---|
| DePuy Mitek, Inc. | ) | |
| a Massachusetts Corporation | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 04-12457 PBS |
| | ) | |
| Arthrex, Inc. | ) | |
| a Delaware Corporation | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANTS ARTHREX, INC.'S AND PEARSALLS, LTD.'S**
**MOTION FOR SUMMARY JUDGMENT**

Pursuant to Fed. R. Civ. P. 56 and Local Rule 56.1, defendants Arthrex, Inc. ("Arthrex") and Pearsalls Ltd. ("Pearsalls") move this Court for an Order granting summary judgment and dismissing the patent infringement claim of plaintiff DePuy Mitek, Inc. in its entirety.

This case involves a claim for infringement of U.S. Patent No. 5, 314,446 ("the '446 patent"). There are two separate reasons why the undisputed facts demonstrate that there is no infringement. As explained in more detail in the accompanying memorandum and the concurrently-filed *Markman* claim interpretation brief, the term "PE" in the '446 patent should be construed to mean general purpose polyethylene, which does not include ultra high molecular weight polyethylene ("UHMWPE"). Since the accused products do not contain "PE" as that term should properly be construed, there is no infringement of the asserted claims of the'446 patent.

In addition, the accused product contains a coating, a material that is not identified in the asserted claims. Since the claims include the phrase "consisting essentially of," there is no infringement if the accused products include a material not identified in the claim that affects the basic and novel characteristics of the claimed invention. Since the undisputed facts demonstrate that coating affects the basic and novel characteristics of the asserted claims of the '446 patent, the inclusion of coating on the accused products precludes a finding of infringement.

Finally, in the alternative, should the Court construe the term "PE" to include "UHMWPE," the asserted claims of the '446 patent are invalid for anticipation because United States Patent No. 5,318,575 is prior art that discloses every limitation of the asserted claims of the '446 patent.

The reason in support of this Motion are included in the accompanying Memorandum in Support of Defendants Arthrex, Inc.'s and Pearsalls Ltd.'s Motion for Summary Judgment and concurrently-filed *Markman* brief.

Dated: August 11, 2006                    Respectfully submitted,

                                          By:        /s/Charles W. Saber
                                          Charles W. Saber
                                          Stephen A. Soffen
                                          Salvatore P. Tamburo
                                          DICKSTEIN SHAPIRO LLP
                                          1825 Eye Street, N.W.
                                          Washington, D.C.  20006-5403
                                          Telephone:  (202) 420-3116
                                          Facsimile:  (202) 420-2201

                                          Christopher Weld, Jr. (BBO # 522230)
                                          Raymond P. Ausrotas (BBO # 640315)
                                          TODD & WELD LLP
                                          28 State Street, 31st Floor
                                          Boston, MA 02109
                                          Telephone:  (617) 720-2626
                                          Facsimile:  (617) 227-5777

                                          Counsel for Defendants
                                          Arthrex, Inc. and Pearsalls Ltd.

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing Defendants Arthrex, Inc.'s and Pearsalls, Ltd.'s Motion for Summary Judgment, Memorandum in support thereof and Defendants Arthrex, Inc.'s and Pearsalls, Ltd.'s Concise Statement of Material Facts in Support of Their Motion for Summary Judgment was served, via the Court's email notification system on the following counsel for Plaintiff on the 11th day of August 2006:


Lynn A. Malinoski
Woodcock Washburn, LLP
One Liberty Place, 46th Floor
Philadelphia, PA. 19103
Telephone:  (215) 568-3100
Facsimile:  (215) 568-3439

Daniel J. Gleason
Nutter McClennan & Fish LLP
World Trade Center West
155 Seaport Boulevard
Boston, MA 02210-2604
Telephone:  (617) 439-2000
Facsimile:  (617) 310-9000


                                             /s/Charles W. Saber