IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | ) | |
|---|---|---|
| DePuy Mitek, Inc. | ) | |
| a Massachusetts Corporation | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 04-12457 PBS |
| | ) | |
| Arthrex, Inc. | ) | |
| a Delaware Corporation | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**UNOPPOSED MOTION TO EXTEND TIME FOR FILING BY ABOUT THREE HOURS**

Defendants Arthrex, Inc. ("Arthrex") and Pearsalls, Ltd. ("Pearsalls") move for approximately a three hour extension to file its *Markman* brief and Motion for Summary Judgment and supporting memorandum and Statement of Undisputed Facts.

By Order of the Court, the parties' Markman briefs and Motions for Summary Judgment are due on August 11, 2006. The electronic filing rules require that electronically filed papers need to be filed by 6:00 p.m. of the due date to be considered timely-filed.

The issues presented in the *Markman* brief and in the Motion for Summary Judgment are complex and require a thorough presentation. In addition to the briefs, there are over forty exhibits that need to be coordinated and filed. Defendants did not realize that the electronic filing needed to be done by 6:00 p.m. until late this afternoon. At that point, it was simply impossible to finalize the briefs, gather the necessary documents and make the filings by the 6:00 p.m. deadline. Accordingly, defendants move the Court for an Order granting the approximately three hour extension to complete the filing.

Counsel for defendants have conferred with counsel for plaintiff who consent to this motion.

Dated: August 11, 2006

Respectfully submitted,

By:     /s/Salvatore P. Tamburo
Charles W. Saber
Stephen A. Soffen
Salvatore P. Tamburo
DICKSTEIN SHAPIRO LLP
1825 Eye Street, N.W.
Washington, D.C.  20006-5403
Telephone:  (202) 420-3116
Facsimile:  (202) 420-2201

Christopher Weld, Jr. (BBO # 522230)
Raymond P. Ausrotas (BBO # 640315)
TODD & WELD LLP
28 State Street, 31st Floor
Boston, MA 02109
Telephone:  (617) 720-2626
Facsimile:  (617) 227-5777

Counsel for Defendants
Arthrex, Inc. and Pearsalls Ltd.

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing Unopposed Motion to Extend Time for Filing by About Three Hours was served, via the Court's email notification system on the following counsel for Plaintiff on the 11th day of August 2006:

Lynn A. Malinoski
Woodcock Washburn, LLP
One Liberty Place, 46th Floor
Philadelphia, PA. 19103
Telephone:  (215) 568-3100
Facsimile:  (215) 568-3439

Daniel J. Gleason
Nutter McClennan & Fish LLP
World Trade Center West
155 Seaport Boulevard
Boston, MA 02210-2604
Telephone:  (617) 439-2000
Facsimile:  (617) 310-9000

            /s/Salvatore P. Tamburo