IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DePuy Mitek, Inc.<br>a Massachusetts Corporation<br><br>Plaintiff,<br><br>v.<br><br>Arthrex, Inc.<br>a Delaware Corporation<br><br>Defendant. | Civil Action No. 04-12457 PBS |

**NOTICE OF WITHDRAWAL OF
MOTION TO EXTEND TIME FOR FILING RESPONSE TO DEPUY MITEK, INC.'S
MOTION TO PRECLUDE ARTHREX, INC AND PEARSALLS, LTD. FROM
SUPPLEMENTING THEIR EXPERT REPORTS AND DEPOSITIONS**

Defendants Arthrex, Inc. ("Arthrex") and Pearsalls, Ltd. ("Pearsalls") (together, "defendants") hereby withdraw their motion to extend the time for filing a response to DePuy Mitek, Inc.'s ("DePuy Mitek's") motion to preclude Arthrex and Pearsalls from supplementing their expert reports and depositions until August 30, 2006. The parties subsequently met and conferred on August 21, 2006, and agreed to extend the date for responding until Monday, August 28, 2006. Accordingly, the motion filed on August 21, 2006, is now mooted. A separate unopposed motion is being filed today that will reflect the agreement between the parties to extend the date for responding until Monday, August 28, 2006.

DSMDB-2131990v01

| | |
|---|---|
| Dated: August 22, 2006 | Respectfully submitted,<br><br>By:     /s/Salvatore P. Tamburo<br>Charles W. Saber<br>Stephen A. Soffen<br>Salvatore P. Tamburo<br>DICKSTEIN SHAPIRO LLP<br>1825 Eye Street, N.W.<br>Washington, D.C. 20006-5403<br>Telephone: (202) 420-3116<br>Facsimile: (202) 420-2201<br><br>Christopher Weld, Jr. (BBO # 522230)<br>Raymond P. Ausrotas (BBO # 640315)<br>TODD & WELD LLP<br>28 State Street, 31st Floor<br>Boston, MA 02109<br>Telephone: (617) 720-2626<br>Facsimile: (617) 227-5777<br><br>Counsel for Defendants<br>Arthrex, Inc. and Pearsalls Ltd. |

DSMDB-2131990v01

**CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that a true and correct copy of the foregoing NOTICE OF WITHDRAWAL OF MOTION TO EXTEND TIME FOR FILING RESPONSE TO DEPUY MITEK, INC.'S MOTION TO PRECLUDE ARTHREX, INC AND PEARSALLS, LTD. FROM SUPPLEMENTING THEIR EXPERT REPORTS AND DEPOSITIONS, Memorandum in support thereof and proposed Order were served, via the Court's email notification system on the following counsel for Plaintiff on the 22nd day of August 2006:

Lynn A. Malinoski
Woodcock Washburn, LLP
One Liberty Place, 46th Floor
Philadelphia, PA. 19103
Telephone: (215) 568-3100
Facsimile: (215) 568-3439

Daniel J. Gleason
Nutter McClennan & Fish LLP
World Trade Center West
155 Seaport Boulevard
Boston, MA 02210-2604
Telephone: (617) 439-2000
Facsimile: (617) 310-9000

              /s/Salvatore P. Tamburo