**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |  |
|---|---|---|
| DePuy Mitek, Inc. | ) | |
|   a Massachusetts Corporation | ) | |
| | ) | |
|       Plaintiff, | ) | |
| | ) | |
|      v. | ) | Civil Action No. 04-12457 PBS |
| | ) | |
| Arthrex, Inc. | ) | |
|   a Delaware Corporation | ) | |
| | ) | |
|      Defendant. | ) | |
| | ) | |

**UNOPPOSED MOTION TO EXTEND TIME FOR FILING RESPONSE TO DEPUY MITEK, INC.'S MOTION TO PRECLUDE ARTHREX, INC AND PEARSALLS, LTD. FROM SUPPLEMENTING THEIR EXPERT REPORTS AND DEPOSITIONS**

Defendants Arthrex, Inc. ("Arthrex") and Pearsalls, Ltd. ("Pearsalls") (together, "defendants") move to extend the time for filing a response to DePuy Mitek, Inc.'s ("DePuy Mitek's") motion to preclude Arthrex and Pearsalls from supplementing their expert reports and depositions until August 28, 2006.

According to local rule 7.1(b)(2), a response to DePuy Mitek's motion is due on August 23, 2006. In accordance with Local Rule 7.1(a)(2), counsel for defendants certify that they conferred with counsel for DePuy Mitek on August 21, 2006. DePuy Mitek does not oppose this motion.

Dated: August 22, 2006                      Respectfully submitted,

                                            By: _____/s/Salvatore P. Tamburo_____
                                            Charles W. Saber
                                            Stephen A. Soffen
                                            Salvatore P. Tamburo
                                            DICKSTEIN SHAPIRO LLP
                                            1825 Eye Street, N.W.
                                            Washington, D.C. 20006-5403
                                            Telephone: (202) 420-3116
                                            Facsimile: (202) 420-2201

                                            Christopher Weld, Jr. (BBO # 522230)
                                            Raymond P. Ausrotas (BBO # 640315)
                                            TODD & WELD LLP
                                            28 State Street, 31st Floor
                                            Boston, MA 02109
                                            Telephone: (617) 720-2626
                                            Facsimile: (617) 227-5777

                                            Counsel for Defendants
                                            Arthrex, Inc. and Pearsalls Ltd.

DSMDB-2132003v01

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing UNOPPOSED

MOTION TO EXTEND TIME FOR FILING RESPONSE TO DEPUY MITEK, INC.'S

MOTION TO PRECLUDE ARTHREX, INC AND PEARSALLS, LTD. FROM

SUPPLEMENTING THEIR EXPERT REPORTS AND DEPOSITIONS and proposed

Order were served, via the Court's email notification system on the following counsel for

Plaintiff on the 22nd day of August 2006:


Lynn A. Malinoski
Woodcock Washburn, LLP
One Liberty Place, 46th Floor
Philadelphia, PA. 19103
Telephone:  (215) 568-3100
Facsimile:  (215) 568-3439

Daniel J. Gleason
Nutter McClennan & Fish LLP
World Trade Center West
155 Seaport Boulevard
Boston, MA 02210-2604
Telephone:  (617) 439-2000
Facsimile:  (617) 310-9000


                                    /s/Salvatore P. Tamburo

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |  |
|---|---|---|
| DePuy Mitek, Inc.<br>    a Massachusetts Corporation | )<br>)<br>)<br>) | |
| Plaintiff, | )<br>) | |
| v. | )<br>) | Civil Action No. 04-12457 PBS |
| Arthrex, Inc.<br>    a Delaware Corporation | )<br>)<br>) | |
| Defendant. | )<br>)<br>) | |

**<u>ORDER</u>**

Upon consideration of the Unopposed Motion to Extend Time for Filing Response to DePuy Mitek, Inc.'s Motion to Preclude Arthrex, Inc and Pearsalls, Ltd. From Supplementing Their Expert Reports and Depositions, it is ORDERED that the motion is GRANTED.

This __ day of August, 2006.

_____
PATTI B. SARIS
UNITED STATES DISTRICT COURT JUDGE

2132031.01