THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **DePuy Mitek, Inc.**<br>    a Massachusetts Corporation<br><br>        **Plaintiff,**<br><br>        v.<br><br>**Arthrex, Inc.**<br>    a Delaware Corporation and<br><br>**Pearsalls Ltd.**<br>     a Private Limited Company<br>     of the United Kingdom<br><br>        **Defendants.** | )<br>)<br>)<br>)<br>)<br>)  Civil No. 04-12457 PBS<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DePuy Mitek's Unopposed Motion To Extend The Page Limit For Mitek's Opposition
<u>Memorandum To Arthrex's Motion For Summary Judgment</u>**

Mitek requests that the page limit for its Opposition Memorandum to Arthrex's & Pearsalls' Motion For Summary Judgment be extended to thirty pages. Mitek has conferred with Arthrex & Pearsalls, and they do not oppose this motion. At Arthrex's and Pearsalls' request, Mitek agreed to extend the page limit to thirty pages for opening summary judgment memorandums. Under the local rules, opening and opposing summary judgment memorandums have the same page limits. Accordingly, Mitek requests that its unopposed motion be granted.

Date: September 1, 2006                        DEPUY MITEK, INC.,
                                               By its attorneys,

                                                /s/ Erich M. Falke
                                               Dianne B. Elderkin
                                               Lynn A. Malinoski
                                               Michael J. Bonella
                                               Erich M. Falke
                                               WOODCOCK WASHBURN LLP
                                               One Liberty Place - 46th Floor
                                               17th and Market Streets
                                               Philadelphia, PA 19103
                                               (215) 568-3100

Daniel J. Gleason (BBO #194900)
Michelle Chassereau Jackson (BBO 654825)
NUTTER MCCLENNEN & FISH LLP
World Trade Center West
155 Seaport Boulevard
Boston, MA. 02210-2604
(617) 439-2000

**CERTIFICATE OF SERVICE**

I certify that I am counsel for DePuy Mitek, Inc. and that a true and correct copy of **DePuy Mitek's Unopposed Motion To Extend The Page Limit For Mitek's Opposition Memorandum To Arthrex's Motion For Summary Judgment** was served on counsel for Defendants Arthrex, Inc. and Pearsalls Ltd. on this date via the Court's e-mail notification with the following recipients being listed as filing users for Defendants:

>Charles W. Saber
>Dickstein Shapiro
>1825 Eye Street, NW
>Washington, DC 2006
>saberc@dicksteinshapiro.com
>
>Raymond P. Ausrotas
>Todd & Weld LLP
>28 State Street, 31st Floor
>Boston, MA 02109
>rausrotas@toddweld.com

Dated: September 1, 2006                /s/ Erich M. Falke_____
                                        Erich M. Falke