THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **DePuy Mitek, Inc.**<br>    a Massachusetts Corporation<br><br>        **Plaintiff,**<br><br>        v.<br><br>**Arthrex, Inc.**<br>    a Delaware Corporation and<br><br>**Pearsalls Ltd.**<br>     a Private Limited Company<br>     of the United Kingdom<br><br>        **Defendants.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil No. 04-12457 PBS<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DePuy Mitek's Motion to Strike Arthrex's Reliance On Its Own Interrogatory Contentions and Dr. Mukherjee's TigerWire Opinions In Opposition to DePuy Mitek's Motion For <u>Summary Judgment of Infringement and No Inequitable Conduct</u>**

In opposing DePuy Mitek's motion for summary judgment of infringement, Arthrex has relied on defendants' contention interrogatory responses as substantive evidence of noninfringement. Defendants' contention interrogatory responses, however, are inadmissible hearsay and unqualified expert testimony. Therefore, Mitek moves to strike defendants' interrogatory responses (Arthrex Exs. 14 and 15) and Arthrex's reliance on them in opposing Mitek's Summary Judgment motion (Arthrex SJ Opp. at 8-9; Arthrex Response to Mitek Facts 12, 16, 20, 21, 22, 34, 37, and 38).

Arthrex has also relied on Dr. Mukherjee's technical opinion with respect to TigerWire and pliability in opposing Mitek's motion for summary judgment of infringement. But Dr. Mukherjee's opinion is based on tests that he admits were not performed and an unreliable methodology. Accordingly, Mitek moves to strike Arthrex's reliance on Dr. Mukherjee's opinion, which includes striking:

- Arthrex's reliance on Dr. Mukherjee's opinions (Arthrex's SJ Opp. at 5, n.7);

- Arthrex's SJ Opp. Ex. 6 at 30-31; and
- Arthrex's Responses to Mitek Facts 40-45.

|  |  |
|---|---|
| Dated: September 15, 2006 | DEPUY MITEK, INC.,<br>By its attorneys,<br><br>/s/ Erich M.Falke_____<br>Dianne B. Elderkin<br>Lynn A. Malinoski<br>Michael J. Bonella<br>Erich M. Falke<br>WOODCOCK WASHBURN LLP<br>One Liberty Place - 46th Floor<br>17th and Market Streets<br>Philadelphia, PA 19103<br>(215) 568-3100<br><br>Daniel J. Gleason (BBO #194900)<br>Michelle Chassereau Jackson (BBO #654825)<br>Nutter McClennen & Fish LLP<br>World Trade Center West<br>155 Seaport Boulevard<br>Boston, MA. 02210-2604<br>617-439-2000 |

## CERTIFICATE OF SERVICE

I certify that I am counsel for DePuy Mitek, Inc. and that a true and correct copy of:

**DePuy Mitek's Motion to Strike Arthrex's Reliance On Its Own Interrogatory Contentions and Dr. Mukherjee's TigerWire Opinions In Opposition to DePuy Mitek's Motion For Summary Judgment of Infringement and No Inequitable Conduct**

was served on counsel for Defendants Arthrex, Inc. and Pearsalls Ltd. on this date via the Court's e-mail notification with the following recipients being listed as filing users for Defendants:

>Charles W. Saber
>Dickstein Shapiro
>1825 Eye Street, NW
>Washington, DC 2006
>saberc@dicksteinshapiro.com
>
>Raymond P. Ausrotas
>Todd & Weld LLP
>28 State Street, 31st Floor
>Boston, MA 02109
>rausrotas@toddweld.com

Dated: September 15, 2006              /s/ Erich M. Falke_____
                                       Erich M. Falke

3