IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **DePuy Mitek, Inc.** ) <br>     a Massachusetts Corporation ) <br> ) <br>     **Plaintiff,** ) <br> ) <br> v. ) <br> ) <br> **Arthrex, Inc.** ) <br>     a Delaware Corporation and ) <br> ) <br> **Pearsalls Ltd.** ) <br>     a Private Limited Company ) <br>     of the United Kingdom ) <br> ) <br>     **Defendants.** ) | Civil No. 04-12457 PBS |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

    I, Michelle Chassereau Jackson, hereby withdraw as counsel for plaintiff DePuy Mitek, Inc. ("DePuy") in the above-entitled action. Daniel J. Gleason and Ronald E. Cahill of Nutter McClennen & Fish, LLP will continue as counsel for DePuy.

                                                    */s/ Michelle Chassereau Jackson*
                                                    Michelle Chassereau Jackson (BBO # 654825 )
                                                    Nutter, McClennen & Fish, LLP
                                                    World Trade Center West
                                                    155 Seaport Boulevard
                                                    Boston, MA  02210
                                                    (617) 439-2000
                                                    mjackson@nutter.com

Dated: September 15, 2006

**CERTIFICATE OF SERVICE**

    I certify that, on September 15, 2006, this document (filed through the ECF system) will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

                                                      */s/ Michelle Chassereau Jackson*