# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **DePuy Mitek, Inc.**<br>　　a Massachusetts Corporation<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>**Arthrex, Inc.**<br>　　a Delaware Corporation and<br><br>**Pearsalls Ltd.**<br>　　a Private Limited Company<br>　　of the United Kingdom<br><br>　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil No. 04-12457 PBS<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### DePuy Mitek's Certification Of Good Faith Conference In Support Of Its Motion For Leave And Motions To Strike

DePuy Mitek, Inc.'s counsel certifies that it met and conferred by telephone in good faith with Arthrex's counsel on September 21, 2006 regarding the following Mitek motions:

1. Mitek's Motion For Leave to File A Reply To Plaintiff DePuy Mitek's Motion To Strike Hearsay Exhibit And All Citation And Commentary Thereto and Mitek's Motion to Strike Hearsay Exhibit;

2. DePuy Mitek's Motion to Strike Arthrex's Reliance On Its Own Interrogatory Contentions and Dr. Mukherjee's TigerWire Opinions In Opposition to DePuy Mitek's Motion For Summary Judgment of Infringement and No Inequitable Conduct; and

3. Mitek's Motion to Strike Dr. Mukherjee's Declarations and Exhibits.

Although the parties met and conferred regarding the three motions, they were not able to resolve any of them.

2

Dated: September 22, 2006

DEPUY MITEK, INC.,
By its attorneys,

/s/ Erich M. Falke
Dianne B. Elderkin
Lynn A. Malinoski
Michael J. Bonella
Erich M. Falke
WOODCOCK WASHBURN LLP
One Liberty Place - 46th Floor
17th and Market Streets
Philadelphia, PA 19103
(215) 568-3100

Daniel J. Gleason (BBO #194900)
Michelle Chassereau Jackson (BBO #654825)
Nutter McClennen & Fish LLP
World Trade Center West
155 Seaport Boulevard
Boston, MA. 02210-2604
617-439-2000

## CERTIFICATE OF SERVICE

I certify that I am counsel for DePuy Mitek, Inc. and that a true and correct copy of:

**DePuy Mitek's Certification Of Good Faith Conference In Support Of Its Motion For Leave And Motions To Strike**

was served on counsel for Defendants Arthrex, Inc. and Pearsalls Ltd. on this date via the Court's e-mail notification with the following recipients being listed as filing users for Defendants:

>Charles W. Saber
>Dickstein Shapiro
>1825 Eye Street, NW
>Washington, DC 2006
>saberc@dicksteinshapiro.com
>
>Raymond P. Ausrotas
>Todd & Weld LLP
>28 State Street, 31st Floor
>Boston, MA 02109
>rausrotas@toddweld.com

Dated: September 22, 2006              _/s/ Erich M. Falke_____
                                        Erich M. Falke