IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DePuy Mitek, Inc.<br>  a Massachusetts Corporation<br><br>          Plaintiff,<br><br>          v.<br><br>Arthrex, Inc.<br>  a Delaware Corporation, *et al.*<br><br>          Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 04-12457 PBS<br>)<br>)<br>)<br>)<br>)<br>) |

**UNOPPOSED MOTION TO EXTEND TIME FOR FILING RESPONSE TO DEPUY MITEK, INC.'S MOTION TO STRIKE ARTHREX'S RELIANCE ON ITS OWN INTERROGATORY CONTENTIONS AND DR. MUKHERJEE'S TIGERWIRE OPINIONS IN OPPOSITION TO DEPUY MITEK'S MOTION FOR SUMMARY JUDGMENT OF INFRINGEMENT AND NO INEQUITABLE CONDUCT**

      Defendants Arthrex, Inc. ("Arthrex") and Pearsalls, Ltd. ("Pearsalls") (together, "defendants") move to extend the time for filing a response to DePuy Mitek, Inc.'s ("DePuy Mitek's") motion to strike Arthrex's reliance on its own interrogatory contentions and Dr. Mukherjee's TigerWire opinions in opposition to DePuy Mitek's motion for summary judgment of infringement and no inequitable conduct until October 4, 2006.

      According to local rule 7.1(b)(2), a response to DePuy Mitek's motion is due on September 29, 2006.  In accordance with Local Rule 7.1(a)(2), counsel for defendants certify that they conferred with counsel for DePuy Mitek on September 27, 2006.  DePuy Mitek does not oppose this motion.

Dated: September 28, 2006

Respectfully submitted,

By: _____/s/Salvatore P. Tamburo_____
Charles W. Saber
Stephen A. Soffen
Salvatore P. Tamburo
DICKSTEIN SHAPIRO LLP
1825 Eye Street, N.W.
Washington, D.C. 20006-5403
Telephone: (202) 420-3116
Facsimile: (202) 420-2201

Christopher Weld, Jr. (BBO # 522230)
Raymond P. Ausrotas (BBO # 640315)
TODD & WELD LLP
28 State Street, 31st Floor
Boston, MA 02109
Telephone: (617) 720-2626
Facsimile: (617) 227-5777

Counsel for Defendants
Arthrex, Inc. and Pearsalls Ltd.

DSMDB-2150357v01

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing UNOPPOSED MOTION TO EXTEND TIME FOR FILING RESPONSE TO DEPUY MITEK, INC.'S MOTION TO STRIKE ARTHREX'S RELIANCE ON ITS OWN INTERROGATORY CONTENTIONS AND DR. MUKHERJEE'S TIGERWIRE OPINIONS IN OPPOSITION TO DEPUY MITEK'S MOTION FOR SUMMARY JUDGMENT OF INFRINGEMENT AND NO INEQUITABLE CONDUCT and proposed Order were served, via the Court's email notification system on the following counsel for Plaintiff on the 28th day of September 2006:

Lynn A. Malinoski
Woodcock Washburn, LLP
One Liberty Place, 46th Floor
Philadelphia, PA. 19103
Telephone: (215) 568-3100
Facsimile: (215) 568-3439

Daniel J. Gleason
Nutter McClennan & Fish LLP
World Trade Center West
155 Seaport Boulevard
Boston, MA 02210-2604
Telephone: (617) 439-2000
Facsimile: (617) 310-9000

/s/Salvatore P. Tamburo

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DePuy Mitek, Inc.<br>      a Massachusetts Corporation<br><br>            Plaintiff,<br><br>      v.<br><br>Arthrex, Inc.<br>      a Delaware Corporation<br><br>            Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No. 04-12457 PBS<br>)<br>)<br>)<br>)<br>)<br>) |

**<u>ORDER</u>**

Upon consideration of the Unopposed Motion to Extend Time For Filing Response to DePuy Mitek, Inc.'s Motion to Strike Arthrex's Reliance on its Own Interrogatory Contentions and Dr. Mukherjee's TigerWire Opinions in Opposition to DePuy Mitek's Motion For Summary Judgment of Infringement and No Inequitable Conduct, it is ORDERED that the motion is GRANTED.

This __ day of September, 2006.    _____

                                                  PATTI B. SARIS
                                                  UNITED STATES DISTRICT COURT JUDGE

2150369.01