THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **DEPUY MITEK, INC.,**<br>　　　a Massachusetts Corporation,<br><br>　　　Plaintiff,<br><br>v.<br><br>**ARTHREX, INC.,**<br>　　　a Delaware Corporation and<br><br>**PEARSALLS LTD.**<br>　　　a Private Limited Company of<br>　　　the United Kingdom<br><br>　　　Defendants. | Civil No. 04-12457 PBS |

**DePuy Mitek's Local Rule 7.1(a)(2) Certification Of Good Faith Conference In Support Of Its Reply In Support Of Its Motion To Strike Arthrex's Reliance On Its Own Interrogatory Contentions and Dr. Mukherjee's TigerWire Opinions In Opposition To DePuy Mitek's Motion For Summary Judgment of Infringement and No Inequitable Conduct**

　　　Pursuant to Local Rule 7.1(a)(2), DePuy Mitek, Inc.'s counsel certifies that it met and

conferred by telephone in good faith with Defendants' counsel on October 12, 2006 to resolve or

narrow the issues addressed in Mitek's Reply In Support Of Its Motion To Strike Arthrex's

Reliance On Its Own Interrogatory Contentions and Dr. Mukherjee's TigerWire Opinions In

Opposition To DePuy Mitek's Motion For Summary Judgment of Infringement and No

Inequitable Conduct.  The parties were unable to resolve the issues.

Dated: October 12, 2006　　　　　　　　　　　　DEPUY MITEK, INC.,
　　　　　　　　　　　　　　　　　　　　　　　　By its attorneys,
　　　　　　　　　　　　　　　　　　　　　　　　/s/ Michael J. Bonella
　　　　　　　　　　　　　　　　　　　　　　　　Dianne B. Elderkin
　　　　　　　　　　　　　　　　　　　　　　　　Lynn A. Malinoski
　　　　　　　　　　　　　　　　　　　　　　　　Michael J. Bonella
　　　　　　　　　　　　　　　　　　　　　　　　Erich M. Falke
　　　　　　　　　　　　　　　　　　　　　　　　WOODCOCK WASHBURN LLP
　　　　　　　　　　　　　　　　　　　　　　　　One Liberty Place - 46th Floor
　　　　　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19103
　　　　　　　　　　　　　　　　　　　　　　　　(215) 568-3100

Daniel J. Gleason (BBO #194900)
Heather Repicky (BBO #663347)
Nutter McClennen & Fish LLP
World Trade Center West
155 Seaport Boulevard
Boston, MA. 02210-2604

## CERTIFICATE OF SERVICE

I certify that I am counsel for DePuy Mitek, Inc. and that a true and correct copy of:

**DePuy Mitek's Local Rule 7.1(a)(2) Certification Of Good Faith Conference In Support Of Its Reply In Support Of Its Motion To Strike Arthrex's Reliance On Its Own Interrogatory Contentions and Dr. Mukherjee's TigerWire Opinions In Opposition To DePuy Mitek's Motion For Summary Judgment of Infringement and No Inequitable Conduct**

was served on counsel for Defendants Arthrex, Inc. and Pearsalls Ltd. on this date via the Court's e-mail notification with the following recipients being listed as filing users for Defendants:

> Charles W. Saber
> Dickstein Shapiro
> 1825 Eye Street, NW
> Washington, DC 2006
> saberc@docksteinshapiro.com

> Raymond P. Ausrotas
> Todd & Weld LLP
> 28 State Street, 31st Floor
> Boston, MA 02109
> rausrotas@toddweld.com

Dated:  October 12, 2006                    /s/ Michael J. Bonella_____
                                             Michael J. Bonella