# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DePuy Mitek, Inc.<br>  a Massachusetts Corporation<br><br>           Plaintiff,<br><br>           v.<br><br>Arthrex, Inc.<br>  a Delaware Corporation, *et al*.<br><br>           Defendants. | Civil Action No. 04-12457 PBS |

## NOTICE OF WITHDRAWAL OF
## DEFENDANTS' MOTION TO STRIKE AS UNTIMELY DEPUY MITEK'S RESPONSE TO DEFENDANTS' OBJECTIONS TO MAGISTRATE'S ORDER GRANTING DEPUY MITEK, INC.'S MOTION TO PRECLUDE ARTHREX, INC. AND PEARSALLS, LTD. FROM SUPPLEMENTING THEIR EXPERT REPORTS AND DEPOSITIONS, OR IN THE ALTERNATIVE, MOTION TO REPLY THERETO

Defendants Arthrex, Inc. ("Arthrex") and Pearsalls, Ltd. ("Pearsalls") (together, "defendants") hereby withdraw their motion to strike as untimely DePuy Mitek, Inc.'s ("DePuy Mitek's") response to defendants' objections to Magistrate's Order granting DePuy Mitek's motion to preclude defendants from supplementing their expert reports and depositions, or in the alternative, motion to reply thereto (Docket Entry 97).

Further, DePuy Mitek has agreed not to oppose defendants' motion for leave to reply to DePuy Mitek's response to defendants' objections to Magistrate's Order granting DePuy Mitek's motion to preclude defendants from supplementing their expert reports and depositions.  Thus, defendants will re-file their motion for leave to reply as an unopposed motion.

DSMDB-2185027v01

Dated: December 13, 2006

Respectfully submitted,

By:  /s/Salvatore P. Tamburo
Charles W. Saber
Stephen A. Soffen
Salvatore P. Tamburo
DICKSTEIN SHAPIRO LLP
1825 Eye Street, N.W.
Washington, D.C.  20006-5403
Telephone:  (202) 420-3116
Facsimile:  (202) 420-2201

Christopher Weld, Jr. (BBO # 522230)
Raymond P. Ausrotas (BBO # 640315)
TODD & WELD LLP
28 State Street, 31st Floor
Boston, MA 02109
Telephone:  (617) 720-2626
Facsimile:  (617) 227-5777

Counsel for Defendants
Arthrex, Inc. and Pearsalls Ltd.

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Notice of Withdrawal of Defendants' Motion to Strike as Untimely DePuy Mitek's Response to Defendants' Objections to Magistrate's Order Granting DePuy Mitek, Inc.'s Motion to Preclude Arthrex, Inc. and Pearsalls, Ltd. From Supplementing Their Expert Reports and Depositions, or in the Alternative, Motion to Reply Thereto was served via the Court's email notification system on the following counsel for Plaintiff on the 13th day of December 2006:

Lynn A. Malinoski
Woodcock Washburn, LLP
One Liberty Place, 46th Floor
Philadelphia, PA. 19103
Telephone: (215) 568-3100
Facsimile: (215) 568-3439

Daniel J. Gleason
Nutter McClennan & Fish LLP
World Trade Center West
155 Seaport Boulevard
Boston, MA 02210-2604
Telephone: (617) 439-2000
Facsimile: (617) 310-9000

                                                   /s/Salvatore P. Tamburo