# EXHIBIT 3

## Arthrex Products
## Matrix of Label Product&Development codes

### B Hallett …NOVEMBER 2005

| Suture Spool Label | Pearsalls Product Code | Development construction code | Product | Size | Braid : Sleeve Yarn Type | Dtex | Number of yarns | Core Yarn Type | Dtex | Number of yarns | Ply | UHMWPE | Polyester | Nylon |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4-0B-F/W | 37G15000 | PS30 | Blue Fiberwire | 4/0 | UHMWPE / Polyester | 55 / 33 | 4 / 4 | N/A | N/A | N/A | N/A | 62.5% | 37.50% | N/A |
| 3-0B-F/W | 37G23000 | PSC33 | Blue Fiberwire | 3/0 | UHMWPE / Polyester | 55 / 49 | 4 / 4 | UHMWPE | 55 | 1 | 0 | 58.4% | 41.6% | N/A |
| 2-0B-F/W | 37G30000 | PS12/2 | Blue Fiberwire | 2/0 | UHMWPE / Polyester | 111 / 111 | 4 / 4 | UHMWPE | 144 | 1 | 0 | 70.7% | 29.3% | N/A |
| 0B-F/W | 37G35000 | DT3.5-3 | Blue Fiberwire | 0 | UHMWPE / Polyester | 111 / 111 | 6 / 6 | UHMWPE | 217 | 1 | 0 | 70.7% | 29.3% | N/A |
| 0W-F/W | 38G35000 | PS3.5-3 | White Fiberwire | 0 | UHMWPE / Polyester | 111 / 111 | 6 / 6 | UHMWPE | 217 | 1 | 0 | 70.7% | 29.3% | N/A |
| 1B-F/W | 37G40000 | PS53 | Blue Fiberwire | 1 | UHMWPE / Polyester | 144 / 61 | 6 / 6 | UHMWPE | 144 | 1 | 3 | 65.7% | 34.3% | N/A |
| 1W-T/W | 36G401000 | PSS4 | White Tigerwire | 1 | UHMWPE / Polyester / Nylon | 95 / 113 | 6 / 5 | UHMWPE | 144 | 1 | 3 | 70.1% | 25.7% | 4.2% |
| 1B-T/W | 36G401000BLUE | PSS5 | Blue Tigerwire | 1 | UHMWPE / Polyester / Nylon | 144 / 95 / 78 | 6 / 5 | UHMWPE | 144 | 1 | 3 | 70.1% | 25.7% | 4.2% |
| 2B-F/W | 37G500500 | PS05T2 | Blue Fiberwire | 2 | UHMWPE / Polyester | 144 / 95 | 8 / 8 | UHMWPE | 144 | 1 | 3 | 67.6% | 32.4% | N/A |
| 2W-F/W | 38G500500 | PSO5W | White Fiberwire | 2 | UHMWPE / Polyester | 144 / 95 | 8 / 8 | UHMWPE | 144 | 1 | 3 | 67.6% | 32.4% | N/A |
| 2W-T/W | 36G500500 | PSN1.4Na | White Tigerwire | 2 | UHMWPE / Polyester / Nylon | 144 / 95 / 78 | 8 / 7 / 1 | UHMWPE | 144 | 1 | 3 | 68.1% | 28.6% | 3.4% |
| 5B-F/W | 37G700250 | PS07 | Blue Fiberwire | 5 | UHMWPE / Polyester | 217 / 190 | 8 / 8 | UHMWPE | 217 | 2 | 3 | 66.7% | 33.3% | N/A |
| 5W-F/W | 38G700250 | PSOSW | White Fiberwire | 5 | UHMWPE / Polyester | 217 / 190 | 8 / 8 | UHMWPE | 217 | 2 | 3 | 66.7% | 33.3% | N/A |
| U/T 2W-F/W | 38G500250 | PSOSWU-a | White untreated Fiberwire | 2 | UHMWPE / Polyester | 144 / 95 | 8 / 8 | UHMWPE | 144 | 1 | 3 | 67.6% | 32.4% | N/A |
| 5W-T/W | 36G700250 | PSNH.1/1 | White Tigerwire | 5 | UHMWPE / Polyester / Nylon | 217 / 190 / 78 | 8 / 8 | UHMWPE | 217 | 2 | 3 | 70.1% | 26.3% | 3.6% |
| See Note Below | 38A500500 | PSNH 1 | White Fiberwire | 5 | UHMWPE / Polyester | 217 / 190 | 8 / 8 | UHMWPE | 217 | 2 | 3 | 66.7% | 33.3% | N/A |
| See Note Below | 38A600500 | PSH 1 | Green Fiberwire | 5 | UHMWPE / Polyester | 217 / 190 | 8 / 8 | UHMWPE | 217 | 2 | 3 | 60.3% | 39.7% | N/A |
| 3+4W-F/W | 39A600500 | PS 34 | White Fiberwire | 3/4 | UHMWPE / Polyester | 190 | 6 | UHMWPE | 144 | 1 | 3 | 60.3% | 39.7% | N/A |
| 3+4B-F/W | 38G600500 | PS 34A | Blue Fiberwire | 3/4 | UHMWPE / Polyester | 217 / 190 | 8 / 6 | UHMWPE | 144 | 1 | 3 | 60.3% | 39.7% | N/A |

DEPUY MITEK EXHIBIT 318 04cv12457

| Code | Code | Code | Description | # | Composition | | | Core | | # | # | % | % | % |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| See Note Below | See Note Below | PS67A | White / Black TigerTail | 1 | UHMWPE / Polyester / Nylon | 144 / 95 / 78 | 6 / 6 / 1 | UHMWPE | 144 | 1 | 3 | 66.7% | 29.3% | 4.0% |
| See Note Below | PS67B | | Blue / Black TigerTail | 1 | UHMWPE / Polyester / Nylon | 144 / 95 / 78 | 6 / 6 / 1 | UHMWPE | 144 | 1 | 3 | 66.7% | 29.3% | 4.0% |
| 2W-T/T-46 / 2W-T/T-54 | PSDH5-38A / PSDH3-38A | | White / Black TigerTail | 2 | UHMWPE / Polyester / Nylon | 144 / 95 / 78 | 6 / 6 / 1 | UHMWPE | 144 | 1 | 3 | 65.4% | 31.4% | 3.2% |
| 2B-T/T-46 / 2B-T/T-54 | PSDH5-38B / PSDH3-38B | | Blue / Black TigerTail | 2 | UHMWPE / Polyester / Nylon | 144 / 95 / 78 | 8 / 8 / 1 | UHMWPE | 144 | 1 | 3 | 65.4% | 31.4% | 3.2% |
| SPD-02-01B | 95G-500-500 | DPM1 | Blue Fiberwire | 2 | PURITY / Polyester | 113 / 78 | 8 / 1 | PURITY | 165 | 1 | 3 | 60.3% | 39.7% | N/A |
| SPD-02-01W | 96G-500-500 | DPM02 | White Fiberwire | 2 | PURITY / Polyester | 110 / 113 | 8 / 8 | PURITY | 165 | 1 | 3 | 60.3% | 39.7% | N/A |
| SPD-02-01TW | 97G-500-500 | DPM03 | White Tigerwire | 2 | PURITY / Polyester / Nylon | 110 / 113 / 78 | 8 / 7 / 1 | PURITY | 165 | 1 | 3 | 61.3% | 35.2% | 3.5% |

**NOTE**
Suture Spool Label and Pearsalls Product Code have not been assigned to these products.

**PRODUCT CODE IDENTIFICATION**

| | |
|---|---|
| UNTREATED | A |
| MED COATED | G |
| BLUE | 37 |
| WHITE | 38 |
| TIGERWIRE | 36   Please state blue if required |

FiberWire is a suture with an outer covering of Ultra High Molecular Weight Polyethylene (UHMWPE) and polyester braided over an UHMWPE core.
TigerWire is a version of white FiberWire suture with a black strand creating spiral markings along the entire length of the suture.
TigerTail is a version of FiberWire suture with a black strand that creates spiral markings along one-half the length of the suture.

# EXHIBIT 4

1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DePuy Mitek, Inc., a
Massachusetts Corporation,

    Plaintiff,

    vs.                 CIVIL ACTION
                         NO. 04-12457 PBS

Arthrex, Inc., a Delaware
Corporation,

    Defendant.

_____/

DEPOSITION OF:     PETER DREYFUSS

DATE:            September 16, 2005

TIME:            8:59 a.m. to 1:54 p.m.

LOCATION:       The Ritz Carlton Golf Resort
               2600 Tiburon Drive
               Naples, FL 34112

TAKEN BY:       Plaintiff

REPORTER:       Deborah A. Krotz, RPR, CRR

VIDEOGRAPHER:   Les Smoak, CLVS

30

1  A. Yes.
2  Q. Is it true then that the No. 2 FiberWire used in
3  AR-7201 has the same braiding as any Arthrex product that
4  has a No. 5 FiberWire in it?
5  A. Yes.
6  Q. Is it true then that the No. 2 FiberWire used in
7  AR-7201 has the same braiding as any Arthrex product that
8  has a No. 2-0 FiberWire in it?
9  A. Yes.
10  Q. Is it true then that the No. 2 FiberWire used in
11  AR-7201 has the same braiding as any Arthrex product that
12  has a 0 FiberWire in it?
13  A. I believe so.
14  Q. Is it true then that the No. 2 FiberWire used in
15  AR-7201 has the same braiding as any Arthrex product that
16  has a 2 -- Strike that. Let me rephrase that.
17      Is it true then that the No. 2 FiberWire used in
18  AR-7201 has the same braiding as any Arthrex product that
19  has a 3-0 FiberWire in it?
20  A. I don't know.
21  Q. And who would know that?
22  A. Tara Schaneville.
23  Q. Okay. Is it true then that the No. 2 FiberWire
24  used in AR-7201 has the same braiding as any Arthrex
25  product that has a 4-0 FiberWire used in it?

31

1  A. I don't know.
2  Q. And Tara would also know that?
3  A. Correct.
4  Q. Okay. Other than the No. 2, 5, 0, 2-0, 3-0, and
5  4-0, are there any other size FiberWires sold by Arthrex?
6  A. Yes.
7  Q. Okay. What other sizes of FiberWire other than
8  2, 5, 0, 0-2, 0-3 -- Yeah, strike that.
9      What other sizes other than 5, 2, 0, 2-0, 3-0,
10  and 4-0 are sold by Arthrex?
11  A. A FiberTape.
12  Q. Okay. Anything else?
13  A. No.
14  Q. And is the braid of TigerWire different than the
15  braid used in the No. 2 FiberWire?
16      MR. TAMBURO: Object to the form.
17  Q. Do you understand the question?
18  A. Yes.
19  Q. Okay.
20  A. Yes.
21  Q. They are different?
22  A. The braid in -- I'm sorry. Please rephrase or
23  repeat.
24  Q. Sure. Sure. Is the braid in any Arthrex
25  TigerWire different than the braid used in Arthrex's No. 2

32

1  FiberWire?
2  A. The braid, no.
3  Q. Are the materials used in any Arthrex TigerWire
4  different than the braid -- than the materials used in
5  Arthrex's No. 2 FiberWire?
6      MR. TAMBURO: Object to the form.
7  A. Yes.
8  Q. And how are they different?
9  A. There is a strand -- one carrier of PET is
10  replaced by one carrier of nylon.
11  Q. Is that only difference in the braid between
12  Arthrex's TigerWire products of any size and Arthrex's No.
13  2 FiberWire?
14  A. Yes.
15  Q. So the coating is the same; is that right?
16  A. Yes.
17  Q. And the coating used on all Arthrex FiberWire
18  products, TigerWire products is MED-2174; right?
19  A. Yes.
20  Q. Has any other coating been used by Arthrex at any
21  time to coat any of Arthrex's FiberWire products or
22  TigerWire products?
23  A. No.
24      MR. FALKE: Sal, during the course of the break,
25  do you think you could try to contact Tara Schaneville

33

1  to try to find the answer to I think the three
2  questions of 2-0, 3-0 --
3      MS. VERRECCHIO: No, not 2-0.
4      MR. FALKE: Not 2-0. Right. 3-0, 4-0, and 0
5  just to find out if the braid used in those sizes is
6  the same as No. 2.
7      MR. TAMBURO: The same as No. 2?
8      MR. FALKE: Right.
9      MR. TAMBURO: Sure.
10      MR. FALKE: Thanks.
11      Why don't we -- Can we take a break now and try
12  to find out, because that will help out.
13      MR. TAMBURO: Sure.
14      VIDEOGRAPHER: Going off the record. We're off
15      (A short break was held from 9:46 a.m. to 9:58
16  a.m.)
17      VIDEOGRAPHER: Back on the record.
18  BY MR. FALKE:
19  Q. Over the break, did you have a chance to talk to
20  Tara Schaneville?
21  A. Yes.
22  Q. Is the No. 0 FiberWire constructed -- Strike
23  that.
24      Is the No. 0 FiberWire braided the same was as
25  the No. 2 FiberWire in AR-7201?

9 (Pages 30 to 33)

**38**

1   Q.  How many carriers are used in the braiding and
2 manufacturing of any Arthrex 2-0 FiberWire regardless of
3 whether it's attached to a needle or an anchor or is a
4 free-standing strand?
5   A.  Eight.
6   Q.  How many carriers are used in the braiding and
7 manufacturing of Arthrex's 3-0 FiberWire regardless of
8 whether it's attached to an anchor or a suture or a
9 needle?
10   A.  Eight.
11   Q.  And how many carriers are used in the braiding
12 and manufacturing of Arthrex's 4-0 FiberWire suture
13 regardless of whether it's attached to an anchor or a
14 needle?
15   A.  Eight.
16   Q.  So the Size 2-0, 3-0, and 4-0 FiberWire sutures
17 used by Arthrex all use eight carriers in the braiding and
18 manufacturing of them?
19   A.  Correct.
20   Q.  And the No. 2 FiberWire suture, No. 5 FiberWire
21 suture, the No. 0 FiberWire suture, the No. 2-0 FiberWire
22 suture, and the 3-0 FiberWire suture all have the same
23 braiding process; right?
24   A.  Yes.
25   Q.  And the No. 4-0 FiberWire suture has a different

**39**

1 braiding process than the 2, 5, 0, 2-0, and 3-0; right?
2   A.  Yes.
3   Q.  Okay. And other than the 2, 5, 0, 2-0, 3-0, and
4 4-0, are there any other size FiberWire that Arthrex
5 sells?
6   A.  Yes.
7   Q.  What other sizes?
8   A.  FiberTape.
9   Q.  Okay. And does FiberTape have a size?
10   A.  Two-millimeter FiberTape.
11   Q.  Okay. We'll get into FiberTape later.
12     And I think we established earlier that the
13 braiding of any size FiberLoop, FiberStick, FiberSnare is
14 the same as the braid used in the No. 2 FiberWire suture
15 in AR-7201; right?
16     MR. TAMBURO: Objection; mischaracterizes prior
17 testimony.
18   A.  As I understand, yes.
19   Q.  Okay. Did you understand that question?
20   A.  Yes.
21   Q.  I believe you have in front of you Exhibit 102?
22   A.  Yes.
23   Q.  Could you look at that, please.
24     If you could, please -- Well, first, have you
25 ever seen Exhibit 102 before?

**40**

1   A.  No. As a whole, no.
2   Q.  You've seen parts of it though?
3   A.  I believe so.
4   Q.  Okay. If you could turn to ARM 8784, please, in
5 Exhibit 102. Have you seen ARM 8784 in Exhibit 102
6 before?
7   A.  No, I haven't.
8   Q.  Do you know what is shown on ARM 8784 in
9 Exhibit 102?
10   A.  It appears to be a flow chart for manufacturing
11 at Pearsalls.
12   Q.  Can you take a look at and review ARM 8784 for
13 me.
14   A.  (Witness nods head affirmatively). Yes.
15   Q.  Do you have an understanding of how Pearsalls
16 braids the bulk suture used in Arthrex's FiberWire sutures
17 and suture products?
18   A.  Yes.
19   Q.  Okay. And do you believe that the process flow
20 chart on ARM 8784 accurately depicts the braiding process
21 that Pearsalls uses to braid and manufacture the bulk
22 sutures used in Arthrex's FiberWire sutures and suture
23 products?
24   A.  Yes.
25   Q.  Okay. Currently, what materials are used in the

**41**

1 manufacture of Arthrex's No. 2 FiberWire in AR-7201?
2   A.  Ultra high molecular weight polyethylene, PET,
3 silicone, and cyanoacrylate.
4   Q.  Is it cyanoacrylate?
5   A.  Acrylate. It's a Superglue, Loc-Tite.
6   Q.  Okay. Any other materials used in the
7 manufacture of Arthrex's No. 2 FiberWire?
8   A.  Dye.
9   Q.  Okay. Anything else?
10   A.  Not that I'm aware of.
11   Q.  Okay. So as far as you know, the only
12 materials -- as far as Arthrex is aware, the only
13 materials used to make Arthrex's No. 2 FiberWire in
14 AR-7201 is ultra high molecular weight polyethylene, PET,
15 silicone, Loc-Tite, and dye?
16   A.  And if we're speaking of TigerWire, nylon.
17   Q.  Okay. We're not talking TigerWire. We're just
18 talking No. 2 FiberWire in AR-7201.
19   A.  7201 includes TigerWire.
20   Q.  That's right. That's why I have been saying the
21 No. 2 FiberWire in 7201.
22   A.  They're both No. 2s.
23   Q.  Right, but one's a TigerWire and one's a
24 FiberWire; right?
25   A.  Yes, the blue FiberWire in 7201.

11 (Pages 38 to 41)

**42**

1  Q.  Okay. Okay. When I have been saying today the
2 No. 2 FiberWire in No. 7201, I have been referring to the
3 blue FiberWire as opposed to the black and white
4 TigerWire.
5  A.  Understood.
6  Q.  Okay. Did you understand that when I have been
7 asking questions?
8  A.  Yes, I have.
9  Q.  Okay. Let me ask the question again. So as
10 Arthrex believes the materials used in the manufacturing
11 of the No. 2 FiberWire in AR-7201 are ultra high molecular
12 weight polyethylene, PET, silicone, Loc-Tite, and dye?
13  A.  Correct.
14  Q.  And the silicone, is that the coating used in the
15 No. 2 Arthrex FiberWire?
16  A.  Yes.
17  Q.  And what coating is used in Arthrex's FiberWire
18 in AR-2 -- AR-7201?
19  A.  I'm sorry. I --
20  Q.  And what coat is used in Arthrex's FiberWire wire
21 AR-7201?
22  A.  I believe it's a silicone coating.
23  Q.  Is it referred to as MED-2174?
24  A.  Yes. Correct.
25  Q.  And that's manufactured by a company called NuSil

**43**

1 Technologies; is that right?
2  A.  That's correct.
3  Q.  Okay. Now I'd like to walk through the steps of
4 what Pearsalls does to make the bulk sutures used in
5 Arthrex's FiberWire; okay?
6  A.  (Witness nods head affirmatively).
7  Q.  And if we start on Page ARM 8784, the first step
8 says incoming yarn to stores. Do you see that?
9  A.  Yes.
10  Q.  What does that mean?
11  A.  That would mean that the yarns that are purchased
12 from a regional manufacturer would be received, inspected
13 and put into inventory for -- as good product for
14 manufacturing.
15  Q.  And what incoming yarns are received by Pearsalls
16 when Pearsalls manufactures and braids the bulk sutures
17 made for Arthrex's FiberWire sutures?
18  A.  Incoming yarns would be ultra high molecular
19 weight polyethylene and PET.
20  Q.  Where does Pearsalls obtain the ultra high
21 molecular weight polyethylene used in manufacturing and
22 braiding Arthrex's FiberWire sutures?
23  MR. TAMBURO: Objection; outside the scope.
24  A.  I -- May I ask currently?
25  Q.  Sure. Yes, currently for now.

**44**

1  A.  Currently --
2  Q.  Let me ask another question to help you out.
3 Does Arthrex provide to Pearsalls the ultra high molecular
4 polyethylene used to manufacture and braid bulk sutures
5 for Arthrex's FiberWires?
6  MR. TAMBURO: Same objection.
7  A.  We have, yes.
8  Q.  Currently do you; do you know?
9  A.  Currently, I don't know.
10  Q.  Okay. And other than Arthrex supplying the ultra
11 high molecular polyethylene to Pearsalls, what other
12 sources throughout the history of FiberWire has Pearsalls
13 obtained the ultra high molecular weight polyethylene used
14 in the manufacturing and braiding of Arthrex's FiberWire
15 sutures?
16  MR. TAMBURO: Objection. The question is seeking
17 an answer outside the scope of the topics that this
18 witness is designated for.
19  A.  I believe Dyneema. DSM Corporation.
20  Q.  And for what periods did Pearsalls obtain Dyneema
21 for use in the braiding and manufacturing of Arthrex's
22 FiberWire sutures?
23  MR. TAMBURO: Same objection.
24  A.  I don't know.
25  Q.  Currently, what type of ultra high molecular

**45**

1 polyethylene is used in the manufacturing of Arthrex's
2 FiberWire sutures?
3  A.  Speaking currently, it may be either Spectra or
4 Dyneema in terms of the manufacture of the ultra high
5 molecular weight polyethylene.
6  THE COURT REPORTER: The "manufacture"?
7  A.  Of the procurement.
8  THE COURT REPORTER: "Procurement."
9  Q.  But you're not sure what the current material
10 used in the FiberWire is for ultra high molecular
11 polyethylene?
12  A.  No.
13  Q.  Okay. Other than the ultra high molecular
14 polyethylene that Pearsalls obtains to make the braid for
15 Arthrex's FiberWire sutures, you mentioned that they also
16 obtain PET; correct?
17  A.  Correct.
18  Q.  And what is PET?
19  A.  It's polyester.
20  Q.  And what type of polyester does Pearsalls use to
21 braid Arthrex's FiberWire sutures?
22  A.  I'm not sure.
23  Q.  Do you know who or where Pearsalls obtains the
24 PET used in the manufacturing of Arthrex's FiberWire
25 sutures?

12 (Pages 42 to 45)

---

**50**

1  A. Yes.
2  Q. Okay. And then let's get back to where we were.
3 Yarn issue to winding for either. And I believe you said
4 that Pearsalls then takes the incoming yarn in whatever
5 form it's in and puts the polyester and the Dyneema or the
6 polyethylene on various bobbins?
7  A. Yes.
8  MR. TAMBURO: Objection.
9  Q. Is that right?
10  MR. TAMBURO: I'm going to object; that
11 mischaracterizes the testimony.
12  Q. Did I mischaracterize your testimony?
13  A. The yarn is issued to winding for winding onto a
14 particular spool or bobbin that would aid in the
15 manufacturing steps that would come thereafter.
16  Q. Mmm-hmm. Is the ultra high molecular -- Is the
17 polyethylene and the PET when it's received by Pearsalls
18 is the strand a monofilament?
19  MR. TAMBURO: Object to the form.
20  A. No.
21  Q. What is -- How do you characterize that strand of
22 polyethylene when Pearsalls receives it?
23  MR. TAMBURO: Object to the form.
24  A. It is a various -- various individual filaments
25 make up the yarn that's received. And the yarn may be

---

**51**

1 several filaments to many.
2  Q. So what is an individual filament then?
3  A. An individual filament is -- you would liken it
4 to a hair.
5  Q. Okay.
6  A. An individual filament would be a monofilament
7 taken by itself.
8  Q. Okay. And then many monofilaments make up a
9 yarn?
10  A. Correct.
11  Q. And how are they -- how were the monofilaments
12 structured within the yarn?
13  A. I believe they may have a slight twist.
14  Q. Okay. So a yarn of polyethylene used in the
15 FiberWire sutures is made up of many monofilaments twisted
16 around each other --
17  MR. TAMBURO: Objection; assumes --
18  Q. -- is that fair?
19  MR. TAMBURO: Objection; assumes facts not in
20 evidence. I object to the form.
21  A. Potentially.
22  Q. Have I assumed any facts in that question that we
23 haven't talked about today?
24  MR. TAMBURO: Well, I would just --
25  MR. FALKE: I'm asking the witness.

---

**52**

1  A. I'm not exactly sure on exactly how the yarn is
2 received, so --
3  MR. TAMBURO: And I would clarify the witness's
4 prior testimony has been ultra --
5  MR. FALKE: Is that an objection? Come on, Sal.
6  MR. TAMBURO: Yes, this is an objection. I would
7 clarify that the witness's prior testimony has been
8 polyethylene -- ultra high molecular weight
9 polyethylene, and your questions are directed to
10 something different.
11  And his prior testimony has stated that PET is
12 used in FiberWire, and your questions are rephrasing
13 that term, as well. I'm just trying to keep the
14 record clear.
15 BY MR. FALKE:
16  Q. What is PET? Polyester; right?
17  A. PET is the particular polyester.
18  Q. So when I say polyester, I'm referring to the PET
19 that's used in Arthrex's FiberWire sutures.
20  A. Yeah.
21  MR. TAMBURO: Is that a question?
22  Q. Yeah.
23  MR. TAMBURO: Okay.
24  A. If you're saying when you refer to polyester, we
25 refer to -- it's referring to the PET.

---

**53**

1  Q. Right, because when I asked you what PET was, you
2 said polyester; right?
3  A. No, PET is a subset of polyester.
4  Q. Okay. But do you know what PET is used in the
5 manufacturing of Arthrex's FiberWire sutures?
6  A. I'm not exactly sure.
7  Q. Okay. We were talking about how the individual
8 monofilaments in the polyethylene or the ultra high
9 molecular polyethylene are structured. And I think you
10 said they were twisted; is that right?
11  A. I believe there may be a slight twist just to
12 ease in handling.
13  Q. Okay. Okay. And then, again, down to the second
14 step in ARM 8784, those strands are then put onto bobbins;
15 is that what you said?
16  A. Yes.
17  Q. And what is a bobbin as used in ARM 8784?
18  A. A bobbin as a general term would be any round --
19 what would you call it --
20  Q. Spool?
21  A. -- a revolved shape that would allow you to wind
22 something. It may or may not have end caps on it.
23  Q. But the bobbin is actually the thing that the
24 sutures are wound around?
25  A. Sutures are wound around.

---

14 (Pages 50 to 53)

54

1 Q. Okay.
2 A. Sutures, yarn, what have not.
3 Q. Right. In general, how big are these bobbins?
4 A. In general?
5 Q. Well, no. Let me ask the bobbins used in
6 Pearsalls manufacture of Arthrex's FiberWire sutures, how
7 big are the bobbins?
8 A. I would approximate them -- approximate about a
9 foot -- 12 inches of length or less.
10 Q. Okay. And how -- and what length of the yarn of
11 the PET and the ultra high molecular weight polyethylene
12 are wound around the bobbins?
13 A. I'm not exactly sure.
14 Q. Generally?
15 A. Generally, it's --
16 Q. A hundred feet?
17 A. More than a hundred feet. Probably in excess of
18 2 or 300 meters.
19 Q. Okay. And then it says yarn issue dye the
20 winding for core or cover; do you see that?
21 A. Yes.
22 Q. What does that mean?
23 A. At that point, they can either issue the yarn to
24 a winding to -- which would then thereafter go into the
25 cover portion of the product or they can issue it to be --

55

1 to go to the process for the core.
2 Q. Okay. And what -- does every Arthrex FiberWire
3 suture have a cover?
4 A. Yes.
5 Q. Has every Arthrex FiberWire suture sold by
6 Arthrex had a cover on it?
7 A. Yes.
8 Q. Okay. And currently and historically, has every
9 Arthrex FiberWire suture had a core in it?
10 A. No.
11 Q. Okay. When did Arthrex's FiberWire sutures have
12 a core?
13 A. They have always had a core.
14 Q. Do they -- Okay. I think I asked and currently
15 and historically, has ever FiberWire suture had a core and
16 you said no; right?
17 A. Yes.
18 Q. Okay. And then I said when -- when did Arthrex's
19 FiberWire sutures have a core. And then you said they've
20 always had a core.
21 A. We have one product that does not have a core.
22 Q. Okay. And what product is that?
23 A. The 4-0 FiberWire.
24 Q. Okay. So currently and historically, every
25 FiberWire suture other than the 4-0 has had a core and a

56

1 cover; right?
2 A. Yes.
3 Q. And currently -- currently, the Arthrex 4-0
4 FiberWire suture does not have a core; right?
5 A. Correct.
6 Q. Has Arthrex's FiberWire suture -- 4-0 suture ever
7 had a core?
8 A. No, not that I'm aware of.
9 Q. In Arthrex's FiberWire sutures presently, other
10 than the 4-0 FiberWire, what is the core made of?
11 A. Ultra high molecular weight polyethylene.
12 Q. Is that it?
13 A. Yes.
14 Q. Okay. So in Arthrex's FiberWires -- all of
15 Arthrex's FiberWire sutures except for 4-0, the core is
16 made of solely ultra high molecular weight polyethylene?
17 A. Correct.
18 Q. And what about a cover? What is -- Currently, I
19 think you said all Arthrex FiberWire sutures have a cover;
20 right?
21 A. Yes.
22 Q. What materials make up the cover in each of
23 Arthrex's FiberWire sutures?
24 A. Ultra high molecular weight polyethylene and PET.
25 Q. And has that always been the case?

57

1 A. Yes.
2 Q. But at various points and times, you think that
3 the ultra high molecular polyethylene was either Dyneema
4 or Spectra; is that right?
5 A. Correct.
6 Q. Was it anything other than Dyneema or Spectra at
7 any time?
8 A. Not that I'm aware of.
9 Q. Okay. So I think where we are now is Pearsalls
10 has taken the incoming yarn, put it onto bobbins, and then
11 have separated bobbins used for cores and separates
12 bobbins used for carriers; is that right? I mean cores
13 and covers?
14 A. Correct.
15 Q. Okay. So let's go down then -- let's go down the
16 cover side on ARM 8784. What does that mean?
17 A. From the previous step, which was the yarn issue
18 to winding, the yarn was issued to winding on the carrier
19 bobbins which are the particular bobbins used for the
20 carriers.
21 Q. Is the carrier bobbin different than the bobbin
22 you just described earlier?
23 A. It's one of -- to me, a bobbin -- a bobbin and a
24 spool might be different. A bobbin would have a post on
25 it with no cap.

15 (Pages 54 to 57)

62

```
1   Q.  So this is back up to number one?
2   A.  Correct.
3   Q.  Okay.
4   A.  They're on --
5   Q.  The incoming yarn stage?
6   A.  -- placed onto pegs or posts to keep them, for
7   lack of a better word, in a vertical fashion.
8   Q.  Okay.
9   A.  The yarns that are let off, how ever many there
10  are, are let off and are led around turning posts.
11  Q.  Mmm-hmm.
12  A.  And then to the end -- to the bobbin or the spool
13  that it's going to be taken up on.  And as the yarns go
14  around the posts, it naturally puts a twist in them
15  together.  They're going around the post in an unorthodox
16  fashion, if you will.
17  Q.  Okay.  So the twisting of the core yarns occurs
18  with Pearsalls takes the incoming yarns and puts them on
19  the bobbin?
20  A.  Yes.  For the core.
21  Q.  So as shown on ARM 8784, do you see how it
22  says twist after the yarn issue to winding for either; do
23  you see that?
24  A.  Yes.
25  Q.  Is that right then or is that --
```

63

```
1   A.  That's correct.
2   Q.  So does the -- To me, I read that to mean first
3   the yarns for the core are put onto a bobbin, and then
4   after they're put on a bobbin, they're twisted?
5   A.  No, they --
6   Q.  That's not right?
7   A.  The yarns -- it's yarn issued to winding for
8   either.
9   Q.  Okay.
10  A.  And then so the yarn is issued to a department.
11  Q.  Okay.
12  A.  That department receives those and would say --
13  they would have the next work instruction, I would assume.
14  Q.  Mmm-hmm.
15  A.  The block called twist.
16  Q.  Mmm-hmm (affirmative).
17  A.  And they would say -- take these yarns, put them
18  on these fixtures, apply the twist to them, how ever many
19  yarns there are, and wind them to a bobbin, which would be
20  the next bubble in the flow chart.
21  Q.  Okay.  And so that bobbin down at the bottom is
22  the core bobbin?
23  A.  Correct.
24  Q.  And that core bobbin contains a length of several
25  different yarns that have been twisted together, depending
```

64

```
1   on the size of the FiberWire suture; is that right?
2   A.  Correct.
3   Q.  Okay.  And then like we talked about earlier,
4   each individual yarn is composed of mono -- several
5   monofilaments?
6   A.  Correct.
7   Q.  Okay.  Now I believe we talked about the ultra
8   high molecular weight polyethylene is a yarn that's
9   composed of many monofilaments; is that right?
10  A.  Correct.
11  Q.  What about the polyester -- or the PET?  How is
12  the PET -- how is the yarn of PET structured?
13  A.  In the same fashion.
14  Q.  Same way?  So the PET used in Arthrex's FiberWire
15  sutures is in the form of yarn, and that PET yarn is made
16  up of several twisted monofilaments of PET?
17  A.  Correct.
18  Q.  Okay.  Okay.  So right now we have in the
19  manufacturing process -- and the steps we've talked about
20  so far, does this apply to all of Arthrex's FiberWire
21  sutures and TigerWire sutures?
22  A.  With the exception of the 4-0 suture.
23  Q.  Right.  The only difference between the 4-0
24  suture is that there's no core bobbin?  It's just --
25  A.  Correct.
```

65

```
1   Q.  Okay.  Now in the -- the bobbin used to make the
2   cover, the individual yarns are not twisted together;
3   right?
4   A.  Correct.
5   Q.  Okay.  Could you initial or put your name on that
6   and date it?  And then use whatever title you think best
7   describes what's shown in the picture.  To me, it's
8   incoming yarn to core bobbin, but if that's not accurate,
9   please change it.
10  A.  Today's date is the --
11  Q.  16th.  I'm going to mark this Exhibit 117.
12      (DePuy Mitek Exhibit No. 117, drawing by Peter
13  Dreyfuss of Twisting Process for Core Production of
14  FiberWire, was marked for identification.)
15  Q.  And could you draw then on -- I think I gave you
16  another sheet of paper.
17  A.  Yes, you did.
18  Q.  Could you draw in just as much detail as you need
19  the process from the incoming yarns to the bobbins used
20  for the cover of the FiberWire sutures.
21  A.  That would be --
22  Q.  Or maybe just describe it with reference to
23  Exhibit 117.
24  A.  The difference would be very simple.  There's the
25  cover yarns used in FiberWire are only one yarn.
```

17 (Pages 62 to 65)

98

1   Q.   And I don't know if you did, but could you please
2 label the core and the cover?
3   A.   Yes, I did.
4   Q.   Okay.
5   A.   I was doing a core with three parts to represent
6 the No. 2 suture.  But since it's an 0, I'm not exactly
7 sure how many yarns are made up of the core, but they're
8 all UHMWP --
9   Q.   Okay.
10   A.   -- if that's acceptable.
11   Q.   Okay.  Yeah.  Let me just take a look at it,
12 please.
13       Okay.  So but other than the core, which you're
14 not quite sure of how many yarns make up the core on the
15 2-0, this outside accurately represents the cover or the
16 sheath of the Arthrex 2-0 FiberWire?
17   A.   Yes.
18   Q.   Okay.  And as you have shown, going around the
19 cover or the sheath, the materials alternate PET, ultra
20 high molecular weight polyethylene, PET, ultra high
21 molecular weight polyethylene, et cetera?
22   A.   Yes.
23   Q.   Okay.  Now within the sheath or the cover --
24 Well, first could you just label the sheath and the cover
25 for me?

99

1   A.   (Witness complying).
2   Q.   Are the individual yarns in the cover or sheath
3 of the Arthrex 2-0 FiberWire as shown in 121 in contact
4 with each other, meaning is the ultra high molecular
5 weight polyethylene yarn connected to the neighboring PET
6 yarn?
7       MR. TAMBURO:  Object to the form.
8   A.   They're all interdigitated.  I'm sure there's
9 contact between them.
10   Q.   Intertwined?
11   A.   Yes.
12   Q.   Okay.  So there is contact then between the
13 neighboring or adjacent PET and ultra high molecular
14 weight --
15   A.   Yes.
16   Q.   -- polyethylene yarns and the sheath or cover?
17   A.   Yes.
18   Q.   Okay.  Next, if you could, could you please draw
19 a cross-section of Arthrex's No. 2 FiberWire?
20       And -- I'm sorry.  But before we go on, does
21 Exhibit 121 reflect the construction or the structure of
22 the 2-0 FiberWire as it's always been?
23   A.   To the best of my knowledge, yes.
24   Q.   Okay.  So the construction with the structure as
25 shown in 121 of a 2-0 FiberWire suture hasn't changed over

100

1 time?  Ever since Arthrex is manufacturing a 2-0
2 FiberWire, it's been using this configuration as shown in
3 121?
4   A.   Yes.
5   Q.   Okay.
6   A.   (Witness complying).
7   Q.   And I'm going to mark your drawing of Arthrex's
8 No. 2 FiberWire suture as DePuy Mitek Exhibit 122.
9       (DePuy Mitek Exhibit No. 122, drawing of Peter
10   Dreyfuss of the Approximate Cross-Section of No. 2
11   FiberWire, was marked for identification.)
12   Q.   Can I take a look at it, please?
13   A.   Yes.
14   Q.   Okay.  And so this shows a core made up of three
15 ultra high molecular weight polyethylene yarns twisted
16 together and then a cover or sheath composed of
17 alternating yarns of ultra high molecular weight
18 polyethylene and PET; is that right?
19   A.   Correct.
20   Q.   And the PET and ultra high molecular weight
21 polyethylene that make up the sheath or cover of Arthrex's
22 FiberWire No. 2 are in direct contact with each other; is
23 that right?
24   A.   Yes.
25   Q.   Okay.  And they're intertwined around each other;

101

1 right?
2   A.   They're braided.
3   Q.   Okay.  Is that intertwining or --
4   A.   Yes, they're ...
5   Q.   Okay.  And does Exhibit 122 accurately reflect
6 the construction of Arthrex's FiberWire No. 2 currently
7 and since its release or since it was first sold by
8 Arthrex?
9       MR. TAMBURO:  Object to the form.
10   A.   I believe so.
11   Q.   Okay.  Could you mark or title Exhibit 122?
12   A.   (Witness complying).
13   Q.   And next I was going to ask you to draw a
14 cross-section of the No. 5 Arthrex FiberWire suture, which
15 I believe is the same as Exhibit 122 that you have just
16 drawn with the exception of possibly the number of yarns
17 that comprise the core; is that right?
18   A.   I believe that would be correct.
19   Q.   Okay.  And -- but the outside of the cover or
20 sheath of the Arthrex FiberWire No. 2 is the same as the
21 cover or sheath of the Arthrex FiberWire No. 2; right?
22   A.   In the manner of braiding, yes.
23   Q.   Right.
24       MR. TAMBURO:  Object to the form.
25   Q.   In the manner as you have shown in Exhibit

26 (Pages 98 to 101)

102

1 No. 122?

2 A. Yes.

3 Q. I misspoke there, but the outside or the cover of
4 the Arthrex FiberWire No. 5 is the same as the cover or
5 sheath of the Arthrex FiberWire No. 2; is that correct?

6 A. That's correct.

7 Q. Okay. The same in terms of configuration and
8 contact and intertwining; right?

9 A. Yes.

10 Q. Okay. Next, if I can ask you to draw the
11 cross-section of Arthrex's No. 0 FiberWire.

12 A. Let's see.

13 Q. And I believe you testified earlier, and correct
14 me if I'm wrong --

15 A. Twelve.

16 Q. -- that there's twelve carriers?

17 A. Correct.

18 Q. Okay. And I also believe you testified earlier
19 that you weren't sure about how many yarns make up the
20 core in Arthrex's Size 0 FiberWire; is that right?

21 A. That's correct.

22 Q. Okay.

23 A. I'm sorry; would you give me the number again?

24 MR. TAMBURO: Here.

25 A. All right.

103

1 Q. Now I'm going to mark your drawing of a
2 cross-section of Arthrex's No. 0 FiberWire with DePuy
3 Mitek Exhibit 123.

4 (DePuy Mitek Exhibit No. 123, drawing of Peter
5 Dreyfuss of the Approximate Cross-Section of Size 0
6 FiberWire, was marked for identification.)

7 Q. And I believe what you've drawn in Exhibit 123 is
8 that the cover or sheath of the Arthrex No. 0 FiberWire
9 has alternating yarns of PET and ultra high molecular
10 weight polyethylene; is that right?

11 A. Correct.

12 Q. And that -- and that those neighboring yarns in
13 the sheath or cover are in contact with each other?

14 A. Correct.

15 Q. And in the same configuration and intertwining
16 manner as Exhibits 122 and 121?

17 A. Correct.

18 Q. Okay. Could you draw for me a cross-section of
19 Arthrex's FiberWire 3-0 suture? I believe you testified
20 earlier that it's eight carriers.

21 A. Thank you.

22 Q. And I'm going to label your cross-section drawing
23 of Arthrex's FiberWire No. 3 suture with DePuy Mitek
24 Exhibit 124.

25 (DePuy Mitek Exhibit No. 124, drawing of Peter

104

1 Dreyfuss of the Approximate Cross-Section of Size 3-0
2 FiberWire, was marked for identification.)

3 Q. And just so the record's clear, all these hand
4 drawings that you have done so far, when it says UHMW,
5 that means ultra high molecular weight polyethylene?

6 A. Correct.

7 Q. Okay. And what you've shown is that Arthrex's
8 No. 3-0 FiberWire has alternating yarns of PET and ultra
9 high molecular weight polyethylene?

10 A. Correct.

11 Q. And that those neighboring yarns and the sheath
12 or cover contact each other?

13 A. Correct.

14 Q. And they're in the same -- you know --
15 intertwining manner as Exhibits 123, 122, and 121?

16 A. Correct.

17 Q. And now if you could just draw for me a
18 cross-sectional drawing of Arthrex's 4-0 FiberWire suture,
19 please. And I'm going to mark your drawing of Arthrex's
20 4-0 FiberWire suture with DePuy Mitek Exhibit 125.

21 A. (Witness complying).

22 (DePuy Mitek Exhibit No. 125, drawing of Peter
23 Dreyfuss of the Approximate Cross-Section of Size 4-0
24 FiberWire, was marked for identification.)

25 Q. And I believe what you've shown in Exhibit 125 is

105

1 that, one, there's no core in the 4-0 FiberWire; right?

2 A. Correct.

3 Q. And that the sheath or cover is made up of
4 intertwining yarns of ultra high molecular weight
5 polyethylene and PET?

6 A. Correct.

7 Q. And that the neighboring yarns within the cover
8 or sheath are in contact with each other?

9 A. Correct.

10 Q. Okay. Do Exhibits 123, 124, and 125 show not
11 only the present-day but the configuration of the
12 FiberWire sutures as sold in the past?

13 A. Yes, to the best of my knowledge and --

14 Q. In other words, there hasn't been any different
15 configurations of Arthrex's 0, 3-0, and 4-0 FiberWire
16 sutures?

17 A. I'm not for certain on the 4-0.

18 Q. Okay. But for the 2-0 and the -- or for the 0
19 and the 3-0 you are?

20 A. Yes.

21 Q. Okay. And I don't think I asked you this, but in
22 Exhibit 125, the alternating sheaths -- alternating yarns
23 and the sheath or cover are in intertwining contact like
24 Exhibits 124, 123, 122, and 121?

25 A. Yes.

27 (Pages 102 to 105)

# EXHIBIT 5

# FiberWire™

***IMPORTANT PRODUCT INFORMATION***
***WICHTIGE PRODUKTINFORMATION***
***NOTICE D'UTILISATION IMPORTANTE***
***IMPORTANTI INFORMAZIONI PER L'USO***
***INSTRUCCIONES IMPORTANTES PARA EL USO***

  

**Manufacturer:**
Arthrex Inc.
Naples, Florida 34108-1945 • USA
Toll-Free: +1 800 934-4404
www.arthrex.com

**E. C. Representative:**
Arthrex Med. Inst. GmbH
85757 Karlsfeld
Germany
Tel: +49 81 31 59 57 0 • Fax: +49 81 31 59 57 63 1



DFU-0065
Rev. II

---

**Description:**
Arthrex FiberWire is available in several U.S.P. sizes (sutures meet U.S.P. standards for suture, except diameter). The Arthrex FiberWire may also be sold with needles attached (swaged) to the ends in a variety of sizes. The suture is made of polyethylene fibers and polyester fibers braided, sterilized and coated for surgical use. The coating acts as a lubricant for suture sliding, knot tying, and ease of passing suture through tissue. The Arthrex FiberWire is available non-dyed (white) or dyed and meets or exceeds U.S.P. and European standards (except for diameter).

**Indications:**
Arthrex FiberWire is indicated for use in soft tissue approximation and/or ligation. FiberWire is not for use in cardiac indications.

**Actions:**
Arthrex FiberWire, when tested per ISO/DIS 10993, Biological Evaluation of Medical Devices-Part 10: Tests for Irritations and Sensitization, had no reactions of allergic or sensitive nature. The dyed suture and coating are pharmacologically inactive.

Arthrex FiberWire is not absorbed, but may become encapsulated in the surrounding connective tissues. The Arthrex FiberWire is not known to have significant change in tensile strength in vivo.

**Contraindications:**
None known

**Warnings:**
Do not re-sterilize. Once open, discard unused suture.
Do not expose to heat.

Users should be familiar with surgical procedures and techniques involving non-absorbable sutures before employing Arthrex FiberWire for wound closure, as the risk of wound dehiscence may vary with the site of application and the suture material used.

As with any foreign body, prolonged contact of this or any other suture with salt solutions, such as those found in the urinary or biliary tracts, may result in calculus formations. Acceptable surgical practice must be followed with respect to drainage and closure of infected or contaminated wounds.

**Precautions:**
In handling this or any other suture material, care should be taken to avoid damage from handling. Avoid crushing or crimping damage due to application of surgical instruments such as forceps or needle holders.

Assure that all knots have been secured using accepted surgical knot tying techniques. Adequate knot security requires the accepted surgical technique of flat, square ties, with additional throws as warranted by surgical circumstance and the experience of the surgeon. The use of additional throws may be particularly appropriate when knotting monofilaments. Care should be taken to prevent damage to surrounding

tissue or user puncture due to improper handling of the needle/point.

Do not grasp the needle at the point or swage, to avoid damage to these areas. Reshaping needles may cause them to lose strength and be less resistant to bending and breaking. Discard used needles in "sharps" containers.

**Adverse Reactions:**
Adverse reactions have not been noted with the Arthrex FiberWire product in animal testing. Common non-absorbable suture reactions may include wound dehiscence, calculi formation in urinary and biliary tracts when prolonged contact with salt solutions such as urine and bile occurs, enhanced bacterial infectivity, minimal acute inflammatory tissue reaction, pain, edema, and erythema at the wound site. Inadvertent needle sticks with contaminated surgical needles may result in the transmission of bloodborne pathogens.

**Sterilization:**
Arthrex FiberWire suture is supplied sterile.
Method of sterilization - EO
Do not resterilize. Do not use if package is opened or damaged. Discard opened, unused sutures.

**Storage Conditions:**
Store below 25°C, away from moisture and direct heat.
Do not use after expiration date.

**How Supplied:**
The Arthrex FiberWire is available in several U.S.P. sizes (sutures meet U.S.P. standards for suture, except diameter). The suture is supplied sterile in pre-cut lengths and in some cases with swaged needles. The Arthrex FiberWire is available in non-dyed (white) or dyed colors. The suture is made of polyethylene fibers and polyester fibers braided, sterilized and coated for surgical use. The coating acts as a lubricant for suture sliding, knot tying, and ease of passing suture through tissue.

**SYMBOLS USED ON LABELING**







---

**Beschreibung:**
Arthrex FiberWire ist in verschiedenen USP-Größen erhältlich (das Nahtmaterial entspricht den USP-Normen für Nahtmaterial, mit Ausnahme des Durchmessers). Arthrex FiberWire ist unter Umständen auch mit an den Fadenenden befestigten (gesenkgeschmiedeten) Nadeln unterschiedlicher Größen erhältlich. Das Nahtmaterial besteht aus geflochtenen, sterilisierten und für den chirurgischen Gebrauch beschichteten Polyethylen und Polyesterfäden. Die Beschichtung fungiert als Fadengleitmittel und erleichtert die Knotenbildung und das Durchziehen des Fadens durch das Gewebe. Arthrex FiberWire ist ungefärbt (weiß) oder gefärbt erhältlich und entspricht oder übertrifft USP- und europäische Standards (mit Ausnahme des Durchmessers).

**Anwendungsgebiete:**
Arthrex FiberWire ist für Weichgewebeapproximation und/oder -ligation vorgesehen. FiberWire nicht für Kardio-indikationen verwenden.

**Funktionen:**
Beim bei Arthrex FiberWire gemäß ISO/DIS 10993, Biological Evaluation of Medical Devices - Part 10: Reiz- und Sensibilisierungstests ergaben keine allergischen oder empfindlichen Reaktionen. Das gefärbte Nahtmaterial und die Beschichtung sind pharmakologisch inaktiv.

Arthrex FiberWire wird zwar nicht absorbiert, jedoch unter Umständen vom umgebenden Bindegewebe eingekapselt. Bei Arthrex FiberWire sind in vivo keine signifikante Änderung der Zerreißfestigkeit festgestellt.

**Gegenanzeigen:**
Unbekannt

**Warnhinweise:**
Nicht resterilisieren. Unbenutztes Fadenmaterial nach dem Öffnen entsorgen. Von Hitze fernhalten.

Benutzer sollten vor dem Verschließen von Wunden mit Arthrex FiberWire mit den chirurgischen Prozeduren und Techniken vertraut sein, bei denen nicht-absorbierbarer Faden verwendet wird, da das Dehiszenzrisiko je nach Anwendungsstelle und verwendetem Fadenmaterial unterschiedlich ist.

Wie bei Fremdkörpern aller Art kann der längere Kontakt dieses oder jedes anderen Fadenmaterials mit Salzlösungen, (wie sie z.B. im Harn- und Gallentrakt vorhanden sind) zu Calculusbildung führen. Bei der Drainage und beim Schließen von infizierten oder kontaminierten Wunden sind die in der Chirurgie üblichen Praktiken zu beachten.

**Vorsichtsmaßnahmen:**
Bei der Handhabung dieses oder jedes anderen Fadenmaterials sorgfältig darauf achten, dass das Material nicht beschädigt wird. Schäden durch Zusammendrücken oder Abklemmen mit chirurgischen Instrumenten wie Zangen oder Nadelhaltern nach Möglichkeit vermeiden.

Sicherstellen, dass sämtliche Knoten gemäß den akzeptierten chirurgischen Knotenbildungstechniken sicher befestigt sind. Voraussetzung für angemessene Knotenhaltbarkeit ist die Verwendung von flachen, quadratischen Schleifen mit zusätzlichen Verknotungen, je nach chirurgischer Situation und Erfahrung des

Chirurgen. Besonders beim Verknoten von monofilen Fäden sind unter Umständen zusätzliche Verknotungen angebracht. Sorgfältig vorgehen, um Schäden am umgebenden Gewebe und Benutzerpunktierung durch falsche Handhabung der Nadelspitze zu vermeiden.

Die Nadel nicht an der Spitze oder am Gesenk festhalten, um eine Beschädigung dieser Bereiche zu vermeiden. Nadeln können durch Umformen an Stärke verlieren und gegen Verbiegen und Abbrechen weniger widerstandsfähig werden. Nadeln in entsprechend gekennzeichneten Behältern entsorgen.

**Nebenwirkungen:**
Bei Tierversuchen wurden bei der Verwendung von Arthrex FiberWire keine Nebenwirkungen festgestellt. Zu den bei nicht-absorbierbarem Faden üblichen Reaktionen können unter Umständen Dehiszenz, Calculusbildung im Harn- und Gallenwegen bei längerem Kontakt mit Salzlösungen (wie sie im Urin und in der Gallenflüssigkeit vorhanden sind), verstärkte Bakterieninfektion, minimale akute Gewebeentzündungen, Schmerzen, Ödeme und Erythema an der Wundstelle. Versehentliches Stechen mit kontaminierten chirurgischen Nadeln kann zur Übertragung von Blutpathogenen führen.

**Sterilisation:**
Arthrex FiberWire wird steril geliefert.
Sterilisationsmethode - EO
Nicht resterilisieren. Bei beschädigter oder zuvor geöffneter Packung nicht verwenden. Offenes, unbenutztes Fadenmaterial entsorgen.

**Lagerungsbedingungen:**
Unter 25 °C trocken und fern von direkter Hitzeeinwirkung lagern. Nicht nach dem Verfalldatum verwenden.

**Lieferform:**
Arthrex FiberWire ist in verschiedenen USP-Größen erhältlich (das Nahtmaterial entspricht den USP-Normen für Nahtmaterial, mit Ausnahme des Durchmessers). Das Fadenmaterial wird steril in vorgeschnittenen Längen und in manchen Fällen mit gesenkgeschmiedeten Nadeln geliefert. Arthrex FiberWire ist ungefärbt (weiß) und gefärbt erhältlich. Das Nahtmaterial besteht aus geflochtenen, sterilisierten und für den chirurgischen Gebrauch beschichteten Polyethylen und Polyesterfäden. Die Beschichtung fungiert als Fadengleitmittel und erleichtert die Knotenbildung und das Durchziehen Fadens durch das Gewebe.

**AUF DER VERPACKUNG VERWENDETE SYMBOLE**

    

## FRANÇAIS

**Description:**

La suture Arthrex FiberWire existe en plusieurs tailles U.S.P. et est conforme aux normes U.S.P. s'appliquant aux sutures (diamètre excepté). La suture Arthrex FiberWire est également commercialisée avec des aiguilles serties de différentes tailles. Cette suture se compose de fibres de polyéthylène et de fibres de polyester tressées, stérilisées et traitées en surface pour les applications chirurgicales. Ce revêtement permet le rôle de lubrifiant pour faciliter le glissement du fil, le serrage des nœuds et le passage du fil à travers les tissus. La suture Arthrex FiberWire est disponible en blanc (non teinté) ou teintée, et elle est conforme aux normes européennes et normes U.S.P. (diamètre excepté).

**Indications:**

La suture Arthrex FiberWire est indiquée pour la ligature et le rapprochement des tissus mous. La suture Arthrex FiberWire n'est pas indiquée pour la chirurgie cardiaque.

**Réactions:**

Aucune réaction allergique ou sensible n'a été observée lors de la soumission de la suture Arthrex FiberWire au test exigé par la norme ISO/DIS 10993 / Evaluation biologique des dispositifs médicaux, Partie 10 : Essais d'irritation et de sensibilisation. La suture teintée et le traitement en surface de la suture sont pharmacologiquement inactifs.

La suture Arthrex FiberWire n'est pas résorbable. Elle peut cependant être encapsulée par le tissu conjonctif. Selon les données disponibles, la résistance à la traction de la suture Arthrex FiberWire ne change pas de manière significative in vivo.

**Contre-indications:**

Aucune contre-indication connue.

**Précautions d'emploi:**

Ne pas stériliser à nouveau. Jeter toute suture non utilisée dont l'emballage a été ouvert. Ne pas exposer à la chaleur.

Tout praticien suturant une plaie avec la suture Arthrex FiberWire doit être familiarisé aux techniques chirurgicales recommandées pour les matériaux non résorbables, car le risque de déhiscence de la plaie varie selon le site de l'intervention et le type de suture employé.

Comme avec tout matériau exogène, un contact prolongé de cette suture ou de tout autre fil avec un fluide salin, comme ceux circulant dans les voies urinaires ou biliaires, peut conduire à la formation de calculs. Le praticien devra respecter les règles chirurgicales relatives au drainage et à la fermeture de plaies infectées ou contaminées.

**Précautions d'emploi:**

Comme avec toute autre suture, éviter d'abîmer le fil lors de sa manipulation. Ne pas écraser le fil avec des instruments chirurgicaux comme une pince ou un porte-aiguille.

Réaliser tous les nœuds conformément aux techniques chirurgicales en vigueur. Opter pour le nœud plat, qui garantit une bonne sécurité et que sa tangeant udéral, avec boucles supplémentaires en fonction du cas chirurgical et de l'expérience du praticien. Si le fil est monofilament, prévoir des boucles supplémentaires pour les nœuds.

Bien contrôler la pointe de l'aiguille pour éviter que les tissus environnants ou de blesser le praticien.

Ne pas saisir l'aiguille par sa pointe ou par son attache sur le fil pour éviter de l'endommager. Eviter de modifier la courbure des aiguilles pour ne pas réduire leur résistance à la déformation et à la rupture. Après usage, jeter les aiguilles dans un récipient spécial pour objets pointus et tranchants.

**Effets indésirables:**

Aucun effet indésirable particulier n'a été observé lors des tests au fil Arthrex FiberWire chez l'animal. Comme avec les autres fils de suture non résorbables, les réactions suivantes sont possibles : infection ou plaie, formation de calculs dans les voies urinaires ou biliaires au contact prolongé avec des fluides salins comme l'urine ou la bile, irritabilité bactérienne accrue, inflammation tissulaire minime, douleur, œdème et érythème au niveau de la plaie. Toute blessure avec une aiguille chirurgicale pourrait transmettre des germes pathogènes présents dans le sang.

**Stérilisation:**

La suture Arthrex FiberWire est livrée stérile. Méthode de stérilisation : oxyde d'éthylène Ne pas stériliser à nouveau. Ne pas utiliser si l'emballage est ouvert ou endommagé. Jeter les sutures non utilisées si leur emballage est ouvert.

**Conditions de stockage:**

Conserver à une température maximale de 25°C et à l'abri de l'humidité comme des sources de chaleur directes. Ne pas utiliser après la date d'expiration.

**Présentation:**

La suture Arthrex FiberWire existe en plusieurs tailles U.S.P. et elle est conforme aux normes U.S.P. s'appliquant aux sutures (diamètre excepté). La suture est livrée sertie en différentes longueurs précoupées. Elle est aussi disponible avec des aiguilles serties. La suture Arthrex FiberWire est disponible en blanc (non teinté) ou en couleurs (teinté). Cette suture se compose de fibres de polyéthylène et de fibres du polyester tressées, stérilisées et traitées en surface pour les applications chirurgicales. Ce revêtement joue le rôle de lubrifiant pour faciliter le glissement du fil, le serrage des nœuds et le passage du fil à travers les tissus.

**SYMBOLES UTILISÉS SUR L'ÉTIQUETAGE**

 Ne pas réutiliser    Quantité

STERILE EO  Produit utilisé l'emballage n'a pas été ouvert ou endommagé. Méthode de stérilisation - EO

STERILE R  Produit stérile si l'emballage n'a pas été ouvert ou endommagé. Méthode de stérilisation - Irradiation

 LOT  No de lot   Consulter la notice accompagnant le produit

CE  Ce produit est conforme aux exigences de la directive sur les dispositifs médicaux CEE 9042.

 A utiliser avant le (mois/année)

 Du conserver entre -anno e mese

## ITALIANO

**Descrizione:**

La sutura FiberWire Arthrex è disponibile in molte misure U.S.P. (le suture soddisfano gli standard U.S.P. per sutura, tranne il diametro). FiberWire Arthrex può essere venduto anche con aghi di varie dimensioni attaccati (saldati) alle estremità. La sutura consiste in maglie di fibre di polietilene e di poliestere sterilizzate e rivestite per uso chirurgico. Il rivestimento funge da lubrificante per lo scorrimento della sutura, la chiusura dei nodi e la facilità di passaggio della sutura attraverso il tessuto. FiberWire Arthrex è disponibile sia non tinto (bianco) che tinto e soddisfa o supera gli standard U.S.P. ed europei (non per diametro).

**Indicazioni:**

FiberWire Arthrex è indicato per l'approssimazione e/o la legatura dei tessuti molli. FiberWire non va utilizzato in interventi cardiaci.

**Azioni:**

FiberWire Arthrex, quando testato per ISO/DIS 10993, Valutazione biologica del dispositivo medico-Parte 10. I test per irritazioni e sensibilizzazione, non hanno evidenziato reazioni allergiche o ipersensibilità. La sutura e il rivestimento del sono farmacologicamente inattivi.

FiberWire Arthrex non viene assorbito, ma può essere incapsulato nel tessuto connettivo circostanti. Non sono noti per FiberWire Arthrex cambiamenti significativi nella resistenza alla tensione in-vivo.

**Controindicazioni:**

Nessuna nota

**Avvertenze:**

Non risterilizzare. Una volta aperte, gettare le suture non utilizzate. Non esporre al calore.

Gli utenti devono conoscere bene le procedure e le tecniche chirurgiche relative alle suture non assorbibili prima di utilizzare FiberWire Arthrex per la chiusura delle ferite, in quanto il rischio di deiscenza della ferita può variare in base al sito di applicazione ed al materiale utilizzato per la sutura.

Come per qualsiasi corpo estraneo, il contatto prolungato di questa sutura o di qualsiasi altro tessuto saline, come quelle presenti nel tratto urinario o biliare, può risultare nella formazione di calcoli. È necessario seguire una pratica chirurgica corretta per il drenaggio e la chiusura di ferite infette o contaminate.

**Precauzioni:**

Non trattare questo o qualsiasi altro materiale per sutura, occorre fare attenzione ad evitare danni dovuti al maneggiamento. Evitare danni da schiacciamento o piegatura dovuti all'applicazione di strumenti chirurgici, inclusi forcipi o porta-aghi.

Assicurarsi che tutti i nodi siano stati legati usando le tecniche chirurgiche di annodatura accettate. Una sicurezza adeguata del nodo richiede la tecnica chirurgica accettata di legature piatte e quadrate, nonché di ulteriori avvolgimenti in base al caso chirurgico e

all'esperienza del chirurgo. L'uso di avvolgimenti aggiuntivi può essere particolarmente appropriato per l'annodamento di monofilamenti. Evitare di recare danni al tessuto circostante o alla puntura dovuti ad una manipolazione non corretta della punta dell'ago.

Non afferrare l'ago per la punta o dalla saldatura, onde evitare danni a queste aree. Il raddrizzamento degli aghi può indebolirli e renderli meno resistenti alle piegature ed alle rotture. Gettare gli aghi usati in contenitori per materiale raffilato.

**Effetti indesiderati:**

Non si sono riscontrati affetti indesiderati con l'uso del prodotto FiberWire Arthrex nei test sugli animali. Le reazioni comuni alle suture non assorbibili possono includere la deiscenza della ferita, la formazione di calcoli nei tratti urinario e biliare dovuta al contatto prolungato con soluzioni saline come urina e bile, infettività batterica elevata, minima reazione del tessuto alle infiammazioni acute, dolore, edema ed eritema al sito della ferita. Il contatto involontario dell'ago con aghi chirurgici contaminati può risultare nella trasmissione di patogeni veicolati dal sangue.

**Sterilizzazione:**

La sutura FiberWire Arthrex viene fornita sterile. Metodo di sterilizzazione - EO Non risterilizzare. Non usare se la confezione è aperta o danneggiata. Gettare le suture aperte non utilizzate.

**Condizioni di conservazione:**

Conservare al di sotto di 25°C, lontano da umidità e calore diretto. Non utilizzare dopo la data di scadenza.

**Come i usarti:**

FiberWire Arthrex è disponibile in molte misure U.S.P. (le suture soddisfano gli standard U.S.P. per sutura, tranne il diametro). La sutura viene fornita sterile in lunghezze pretagliate ed in alcuni casi con aghi saldati. FiberWire Arthrex è disponibile tinto o non tinto (bianco). La sutura consiste in maglie di fibre di polietilene e di poliestere sterilizzate e rivestite per uso chirurgico. Il rivestimento funge da lubrificante per lo scorrimento della sutura, la chiusura dei nodi e la facilità di passaggio della sutura attraverso il tessuto.

**SIMBOLI USATI SULL'ETICHETTA**

 No. ri riutilizzare   QTY  Quantità

STERILE EO  Il prodotto è sterile se la confezione non è aperta o danneggiata Metodo di sterilizzazione - EO

STERILE R  Il prodotto è sterile se la confezione non è aperta o danneggiata Metodo di sterilizzazione - Raggi Gamma

 LOT  Numero di lotto   Fare riferimento all'opuscolo contenuto nella confezione

CE  Il prodotto è conforme ai requisiti essenziali della Direttiva CEE 9342 sul Dispositivi Medici.

 Da usarsi entro -anno e mese

## ESPAÑOL

**Descripción:**

La sutura FiberWire Arthrex se vende en varios tamaños aprobados por U.S.P. (las suturas cumplen las normas de U.S.P. para suturas, excepto en el diámetro). También es posible encontrar la sutura FiberWire de Arthrex en diversos tamaños y con agujas incorporadas (enhebradas) en los extremos. La sutura está hecha de fibras de polietileno y poliéster trenzadas, esterilizadas y recubiertas para uso quirúrgico. El recubrimiento hace las veces de lubricante para deslizar la sutura, atar los nudos y facilitar el paso de la sutura a través del tejido. La sutura FiberWire de Arthrex en modelos sin teñir (blanco) o teñida y cumple o supera las normas de U.S.P. y Europa (excepto en el diámetro).

**Indicaciones:**

La sutura FiberWire de Arthrex está indicada para aplicaciones de aproximación y ligadura de tejido blando. La sutura FiberWire no está indicada para uso cardíaco.

**Acciones:**

Sutura FiberWire de Arthrex, sometida a prueba de acuerdo con la norma ISO/DIS 10993, Evaluación Biológica de Dispositivos Médicos-Sección 10 En pruebas para detección de irritaciones y sensibilidad, no hubo reacciones alérgicas ni de sensibilidad. La sutura teñida y el recubrimiento son inactivos farmacológicamente.

La sutura FiberWire de Arthrex no se absorbe, pero podría encapsularse en los tejidos conjuntivos adyacentes. La sutura FiberWire de Arthrex no presenta cambios significativos conocidos en cuanto a resistencia a la tracción in vivo.

**Contraindicaciones:**

Ninguna conocida

**Advertencias:**

No esterilizar de nuevo. Una vez abierto el paquete, desechar la sutura no utilizada. No exponer al calor.

Los usuarios deberán conocer las procedimientos quirúrgicos y las técnicas con suturas no absorbibles antes de utilizar FiberWire de Arthrex para cerrar heridas, ya que el riesgo de dehiscencia de las heridas varía según el sitio de aplicación y el material de sutura utilizado.

Al igual que ocurre con todo cuerpo extraño, el contacto prolongado de esta sutura, o de cualquier otro tipo de sutura, con soluciones salinas como las halladas en los tractos urinario o biliar, podría producir cálculos. Se deben usar métodos quirúrgicos aceptables en relación con el drenaje y cierre de heridas infectadas o contaminadas.

**Precauciones:**

Se debe tener cuidado al manipular este o cualquier otro material de sutura para evitar daños. No utilice instrumentos quirúrgicos o de aplicación tales como fórceps o porta-agujas para evitar aplastar o plegar el material.

Cerciórese de que todos los nudos se hayan ligado por medio de técnicas aceptadas para nudos quirúrgicos. Para la fijación correcta de los nudos es necesario utilizar la técnica quirúrgica aceptada de nudos planos y cuadrados con lazadas adicionales, según lo requieran las condiciones quirúrgicas y la experiencia del cirujano. El uso de lazadas adicionales podría ser especialmente

útil en la elaboración de nudos de monofilamento. Debe tenerse cuidado para evitar daños al tejido adyacente o punciones producidas por el usuario al manipular incorrectamente la punta de la aguja.

No sujete la aguja por la punta ni por el ojo para evitar daños en esas partes. Si se modifica la forma de las agujas, éstas podrían perder su firmeza y ser menos resistentes a las curvaturas y el rompimiento. Deseche las agujas usadas en recipientes para objetos punzantes.

**Reacciones adversas:**

No se han detectado reacciones adversas del producto FiberWire de Arthrex en pruebas con animales. Entre las reacciones comunes de las suturas no absorbibles se encuentran: dehiscencia de las heridas, formación de cálculos en los tractos urinario y biliar en contacto prolongado con soluciones salinas tales como la orina y la bilis, mayor propensión a infecciones bacterianas, reacción mínima inflamatoria aguda del tejido, dolor, edema y eritema en el sitio de la herida. El pinchazo accidental con agujas quirúrgicas usadas podría causar la transmisión de patógenos a través de la sangre.

**Esterilización:**

La sutura FiberWire de Arthrex se suministra estéril. Método de esterilización - EO No esterilizar de nuevo. No utilizar si el paquete llega abierto o dañado. Desechar las suturas abiertas que no se hayan utilizado.

**Condiciones de almacenamiento:**

Almacenar el producto por debajo de 25°C, alejado de la humedad y el calor directo. No utilizar después de la fecha de caducidad.

**Presentación:**

La sutura FiberWire de Arthrex viene en varios tamaños aprobados por U.S.P. (las suturas cumplen las normas U.S.P. para sutura, excepto en el diámetro). La sutura se suministra estéril en cortes de longitud predeterminada y en algunos casos con agujas enhebradas. La sutura FiberWire de Arthrex se encuentra disponible en modelos sin teñir (blanco) o teñida. La sutura está hecha de fibras de polietileno y poliéster trenzadas, esterilizadas y recubiertas para uso quirúrgico. El recubrimiento hace las veces de lubricante para deslizar la sutura, atar los nudos y facilitar el paso de la sutura a través del tejido.

**SIMBOLOS UTILIZADOS EN LAS ETIQUETAS**

 No reutilizar   QTY  Cantidad

STERILE EO  Estéril mientras el envase no sea abierto o dañado. Método de esterilización - EO

STERILE R  Estéril mientras el envase no sea abierto o dañado. Método de esterilización - Irradiación

 LOT  Número de lote   Ver folleto en el interior del paquete

CE  Este producto cumple con las exigencias de la Directiva de productos médicos. 9042 CEE.

 Caducar- año y mes

# EXHIBIT 6

1

```
                 IN THE UNITED STATES DISTRICT COURT

                  FOR THE DISTRICT OF MASSACHUSETTS


     DEPUY MITEK, INC., a          )

     Massachusetts corporation,    )

                    Plaintiff,     )    Civil Action

         vs.                       )    04-12457 PBS

     ARTHREX, INC., a Delaware     )

     corporation,                  )

                    Defendant.     )

```

         -     -     -     -     -

         The deposition of DEBI PRASAD
MUKHERJEE was taken on Tuesday, June 13,
2006, commencing at 9:08 a.m., at the
offices of Dickstein Shapiro Morin &
Oshinsky LLP, 2101 L Street, N.W.,
Washington, D.C., before Susanne Bergling,
Registered Merit Reporter and Notary Public.

         -     -     -     -     -

358

1 why the inventors should be precluded from
2 covering coated sutures with their patent?
3    A. No, I don't have any opinion.
4    Q. Okay. Do you have patents?
5    A. Yes.
6    Q. Okay. And in your patents, do you list
7 things that are claimed?
8    A. In my patent, yes, I do.
9    Q. Okay. Do you describe things in your
10 patents that may or may not be included within the
11 invention, in the description of the invention?
12    A. I don't remember what my -- I don't have
13 the patent in front of me.
14    Q. Well, in the claims, do you list every
15 possible feature of the invention?
16    MR. TAMBURO: Objection, vague.
17    THE WITNESS: I tried to.
18    BY MR. BONELLA:
19    Q. But do you list -- don't you try to get as
20 broad a claim as you can to cover as broad a
21 concept of your invention?
22    MR. TAMBURO: Objection, vague. He's not a
23 patent attorney.
24    THE WITNESS: I write what I -- my
25 invention is, and patent attorney actually

360

1 invention, don't you want to try to protect as
2 broadly as possible?
3    A. Again, I may want something, but patent
4 attorney might come out with something different,
5 and Patent Office may come out with another
6 determination.
7    Q. If there's things in your patent that you
8 say may or may not be included within your
9 invention, but they're not listed in the claims,
10 do you think they should be excluded from the
11 claims in your patent?
12    MR. TAMBURO: Objection, calls for a legal
13 conclusion of a patent that we're not even -- that
14 we don't have in front of us and asking him to
15 interpret claim language of a patent we don't have
16 in front of us. This is ridiculous.
17    THE WITNESS: It's so hypothetical, I
18 cannot answer that question.
19    BY MR. BONELLA:
20    Q. You cannot answer it?
21    A. No.
22    Q. Okay. Do you see in the claim, claim 1 --
23    A. Uh-huh.
24    Q. -- it says, "A surgical suture consisting
25 essentially of a heterogenous braid," do you see

359

1 formalize all of this.
2    BY MR. BONELLA:
3    Q. Okay. And --
4    A. So, I cannot say anything more than that.
5    Q. You didn't want the broadest protection
6 possible on your patents?
7    A. Whatever the patent attorney wants --
8    MR. TAMBURO: Objection, misrepresents the
9 testimony. Give me a chance to object, Debi.
10    BY MR. BONELLA:
11    Q. But the patent attorney does?
12    A. Yes.
13    Q. Okay. So, it's not what you want in your
14 patents; it's what the patent attorney wants in
15 terms of protection?
16    A. Well, I provide the information, it's a
17 back and forth --
18    Q. Right.
19    A. -- and I might say, well, it should be
20 included in this, but patent attorney is the final
21 one --
22    Q. Right.
23    A. -- who decides on the claims and the
24 writing part of the -- as you know.
25    Q. Right. And isn't it the goal with your

361

1 that?
2    A. Yes.
3    Q. Is FiberWire a surgical suture?
4    A. FiberWire is a surgical suture, yes.
5    Q. Does FiberWire consist essentially of a
6 heterogenous braid?
7    A. Yes.
8    Q. Is FiberWire composed of a first and second
9 set of continuous and discrete yarns in a
10 sterilized, braided construction wherein at least
11 one yarn from the first set is in direct
12 intertwining contact with a yarn from the second
13 set?
14    A. Their construction is quite different from
15 this described here for FiberWire, what I know of
16 FiberWire.
17    Q. Well, FiberWire has a heterogenous -- has a
18 sheath that's a braid of ultra high molecular
19 weight polyethylene and PET, right?
20    A. Sheath of those two materials, yes.
21    Q. Braided together.
22    A. Right.
23    Q. Okay. Well, is that sheath of FiberWire,
24 is that a heterogenous braid?
25    A. Yeah, they are two different materials.

91 (Pages 358 to 361)

362

```
 1    Q.  Okay.  And is the FiberWire heterogenous
 2  braid composed of a first and second set of
 3  continuous and discrete yarns?
 4    A.  Yes.
 5    Q.  Okay.  And is the FiberWire heterogenous
 6  sheath braid composed of discrete yarns in a
 7  sterilized braided construction?
 8    A.  Yes.
 9    Q.  And does the FiberWire heterogenous braided
10  sheath have a braided construction where at least
11  one yarn from the first set is in direct
12  intertwining contact with a yarn from the second
13  set?
14    A.  There is intertwining contact, yes.
15    Q.  Okay.  And in the next column, it says,
16  "Each yarn from the first set is composed of a
17  plurality of filaments of a first fiber-forming
18  material selected from the group consisting of
19  PTFE, FEP, PFA, PVDF, PETFE, PP and PE."
20      Do you see that?
21    A.  I see it.
22    Q.  Does the FiberWire sheath have a yarn that
23  meets that criteria?
24    A.  No.
25    Q.  Why?
```

363

```
 1    A.  Because it has ultra high molecular weight
 2  polyethylene for its strength, and this PE does
 3  not include that ultra high molecular weight
 4  polyethylene.
 5    Q.  And that's your opinion?
 6    A.  Yes.
 7    Q.  Okay.  And the next part says, "Each yarn
 8  from the second set is composed of a plurality of
 9  filaments of a second fiber-forming material
10  selected from the group of PET, nylon and aramid."
11      Do you see that?
12    A.  Yes.
13    Q.  Does FiberWire meet that criteria?
14    A.  It has the PET in it.
15    Q.  So, it meets that criteria?
16    A.  Uh-huh.
17    Q.  And then it says, "Optionally a core."
18      FiberWire optionally has a core, right?
19    A.  Right.
20    Q.  Okay.  If the Court defines PE, as used in
21  that claim, to mean ultra high molecular weight
22  polyethylene, if the Court defines PE to mean
23  ultra high molecular weight polyethylene --
24    A.  Not in this patent.
25    Q.  No, if the Court --
```

364

```
 1    A.  But that's -- the -- the FiberWire has
 2  ultra high molecular weight polyethylene core.
 3    Q.  Right.
 4    A.  Yes.
 5    Q.  If the Court says that PE, as used in the
 6  claims of the '446 patent, means ultra high
 7  molecular weight polyethylene, does FiberWire meet
 8  that clause (a) in column 9 of claim 1?
 9    A.  That's a hypothetical question.  I cannot
10  answer that.
11    Q.  You can't answer it?
12    A.  No.
13    Q.  You can't provide an opinion one way or the
14  other?
15    A.  No.
16    Q.  Okay.  Claim 2, it says, "The surgical
17  suture of claim 1 wherein the suture is attached
18  to a needle."
19      Do you see that?
20    A.  Yes.
21    Q.  Is FiberWire sold attached to a needle?
22    A.  Yes.
23    Q.  Okay.
24    A.  Not always, but I have seen the suture -- a
25  needle with -- I mean a suture with a needle.
```

365

```
 1    Q.  Okay, claim 8 says, "The surgical suture of
 2  claim 1 wherein the second set of yarns is PET."
 3      FiberWire meets that criteria, right?
 4    A.  Yes.
 5    Q.  Claim 9 says, "The surgical suture of claim
 6  8 wherein the volume fraction of the first set of
 7  yarns in the braided sheath and core ranges from
 8  about 20 to about 80 percent."
 9      Do you see that?
10    A.  I don't know at what percentage of PET and
11  the ultra high molecular weight polyethylene is in
12  the FiberWire.
13    Q.  So, you don't have an opinion whether
14  FiberWire meets that limitation?
15    A.  No.
16    Q.  Then in claim 12, it says, "The surgical
17  suture of claim 8 wherein the suture is attached
18  to the needle."
19      Do you see that?
20    A.  Yes.
21    Q.  FiberWire meets -- when FiberWire is sold
22  attached to a needle, it meets that limitation?
23    A.  Most of the time, but there is another
24  non-needle part, too.
25    Q.  Okay.  You reviewed the prosecution history
```

92 (Pages 362 to 365)

# EXHIBIT 7

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| DePuy Mitek, Inc.        ) | |
|     a Massachusetts Corporation  ) | |
|                        ) | |
|     Plaintiff,        ) | |
|                        ) | |
|     v.          ) | Civil No. 04-12457 PBS |
|                        ) | |
| Arthrex, Inc.        ) | |
|     a Delaware Corporation and  ) | |
|                        ) | |
| Pearsalls Ltd.,      ) | |
|     a Private Limited Company  ) | |
|     of the United Kingdom,  ) | |
|                        ) | |
|     Defendants.    ) | |

<u>**Expert Report of Dr. David Brookstein**</u>

**I.     Background Information**

    **A.    Teaching Experience**

1.    I am the Dean and Professor of Engineering at the School of Engineering and Textiles of Philadelphia University. I have held this position since 1994. In 2005, I also was appointed Executive Director of Research at Philadelphia University.

2.    I was a Visiting Scholar at the Harvard University Center for Textile and Apparel Research (Division of Engineering and Applied Sciences) between 2002-2003.

3.    I was an Adjunct Professor in Mechanical Engineering at Northeastern University in Boston, MA from 1981-1983. At Northeastern, I taught undergraduate courses in statics, dynamics, and mechanics of deformable bodies and material science.

4.    I was Assistant Professor of Textile Engineering at Georgia Institute of Technology, College of Engineering from 1975 – 1980. At Georgia Tech, I taught and

conducted research in the fields of textile and composites engineering with special emphasis on improving the energy efficiency of manufacturing systems.

### B.    Work Experience

5.    From 1980 to 1994, I worked at Albany International Research Co.  At Albany International Research, I was an Associate Director from 1992 to 1994.  From 1983 to 1992, I was an Assistant Director.  From 1980 to 1982, I was a Senior Research Associate.  While at Albany International Research Co., I directed all activities of the professional engineering group and was responsible for contract research, development, and manufacture of advanced composite materials and technical polymeric materials.  My accomplishments include the invention and development of the multilayer interlock braiding system for producing three-dimensionally reinforced fibrous performs for aerospace structures, the development of implantable biomedical devices such as vascular prostheses and orthopedic implants and the development of unique textile-based civil engineering structures.

### C.    Publications

6.    My publications include, among other things:

"Joining Methods of Advanced Braided Composites," Composite Structures, 6, p. 87-95, 1986.

"Structural Applications of Advanced Braided Composites," Proceedings of the SPE Advanced Polymers Composites Division, November 1988.

"Processing Advanced Braided Composite Structures," Proceedings of the WAM of ASME, Materials Division, November 1988.

"Interlocked Fiber Architecture: Braided and Woven,"  Proceedings of the 35th SAMPE Meeting, April, 1990.

"Evolution of Fabric Preforms for Composites," Journal of Applied Polymer Science: Applied Polymer Symposium, 47, p. 487-500, 1991.

"A Comparison of Multilayer Interlocked Braided Composites with Other 3-D Braided Composites," 3rd International Techtextil Symposium, 14-16, May 1991, Frankfurt.

"On the Mechanical Behavior of 3-D Multilayer Interlock Braided Composites," with Preller, T., and Brandt, J., DASA-Deutsche Aerospace, Proceedings of NASA Fiber-Tex '92.

"The Solid Section Multilayer Interlock Braiding System," 4th International Techtextil Symposium, 4 June 1992, Frankfurt.

"On the Mechanical Properties of Three-Dimensional Multilayer Interlock Braided Composites, TECHTEXTIL Symposium, 1993, Frankfurt.

"3-D Braided Composites-Design and Applications," Sixth European Conference on Composite Materials, 20-24 September 1993, Bordeaux.

"Concurrent Engineering of 3-D Textile Preforms for Composites," International Journal of Materials and Product Technology, Vol. 9, Nos. 1/2/3, 1994.

"Physical Properties of Twisted Structures" with Ning Pan, Fiber Society Symposium, Asheville, NC, 1998.

**D.   Patents**

7.      I am an inventor on the following U.S. Patents:

U.S. Patent 4,290,170 - "Device for Aligning and Attenuating Fiber Mats," A device for producing aligned carbon fiber webs for use in composites.

U.S. Patent 4,497,866 - "Sucker Rod," An elliptical cross-section braided composite rod for pumping oil.

U.S. Patent 4,602,892 - "Sucker Rod," A braided composite rod and coupling for pumping oil.

U.S. Patent 4,841,613 - "Pressure Developer or Press Roll Containing Composite Material," A composite press roll with variation of radial stiffness.

U.S. Patent 4,909,127 - "Braiders," A braider with non-circular braider tracks and a unique package carrier for use with braider.

U.S. Patent 5,004,474 - "Prosthetic Anterior Cruciate Ligament Design," An artificial ligament device having a tubular woven ligament and being adapted for joining the ends of two bones.

U.S. Patent 5,357,839 - "Solid Braid Structure" A 3-D system for producing braids.

U.S. Patent 5,358,758 - "Structural Member" A fiber reinforced structural member produced from a complex woven fabric.

U.S. Patent 5,411,463 - "Composite Roll and Method of Making" A fiber reinforced roll for papermaking.

U.S. Patent 5,501,133 - "Apparatus for Making a Braid Structure" A novel manufacturing system for producing 3-D multilayer interlock braided textile and fiber reinforced composite structures.

U.S. Patent 5,697,969 - "Vascular Prosthesis and Method for Implanting" A fibrous synthetic vascular graft with a combination of resorbable and non-resorbable layers.

### E.    Education

8.    I have a Doctor of Science in the field of Mechanical Engineering, Minor Studies in Management from Sloan School of Management, Massachusetts Institute of Technology, 1976.

9.    I have a Master of Science in Textile Technology from M.I.T., 1973.

10.     I also hold a Bachelor of Textile Engineering, from Georgia Tech, 1971.

11.     I also attended the Harvard Business School Summer Program on Research Management in 1990 and the Harvard Graduate School of Education MLE Summer Program, 1998.

12.     When I was a researcher at Albany International Research Co., in the late 1980's, I led a program that involved the development of braided sutures for a commercial client.  While at Albany, I researched, developed, tested and evaluated numerous braided and woven biomedical implants, including woven ACL prosthesis, braided artificial arteries, and textile-based, resorbable bone plates and screws.  Furthermore, I have taught textile engineers at the undergraduate and graduate level at Philadelphia University materials that involve the design, construction, braiding, manufacturing, and processing of textile structures that includes braids. Specifically, among other things, I have taught courses in Fiber Science which include fiber and yarn tensile, bending, and compression properties.  Additionally, I was awarded the TechTextil Innovation Prize (Germany) in 1993 for my work in braiding.

13.     A copy of my CV is attached under Tab A.  A list of my publications and patents are set forth in my CV . Over the past four years, I have been deposed or testified as an Expert Witness in five cases. A complete list of cases in which I have provided testimony within the past four years is attached under Tab B.   A list of the documents that I used in forming my opinions is set forth in Tab C.

14.     I have been engaged by counsel of DePuy Mitek as a consultant in this litigation at a consulting rate of $300/hour.

## II.    Summary of Opinions

15.     It is my opinion that sales of Arthrex's FiberWire™ and TigerWire™ suture products (all sizes and regardless of whether it is attached to needle, or any other component)

literally infringe claims 1, 2, 8, 9, and 12 of U.S. Patent No. 5,314,446 (the '446 Patent) (Tab D).

I understand that Arthrex sells FiberWire™ in the United States as free strands, attached to

needles of various sizes, and attached to anchors used in various surgical applications (*e.g.*,

rotator cuff repair, shoulder instability procedures).  I further understand that Arthrex sells

TigerWire™ in the United States attached to needles and anchors.  I use the term "FiberWire™

suture products" to refer to all FiberWire™ products regardless of whether they are free strands,

attached to needles, or attached to anchors.  I use the term "TigerWire™ suture products" to refer

to all TigerWire™ products regardless of whether they are sold attached to anchors or needles.

16.     It is my opinion that sale of Arthrex's FiberWire™ and TigerWire™ suture

products (in all suture sizes) directly infringes claims 1, 2, 8, 9, and 12 of the '446 Patent under

the doctrine of equivalents.

17.     I understand that Pearsalls imports into, and sells in, the United States unsterile,

untipped FiberWire™ and TigerWire™.   It is my opinion that such unsterile, untipped products

are a component of the invention claimed in the '446 patent and constitute a material part of the

invention claimed in claims 1, 2, 8, 9, and 12 of the '446 patent.

18.     It is my opinion that the FiberWire™ and TigerWire™ sutures imported and sold

by Pearsalls are especially adapted for use in infringement of claims 1, 2, 8, 9, and 12 of the 446

Patent, and are not a staple article or commodity of commerce suitable for substantial

noninfringing use.

19.     It is my opinion that some of the benefits of FiberWire™ and TigerWire™

sutures are due to the invention, claimed in claims 1, 2, 8, 9, and 12 of the 446 Patent.

## III.     Materials Considered in Forming My Opinions

20.     I understand that Arthrex has admitted that Pearsalls manufactures the Arthrex

FiberWire™ and TigerWire™ suture. (Arthrex's Response to Mitek Interrogatory #2).  I

attended the Pearsalls plant inspection and deposition in Taunton, Somerset, England on January 11, 2006.  Mr. Brian Hallet testified on behalf of Pearsalls.  While attending the Pearsalls plant inspection, I personally observed the manufacturing processes used to make the braid that comprises the FiberWire™ and TigerWire™ sutures.   I may testify about the manufacturing process that I observed on January 11, 2006 at Pearsalls and the explanation of it as set forth by Pearsalls at depositions and in documents.  I may use videotape deposition testimony or exhibits made from the videotape to aid me in testifying.

21.     The manufacturing process to make the FiberWire™ and TigerWire™ suture braids that I observed includes the following steps:  twisting core and sheath yarns, steam setting core and sheath, winding braider bobbins, braiding, winding to skein, scouring, dyeing, stretching, coating, and thermal treating, and subsequent inspection.  I also observed Pearsall's testing laboratory.  I may testify about each of these processes and the Pearsalls' equipment used in the manufacturing and testing processes.  In addition to observing the manufacturing processes, I have also reviewed documents that describe them (DMI Exs. 279, 281, 287-312).  I may rely on these documents in testifying about FiberWire™ and TigerWire™.

22.     I have reviewed technical documents concerning FiberWire™'s and TigerWire™'s construction and manufacturing.  I have also reviewed deposition transcripts of technical witnesses concerning FiberWire™ and TigerWire™, including the depositions of, among others, Arthrex Engineer, Peter Dreyfuss, Arthrex's Vice President of Operations Kevin Grieff, and Pearsalls' Brian Hallet.  A list of the documents that I used in forming my opinions is set forth in Tab C.

23.     I have examined samples of FiberWire™ and samples of FiberWire™ taken at various stages of the manufacturing processes (DMI Exs. 282, 283, 284, 285, 342 and Bates nos. ARM 25451-52, and ARM 25590).

## IV.     Legal Framework of My Opinions

I have been told by counsel to apply the following principles of United States Patent law in my analysis.

### A.     Direct Infringement

24.     I understand that the statutory basis for a determination of direct patent infringement is set forth in 35 U.S.C. §271(a) which states:

> Except as otherwise provided in this title, whoever without authority makes, uses, offers to sell, or sells any Patented invention, within the United States or imports into the United States any Patented invention during the term of the Patent therefore, infringes the Patent.

25.     I understand that an analysis of direct infringement requires two steps.  First, the Court determines the meaning of the claims.  Then, the properly construed claims are applied to a product to determine whether it infringes the Patent.   I understand there are two types of direct infringement -- literal infringement and infringement under the doctrine of equivalents.

26.     Infringement is "literal" when each claim limitation is literally present in a device. I understand that even if a device does not literally have each claim limitation, there is still infringement if the device has an equivalent of the claimed limitation that is not literally present. I understand that one method for determining whether a structure is equivalent to a claim limitation is the insubstantial differences test.  Under this test, if the differences between the structure and the claim element are insubstantial, then they are equivalent.  One method for determining whether the differences are insubstantial is whether the structure in the accused

device "performs substantially the same function in substantially the same way to obtain the same result" ("function/way/result test") as the claimed element.

## V.  Direct Infringement

### A.  Claim Construction

27.  As mentioned above, I understand that the first step in an infringement analysis is to construe the claims.  I understand that the Court will determine the meaning of the claim terms in the '446 Patent.  Until the Court determines the meaning of the claims, I have been asked to assume the meaning of the following claim terms.

"PE" – means all types of polyethylene (PE) including ultra high molecular weight polyethylene.

"consisting essentially of" – means the claimed suture with all of its limitations and any other unlisted materials that do not materially affect the basic and novel characteristics of the claimed suture.

I have been told that the Court will determine the basic and novel characteristics of the claimed invention.  I have been asked to assume that the basic and novel characteristics are a heterogeneous braid of dissimilar non-bioabsorbable yarns of the type claimed, where at least one yarn from the first set is in direct intertwining contact with a yarn from the second set, and the dissimilar yarns have at least some different properties that contribute to the overall properties of the braid.

"direct intertwining contact" –means the mechanical interlocking or weaving of the individual yarns that make up the suture braid.

"volume fraction of the first set of yarns in the braided sheath and core" means the ratio of the cross-sectional area of the first set of yarns in the sheath and core to the total cross sectional area of all the yarns in the surgical suture.

9

I reserve the right to modify my opinion should the Court determine the meaning of the claims are different than the above constructions provided by counsel.

### B.    Literal Infringement

28.    I have been asked to provide my expert opinion regarding whether Arthrex's FiberWire™ and TigerWire™ suture products infringe claims 1, 2, 8, 9, and 12 of the '446 Patent.  It is my opinion that Arthrex's FiberWire™ and TigerWire™ suture products infringe claims 1, 2, 8, 9, and 12 of the '446 Patent.  It is my understanding that Arthrex has offered for sale or sold each of its FiberWire™ and TigerWire™ suture products within the United States.  Therefore, there is literal infringement because, as described below, each of Arthrex's FiberWire™ and TigerWire™ suture products literally has all of the limitations of claims 1, 2, 8, 9, and 12.  In determining literal infringement, I first consider the construction of FiberWire™ and TigerWire™.  Then, I compare the claims, with the definitions as provided above, to the FiberWire™ and TigerWire™ suture products.

### 1.    Arthrex's FiberWire™ and TigerWire™ Suture Products

29.    I understand that all Arthrex's FiberWire™ suture, except size 4-0, is made of a core of polyethylene yarns (of the ultra high molecular weight type) and a braided sheath of polyethylene yarns (of the ultra high molecular weight type) and PET yarns (Dreyfuss 9/16/05 Dep. at 43, 55-57).  The braided sheath is made by having one set of carriers, which have polyethylene, traversing the braider bed in a serpentine and clockwise fashion and the other set of carriers, which have PET, traversing the braider bed in a serpentine counter-clockwise fashion.  I understand that Arthrex sells only sizes 5, 2, 0, 2-0, 3-0, and 4-0 FiberWire™ (Dreyfuss 9/16/05 Dep. at 31).  I understand that the description of FiberWire™ is generally described in Arthrex's 510K for FiberWire™ (DMI Ex. 78 at ARM 001899).

30.     I also understand that no. 2 Arthrex TigerWire™ is basically identical to no. 2 FiberWire™ with one exception.  TigerWire™ has one black nylon yarn that replaces one of the PET yarns in no. 2 FiberWire™.  No. 2 TigerWire™ has 8 yarns of PE, 7 yarns of PET, and 1 yarn of nylon braided together.  (DMI Ex. 318)  I also understand that Arthrex sells TigerWire™ in only size no. 2 (Dreyfuss 9/16/05 Dep. at 106).  I understand that Arthrex also sells a TigerTail™[1] product that "is a version of FiberWire™ suture with a black strand that creates spiral marking along one-half length of the suture" (DMI Ex. 318).

31.     I understand that FiberWire™ and TigerWire™ have been made with "Spectra" and "Dyneema" ultra high molecular weight polyethylene yarns in manufacturing the FiberWire™ suture (Dreyfuss Dep. p. 44-45, Grieff Dep. 9/15/05 p. 22-23, and 51).  Spectra and Dyneema are trade names for certain companies' ultra high molecular weight polyethylene.

32.     Arthrex's FiberWire™ and TigerWire™ suture is coated with NuSil Med-2174 manufactured by NuSil technology. (Dreyfuss 9/16/05 Dep. at 42).  NuSil MED-2174 is generally described at DMI Ex. 78 at ARM 1933-36.  I also understand that Arthrex sells a FiberStick™[2] product.  I understand FiberStick™ to be a 50 inch piece of FiberWire™ that has 12 inches of its length stiffened with Loc-Tite  (DMI Ex. 3 and Dreyfuss 9/16/05 Dep. at p. 122).

---

[1] Because TigerTail™ includes FiberWire™, TigerTail™ infringes the '446 patent for the same reasons that FiberWire™ infringes.
[2] Because FiberStick™ includes a portion of FiberWire™, FiberStick™ infringes the '446 patent for the same reasons that FiberWire™ does.

### 2. Arthrex's FiberWire™ and TigerWire™ Suture Products Literally Infringe Claim 1

33. It is my opinion that all of Arthrex's FiberWire™ and TigerWire™ suture products[3] literally infringe claim 1 of the '446 because they literally have all of the limitations of claim 1 as set forth below.

| Claim 1 of the '446 Patent | FiberWire™ and TigerWire™ Suture Products |
|---|---|
| A surgical suture consisting essentially of a heterogeneous braid composed of a first and second set of continuous and discrete yarns in a sterilized, braided construction wherein at least one yarn from the first set is in direct intertwining contact with a yarn from the second set; and | The sterilized FiberWire™ and TigerWire™ suture is a braid of polyethylene (PE) and polyester (PET).[4] The PE and PET yarns are both continuous and discrete. The PE and PET are mechanically intertwined so that at least one PE yarn and one PET yarn are braided in direct intertwining contact. (DMI Ex. 318) |
| a) each yarn from the first set is composed of a plurality of filaments of a first fiber-forming material selected from the group consisting of PTFE, FEP, PFA, PVDF, PETFE, PP and PE; and | The FiberWire™ and TigerWire™ suture is made from PE yarns that are made of a plurality of PE filaments.   (Dreyfuss 9/16/05 Dep. at p. 50:21-51:1) |

---

[3] I understand that Arthrex's FiberWire™ and TigerWire™ suture products include at least the products having the following Arthrex catalog product codes: AR-7200, AR-7201, AR-7202, AR-7203, AR-7204, AR-7205, AR-7205T, AR-7207, AR-7209, AR-7209SN, AR-7209T, AR-7210, AR-7211, AR-7219, AR-7220, AR-7221, AR-7222, AR-7223, AR-7225, AR-7227-01, AR-7227-02, AR-7228, AR-7229-12, AR-7229-20, AR-7230-01, AR-7230-02, AR-7232-01, AR-7232-02, AR-7232-03, AR-7237, AR-7250, AR-7251, AR-1320BNF, AR-1322BNF, AR-1322-75SF, AR-1322-752SNF, AR-1915SNF, AR-1920SNF,  AR-1322SX, AR-1322SXF, AR-1324B, AR-1324BF, AR-1324BF-2, AR-1324BNF, AR-1324HF, AR-1324SF, AR-1934BF, AR-1934BF-2, AR-1934BFT, AR-1934BFX, AR-1934BNF, AR-1934BLF, AR-1915SF, AR-1920BF, AR-1920BF-37, AR-1920BFT, AR-1920BN, AR-1920BNF, AR-1920BNP, AR-1920BT, AR-1920SF, AR-1920SFT, AR-1925BF, AR-1925BFSP, AR-1925BNF, AR-1925BNP, AR-1925SF, AR1927-BF, AR-1927BNF, AR-1928SF, AR-1928SF-2, AR-1928SNF, AR-1928SNF-2, AR-2225S, and AR-2226S (DMI Ex. 3). To the extent that I have not recited a specific Arthrex product by name or code, if any unrecited product includes any portion of a FiberWire™ or TigerWire™ suture, it would infringe claims 1, 2, 8, 9, and 12 of the '446 patent for the same reasons stated herein.

[4] Q.   And what incoming yarns are received by Pearsalls when Pearsalls manufactures and braids the bulk sutures made for Arthrex's FiberWire™ sutures?
A.    Incoming yarns would be ultra high molecular weight polyethylene and PET. (Dreyfuss 9/16/05 Dep. at p. 43:15-19)

| b)  each yarn from the second set is composed of a plurality of filaments of a second fiber-forming material selected from the group consisting of PET, nylon, and aramid; and | The FiberWire™ and TigerWire™ suture is made from PET yarns that are made of a plurality of PET filaments. (Dreyfuss 9/16/05 Dep. at p. 64:14-17) |
|---|---|
| c)  optionally a core. | Arthrex's FiberWire™ sutures have a core except for 4-0 FiberWire™. (DMI Ex. 318) |

34.    I understand that Arthrex has contended that it does not infringe claim 1 of the '446 Patent for several reasons.   To the extent that I understand these positions, I will address them here.  I reserve the right to amend or supplement my opinions based on Arthrex's full explanation of its positions.

35.    I understand that Arthrex may contend that its FiberWire™ and TigerWire™ products do not infringe claim 1 because they have a coating of NuSil MED-2174.  I further understand that the basis of Arthrex's argument is that the coating materially affects the basic and novel characteristics of the claimed invention.  As I understand the argument, I disagree with it.

36.    As explained above, I have been asked to assume that the basic and novel characteristics are a heterogeneous braid of dissimilar non-bioabsorbable yarns of the type claimed, where at least one yarn from the first set is in direct intertwining contact with a yarn from the second set, and the dissimilar yarns have at least some different properties that contribute to the overall properties of the braid.  The addition of a coating on FiberWire™ and TigerWire™ does not have any material affect on these basic and novel characteristics. Regardless of the coating, FiberWire™ and TigerWire™ both still have a heterogeneous braid of dissimilar non-bioabsorbable yarns of the type claimed, where at least one yarn from the first set is in direct intertwining contact with a yarn from the second set, and the dissimilar yarns have at least some different properties that contribute to the overall properties of the braid.  The coating

13

is non-bioabsorbable and does not materially affect bioabsorbability of the yarns, does not materially affect at least one yarn from the first set being in direct intertwining contact with a yarn from the second set, and the coating does not materially affect each yarn from contributing to the overall properties of the heterogeneous braid.  Furthermore, Arthrex documents describe the coating as a lubricant (DMI Ex. 78 at ARM1976).

37.     The '446 Patent specifically contemplates, in the "Detailed Description of the Invention," that the braided sutures of the invention can be coated (Tab D at 6:5-21).  The '446 Patent describes the invention as including applying polymer coatings by making a solution of the polymer and a solvent, immersing the suture in the coating and solvent, and drying the suture (Tab D at 6:9-11).  Thus, the '446 Patent's description of the invention as contemplating coatings supports my opinion that FiberWire™'s and TigerWire™'s coatings do not materially affect the novel and basic characteristics of the invention because the inventors specifically contemplated coated sutures.  Notably, FiberWire™ and TigerWire™ are coated just as the '446 Patent describes; they are immersed in a solution of NuSil MED-2174 and a solvent and dried.[5]

38.     Further, I have taken Scanning Electron Micrographs at the Materials Evaluation laboratory at the Philadelphia University Research Center of DMI exhibit 284 (uncoated), DMI exhibit 342 (coated once), and DMI exhibit 285 (coated twice) FiberWire™ suture braids.  My Scanning Electron Micrographs are attached at Tabs E (DMI Ex. 284), F (DMI Ex. 342), G (DMI Ex. 285).

---

[5]     My opinion is further supported because the '446 Patent claims a "suture."  I understand that most sutures are coated.  Thus, the Patent claims clearly contemplate sutures having coatings, otherwise they would not cover many, if any, sutures.

39.     It is my expert opinion and observation from the above Micrographs that the coating on the FiberWire™ suture does not substantially permeate the braided structure and does not reside between the braid yarns.

40.     It is my expert opinion and observation that the coating only appears on the surface of the braid.

41.     I understand that Arthrex may argue that its FiberWire™ and TigerWire™ suture products do not literally infringe claim 1 because generally at least one end of its FiberWire™ and TigerWire™ suture products are "tipped."  I also understand that Arthrex may argue that FiberStick™ does not infringe because about 12 of the 50 inches of its FiberStick™ product is stiffened.  With respect to FiberWire™ & TigerWire™, tipping means stiffening the end of the suture with Loc-Tite.  (Dreyfuss 9/16/05 Dep at p. 122).  To the extent I understand Arthrex's position, I disagree with it.

42.     In my opinion, the stiffening and tipping is irrelevant because the remainder of the FiberWire™, TigerWire™, and FiberStick™ suture products are not tipped or stiffened.  Thus, at least a significant length of the FiberWire™, TigerWire™ and FiberStick™ suture products infringe.  Therefore, regardless of the tipping and stiffening, FiberWire™, TigerWire™, and FiberStick™ infringe for the reasons set forth above.

43.     Moreover, it is generally known that multifilament sutures have tipped ends so that they do not fray.  Because the claims of the '446 patent are directed to a multifilament suture, it would not make sense for a multifilament suture claim to eliminate almost all multifilament sutures because of such a basic characteristic, *i.e.* tipped ends.

44.     As explained above, Arthrex's TigerWire™ is substantially identical to Arthrex's FiberWire™ except that one carrier of PET yarn is replaced with a black nylon strand.

15

Otherwise, Arthrex's FiberWire™ braid is no different than Arthrex's TigerWire™ braid.[6]  I

understand that Arthrex contends that its TigerWire™ suture products do not infringe because

they have one black nylon strand.  To the extent that I understand Arthrex's argument, I disagree.

45.     It is my opinion that the nylon marking strand in Arthrex's TigerWire™ suture is

non-bioabsorbable and therefore does not materially affect the basic and novel characteristics of

the invention in the '446 Patent.  For one thing, nylon is expressly mentioned in claim 1 as one

of the fiber-forming materials from which the second set yarn can be made.  Thus, the inventors

contemplated it as being part of their invention, not as changing the basic and novel

characteristics of their invention.   Further, the inclusion of nylon yarn instead of one yarn of

PET (I understand that nylon makes up only 3.4% of TigerWire™ suture, DMI Ex. 318) does not

materially affect the basic and novel characteristics of the invention because the braid is still a

heterogeneous braid of non-bioabsorbable yarns of the type claimed, at least one yarn of PE is in

direct intertwining contact with a PET yarn, and the nylon does not materially affect the yarns

from contributing to the properties of the overall braided suture.

46.     My opinion is supported by Mr. Dreyfuss' testimony.  Mr. Dreyfuss testified on

behalf of Arthrex that that the nylon in Arthrex's TigerWire™ suture products is for visual

identification and has "minute differences in its feel and strength characteristics" (Dreyfuss

9/16/05 Dep. at p. 75:7-14).  Since visual identification is not a basic and novel characteristic, the

inclusion of a nylon marker band has no material effect on the basic and novel characteristics of

the invention.

---

[6] Q.     Sure.  Sure.  Is the braid in any Arthrex
         TigerWire™ different than the braid used in Arthrex's No. 2
         FiberWire™?
   A.   The braid, no. (Dreyfuss 9/16/05 Dep. at p. 31, line 24 – p. 32, line 2)

### 3. Arthrex's FiberWire™ and TigerWire™ Needle Products Literally Infringe Claim 2

47.     It is my opinion that all of Arthrex's FiberWire™ and TigerWire™ needle

products[7] literally have all of the limitations of claim 2.

| Claim 2 | Arthrex's FiberWire™ and TigerWire™ needle products |
|---------|------------------------------------------------------|
| The surgical suture of claim 1 wherein the suture is attached to a needle. | Each FiberWire™ & TigerWire™ suture needle product has a FiberWire™ suture attached to a needle (DMI Ex. 3). |

### 4. Arthrex's FiberWire™ and TigerWire™ Suture Products Literally Infringe Claim 8

48.     It is my opinion that all of Arthrex's FiberWire™ and TigerWire™ suture

products[8] literally infringe claim 8 of the '446 for the following reasons:

| Literal FiberWire™ Structure | Claim 8 |
|------------------------------|---------|
| The surgical suture of claim 1 wherein the second set of yarns is PET. | Each FiberWire™ and TigerWire™ suture product has PET as a second set of yarns. |

---

[7]     Arthrex's FiberWire™ and TigerWire™ needle products includes all Arthrex's products that are sold with a needle attached to a FiberWire™ or TigerWire™ suture including at least the following Arthrex catalog product codes AR-7200, AR-7202, AR-7204, AR-7205, AR-7205T, AR-7207, AR-7211, AR-7219, AR-7220, AR-7223, AR-7225, AR-7227-01, AR-7227-02, AR-7228, AR-7229-12, AR-7229-20, AR-7230-01, AR-7230-02, AR-7232-01, AR-7232-02, AR-7232-03, AR-7250, AR-7251, AR-1320BNF, AR-1322BNF, AR-1322-752SNF, AR-1915SNF, AR-1920SNF, AR-1324BNF, AR-1920BNP, AR-1934BNF, AR-1920BN, AR-1920BNF, AR-1925BNF, AR-1925BNP, AR-1927BNF, AR-1928SNF, and AR-1928SNF-2 (DMI Ex. 3).

[8]     I understand that Arthrex's FiberWire™ and TigerWire™ suture products include at least the products having the following Arthrex catalog product codes: AR-7200, AR-7201, AR-7202, AR-7203, AR-7204, AR-7205, AR-7205T, AR-7207, AR-7209, AR-7209SN, AR-7209T, AR-7210, AR-7211, AR-7219, AR-7220, AR-7221, AR-7222, AR-7223, AR-7225, AR-7227-01, AR-7227-02, AR-7228, AR-7229-12, AR-7229-20, AR-7230-01, AR-7230-02, AR-7232-01, AR-7232-02, AR-7232-03, AR-7237, AR-7250, AR-7251, AR-1320BNF, AR-1322BNF, AR-1322-75SF, AR-1322-752SNF, AR-1915SNF, AR-1920SNF, AR-1322SX, AR-1322SXF, AR-1324B, AR-1324BF, AR-1324BF-2, AR-1324BNF, AR-1324HF, AR-1324SF, AR-1934BF, AR-1934BF-2, AR-1934BFT, AR-1934BFX, AR-1934BNF, AR-1934BLF, AR-1915SF, AR-1920BF, AR-1920BF-37, AR-1920BFT, AR-1920BN, AR-1920BNF, AR-1920BNP, AR-1920BT, AR-1920SF, AR-1920SFT, AR-1925BF, AR-1925BFSP, AR-1925BNF, AR-1925BNP, AR-1925SF, AR1927-BF, AR-1927BNF, AR-1928SF, AR-1928SF-2, AR-1928SNF, AR-1928SNF-2, AR-2225S, and AR-2226S (DMI Ex. 3).

| (DMI Ex. 318). |
|---|

### 5. Arthrex's FiberWire™ and TigerWire™ Suture Products Literally Infringe Claim 9

49.     It is my opinion that all of Arthrex's FiberWire™ and TigerWire™ suture

products[9] literally infringe claim 9 of the '446.  I have used the following definition of  "volume

fraction of the first set of yarns in the braided sheath and core" which means the ratio of the

cross-sectional area of the first set of yarns in the sheath and core to the total cross sectional area

of all the yarns in the surgical suture.  For the following reasons, FiberWire™ and TigerWire™

literally infringe claim 9 of the '446 patent for the following reasons:

| Claim 9 | Arthrex's FiberWire™ and TigerWire™ Products |
|---|---|
| The surgical suture of claim 8 wherein the volume fraction of the first set of yarns in the braided sheath and core ranges from about 20 to 80 percent. | Every Arthrex's FiberWire™ and TigerWire™ construction has a ratio of the cross-sectional area of UHMWPE in the sheath and core to the total cross sectional area of all the yarns in the surgical suture that ranges from 20 to 80 percent. (DMI Ex. 318). |

---

[9]     Arthrex's FiberWire™ and TigerWire™ suture products include at least the products having the following Arthrex catalog product codes: AR-7200, AR-7201, AR-7202, AR-7203, AR-7204, AR-7205, AR-7205T, AR-7207, AR-7209, AR-7209SN, AR-7209T, AR-7210, AR-7211, AR-7219, AR-7220, AR-7221, AR-7222, AR-7223, AR-7225, AR-7227-01, AR-7227-02, AR-7228, AR-7229-12, AR-7229-20, AR-7230-01, AR-7230-02, AR-7232-01, AR-7232-02, AR-7232-03, AR-7237, AR-7250, AR-7251, AR-1320BNF, AR-1322BNF, AR-1322-75SF, AR-1322-752SNF, AR-1915SNF, AR-1920SNF,  AR-1322SX, AR-1322SXF, AR-1324B, AR-1324BF, AR-1324BF-2, AR-1324BNF, AR-1324HF, AR-1324SF, AR-1934BF, AR-1934BF-2, AR-1934BFT, AR-1934BFX, AR-1934BNF, AR-1934BLF, AR-1915SF, AR-1920BF, AR-1920BF-37, AR-1920BFT, AR-1920BN, AR-1920BNF, AR-1920BNP, AR-1920BT, AR-1920SF, AR-1920SFT, AR-1925BF, AR-1925BFSP, AR-1925BNF, AR-1925BNP, AR-1925SF, AR1927-BF, AR-1927BNF, AR-1928SF, AR-1928SF-2, AR-1928SNF, AR-1928SNF-2, AR-2225S, and AR-2226S (DMI Ex. 3).

18

### 6. Arthrex's FiberWire™ and TigerWire™ Needle Products Literally Infringe Claim 12

50.    It is my opinion that all of Arthrex's FiberWire™ and TigerWire™ needle

products[10] literally have all of the limitations of claim 12.

| Claim 12 | Arthrex's FiberWire™ and TigerWire™ Needle Products |
|---|---|
| The surgical suture of claim 8 wherein the suture is attached to a needle. | Arthrex's FiberWire™ and TigerWire™ needle products have either a FiberWire™ or TigerWire™ suture attached to a needle. (DMI Ex. 3). |

### C. Arthrex's FiberWire™ and TigerWire™ Suture Products Literally Infringe Under the Doctrines of Equivalents

51.    It is my opinion that all of Arthrex's FiberWire™ and TigerWire™ suture

products also infringe claims 1, 2, 8, 9, and 12 of the '446 Patent under the doctrine of

equivalents because the differences, if any, between the claims, as I understand they may be

construed by Arthrex, and Arthrex's FiberWire™ and TigerWire™ suture products are

insubstantial.

52.    I understand that Arthrex contends that there is no literal infringement because the

claim limitation with respect to the "first-fiber-forming material" is not present because,

although FiberWire™ has "PE" or polyethylene, it has one type of "PE," ultra high molecular

weight polyethylene (UHMWPE).  If it is determined that "PE" as claimed does not mean

---

[10]    Arthrex's FiberWire™ and TigerWire™ needle products includes all Arthrex's products that are sold with a needle attached to a FiberWire™ or TigerWire™ suture including at least the following Arthrex catalog product codes AR-7200, AR-7202, AR-7204, AR-7205, AR-7205T, AR-7207, AR-7211, AR-7219, AR-7220, AR-7223, AR-7225, AR-7227-01, AR-7227-02, AR-7228, AR-7229-12, AR-7229-20, AR-7230-01, AR-7230-02, AR-7232-01, AR-7232-02, AR-7232-03, AR-7250, AR-7251, AR-1320BNF, AR-1322BNF, AR-1322-752SNF, AR-1915SNF, AR-1920SNF, AR-1324BNF, AR-1920BNP, AR-1934BNF, AR-1920BN, AR-1920BNF, AR-1925BNF, AR-1925BNP, AR-1927BNF, AR-1928SNF, and AR-1928SNF-2 (DMI Ex. 3).

polyethylene (*i.e.,* including UHMWPE), then it is my opinion that there is infringement under the doctrine of equivalents because any differences are insubstantial.

53. I have used the "function/way/result" test to determine infringement of claims 1, 2, 8, 9, and 12 under the doctrine of equivalents. In particular, I have determined the function/way/result of the claim element that Arthrex contends is not literally satisfied and compared that to the function/way/result of UHMWPE in FiberWire™ and TigerWire™.

54. In my opinion, the "function" of the first fiber-forming material is the same as the function of UHMWPE in Arthrex's FiberWire™ and TigerWire™ suture products:

| Claims 1, 2, 8, 9, and 12 Limitation | Function of Limitation Under the Doctrine of Equivalents | Function of UHMWPE in FiberWire™ and TigerWire™ Suture Products |
|---|---|---|
| a) each yarn from the first set is composed of a plurality of filaments of a first fiber-forming material selected from the group consisting of PTFE, FEP, PFA, PVDF, PETFE, PP and PE; and | The function of the first set of yarns is to contribute a property that is different than a yarn from the second set. | UHMWPE contributes different lubricity and strength properties to the heterogeneous braid than PET. |

55. My opinion regarding the "function" of the first fiber-forming material is supported by the '446 Patent. The '446 Patent explains that the first fiber forming material is "dissimilar" to the second fiber and the braid of dissimilar yarns provides "outstanding properties attributable to the specific properties of the dissimilar fiber-forming materials which make up the braided yarns" (Tab D at 2:50-52; 3:43-48). Further, the '446 Patent explains that it is possible to "tailor the physical" properties by "varying the type and proportion of each of the dissimilar fiber forming materials used" (Tab D at 2:58-61). Further, the patent notes that the different fiber components make different relative contributions to one or more properties of the heterogeneous braid (Tab D at 8:19-21).

56.     It is my opinion that the UHMWPE in Arthrex's FiberWire™ and TigerWire™ products has the function as the claimed first fiber-forming material based on an examination of FiberWire™ and TigerWire™ and its manufacturing.  In my opinion, the UHMWPE contributes a property or properties that is/are different from the property or properties contributed by the PET.  For example, Mr. Hallet testified that, in the development of FiberWire™, he had constructed a 100% homogeneous UHMWPE braid, but Arthrex had requested a less stiff braid. Mr. Hallet then made a heterogeneous braid of UHMWPE and PET to get the strength of UHWMPE and the flexibility of PET (Hallet 1/12/06 Dep. at p. 306:17-307:14; DMI Ex. 324; *see also* Hallet 1/12/06 Dep. at p. 307:15-308:14; DMI Ex. 325).

57.     In my opinion, the "way" of the first fiber-forming material is the same as the "way" of UHMWPE in Arthrex's FiberWire™ and TigerWire™ suture products:

| Claims 1, 2, 8, 9, and 12 Limitation | "Way" of Limitation Under the Doctrine of Equivalents | Way UHMWPE performs its Function in FiberWire™ and TigerWire™ |
|---|---|---|
| a)  each yarn from the first set is composed of a plurality of filaments of a first fiber-forming material selected from the group consisting of PTFE, FEP, PFA, PVDF, PETFE, PP and PE; and | The "way" is at least one yarn from the first set of yarns is in direct intertwining contact with at least one yarn from the second set. | At least one UHMWPE yarn is braided with at least one PET yarn in direct intertwining contact (Dreyfuss 9/16/05 Dep. at p. 99-107). |

58.     My opinion regarding the "way" of the "first fiber-forming" element is supported by the '446 Patent.  The '446 Patent explains that the way that the first-fiber forming material performs its function is by braiding it with a second dissimilar yarn in direct intertwining contact For example, the '446 Patent states in the "Summary of the Invention" section that the "the invention is a heterogeneous braid comprising a first and second set of discrete yarns in a sterilized, braided construction" and that the at least one yarn from the first set is in "direct

intertwining contact" with a yarn from the second set (Tab D at 2:40-44; *see also* 3:21-28; 3:40-45). The '446 Patent further explains that the heterogeneous braid properties are due to the "mechanical interlocking or weaving of the individual yarns" (Tab D at 2:56-58; 3:43-48). Also, during the prosecution history, the applicants explained that the beneficial properties are due to the braiding of direct "<u>intertwining</u>" contact of dissimilar yarns (December 2, 1992 Office Action at 2, emphasis original).

59. Further, the '446 Patent describes certain preferred embodiments in which the first fiber-forming materials act as lubricating yarns and the second fiber-forming materials provide strength (Tab D at 4:9-59). The '446 Patent also describes other specific preferred embodiments that have PTFE braided in direct intertwining contact with PET to obtain the benefits of each yarn (Tab D at 7:1-8:61). These are all preferred embodiments where the at least one first-fiber forming material is braided in direct intertwining contact with at least one different, second fiber-forming material so that each yarn contributes to the heterogeneous braid. Because these are preferred embodiments, they are an example of the broader disclosed concept of braiding the first and second fiber forming materials so that they can individually contribute to the overall properties of the heterogeneous braid. Notably, the invention is described more broadly than just these "preferred embodiments," and, therefore, it is my opinion that neither the function, way, or result is limited to the specific properties of the first-forming material in any of the preferred embodiments.

60. It is my opinion that the UHMWPE in Arthrex's FiberWire™ and TigerWire™ suture products have the same "way" as the claimed first-fiber forming materials. My opinion is based on a visual inspection and observation of FiberWire™ and its manufacturing processes. In my opinion, at least one UHMWPE yarn in Arthrex's FiberWire™ and TigerWire™ products is

braided in direct intertwining contact with at least one PET yarn.  My opinion is supported by

Arthrex's and Pearsalls' testimony and documents.  For example, Mr. Dreyfuss testified that the

adjacent yarns in the FiberWire™ and TigerWire™ sheath are in direct intertwining contact with

each other (Dreyfuss 9/16/05 Dep. at p. 99-107).

61.     In my opinion, the "result" of the first forming material is the same as the result of

UHMWPE in Arthrex's FiberWire™ and TigerWire™ suture products:

| Claims 1, 2, 8, 9, and 12 Limitation | "Result" of Limitation Under the Doctrine of Equivalents | Result of UHMWPE in FiberWire™ |
|---|---|---|
| a)  each yarn from the first set is composed of a plurality of filaments of a first fiber-forming material selected from the group consisting of PTFE, FEP, PFA, PVDF, PETFE, PP and PE; and | The result of the first set of yarns is to contribute to the heterogeneous suture braid a property different from the yarn in the second set, so that when they are braided the yarns contribute to the properties of the overall heterogeneous braid. | The result of the PE yarns is to provide a different property than the PET, so that when they are braided the PE yarns contribute properties to the overall heterogeneous braid. |

62.     My opinion regarding the "result" of the first-forming material is supported by the

'446 Patent.  For example, the '446 Patent explains that the "heterogeneous braids may exhibit a

combination of outstanding properties attributable to the specific properties of the dissimilar

fiber-forming materials" (Tab D at 2:49-52).  Further, the '446 Patent states that the "types of

yarns used to prepare the heterogeneous braid and the yarn geometry can be varied to prepare

heterogeneous braids within the scope of the claimed invention which exhibit a combination of

outstanding physical or biological properties." (Tab D at 1:51-56).

63.     My opinion is that FiberWire™ and TigerWire™ suture products have the same

claimed result.  UHMWPE has and contributes properties that are different from those provided

by PET.  For example, Arthrex has admitted that the UHMWPE is added to FiberWire™ to

increase strength.  (Arthrex supplemental response to Interrogatory No. 3)  In FiberWire™, when

the UHMWPE is braided with PET, it is my opinion that the UHMWPE contributes to the strength of the overall heterogeneous braid.  Further, UHMWPE is known to have relatively high lubricity and has different lubricity than PET.

64.     My opinion is further supported by the testimony and documents from Arthrex and Pearsalls witnesses:

> Q   What did you understand Mr. Grafton to
> mean when he said:
> "Can you build a 25% Dyneema/75%
>  polyester blend in Size 2 that is very flexible".
> What did you understand that to mean?
> A   Yes, that he wanted a braid which was
> more -- not so stiff.
> Q   As the 100% ultra high molecular weight
>  polyethylene?
> A   Yes.  (Hallet 1/12/06 Dep. at p. 306:20-307:4, DMI Ex. 324)
>
>
> Q.  Mr. Grafton wanted Pearsalls to braid
> polyester with the ultra high molecular weight
> polyethylene so that the polyester could provide
> flexibility?
> A   Yes.        (Hallet Dep. at p. 307:10-14, DMI Ex. 324)

65.     It is my expert opinion that both of the above documents and testimony demonstrate that Arthrex is "tailor[ing] the physical" properties of the braid by "varying the type and proportion of each of the dissimilar fiber forming materials used" as taught by the '446 Patent (Tab D at 2:58-61).

66.     In summary, if it is determined that PE is not PE (does not include UHMWPE), it is my opinion that the ultra high molecular weight polyethylene in Arthrex's FiberWire™ and TigerWire™ suture products is equivalent to the claimed PE because it performs the same function, in the same way to achieve the same result.  Any differences are insubstantial in the context of the invention.

## VI.     Opinions Regarding Contributory Infringement

67.     I understand that contributory infringement is defined in 35 U.S.C. §271(c), which provides:

> Whoever offers to sell or sells within the United States or imports into the United States a component of a Patented machine, manufacture, combination or composition, or a material or apparatus for use in practicing a Patented process, constituting a material part of the invention, knowing the same to be especially made or especially adapted for use in an infringement of such Patent, and not a staple article or commodity of commerce suitable for substantial noninfringing use, shall be liable as a contributory infringer.

68.     I understand that an act of actual direct infringement is necessary for a finding of contributory infringement.  If there is direct infringement, then there is contributory infringement if the remaining requirements of the statute are satisfied.

69.     I have been asked to provide my opinion as to whether Pearsalls has sold within the United States or imported into the United States a component of a patented suture that constitutes a material part of the invention in claims 1, 2, 8, 9 and 12 of the '446 patent.  It is my opinion that Pearsalls has sold within the United States or imported into the United States a component of a patented suture constituting a material part of the invention in claims 1, 2, 8, 9 and 12 of the '446 patent.

70.     It is my understanding that Pearsalls makes all of the braids used in Arthrex's FiberWire™ and TigerWire™ suture products. (Arthrex's Response to Mitek Interrogatory #2). Pearsalls imports into the United States unsterile, FiberWire™ and TigerWire™ suture that has not been cut to length or tipped.  I personally observed the Pearsalls braided product at the final inspection stage before shipment.  Pearsalls also sells within the United States this unsterile, FiberWire™ and TigerWire™ suture to R.K. Manufacturing (Ponton Dep. at p. 17:23-18:12).

71.     It is my opinion that the unsterile FiberWire™ and TigerWire™ that Pearsalls imports and sells is a component of the invention of claims 1, 2, 8, 9 and 12 of the '446 Patent. The imported and sold FiberWire™ and TigerWire™ has the same construction as that sold by Arthrex except for some processing operations such as tipping, attachment to anchors or needles, and sterilization. (Ponton Dep. at p. 18:18-21). Thus, the imported and sold FiberWire™ and TigerWire™ has all of the limitations of claims 1, 2, 8, 9, and 12 except that it is not sterilized. It has a braid construction of polyethylene and PET in direct intertwining contact. Further, each has a core except for size 4-0 FiberWire™. Thus, the FiberWire™ and TigerWire™ that is sold and imported by Pearsalls is a component of the claims of 1, 2, 8, 9, and 12 and a material part of the invention of claims 1, 2, 8, 9, and 12.

72.     I have been asked to provide my opinion as to whether the FiberWire™ and TigerWire™ imported and sold by Pearsalls is especially adapted for use for infringement of claims 1, 2, 8, 9, and 12 of the '446 Patent, and not a staple article or commodity of commerce suitable for substantial non-infringing use. It is my opinion that the FiberWire™ and TigerWire™ imported and sold by Pearsalls is especially adapted for use in an infringement of the '446 Patent, and not a staple article or commodity of commerce suitable for substantial noninfringing use. The '446 Patent claims a suture. It is my understanding that RK Manufacturing does nothing to alter the FiberWire™ and TigerWire™ surgical braid. (Ponton Dep. at p. 18:18-21). The FiberWire™ and TigerWire™ imported and sold by Pearsalls has no known use other than as a suture, which is claimed in the '446 Patent. Thus, the FiberWire™ and TigerWire™ that is imported and sold by Arthrex is not a staple article of commerce and has no known substantial noninfringing use other than that that has been identified. (Pearsalls' Answers to Mitek's First Set of Interrogatories).

26

## VII. Other Issues

73. It is my opinion that some of the benefits of FiberWire™ and TigerWire™ that are marketed by Arthrex are due to the patented invention, a heterogeneous braid of dissimilar non-bioabsorbable yarns of the type claimed, where at least one yarn from the first set is in direct intertwining contact with a yarn from the second set, and the dissimilar yarns have at least some different properties that contribute to the overall properties of the heterogeneous non-bioabsorbable braid.

74. For example, Arthrex markets that FiberWire™ has superior strength, increased stiffness, and has been "enthusiastically endorse[d]" for "its feel." (DMI Ex. 7 at 2). FiberWire™'s and TigerWire™'s ultra high molecular weight polyethylene braided yarns contribute to FiberWire™ and TigerWire™'s strength and stiffness (Hallet 1/12/06 Dep. at p. 306:17-307:14; DMI Ex. 324; *see also* Hallet 1/12/06 Dep. at p. 307:15-308:14; DMI Ex. 267). Further, FiberWire™'s and TigerWire™'s PET contributes to the flexibility of the braid (DMI Ex. 324). Notably, the patented invention of claims 1, 2, 8, 9, and 12 includes a heterogeneous braid of PE and PET. Further, the '446 patent explains that a heterogeneous braid of dissimilar materials in direct intertwining contact can contribute to the overall properties of the heterogeneous braid (Tab D at 2:50-52; 3:43-48). Further, the '446 patent teaches that the braided yarns can be tailored in type and amounts to obtain the properties of each (Tab D at 2:58-61). FiberWire™ and TigerWire™ do just that by braiding polyethylene and PET. Thus, it is my opinion that benefits touted by Arthrex are due to the patented invention.

75. Arthrex's and Pearsalls' development of FiberWire™ and TigerWire™ confirms my opinion. For example, Mr. Hallet testified that in the development of FiberWire™ he had constructed a 100% homogeneous UHMWPE braid, but Arthrex had requested a less stiff braid. Mr. Hallet then made a heterogeneous braid of UHMWPE and PET to get the strength of

27

UHWMPE and the flexibility of PET (Hallet 1/12/06 Dep. at p. 306:17-307:14; DMI Ex. 324; *see also* Hallet 1/12/06 Dep. at p. 307:15-308:14; DMI Ex. 325).

76.     It is my opinion that the braiding of dissimilar materials in direct intertwining contact in FiberWire™ contributes to the properties advertised by Arthrex in its marketing literature.  For example, Arthrex has marketed that "that FiberWire™ is a "Braided Polyblend Suture" that it is "revolutionizing Orthopaedic Surgery" (DMI Ex. 7 at 1).   I also note that Arthrex's claims that its FiberWire™ heterogeneous braid has superior properties is supported by "multiple scientific publications" (DMI Ex. 7 at 2).  Thus, Arthrex is highlighting the braiding of dissimilar materials as claimed in claims 1, 2, 8, 9, and 12 of the '446 Patent.

77.     Further, Arthrex has made many assertions that FiberWire™'s heterogeneous braid is superior to Ethibond's homogeneous braid.  For example, Arthrex claims that the FiberWire™ is "twice as strong" as "polyester suture" (DMI Ex. 9 at 2; DMI Ex. 10 at 2; *see also* DMI Ex. 11; DMI Ex. 24 at ARM001473).   Arthrex also asserts that "FiberWire™ has twice the strength of the similar *sized generic suture* with superior feel, tie ability, and lower knot profile" (DMI Ex. 13; emphasis added).  Arthrex claims that its studies show that FiberWire™ has better knot strength than "Ethibond Excel braided polyester suture" (ARM002177-8; ARM002181-83; ARM002188-2191).   It is my opinion that the braiding of polyethylene and PET in direct intertwining contact contributes to FiberWire™'s properties of strength and flexibility that Arthrex markets with respect to Ethibond.

78.     At trial, I may use demonstrative exhibits.  For example, I may use demonstrative exhibits to explain the design and construction of Arthrex's FiberWire™ and TigerWire™ suture products, to explain infringement, and to explain the other opinions that I have set forth in my report.

Dated: March 3, 2006

David Brookstein, Sc.D.
Fellow-American Society of Mechanical Engineers

## CERTIFICATE OF SERVICE

I certify that the foregoing Expert Report of Dr. David Brookstein was served by e-mail without exhibits and Federal Express overnight mail (Saturday delivery) with exhibits on March 3, 2006 on the following:

Charles W. Saber
Dickstein, Shapiro, Morin & Oshinsky, LLP
2101 L. Street, NW
Washington, DC 20037-1526.

Christopher Weld, Jr.
Todd & Weld LLP
28 State Street, 31st Floor
Boston, MA 02109

Dated:  March 3, 2006

_____
Erich M. Falke