# BROOKSTEIN DECLARATION
# EXHIBIT 16

TO : Arthrex

ATTN: Don Grafton

FROM : Brian Hallett

DATE : 19/10/2000

SUBJECT : **Polyester - Dyneema Braid**

Dear Don,

Please find enclosed 4 DT trials samples for your inspection, these have been made using Polyester/Dyneema mixed either in the cover or straight core, to match US2 I have set out below a matrix of how each was made and their results for your information

## DT PA23 SAMPLE COMMENTS: CORE DID NOT BREAK ON KNOT PULL ONLY COVER, STRAIGHT PULL CORE BROKE COVER STAYED INTACT.

16 Carrier m/c
COVER    16 carriers in use each with 1 end of 138 d'tex Polyester per carrier
CORE     1 end of 165/1/3 with 10 TPI "S" and 7 TPI "Z"(Dyneema)
PPI      38

| Stage | St/pull kg | Knot/pull kg | Runnage mt/kg | Diameter mm | Extensin % | Solids % |
|---|---|---|---|---|---|---|
| M/c | 19.12 | 9.87 | 3455 | 0.677 | 5.48 | |
| Dye | 17.05 | 8.81 | | 0.589 | 10 | |
| Stretch | 16.51 | 6.95 | | 0.577 | 5.3 | 15.3 |
| Finish | 17.2 | 10.35 | 3375 | 0.569 | 6.8 | |


DEPUY MITEK
EXHIBIT 164
04cv12457

PR 06515
Confidential - Outside Attorneys' Eyes Only

**DT PA25** SAMPLE COMMENTS: BOTH CORE AND COVER BROKE ON THE STRAIGHT PULL AT DYE STAGE, ON THE STRAIGHT PULL AT STRETCH STAGE THE CORE BROKE ONLY

16 Carrier m/c
COVER    16 carriers in use
8 car with 1 end of 113 poly 8 car with 1 end of 110 dyneema
CORE     1 end of 190/1/3 with 10 TPI "S" and 7 TPI "Z"
PPI      50

| Stage | St/pull kg | Knot/pull kg | Runnage m/kg | Diameter mm | Extensin% | Solids % |
|---|---|---|---|---|---|---|
| M/c | 26.82 | 11.293 | 3803 | 0.582 | 11.15 | |
| Dye | 25.56 | 10.5 | | 0.582 | 14.7 | |
| Stretch at 5% | 26.84 | 10.58 | | 0.587 | 9.9 | 15.3 |
| Finish | 24.35 | 11.95 | 3703 | 0.55 | 11.2 | |

**DT PA26** SAMPLE COMMENTS: CORE BROKE IN FIRST TWO READINGS, WHOLE BRAID BROKE IN THIRD

16 Carrier m/c
COVER    16 carriers in use
8 car with 1 end of 113 polyester 8 car with 1 end of 110 Dyneema
CORE     1 end of 165/1/3 with 10 TPI "S" and 7 TPI "Z"(Dyneema)
PPI      50

| Stage | St/pull kg | Knot/pull kg | Runnage m/kg | Diameter mm | Extensin% | Solids % |
|---|---|---|---|---|---|---|
| M/c | 21.82 | 10.953 | 3908 | 0.681 | 5.28 | |
| Dye | 23.62 | 12.26 | | 0.693 | 10.1 | |
| Stretch at 5% | 24.56 | 11.79 | | 0.573 | 5.8 | 15.3 |
| Finish | 21.48 | 12.87 | 3786 | 0.578 | 6 | |

**DT PA27** SAMPLE COMMENTS: CORE DID NOT BREAK ON KNOT PULL ONLY COVER, STRAIGHT PULL CORE BROKE COVER STAYED INTACT.

16 Carrier m/c
COVER    16 carriers in use
16 car with 1 end of 113 Polyester per carrier
CORE     1 end of 165/1/3 with 10 TPI "S" and 7 TPI "Z"(Dyneema)
PPI      44

| Stage | St/pull kg | Knot/pull kg | Runnage m/kg | Diameter mm | Extensin% | Solids % |
|---|---|---|---|---|---|---|
| M/c | 19.14 | 9.037 | 4033 | 0.549 | 5.9 | |
| Dye | 16.18 | 8.35 | | 0.548 | 8.5 | |
| Stretch at 5% | 16.49 | 6.54 | | 0.545 | 5.5 | 15.3 |
| Finish | 16.12 | 8.04 | 3919 | 0.553 | 5.6 | |

If I can be any further assistance please do not hesitate to contact me

Kind regards
**Brian Hallett**
Brian Hallett
Product Development Manager

PR 06514
Confidential - Outside Attorneys' Eyes Only

# BROOKSTEIN DECLARATION
# EXHIBIT 17

```
                IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF MASSACHUSETTS


   DePuy Mitek, Inc., a
   Massachusetts Corporation,

        Plaintiff,

   vs.                                CIVIL ACTION
                                      NO. 04-12457 PBS
   Arthrex, Inc., a Delaware
   Corporation,

        Defendant.
   _____/



   DEPOSITION OF:         ASHLEY HOLLOWAY

   DATE:                  September 15, 2005

   TIME:                  1:08 p.m. to 5:07 p.m.

   LOCATION:              The Ritz Carlton Golf Resort
                          2600 Tiburon Drive
                          Naples, FL  34112

   TAKEN BY:              Plaintiff

   REPORTER:              Deborah A. Krotz, RPR, CRR

   VIDEOGRAPHER:          Les Smoak, CLVS
```

*Condensed Copy*

Page 30

```
 1  suture --
 2  A.  Correct.
 3  Q.  -- with respect to knot security; is that right?
 4  A.  Correct.
 5  Q.  Okay. Does Arthrex test its FiberWire sutures
 6  for pliability?
 7  A.  No.
 8  Q.  Do you know what pliability means?
 9  A.  Pliability --
10  Q.  As it relates to FiberWire sutures?
11  A.  I don't know the exact definition, no.
12  Q.  But Arthrex does not test its FiberWire sutures
13  for pliability?
14  A.  No.
15  Q.  Has it ever tested its FiberWire sutures for
16  pliability?
17  A.  Not that I'm aware of.
18  Q.  Does Arthrex test its FiberWire sutures for
19  handleability?
20  A.  Yes.
21  Q.  How does Arthrex test its FiberWire sutures for
22  handleability?
23  A.  It's a subjective test.
24  Q.  What do you mean by that?
25  A.  I mean basically we give a piece of suture to a
```

Page 31

```
 1  product manager or a surgeon who is familiar with the
 2  field of sutures and ask them to give us feedback on the
 3  handleability.
 4  Q.  And what is handleability measured in?
 5  A.  There are no units. It's subjective.
 6  Q.  So what does "handleability" mean? What does the
 7  definition of "handleability" mean as Arthrex uses that as
 8  a test for its FiberWire sutures?
 9  A.  What do I think it means?
10  Q.  What does Arthrex think it means?
11  A.  I think handleability as is it easy to move
12  through the tissue or pass through the tissue? Is it easy
13  to slide knots? Is it easy to tie knots?
14  Q.  Anything else?
15  A.  Is it easy to slide through the anchor eyelet?
16  Q.  Anything else?
17  A.  Not that I can think of.
18  Q.  Do materials contribute to the handleability of
19  Arthrex's FiberWire sutures?
20      MR. TAMBURO: Objection to form.
21  A.  Yes.
22      MR. TAMBURO: Also, it's outside the scope.
23  Q.  What materials contribute to the handleability of
24  Arthrex's FiberWire sutures?
25  A.  All materials used.
```

Page 32

```
 1  Q.  What do you mean by that?
 2  A.  I mean everything that's in that construct.
 3  Q.  Contributes to the handleability of the suture?
 4  A.  Yes.
 5  Q.  What is the handleability of Arthrex's FiberWire
 6  suture?
 7      MR. TAMBURO: Objection to form.
 8  A.  Do you want me to give you a subjective answer?
 9  Q.  Let me rephrase the question. Has Arthrex
10  received feedback from surgeons on the handleability of
11  Arthrex's FiberWire suture?
12  A.  Yes.
13  Q.  And what was the feedback that Arthrex received
14  from surgeons on the handleability of Arthrex's FiberWire
15  suture?
16  A.  That it's easy to utilize.
17  Q.  And what surgeons provided that feedback?
18  A.  I have heard Dr. Burkhart say that.
19  Q.  Anyone else?
20  A.  Not directly to me, no.
21  Q.  Have any doctors provided negative feedback to
22  Arthrex on the handleability of Arthrex's FiberWire
23  suture?
24  A.  Yes.
25  Q.  How many doctors have provided negative feedback
```

Page 33

```
 1  to Arthrex on the handleability of Arthrex's FiberWire
 2  suture?
 3  A.  I know of only one account.
 4  Q.  And who was that?
 5  A.  I believe, again, it might have been Dr.
 6  Burkhart.
 7  Q.  And what negative feedback did Dr. Burkhart
 8  provide to Arthrex on the handleability of Arthrex's
 9  FiberWire sutures?
10  A.  That the nylon was too repetitious in the
11  TigerWire.
12  Q.  What does that mean?
13  A.  It means there were too many wraps.
14  Q.  And that affected the handleability of the
15  suture?
16  A.  That affected the feel.
17  Q.  Is the feel like handleability, or is that
18  another word for handleability -- feel?
19  A.  Feel would fall under handleability; how does it
20  feel in your hands.
21  Q.  All right. So that's one criteria used for the
22  handleability?
23  A.  Right.
24  Q.  As well as passing the suture through tissue or
25  any other things you described?
```

# BROOKSTEIN DECLARATION
# EXHIBIT 18

```
 1            IN THE UNITED STATES DISTRICT COURT
          FOR THE MIDDLE DISTRICT OF MASSACHUSETTS
 2
    DEPUY MITEK, INC.,
 3  a Massachusetts corporation,

 4
               Plaintiff,
 5
    v.                          Case No: CA-0412457-PBS
 6
    ARTHREX, INC, a
 7  Delaware corporation,

 8             Defendant.
    _____/
 9

10        VIDEOTAPE DEPOSITION OF ANN WATERHOUSE

11  TAKEN:        Pursuant to Notice by
                  Counsel for the Plaintiff
12
    PLACE:        Ritz Carlton Golf Resort
13                2600 Tiburon Drive
                  Naples, FL  34109
14
    DATE:         Wednesday, August 24, 2005
15
    TIME:         Began:  8:55 a.m.
16                Ended:  1:00 p.m.

17  BEFORE:       TRACIE L. MOUNTAIN-THOMPSON
                  Court Reporter
18                Notary Public
                  State of Florida at Large
19

20

21

22                    COPY

23

24

25
```

Page 46

1  Q  What does that mean?
2  A  In the first paragraph, under suture
3 weight, which is coating, it says, "Pearsalls makes the
4 following statement about the NuSil coating applied to
5 both our Arthrex FiberWIRE and other competitive
6 product."
7     So they're demonstrating their processing of
8 that coating by the statement that follows.
9  Q  That statement is from NuSil, not from Arthrex?
10 A  No. That's from Pearsalls.
11 Q  All right. But just to be clear, the coating
12 on the FiberWIRE product is MED-2174, right?
13 A  Correct.
14 Q  Okay. And in that last paragraph on page
15 2104, the second sentence says, "As noted (above) we
16 cannot measure the amount of coating so the product is
17 accepted by our customers on the basis of an agreed
18 detailed coating process which includes mixing the NuSil
19 to a certain viscosity and the speeds, temperatures, and
20 other parameters for the coating process. For each
21 coating batch all these details are recorded in the batch
22 documentation available to you and other customers."
23     Do you see that?
24 A  Yes.
25 Q  What does that mean?

Page 47

1  A  That means that that's the processing that
2 they -- they put onto our product and it's describing
3 that they do it to a certain viscosity. They do it at a
4 certain speed and temperature. And they have other
5 parameters for the coating process. So that coating
6 process is an agreed upon process by their buyers,
7 basically, so that's what it is. That's how it's
8 actually done.
9  Q  Does Arthrex and Pearsalls have an agreed -- an
10 agreed detailed coating process?
11 A  Not that I know of.
12 Q  So how does Arthrex know how the FiberWIRE
13 coating is applied to its FiberWIRE product?
14 A  Specifically, they could ask for that batch
15 record for each lot that is produced, but in
16 general, they know the coating process because of the
17 temperature and speed, and the parameters that Pearsalls
18 uses coats that in an even manner, so it's an assumption.
19 Q  Is it true that Pearsalls cannot measure the
20 amount of coating on the FiberWIRE product?
21     MR. SABER: Objection. Inconsistent with the
22 testimony.
23 BY MR. FALKE:
24 Q  I'm just looking. It says -- on page 2104 it
25 says, "We," and I assume that's Pearsalls; is that right?

Page 48

1  A  Correct.
2  Q  "We," Pearsalls, "cannot measure the amount of
3 coating so the product is accepted by our customers on
4 the basis of an agreed detailed coating process which
5 includes mixing the NuSil to a certain viscosity and the
6 speeds, temperatures and other parameters for the coating
7 process."
8  A  Correct.
9  Q  So does Arthrex accept batches of FiberWIRE
10 based on the coating?
11     MR. SABER: Objection. Vague. Confusing
12     question.
13 BY MR. FALKE:
14 Q  All right. Was Pearsalls representing to
15 Arthrex that it cannot measure the amount of coating on
16 the FiberWIRE product when Arthrex submitted this
17 statement to the FDA in Exhibit 81?
18 A  Can you repeat the question.
19 Q  Sure.
20     Was Pearsalls representing to Arthrex that
21 Pearsalls cannot measure the amount of coating on the
22 FiberWIRE product when Arthrex submitted Exhibit 81 to
23 the FDA?
24 A  Yes, as a percentage.
25 Q  As a percentage of what?

Page 49

1  A  The total weight of the suture.
2  Q  Has Arthrex submitted any document to the FDA
3 in any submission which details the coating process
4 Pearsalls uses to coat any FiberWIRE suture?
5  A  No.
6  Q  Why not?
7  A  Because we used the statement as a reference
8 point so that we didn't have to submit anything about the
9 coating process. We described it instead.
10 Q  You say "the statement," which statement is
11 that?
12 A  On 2104, the statement that Pearsalls makes.
13 Q  Okay. And then it says, in the last sentence
14 on page 2104, "For each coating batch all these details
15 are recorded in the batch documentation available to you
16 and other customers."
17    Do you see that?
18 A  Yes.
19 Q  Is the reference to "you" in that sentence,
20 does that refer to Arthrex?
21 A  Correct.
22 Q  Does Arthrex have any documents which reflect
23 the details of the coating process for the batches of
24 FiberWIRE it receives?
25 A  Not that I know of.

13 (Pages 46 to 49)

Page 50

1 Q Does Arthrex have the ability to obtain those
2 documents?
3 A Yes.
4 Q So Pearsalls can determine the percentage --
5 cannot determine the percentage of coating to the total
6 weight of the suture; is that right?
7 A Correct.
8 MR. SABER: Objection. Vague.
9 BY MR. FALKE:
10 Q I'm sorry, what was your answer?
11 A Correct.
12 Q And the reason they can't do that is because
13 they can't measure the amount of coating on it;
14 therefore, they can't measure the percentage of the
15 amount of coating to the total weight, right?
16 A Correct.
17 Q I'm going to reask that question because the
18 record is slightly unclear. So Pearsalls cannot
19 determine the percentage of coating to the total weight
20 of the suture; is that right?
21 MR. SABER: Could you read that question back,
22 please.
23 (The court reporter read back the requested
24 portion of testimony.)
25 MR. SABER: Objection. Vague. Asked and

Page 51

1 answered.
2 BY MR. FALKE:
3 Q You can answer.
4 A Correct.
5 Q Okay. If you could turn to page 2130, please,
6 in Exhibit 81.
7 I'm sorry, are you there?
8 A Uh-huh.
9 Q If you look at the last paragraph on that page,
10 2130, and in particular, the last sentence, it says --
11 excuse me, let me step back. The second to the last
12 paragraph on page 2130, it says, in the last sentence of
13 that paragraph, "The dyed polyester suture (D & C Blue
14 No. 6) and di-peroxide silicone oil (coating) are
15 pharmacologically inactive."
16 Do you see that?
17 A Yes, I do.
18 Q Does the di-peroxide silicone oil (coating)
19 refer to the MED-2174 that's applied to the FiberWIRE
20 product?
21 A Yes, it does.
22 Q And what does that mean "pharmacologically
23 inactive"?
24 A Pharmacologically inactive means that it does
25 not cause any reaction when tested.

Page 52

1 Q What do you mean by "when tested"?
2 A We test according to 10993, which is cited in
3 that paragraph.
4 Q Uh-huh.
5 A There are certain tests that you have to
6 perform according to that based on the use of your
7 product. When they test that, as an example -- and
8 you've got both of the tests -- they test whether there
9 is a reaction or -- a negative reaction or an adverse
10 reaction as opposed to nothing happening.
11 Q Right.
12 A If it -- if there is nothing happening, they
13 consider that pharmacologically inactive.
14 Q Has Arthrex made any representation to the FDA
15 in any submission as to whether MED-2174 is absorbable in
16 the body?
17 A No.
18 Q Do you know if MED-2174 is absorbable in the
19 body?
20 A No.
21 Q No, you don't know?
22 A I don't know.
23 Q I think I asked this but I'm going to ask it
24 again. And Exhibit 81 was submitted to the FDA by
25 Arthrex, right?

Page 53

1 A Yes, it was.
2 (Exhibit 82 was marked for identification.)
3 BY MR. FALKE:
4 Q Let me hand you Exhibit 82, which is a document
5 with Bates numbers ARM001882 through 1884. Have you seen
6 this document before?
7 A Yes, I have.
8 Q And what is Exhibit 82?
9 A This is the substantial equivalence letter for
10 K010673.
11 Q And that reference, that K number, 010673,
12 reverts to Exhibit 78, right?
13 A Correct.
14 Q And what is the purpose of this substantial
15 equivalence letter, Exhibit 82?
16 A It's the FDA's way of granting you permission
17 for sale of a product.
18 Q Okay. So through Exhibit 82 the FDA was
19 granting Arthrex the permission to sell Arthrex
20 FiberWIRE; is that right?
21 A Correct.
22 Q And Exhibit 82 is dated May 14th, 2001; is that
23 right?
24 A Correct.
25 Q Did Arthrex sell FiberWIRE prior to May 14th,

Case 04-cv-1245-BS Document 66 Filed 09/06/2007 Page 1 of 5

# BROOKSTEIN DECLARATION
# EXHIBIT 19





April 26, 2001

Food and Drug Administration
Center for Devices and Radiological Health
Attn: Mr. David Krause
Department of Health and Human Services, Public Health Service
Division of General & Restorative Devices
9200 Corporate Boulevard
Rockville, Maryland 20850

RE: Amendment to Original Pre-Market Submission 510(k) #K010673, Arthrex FiberWIRE™

On February 28, 2001 the Arthrex FiberWIRE™ was submitted to the FDA. Per a conversation between Ann Waterhouse (Arthrex) and David Krause (FDA) on April 16, 2001, the following is being sent as amendment information. Specifically included are percentages for content, labeling amendments, and research data for accessory equipment.

Arthrex has submitted in duplicate the requested information and respectfully asks that these be accorded the same confidentiality as the original submission, K010673. We request that the Food and Drug Administration keep confidential all information outside of the 510(k) summary and indications for use.

Should the following information be in any way deficient, please let us know. We will be happy to provide you with any missing details or information. Should you have further questions concerning the amendment we have submitted, please contact either Vernon Brown or Ann Waterhouse at (941) 643-5553. Thank you.

Sincerely,

Ann Waterhouse
Regulatory Affairs Specialist

CONFIDENTIAL - NON-PATENT
PROSECUTION COUNSEL
ONLY

ARM 002103

Arthrex Inc. • 2885 South Horseshoe Drive • Naples, Florida 34104 • Tel: (800)933-7001 or (941)643-5553 • Fax: (941)643-6218 • Website: www.arthrex.com

1. In many places in the document the suture is described as being composed of polyester and ultrahigh molecular weight polyethylene (UHMWPE). Please describe the polyester and indicate what percentage of the suture weight is UHMWPE. Also, what percentage of the weight of the suture is the dye and what percentage of the weight of the suture is the coating?

**Description of the polyester:**
The Polyester used by Pearsalls to produce Arthrex FiberWIRE™ is created from high tenacity filaments of Polyethylene Terephthalate. Specifically, this is type 712 polyester that is manufactured by KoSa GmbH & Co KG.

**% of the suture weight which is Ultra high molecular weight polyethylene:**
Broken into percentage, the Polyester is 38.09% of the suture input and the Polyethylene (UHMW) is 61.91%.

**Suture weight which is dye:**
In using an accepted dye, D&C Blue No. 6, neither Pearsalls nor Arthrex measured the percentage of weight which the suture gained by the dye process. Pearsalls certifies that the process with which they dye the polyester conforms with the 2.0 Cupric Sulfate listed in the USP Matching Solutions table on page 1585 of USP 24. Also, Pearsalls certifies to all of it's customers that the D&C Blue No. 6 is a FDA approved dye.

**Suture weight which is coating:**

Pearsalls makes the following statement about the NuSil coating applied to both our Arthrex FiberWIRE™ and other competitor product:

"The coating is a silicone rubber known as NuSil 2045. It is identical to the coating we apply for Davis & Geck silk suture, and is also used to coat "Ticron" polyester suture. As noted (above) we cannot measure the amount of coating so the product is accepted by our customers on the basis of an agreed detailed coating process which includes mixing the NuSil to a certain viscosity and the speeds, temperatures, and other parameters for the coating process. For each coating batch all these details are recorded in the batch documentation available to you and other customers."

CONFIDENTIAL - NON-PATENT PROSECUTION COUNSEL ONLY

000001　　　　　　　　　　　　　　ARM 002104

2. You describe your suture as having a silicone elastomer coating. Please identify a legally marketed suture predicate that is coated with silicone.

The predicate devices with Nu-Sil silicone derivative or equivalent, used to coat silk and polyester suture are listed below. The 510 (k) summaries or statements for these predicate products are contained in the following pages:

| | |
|---|---|
| K930586 | Dermalon, Surgilon, Ophthalon, & Ophthalmic Suture |
| K930590 | Silk Sutures |
| K961925 | Polyester Non-Absorbable Surgical Suture |
| K990088 | Synthofil Non-Absorbable PET Surgical Suture |
| K001172 | Polyester Non-Absorbable Surgical Suture |
| K003590 | Grams Polyester Non-Absorbable Suture |

CONFIDENTIAL - NON-PATENT
PROSECUTION COUNSEL
ONLY

ARM 002105



# BROOKSTEIN DECLARATION
# EXHIBIT 20



# BROOKSTEIN DECLARATION
# EXHIBIT 21

