# HERMES DECLARATION
# EXHIBIT 7 – PART 1 OF 2

BOOK NO. **2175**

# ETHICON, INC.
a Johnson-Johnson company

Issued to _Mark Steckel_

*Covering the Period*

_Feb 29, 1988_ to _____



EXHIBIT

DX 121

EXACT COPY

CONFIDENTIAL

CONFIDENTIAL -
NON-PATENT
PROSECUTION COUNSEL ONLY

This notebook is the property of ETHICON INC. and constitutes part of its permanent records. It should be returned to the company when not in active use, or upon request.

*DePuy Mitek, Inc. v. Arthrex, Inc.*
C.A. No.04-12457 PBS
**DMI002605**

*This Page Is Reserved for*

## TABLE OF CONTENTS

| SUBJECT | PAGE |
|---|---|
| STS PTFE BRAIDS | 1 |
| DIE-DRAWING STS BRAIDS | 4 |
| IDEA DOCUMENTATION — SIMON DE YOUNG BRAIDER | 5 |
| IFI CONSTRUCTIONS AND YARN INFO | 6 |
| COMPOSITE BRAID EVALUATION | 8 |
| MONOFILAMENT / MULTIFILAMENT HYBRID — IDEA DOC. | 12 |
| STS — TRIBOHESION PTFE WRAPPED BRAIDS | 13 |
| MONOFIL / MULTIFILAMENT HYBRID — FOLLOW-UP IDEA DOC. | 15 |
| COMPOSITE BRAIDS — PROCESS + PROPS | 16 |
| KAWABATA BENDING TEST — HOT-STRETCH PET | 18 |
| BRAID CAD — MODEL CONSTRUCTIONS | 19 |
| DUPONT HOLLOW AND MULTILOBAL FIBER | 20 |
| PDS BRAIDS | 22 |
| IFI BRAIDS — PROCESS + PROPS | 23 |
| CBE PET/PTFE | 26 |
| SURFACE TREATMENT OF VICRYL — IDEA DOC. | 31 |
| KAWABATA BENDING — ETH, EXTRA + TICRON | 32 |
| VICRYL IMPROVEMENT PROGRAM | 33 |
| SILK DEGUMMING + EFFECT ON UNSKEINING | 44 |
| VIP — DEXON σ-ε CURVES | 45 |
| KAWABATA — INITIAL + 2ND CYCLE EI FOR VICRYL | 47 |
| TEKMAT TREATED VICRYL — HAND PROPS — SURFACE F2 | 51 |
| PET MICROFIBER EVALUATION | 52 |
| EXPANDED MONOFILAMENT — IDEA DOC | 55 |
| PET/PTFE BRAID CONTROL AND PROPS | 56 |
| PLIABILIZING PINS IN SUTURE PACKAGE — IDEA DOC | 59 |
| TEKMAT — IN VIVO RESULTS — SURFACE F2 — VICRYL | 60 |
| BCAD — HOT-STRETCH DATA | 61 |
| BICOMPONENT PP/PET COMPOSITE BRAID | 65 |

CONFIDENTIAL -
NON-PATENT
PROSECUTION COUNSEL ONLY

*DePuy Mitek, Inc. v. Arthrex, Inc.*
C.A. No.04-12457 PBS
**DMI002606**

*(For Subject Index, see Pages 251-258)*

Project No. 16211 - STS   Experiment No. _____   Date 3/31/88

Subject STS - PTFE BRAIDS - REPLICATION OF A. HUNTER'S STS CONSTRUCTIONS

Purpose TO VERIFY THE MANUFACTURING CONDITIONS FOR THREE

STS BRAID CONSTRUCTIONS ( SIZE 2/0, 0, 2 ) WHICH WERE
DEVELOPED BY A. HUNTER

| NOTEBOOK # | 2175-1A | 2175-1B | 2175-1C |
|---|---|---|---|
| EXPERIM. # (D.REMBERT) | ST2-001 | ST2-002 | ST2-003 |
| KNIT DATE | 3/28/88 | 3/28/88 | 3/28/88 |
| BRAIDER # | 1 | 00 | 3 |
| | 2 | 0 | 2-0 |
| SIZE | PTFE I/WHITE | PTFE /WHITE | PTFE /WHITE |
| YN COLOR/DEX | 16 × 3 | 12 × 1 | 8 × 1 |
| CONSTRUCTION | 40 | 31 | 42 |
| PICK GEAR | 100 | 40 (9 YDS/HR) | 9 YDS/HR |
| BRAIDER RPM | 225-30-0-TIN3 | 225-30-0 TIN3 | 225-30-0 TI143 |
| SHEATH LOT # | 1/0 225 DEN | 225 DEN × 1/0 | 225 DEN × 1/0 |
| SHEATH CONSTRUC | PTFE MULTIFIL DUPONT | PTFE MULTIF. (DUPONT) | PTFE MULTIF. (DUPONT) |
| SHEATH DESCRIP | PTFE MULTIF (DUPONT) | PTFE MULTI (DUPONT) | PTFE MULTIF. (DUPONT) |
| CORE DESCRIP | 225-30-0 TIN3 | 225-30-0 TI 143 | 225-30-0 TI143 |
| CORE LOT # | 1/3 450 DEN | 1/0 225 DEN | 225 DEN × 1/0 |
| CORE CONSTRUC | 0.011 × 5½ GRN | 0.009 × 5" NAT | 0.009 × 5" NAT |
| SHEATH TENSION SPRING | 0.011 × 5½ GRN | 0.009 × 5" NAT | 0.009 × 5" NAT |
| CORE TENS SPRING | BUTT CARRIER | BUTT CARRIER | BUTT CARRIER |
| TEN DEV (CORE) | 480 YDS | 500 YDS | 760 YDS |
| QUANTITY | | | |

COMMENTS:

2175-1A: RANDOM MODULAR GEOMETRY VISABLE WITH NAKED
EYE AT 3-5 CM INTERVALS APPARENTLY
DUE TO "CORE-POPPING" (CORE CAN BE
PULLED OUT THRU SHEATH WALL AT NODE)



|← 27.7 MILS →|    39.1 MILS

|← 3-5 CM →|

CONFIDENTIAL -
NON-PATENT
PROSECUTION COUNSEL ONLY

DePuy Mitek, Inc. v. Arthrex, Inc.
C.A. No.04-12457 PBS
DMI002607

MICRO EVAL (25X): A GREAT DEAL OF ENTRAPPED
BLACK CONTAMINENT   V. FEW LITTLE BROKEN
FILAMENTS

Investigator _____   Date 4/14/88

Witness Crawford Britt   Date 3-15-90

No. 2175

Project No. CONT. FROM PREVIOUS PAGE    Experiment No. ___    Date ___

Subject ___

Purpose ___

2175-1B: VISUAL BUMPY SURFACE. MICRO EVAL (25x) - ONE
CARRIER IS CONSISTENTLY BUCKLED OUT OF BRAID STRUCTURE.



DIAM_ OD = 24.5 mils

2175-1C: VISUAL = SLIGHTLY IRREGULAR SURFACE.
MICRO EVAL (25x) - BRAID SOME WHAT LOOSE -
ESPECIALLY ONE OR TWO CARRIERS WHICH OCCASIONALLY
SLIGHTLY BUCKLE OUT OF PLANE. BRAID APPEARS
FACETED DUE TO 8 CARRIER CONSTRUCTION.
OPTIC. DIAM: 17.0 MIL

GENERAL OVERALL COMMENTS: BRAID PROCESS CONDITIONS
REQUIRE OPTIMIZATION.

CONFIDENTIAL -
NON-PATENT
PROSECUTION COUNSEL ONLY

DePuy Mitek, Inc. v. Arthrex, Inc.
C.A. No. 04-12457 PBS
DMI002608

Investigator ___

Witness ___

Date 3/16/90
Date 3-15-90

**2175**

Project No. 16211 - STS    Experiment No. _____    Date 3/31/00

Subject PROCESS CHANGES FOR STS BRAIDS

Purpose TO OBTAIN HIGHER QUALITY BRAID STOCK FOR STS SIZES 2, 2/0, AND 0 BY ADJUSTING CARRIER TENSIONS ON BRAIDER. PREVIOUS PROCESS CONDITIONS REPORTED BY A. HUNTER RESULTED IN (CORE-POPPING AND OTHER BRAID DEFECTS (2175-1A, 1B, 1C).

NOTE: ALL BRAID PROCESS CONDITIONS SAME AS 2175-1A, 1B AND 1C EXCEPT FOR:

|  | 2175-3A | 2175-3B | 2175-3C |
|---|---|---|---|
| NOTEBOOK # | 2175-3A | 2175-3B | 2175-3C |
| EXPER # | STZ-004 | STZ-005 | STS-006 |
| START DATE | 3/31/88 | 3/31/88 | 3/31/88 |
| SHEATH TENSION SPRING | 0.011 x 5½ GN | 0.009 x 5" NAT | .009 x 5" NAT |
| CORE TENSION SPRING | .0012 x 5½ OR | .011 x 5½ GN | .011 x 5½ GN |
| OTHER CHANGES |  | ONE CARRIER REMOVED AND CLEANED (TENSION MECH STICKING), CHANGE ALL SPRINGS, 3 BOBBINS CHANGED | NEW SPRINGS, CHANGE 4 CARRIER, CLEAN BRAIDER |

CONFIDENTIAL -
NON-PATENT
PROSECUTION COUNSEL ONLY

Comments:

2175-3A: HIGHER CORE TENSION ELIMINATED CORE-POPPING OBSERVED IN 2175-1A. GOOD QUALITY (25X) GOOD CIRCULAR GEOM. SOME TRASH. OPTICAL DIAM ~ 27.1 MIL

2175-3B: GOOD QUALITY, SMOOTH MICRO EVAL (25X): SOME OCCASIONAL LOOSENESS AND BROKEN FILAMENTS. BRAID SOMEWHAT RECTANGULAR IN X-SECT ↑ 21.4 MIL IMPROVEMENTS PROBABLY DUE ↓ TO CARRIER CHANGES + CLEANING

2175-3C: IRREG SMOOTHNESS |← 25.2 MIL →| GOOD QUALITY BUT SQUARISH X-SECT DUE TO PACKING CHAR OF 8 CARRIER CONSTRUCTION WITH THIS YARN. OPTICAL DIAM = 17.6 MILS

Investigator _Neil Stenton_    Date 3/31/88
Witness _Crawford Britt_    Date 3-15-90

DePuy Mitek, Inc. v. Arthrex, Inc.
C.A. No.04-12457 PBS
DMI002609

Page ........
Book No. ........

2173

Project No. 16 211 - STS   Experiment No. ........   Date 4/15/88

Subject DIE-DRAWING TRIALS OF STS PTFE BRAIDS / INCOMING YARN VARIABILITY

Purpose: ........

PROCEDURE: DIE-DRAWING OF PTFE BRAIDS PERFORMED PER
AL HUNTER'S "PROCESS TRANSFER MEMO OF STB SUTURES" OF
10/29/87, SUCH AS (1) BRAID WAS DRAWN THRU STEEL WIRE
DIES, (2) BRAID WAS SIMULTANEOUSLY BEING HOT-STRETCHED
USING GODET SET-UP AND A FORCED CONVECTION TUNNEL
OVEN AT 315°F, AND (3) MULTIPLE PASSES WITH DECREASING
DIE SIZE.

RESULTS

• DIE-DRAWING SIGNIFICANTLY REDUCES THE BRAID PROFILE
OF THE PTFE BRAIDS IN ALL CASES IN THE
"UNPERTURBED" OR RELAXED CONDITION. HOWEVER, A
LOW AMOUNT OF TORSION OR EVEN BENDING OF THE
SUTURE TYPICAL OF THE MANIPULATION REQUIRED FOR KNOT
TIE-DOWN RESULTS IN A DRASTIC OPENING UP OF
THE BRAID STRUCTURE. THUS, THE BRAID STRUCTURE
IS APPARENT IN USE ALTHOUGH IT APPEARS
'MONOFILAMENT-LIKE' IN THE RELAXED CONDITION.

• PRODUCT UNIFORMITY (DIAMETER) IS CRITICAL IN THE
DIE-DRAWING OPERATION WITH THE RISKS OF FREQUENT
LINE BREAKAGE AND (OVERSIZED) (LARGE REGIONS) AND ROUGH
(UNDERSIZED REGIONS) FOR VARIABLE MATERIAL.
THIS MOST LIKELY RESULTS FROM THE APPARENT LARGE
VARIATIONS IN YARN DENIER (AND DIAMETER) OF THE
DuPONT TEFLON YARN. TYPICAL DEVIATIONS WERE:

| DuPONT LABELED DEN | ETHICON MEAS. DEN |
|---|---|
| 66 | 88 |
| 64 | 83 |
| 88 | 102 |

CONFIDENTIAL -
NON-PATENT
PROSECUTION COUNSEL ONLY

DePuy Mitek, Inc. v. Arthrex, Inc.
C.A. No.04-12457 PBS
DMI002610

Investigator ........   Date 4/15/88
Witness ........   Date 3-15-90

Page
Book No.

Project No. BRAID EQUIP  Experiment No. IDEA  Date 4/18/88    2175
Subject NOVEL BRAIDING EQUIPMENT FOR SUTURE MANUFACTURE
Purpose DOCUMENT CONCEPTS RELATING TO SIMON DEYOUNG MIC

IDEA: SIGNIFICANT IMPROVEMENTS IN SUTURE BRAID
PROCESSING MAY BE ACHIEVED BY UTILIZING A
NOVEL BRAID MECHANISM OFFERED SIMON
DEYOUNG CO. THE MECHANISM IS BASED ON
THE FOLLOWING FEATURES: (1) CARRIERS RESIDE
ON TWO HORIZONTAL PLANES VS. ONE FOR
CONVENTIONAL BRAIDERS, (2) CARRIERS
MOVE IN CIRCULAR PATH VS. SERPENTINE
PATH FOR CONVENTIONAL BRAIDERS, AND (3)
INTERLACING OCCURS BY DIVERSION OF STRAND
PATH OF LOWER PLANE OF CARRIERS BY A
MOVING YARN GUIDE.

IMPROVEMENTS IN SUTURE BRAID PROCESSING MAY
INCLUDE:
1) LONGER PROCESS RUNS — CARRIER PACKAGE DIAMETER
IS INCREASED SINCE CARRIERS RESIDE ON 2 PLANES
WHICH ALLOWS MORE YARN/BOBBIN. LARGER
BOBBINS → MORE ECONOMICAL SINCE LESS SET-UP TIME

2) HIGHER BRAIDER SPEEDS — DUE TO CIRCULAR
CARRIER PATH VS SERPENTINE. MORE
ECONOMICAL + SHORTER EXPOSURE TIMES FOR
ABSORBABLE MATERIALS.

3) IMPROVEMENT IN BRAID UNIFORMITY — MORE
CONSTANT YARN TENSION DURING BRAIDING
SINCE DISTANCE FROM BOBBIN TO BRAIDING
PT REMAINS CONSTANT THROUGHOUT REDUCTION
(VS SERPENTINE PATH + FLUCTUATING TENSION)
TRANSLATES TO IMPROVED SMOOTHNESS + HAND

*DePuy Mitek, Inc. v. Arthrex, Inc.*
*C.A. No.04-12457 PBS*
**DMI002611**

Investigator                          Date 4/18/88
Witness Crawford Britt                Date 3-15-90

CONFIDENTIAL -
NON-PATENT
PROSECUTION COUNSEL ONLY

**%**
**% No.**
**2175.**

Project No. __IFI__    Experiment No. _____    Date __5/2/88__

Subject: DEFINE CONSTRUCTIONS AND YARN INFO FOR IFI BRAIDS

Purpose: IFI CONSTRUCTIONS + YARN INFO

BACKGROUND: A CONCEPT WAS FORWARDED BY DR. E.
BROXEN + SUTURE DEVELOPMENT TO PRODUCE A
MONOFILAMENT LIKE SUTURE BY BRAIDING 2 DIFFERENT
POLYMER FIBER TYPES, WITH A DIFFERENTIAL IN
Tm AND SUBSEQUENTLY MELTING THE LOWER Tm
FIBER TO FORM A MATRIX AROUND THE HIGHER
Tm FIBER REINFORCEMENT. WORK IS TO BE PERFORMED IN
CONJUNCTION WITH THE ISRAELI FIBER INSTITUTE (IFI)

PURPOSE: DEFINE BRAID CONSTRUCTIONS AND
DOCUMENT YARN LOT INFO FOR IFI BRAIDS
TWO TYPES OF BRAID COMPOSITES ARE SUGGESTED
BY DR. BROXEN: 1) ROOT BRAIDS — CORE + SHEATH
ARE DIFFERENT FIBERS AND 2) RMF OR "REINFORCED
MONOFILAMENT" WHERE THE 2 FIBERS ARE
CARRIER BLENDED IN THE CORE + SHEATH.
IFI BRAID CONSTRUCTIONS TO BE PROCESSED INCLUDE:

IFI BRAID CONSTRUCTIONS

| IFI- | FIBER 1 TYPE | FIBER 2 TYPE | SHEATH X CORE CARRIERS | SHEATH FIB 1 DENIER | SHEATH FIB 2 DENIER | CORE FIB 1 DENIER | CORE FIB 2 DENIER |
|---|---|---|---|---|---|---|---|
| 1 | VIC | PDS | 8X3 | 28 | * | * | 60 |
| 2 | VIC | PDS | 4X5 | 52 | * | * | 48 |
| 3 | PET | PP | 4X3 | 40 | * | * | 86 |
| 4 | VIC | PDS | 8X3 | 56 | * | * | 60 |
| 5 | VIC | PDS | 12X5 | 28 | * | * | 60 |
| 6 | PET | PP | 8X3 | 40 | * | * | 100 |
| 7 | PET | PP | 8X3 | 30 | 20 | 70 | * |
| 8 | PET | PP | 12X3 | 20 | 20 | 55 | * |
| 9 | VIC | PDS | 8X1 | 52 | 24 | * | 60 |
| 10 | PET | PP | 8X3 | 20 | 20 | 55 | 60 |
| 11 | VIC | PDS | 12X1 | 28 | 24 | * | 60 |
| 12 | VIC | PDS | 8X1 | 28 | 48 | 52 | * |
| 13 | PET | PP | 8X3 | 20 | 20 | * | 100 |
| 14 | VIC | PDS | 12X3 | 14 | 24 | 14 | 48 |
| 15 | PET | PP | 8X3 | 20 | * | * | 86 |

CONFIDENTIAL ·
NON-PATENT
PROSECUTION COUNSEL ONLY

DePuy Mitek, Inc. v. Arthrex, Inc.
C.A. No.04-12457 PBS
DMI002612

Date __5/12/88__

Investigator _____    Date __5/12/88__

Witness _____    Date __3-15-90__

No. ........

Project No. 16211-STS    Experiment No. ............    Date 4/15/88

~175

Subject DIE-DRAWING TRIALS OF STS PTFE BRAIDS / INCOMING YARN VARIABILITY

Purpose

PROCEDURE: DIE-DRAWING OF PTFE BRAIDS PERFORMED PER AL HUNTER'S "PROCESS TRANSFER MEMO OF STS SUTURES" OF 10/29/87, SUCH AS (1) BRAID WAS DRAWN THRU STEEL WIRE DIES, (2) BRAID WAS SIMULTANEOUSLY BEING HOT-STRETCHED USING GODET SET-UP AND A FORCED CONVECTION TUNNEL OVEN AT 315°F, AND (3) MULTIPLE PASSES WITH DECREASING DIE SIZE.

RESULTS

• DIE-DRAWING SIGNIFICANTLY REDUCES THE BRAID PROFILE OF THE PTFE BRAIDS IN ALL CASES IN THE "UNPERTURBED" OR RELAXED CONDITION. HOWEVER, A LOW AMOUNT OF TORSION OR EVEN BENDING OF THE SUTURE TYPICAL OF THE MANIPULATION REQUIRED FOR KNOT TIE-DOWN RESULTS IN A DRASTIC OPENING UP OF THE BRAID STRUCTURE. THUS, THE BRAID STRUCTURE IS APPARENT IN USE ALTHOUGH IT APPEARS MONOFILAMENT-LIKE IN THE RELAXED CONDITION.

• PRODUCT UNIFORMITY (DIAMETER) IS CRITICAL IN THE DIE-DRAWING OPERATION WITH THE RISES OF FREQUENT LINE BREAKAGE (LARGE REGIONS) AND ROUGH (UNDERSIZED REGIONS) FOR VARIABLE MATERIAL. THIS MOST LIKELY RESULTS FROM THE APPARENT LARGE VARIATIONS IN YARN DENIER (AND DIAMETER) OF THE DuPONT TEFLON YARN. TYPICAL DEVIATIONS WERE:

| DuPONT LABELED DEN | ETHICON MEAS DEN |
|---|---|
| 66 | 88 |
| 67 | 83 |
| 88 | 102 |

CONFIDENTIAL -
NON-PATENT
PROSECUTION COUNSEL ONLY

DePuy Mitek, Inc. v. Arthrex, Inc.
C.A. No.04-12457 PBS
DMI002613

Investigator ............................    Date 4/15/88

Witness ............................    Date 2-15-90

Page
Book No. 2175

Project No. BRAID EQUIP    Experiment No. IDEA    Date 4/18/88
Subject NOVEL BRAIDING EQUIPMENT FOR SUTURE MANUFACTURE
Purpose DOCUMENT CONCEPTS RELATING TO Simon DeYoung M/C

IDEA: SIGNIFICANT IMPROVEMENTS IN SUTURE BRAID
PROCESSING MAY BE ACHIEVED BY UTILIZING A
NOVEL BRAID MECHANISM OFFERED BY Simon
DeYoung Co. THE MECHANISM IS BASED ON
THE FOLLOWING FEATURES: (1) CARRIERS RESIDE
ON TWO HORIZONTAL PLANES vs. ONE FOR
CONVENTIONAL BRAIDERS, (2) CARRIERS
MOVE IN CIRCULAR PATH vs. SERPENTINE
PATH FOR CONVENTIONAL BRAIDERS, AND (3)
INTERLACING OCCURS BY DIVERSION OF STRAND
PATH OF LOWER PLANE OF CARRIERS BY A
MOVING YARN GUIDE.

IMPROVEMENTS IN SUTURE BRAID PROCESSING MAY
INCLUDE:
1) LONGER PROCESS RUNS — CARRIER PACKAGE DIAMETER
IS INCREASED SINCE CARRIERS RESIDE ON 2 PLANES
WHICH ALLOWS MORE YARN/BOBBIN. LARGER
BOBBINS → MORE ECONOMICAL SINCE LESS SET-UP TIME

2) HIGHER BRAIDER SPEEDS — DUE TO CIRCULAR
CARRIER PATH vs SERPENTINE. MORE
ECONOMICAL + SHORTEN EXPOSURE TIMES FOR
ABSORBABLE MATERIALS.

3) IMPROVEMENT N BRAID UNIFORMITY — MORE
CONSTANT YARN TENSION DURING BRAIDING
SINCE DISTANCE FROM BOBBIN TO BRAIDING
PT REMAINS CONSTANT THROUGHOUT REVOLUTION
(vs SERPENTINE PATH + FLUCTUATING TENSION)
TRANSLATES TO IMPROVED SMOOTHNESS + HAND

*DePuy Mitek, Inc. v. Arthrex, Inc.*
C.A. No.04-12457 PBS
**DMI002614**

CONFIDENTIAL -
NON-PATENT
PROSECUTION COUNSEL ONLY

Investigator                    Date 4/18/88
Witness Crawford Britt          Date 3-15-90

Project No. __IFI__     Experiment No. _____     Date __5/12/88__

Subject __DEFINE CONSTRUCTIONS AND YARN INFO FOR IFI BRAIDS__

Purpose __IFI CONSTRUCTIONS + YARN INFO__

BACKGROUND: A CONCEPT WAS FORWARDED BY DR. E.
BROXEN + SUTURE DEVELOPMENT TO PRODUCE A
MONOFILAMENT LIKE SUTURE BY BRAIDING 2 DIFFERENT
POLYMER FIBER TYPES WITH A DIFFERENTIAL IN
Tm AND SUBSEQUENTLY MELTING THE LOWER Tm
FIBER TO FORM A MATRIX AROUND THE HIGHER
Tm FIBER REINFORCEMENT. WORK IS TO BE PERFORMED IN
CONJUNCTION WITH THE ISRAELI FIBER INSTITUTE (IFI)

PURPOSE: DEFINE BRAID CONSTRUCTIONS AND
DOCUMENT YARN LOT INFO FOR IFI BRAIDS.
TWO TYPES OF BRAID COMPOSITES ARE SUGGESTED
BY DR. BROXEN: 1) ROOT BRAIDS – CORE + SHEATH
ARE DIFFERENT FIBERS AND 2) RMF OR "REINFORCED
MONOFILAMENT" WHERE THE 2 FIBERS ARE
CARRIER BLENDED IN THE CORE + SHEATH.
IFI BRAID CONSTRUCTIONS TO BE PROCESSED INCLUDE:

IFI BRAID CONSTRUCTIONS

| IFI- | FIBER 1 TYPE | FIBER 2 TYPE | SHEATH X CORE CARRIERS | SHEATH FIB 1 DENIER | SHEATH FIB 2 DENIER | CORE FIB 1 DENIER | CORE FIB 2 DENIER |
|---|---|---|---|---|---|---|---|
| 1 | VIC | PDS | 8X3 | 28 | * | * | 60 |
| 2 | VIC | PDS | 4X5 | 52 | | * | 48 |
| 3 | PET | PP | 4X3 | 40 | * | * | 86 |
| 4 | VIC | PDS | 8X3 | 56 | * | * | 60 |
| 5 | VIC | PDS | 12X5 | 28 | * | * | 60 |
| 6 | PET | PP | 8X3 | 40 | * | * | 100 |
| 7 | PET | PP | 8X3 | 30 | 20 | 70 | * |
| 8 | PET | PP | 12X3 | 20 | 20 | 55 | * |
| 9 | VIC | PDS | 8X1 | 52 | 24 | * | 60 |
| 10 | PET | PP | 8X3 | 20 | 20 | 55 | 60 |
| 11 | VIC | PDS | 12X1 | 28 | 24 | * | 60 |
| 12 | VIC | PDS | 8X1 | 28 | 48 | 52 | * |
| 13 | PET | PP | 8X3 | 20 | 20 | * | 100 |
| 14 | VIC | PDS | 12X3 | 14 | 24 | 14 | 48 |
| 15 | PET | PP | 8X3 | 20 | | * | 86 |

DePuy Mitek, Inc. v. Arthrex, Inc.
C.A. No.04-12457 PBS
DMI002615

CONFIDENTIAL -
NON-PATENT
PROSECUTION COUNSEL ONLY

MS 5/12/88

Investigator _____    Date __5/12/88__

Witness _____    Date __2-15-90__

Page ........
Book No. ........

2175

Project No. __IFI__   Experiment No. _____   Date __5/2/88__

Subject __IFI BRAID CONSTRUCT + YARN LOT FO__

Purpose _____

IFI - CONT FROM PG. 6

VICRYL/PDS AND PET/PP COMPOSITES ARE TO BE
PROCESSED FROM THE FOLLOWING YN LOTS:

### IFI YARN LOT INFORMATION

| IFI # | FIBER 1 | FIBER 2 | SHEATH FIB 1 DENIER | SHEATH FIB 1 LOT # | SHEATH FIB 2 DENIER | SHEATH FIB 2 LOT # | CORE FIB 1 DENIER | CORE FIB 1 LOT # | CORE FIB 2 DENIER | CORE FIB 2 LOT # |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | 60 | PY-010 60/10 |
| | | | | | | | | | 48 | PY-001.3-48/4 |
| | | | | | | | | | 86 | PP-001-5 5DPF |
| | | | | | | | | | 60 | RLS-248B-60/5 |
| | | | | | | | | | 60 | RLS-248B-60/5 |
| 1 | VIC | PDS | 28 | XC3374 | * | * | * | * | | |
| 2 | VIC | PDS | 52 | XC3349 | * | * | * | * | | |
| 3 | PET | PP | 40 | 40/27-R14-56 | * | * | * | * | 100 | PP002-1 |
| 4 | VIC | PDS | 56 | XC-3371 | * | * | * | * | | |
| 5 | VIC | PDS | 28 | XC-3181 | * | * | * | * | | |
| 6 | PET | PP | 40 | 40/27-R14-56 | * | * | * | * | | |
| 7 | PET | PP | 30 | 30-20-R14-56 | 20 | 21.4-PP-005 | 70 | 70-34-R14-55 | * | |
| 8 | PET | PP | 20 | 20-10-RXX-56 | 20 | 20.7-PP-004 | 55 | 55-27-R02-52 | 60 | 60-10-PY-010 |
| 9 | VIC | PDS | 52 | 52-26-C3388 | 24 | 24-2-PY-003 | * | * | 60 | PP-003 |
| 10 | PET | PP | 20 | 20-10-R02-56 | 20 | PP-004 | 55 | 55-27-R02-52 | 60 | PY-010 |
| 11 | VIC | PDS | 28 | XC3374 | 24 | PY-37-2-0 | * | * | | |
| 12 | VIC | PDS | 28 | | 48 | | 52 | | 100 | PP-003 |
| 13 | PET | PP | 20 | 20-10-R02-56 | 20 | | | PP-004 | 48 | * |
| 14 | VIC | PDS | 14 | | 24 | | 14 | | 86 | PP-001 |
| 15 | PET | PP | 20 | 20-10-R02-56 | | | | | | |

MS 5/2/88

BRAID PROCESS CONDITIONS, HOT-STRETCH PARAMETERS A-D
PROPERTIES OF THE IFI BRAIDS WILL BE
SUMMARIZED AT A FUTURE DATE

CONFIDENTIAL
NON-PATENT
PROSECUTION COUNSEL ONLY

*DePuy Mitek, Inc. v. Arthrex, Inc.*
C.A. No.04-12457 PBS
**DMI002616**

Investigator _____   Date __5/12/88__

Witness _____   Date __2-15-90__

Project No. COMPOSITE BRAID (CBE) Experiment No. ___ Date 6/6/88

Subject COMPOSITE BRAID EVAL - BRAID CONSTRUCTIONS, YARN COS., IN PROCESS

Purpose

BACKGROUND: A PRELIMINARY EVALUATION OF COMPOSITE BRAIDS, ie BRAIDED SUTURES CONSTRUCTED OF TWO OR MORE FIBER TYPES DESIGNED TO REALIZE THE BENEFICIAL PROPERTIES OF EACH POLYMER. COMPOSITES TO BE EVALUATED INCLUDE PET/PTFE, PET/PP AND (ABSORBABLE) PDS/VICRYL. FOUR PROCESS METHODOLOGIES WILL BE EMPLOYED TO COMBINE THE DIFFERENT FIBER TYPES INTO COMPOSITE BRAIDS.

1) CARRIER BLENDING: BLENDING IS ACCOMPLISHED DURING BRAIDING BY DIVIDING THE CARRIERS INTO TWO SETS WITH YARN A RESIDING ON ONE SET AND YARN B ON THE OTHER.

2) YARN BLENDING: BLENDING IS ACCOMPLISHED PRIOR TO BRAIDING BY PLYING YARNS A + B TOGETHER PRIOR TO FORM A COMPOSITE YARN.

3) FIBER COMMINGLING - BLENDING IS ACCOMPLISHED ON FIBER LEVEL BY THE COMMINGLING PROCESS (CINCINNATI + RI) IN WHICH FIBERS A + B ARE INTIMATELY INTERMINGLED MOST LIKELY BY AIR-JET

4) BICOMPONENT FIBERS: BLENDING IS ACCOMPLISHED ON THE FIBER LEVEL BY EXTRUSION OF TWO POLYMERS (CONCENTRIC) PER FILAMENT.

THE LEVEL OF BLEND HOMOGENEITY INCREASES FROM 1→4

CONFIDENTIAL -
NON-PATENT
PROSECUTION COUNSEL ONLY

Investigator _____ Date 6/6/88

Witness _____ Date 2-15-90

DePuy Mitek, Inc. v. Arthrex, Inc.
C.A. No.04-12457 PBS

DMI002617

9
Page _____
Book No. _____

Project No. __CBE__ Experiment No. _____ Date 6/6/88

2175

Subject __CONTINUED__

Purpose _____

THE INITIAL COMPOSITE BRAID EVALUATION WILL FOCUS
ON 15 CONSTRUCTIONS OF PET/PTFE, VICRYL/PDS,
+ PET/PP BLENDS:

COMPOSITE BRAID EVALUATION
BRAID CONSTRUCTIONS

| MGS ID# | COMP TYPE | BRAID TYPE | SIZE | SHxCR CARR. | FIBER A | DEN A | FIBER A VOLUM FRACT | FIBER B | DEN B | FIBER B VOLUM FRACT | FIBER C | DEN C | FIBER C VOLUM FRACT | SH CARR FIB A | SH CARR FIB B | CR CARR FIB A | CR FIB |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CBE-01 | CB | CS | X-0 | 8x3 | PET | 70 | | PTFE | 75 | | • | • | | 1-7\0 | 2-8\E | 1-3 | 1-3 |
| CBE-02 | YB | CS | X-0 | 8x3 | PET | 70 | | PTFE | 75 | | • | • | | 1-8 | | 1-3 | 1-3 |
| CBE-03 | CF | CS | X-0 | 8x3 | PET | 70 | | PTFE | 75 | | • | • | | 1-8 | • | 1-3 | 1-3 |
| CBE-04 | CT | CS | X-0 | 8x3 | PET | 70 | | PTFE | 75 | | • | • | | | 1-8 | • | 1-3 |
| CBE-05 | CT | CS | X-0 | 8x3 | PET | 70 | | PTFE | 75 | | • | • | | | 1-8 | • | 1-3 |
| CBE-06 | CB | CS | 2-0 | 12x1 | VICRYL | 28 | 34 | PDS | 48 | 66 | • | • | | 1-11\0 | 2-12\E1 | 1 | 1 |
| CBE-07 | YB | CS | 2-0 | 12x1 | VICRYL | 28 | 34 | PDS | 48 | 66 | • | • | | 1-12 | 1-12 | 1 | 1 |
| CBE-08 | CF | CS | 2-0 | 12x1 | VICRYL | 28 | 34 | PDS | 48 | 66 | • | • | | 1-12 | 1-12 | 1 | 1 |
| CBE-08A | CF | CS | X-0 | 12x1 | VICRYL | 28 | | PDS | 48 | | • | • | | 1-12 | • | 1 | 1 |
| CBE-09 | CT | CS | 2-0 | 12x1 | VICRYL | 28 | 100 | PDS | 48 | 0 | • | • | | • | 1-12 | • | 1 |
| CBE-10 | CT | CS | 2-0 | 12x1 | VICRYL | 28 | 0 | PDS | 48 | 100 | • | • | | 1-12 | 1-12 | 1 | 1 |
| CBE-11 | CF | CS | X-0 | 12x1 | PET | 70 | | PP | 50 | | • | • | | 1-12 | • | 1 | 1 |
| CBE-12 | BF | CS | X-0 | 12x1 | PET/PP | 60 | | | | | • | • | | 1-12 | • | 1 | 1 |
| CBE-13 | CT | CS | X-0 | 12x1 | PET | 70 | | PP | 50 | | • | • | | • | 1-12 | • | 1 |
| CBE-14 | CT | CS | X-0 | 12x1 | PET | 70 | | PP | 50 | | • | • | | • | 1-12 | • | 1 |
| CBE-15 | CB | CS | 1 | 12x1 | PET | 70 | 51 | PTFE | 110 | 49 | • | • | | | | | |

MS
6/6/88

KEY:
CB : CARRIER BLEND
YB : YARN BLEND
CF : COMMINGLED FIBER
BF : BICOMPONENT FIBER
CT : CONTROL

DePuy Mitek, Inc. v. Arthrex, Inc.
C.A. No.04-12457 PBS
DMI002618

CONFIDENTIAL -
NON-PATENT
PROSECUTION COUNSEL ONLY

Investigator _____ Date 6/6/88
Witness _____ Britt Date 2-15-91?

Page

No.

_175

Project No. CBE    Experiment No. _____    Date 6/6/88

Subject Cont

Purpose

Yarn Lot Information for CBE 1-15:

## COMPOSITE BRAID EVALUATION
## YARN A DESCRIPTION

MTS-EA 6/88

| MGS ID# | FIBER A | FIB A DENIER | FIB A FILAM COUNT | FIB A SOURCE | FIB A LOT # | FIB A COLOR | FIB A TWIST LEVEL (TPI) | FIB A TWIST DIRCT (S/Z) | FIB A ENTANG LEVEL |
|---|---|---|---|---|---|---|---|---|---|
| CBE-01 | PET | 70 | 48 | SUT DEV | SPZ-305 | GREN | 0.0 | * | 0 |
| CBE-02 | PET | 70 | 48 | SUT DEV | SPZ-305 | GREN | 0.0 | * | * |
| CBE-03 | PET | 70 | 48 | SUT DEV | SPZ-305 | GREN | 0.0 | * | * |
| CBE-04 | PET | 70 | 48 | SUT DEV | SPX-305 | GREN | 0.0 | * | 0 |
| CBE-05 | PET | 70 | 48 | SUT DEV | SPZ-305 | GREN | 0.0 | * | 0 |
| CBE-06 | VICRYL | 28 | 14 | CORNELIA | ZC3606 | NATR | 0.0 | * | 0 |
| CBE-07 | VICRYL | 28 | 14 | CORNELIA | ZC3606 | NATR | 0.0 | * | 0 |
| CBE-08 | VICRYL | 28 | 14 | CORNELIA | ZC3606 | NATR | 0.0 | * | 0 |
| CBE-08A | VICRYL | 28 | 14 | CORNELIA | ZC3606 | NATR | 0.0 | * | 0 |
| CBE-09 | VICRYL | 28 | 14 | CORNELIA | ZC3606 | NATR | 0.0 | * | 0 |
| CBE-10 | VICRYL | 28 | 14 | CORNELIA | ZC3606 | NATR | 0.0 | * | 0 |
| CBE-11 | PET | 70 | 48 | SUT DEV | SPZ-305 | GREN | 0.0 | * | 0 |
| CBE-12 | PET/PP | 60 | 0 | BASF | | WHIT | 0.0 | * | 0 |
| CBE-13 | PET | 70 | 48 | SUT DEV | SPZ-305 | GREN | 0.0 | * | 0 |
| CBE-14 | PET | 70 | 48 | SUT DEV | SPZ-305 | GREN | 0.0 | * | 0 |
| CBE-15 | PET | 70 | 48 | SUT DEV | SPZ-305 | GREN | 0.0 | * | 0 |

## COMPOSITE BRAID EVALUATION
## YARN B DESCRIPTION

| MGS ID# | FIBER B | FIB B DENIER | FIB B FILAM COUNT | FIB B SOURCE | FIB B LOT # | FIB B COLOR | FIB B TWIST LEVEL (TPI) | FIB B TWIST DIRCT (S/Z) | FIB B ENTNG LEVEL |
|---|---|---|---|---|---|---|---|---|---|
| CBE-01 | PTFE | 75 | 12 | DUPONT | 1T153 | WHIT | 0.0 | * | LOW |
| CBE-02 | PTFE | 75 | 12 | DUPONT | 1T153 | WHIT | 0.0 | * | * |
| CBE-03 | PTFE | 75 | 12 | DUPONT | 1T153 | WHIT | 0.0 | * | LOW |
| CBE-04 | PTFE | 75 | 12 | DUPONT | 1T153 | WHIT | 0.0 | * | LOW |
| CBE-05 | PTFE | 75 | 12 | DUPONT | 1T153 | WHIT | 0.0 | * | LOW |
| CBE-06 | PDS | 48 | 4 | SUT DEV | PY001 | PURP | 0.0 | * | 0 |
| CBE-07 | PDS | 48 | 4 | SUT DEV | PY001 | PURP | 0.0 | * | 0 |
| CBE-08 | PDS | 48 | 8 | SUT DEV | PY035 | PURP | 0.0 | * | 0 |
| CBE-08A | PDS | 48 | 4 | SUT DEV | PY001 | PURP | 0.0 | * | 0 |
| CBE-09 | PDS | 48 | 4 | SUT DEV | PY001 | PURP | 0.0 | * | 0 |
| CBE-10 | PDS | 48 | 4 | SUT DEV | PY001 | PURP | 0.0 | * | 0 |
| CBE-11 | PP | 50 | 16 | SUT DEV | PP005 | WHIT | 0.0 | * | 0 |
| CBE-12 | * | | 0 | * | | * | 0.0 | * | 0 |
| CBE-13 | PP | 50 | 16 | SUT DEV | PP005 | WHIT | 0.0 | * | 0 |
| CBE-14 | PP | 50 | 16 | SUT DEV | PP005 | WHIT | 0.0 | * | 0 |
| CBE-15 | PTFE | 110 | 15 | DUPONT | 1T138 | WHIT | 0.0 | * | |

CONFIDENTIAL -
NON-PATENT
PROSECUTION COUNSEL ONLY

DePuy Mitek, Inc. v. Arthrex, Inc.
C.A. No.04-12457 PBS
DMI002619

MB 6/6/88

Investigator _____    Date 6/6/88

Witness _____    Date 3-15-90

DePuy Mitek, Inc. v. Arthrex, Inc.
C.A. No.04-12457 PBS
DMI002620

CONFIDENTIAL -
NON-PATENT
PROSECUTION COUNSEL ONLY

Page
Book No.

**2175**

Project No. CBE   Experiment No. ___   Date ___
Subject CONTINUED
Purpose ___

THE YARN BLEND COMPOSITES REQUIRE A PLYING/TWISTING
OPERATION BEFORE BRAIDING. PLYING WAS
PERFORMED ON THE RATTI 2-FOR-1 TWISTER
UTILIZING THE CONDITIONS LISTED IN THE TABLE.
PROPER BALANCING OF YARN TENSION WERE
REQUIRED TO PREVENT A BARBER POLE APPEARANCE.



PROPER BALANCE OF           BARBER-POLE APPEARANCE-
TENSION                     DUE TO MIS-MATCH IN
                            YARN ELASTIC MODULUS
                            AND TENSION LEVELS

**COMPOSITE BRAID EVALUATION**
**PLIED YARN PROCESS CONDITIONS**

| MGS ID# | FIBER A | DENIER A | FIBER B | DENIER B | PLY TWIST LEVEL (TPM) | CAN YARN | CREEL YARN | CAN YARN # BRASS DISC WTS | CREEL YARN # GLASS BEADS |
|---|---|---|---|---|---|---|---|---|---|
| CBE-01 | PET | 70 | PTFE | 75 | 0.0 | * | * | 0 | 0 |
| CBE-02 | PET | 70 | PTFE | 75 | 3.0 | B | A | 0 | 1 |
| CBE-03 | PET | 70 | PTFE | 75 | 0.0 | * | * | 0 | 0 |
| CBE-04 | PET | 70 | PTFE | 75 | 0.0 | * | * | 0 | 0 |
| CBE-05 | PET | 70 | PTFE | 75 | 0.0 | * | * | 0 | 0 |
| CBE-06 | VICRYL | 28 | PDS | 48 | 0.0 | * | * | 0 | 0 |
| CBE-07 | VICRYL | 28 | PDS | 48 | 3.0 | B | A | 0 | 1 |
| CBE-08 | VICRYL | 28 | PDS | 48 | 0.0 | | | 0 | 0 |
| CBE-08A | VICRYL | 28 | PDS | 48 | 0.0 | | | 0 | 0 |
| CBE-09 | VICRYL | 28 | PDS | 48 | 0.0 | * | * | 0 | 0 |
| CBE-10 | VICRYL | 28 | PDS | 48 | 0.0 | * | * | 0 | 0 |
| CBE-11 | PET | 70 | PP | 50 | 0.0 | | | 0 | 0 |
| CBE-12 | PET/PP | 60 | * | * | 0.0 | | | 0 | 0 |
| CBE-13 | PET | 70 | PP | 50 | 0.0 | | | 0 | 0 |
| CBE-14 | PET | 70 | PP | 50 | 0.0 | | | 0 | 0 |
| CBE-15 | PET | 70 | PTFE | 110 | 0.0 | * | * | 0 | 0 |

MS 6/6/88

Investigator ___   Date 6/6/88
Witness Crawford Britt   Date 3-15-90

CONFIDENTIAL -
NON-PATENT
PROSECUTION COUNSEL ONLY

18
Page
Book No.

2175

Project No. MICROFIBER /MMF   Experiment No. _____ Date 8/18/88
Subject MONOFILAMENT / MULTIFILAMENT HYBRID WITH MICROFIBER CORE
Purpose IDEA

IDEA: A IMPROVED SUTURE IS ENVISIONED WHICH COMBINES
THE ATTRIBUTES OF MONOFILAMENTS (EASE OF TISSUE
PASSAGE, NO INFECTION HARBORING INTERSTICES) AND
THE ATTRIBUTES OF MULTIFILAMENT BRAIDS (PLIABILITY,
KNOT STR., KNIT STABILITY, DAMAGE TOLERANCE).
THE HYBRID DESIGN CONSISTS OF POTENTIALLY FOUR
COMPONENTS: 1) MONOFILAMENT-LIKE SHEATH, 2) CORE
MULTIFILAMENT BUNDLE, 3) SHEATH-CORE INTERFACE,
AND 4) MULTIFILAMENT CORE LUBRICANT (OPTIONAL).
MONOFIL SHEATH IS PREFERABLY FORMED BY EXTRUSION
OR CABLE-WRAPPING/POLISHING. SHEATH POLYMER
CAN BE ABSORBABLE OR NONABSORBABLE, AND SHOULD
BE TOUGH, LOW MODULUS, & POSESS THE PROPER
FRICTIONAL PROPERTIES.

MULTIFILAMENT CORE CONSISTS OF A BUNDLE OF
MANY FINE FILAMENTS (10 DPF AND FINER) WHICH
MAY BE TWISTED OR BRAIDED. TWISTED STRUCTURES
SHOULD BEHAVE WITH ENHANCED PLIABILITY,
WHEREAS BRAIDED STRUCTURES SHOULD MAINTAIN
ROUNDNESS BETTER.

TWO APPROACHES ARE POSSIBLE REGARDING THE
SHEATH-CORE INTERFACE. ONE IS TO MAXIMIZE
ADHESION TO PREVENT TEARING/STRIPPING. IT
IS BELIEVED THAT THIS WILL DETRACT FROM PLIABILITY
BY INHIBITING YARN/FIBER MOBILITY. THE
OTHER APPROACH IS TO MINIMIZE SHEATH-CORE
ADHESION, POSSIBLY BY THE INCORPORATION OF
AN OIL-LIKE LUBRICANT (SILICONE OIL FOR EXAMPLE)
OR SOLID LUBRICANT LIKE PTFE FIBERS IN THE
CORE BUNDLE. THIS SAME LUBRICATION APPROACH MAY
BE OF VALUE WITHIN THE CORE BUNDLE TO
MINIMIZE FIBER-FIBER INTERACTIONS.

THE RESULTING SUTURE SHOULD HAVE EXC. TISSUE PASSAGE, PLIABILITY,
KNOT PROPS, RESISTANCE TO CATASTROPHIC DAMAGE AND MINIMAL
TENDENCY FOR INFECTION HARBOURING.

Investigator _____ Date 8/18/88
Witness _____ Date 3-15-90

DePuy Mitek, Inc. v. Arthrex, Inc.
C.A. No.04-12457 PBS
DMI002621

2175

Project No. _STS_   Experiment No. ___   Date _9/27/88_

Subject _TRIBOHESION PROCESSED STS BRAID SAMPLES_

Purpose _SEM + PHYS. PROP CHARACTERIZATION_

BACKGROUND: 23 SAMPLES OF TRIBOHESION (LONDON, UK) PROCESSED BRAID SAMPLES WERE SUPPLIED BY MR E. NAGY IN OUR MEETING AT ETHICON ON 7/26/88. THE STRANDS WERE COMPRISED OF 2-0 STS PTFE BRAID WHICH WAS CABLE WRAPPED AND POLISHED. STRAND LENGTH WAS 1-2 m. LIMITED INFORMATION WAS RELEASED BY TRIBOHESION ON THE PROCESSING OF THE SAMPLES, BUT IT IS KNOWN THAT THE PROCESS VARIABLES INCLUDE LINE SPEED, TAPE TENSION, TAPE WIDTH + THICKNESS, AND DEGREE OF POLISHING.

RESULTS: PHYSICAL PROPERTY CHARACTERIZATION VS. ORIGINAL STS BRAID AND GORE-TEX:

CONFIDENTIAL -
NON-PATENT
PROSECUTION COUNSEL ONLY

## PHYSICAL PROPERTY CHARACTERIZATION

| PROPERTY | UNITS | ORIGINAL 2-0 STS BRAID | TRIBOHESION PROCESSED 2-0 STS BRAID #13 | GORE-TEX SIZE 4-0 MONOFILAM. |
|---|---|---|---|---|
| DIAMETER | | | | |
| USP | (MILS) | 12.1 | 20.2 | 13.6 |
| OPTICAL | (MILS) | N/A | 26.5 | N/A |
| STR. TENSILE | (LBS) | 4.1 | 7.8 | 5.0 |
| INTRIN. TENSILE (USP DIAM) | (PSI) | 35,600 | 24,300 | 34,400 |
| ULT. ELONGATION | (%) | 20.0 | 55.1 | 25.5 |
| KNOT STRENGTH | (LBS) | 3.9 | 7.1 | 4.1 |
| INTRIN. KNOT | (PSI) | 33,900 | 22,100 | 28,200 |
| KNOT/STRAIGHT STR | (%) | 95 | 91 | 82 |
| KNOT SECURITY * | (# OF THROWS) | 6 | 5-6 | 6-7 |

N/A : not available          * : composite of several lots and sizes

MS
9/27/88

DePuy Mitek, Inc. v. Arthrex, Inc.
C.A. No.04-12457 PBS
DMI002622

Investigator ___   Date _9/27/88_

Witness ___   Date _2-15-90_

Page
Book No. 2175

Project No. _____ Experiment No. _____ Date 9/27/88

Subject TRIBOHESION

Purpose CONTINUED

SEM OBSERVATIONS

1) SAMPLES WITH POOR SUBJECTIVE SMOOTHNESS POSSESSED AN
OVERSIZED SHEATH WHICH DISTORTED EASILY.
DISTORTION WAS EITHER A WRINKLING DUE TO
TORSION OR AN BELLOWS TYPE FOLDING DUE
TO SHEATH SLIDING.

CONFIDENTIAL -
NON-PATENT
PROSECUTION COUNSEL ONLY



INTERNAL
BRAID

DePuy Mitek, Inc. v. Arthrex, Inc.
C.A. No.04-12457 PBS
DMI002623

BELLOWS TYPE SHEATH FOLDING

2) SAMPLES WITH GOOD SUBJECTIVE SMOOTHNESS
APPEARED MONOFIL. LIKE AT 55X.

3) TAPE SEAMS WERE USABLE IN NON-POLISHED
SAMPLES AT 55X.

4) SIGNIFICANT SHEATH DISTORTION OBSERVED AROUND
KNOT, BUT NO SHEATH TEARING.

5) THE MICROSTRUCTURE OF THE SHEATH FILM
IS EXPANDED LIKE THE CORE PRODUCT, BUT
THE TRIBOH PRODUCT IS TO A LESSER DEGREE (550X)

6) SHEATH DISTORTION WAS EXCESSIVE IN REGIONS OF HIGH PICK DENST.

DISCUSSION
- PHYSI PROPS ARE LOW ESPECIALLY SINCE SHEATH INCR DIAM
- PET OR PET/PTFE CORE BRAID SHOULD BE EXPLORED
- OVERSIZED SHEATHS DISTORT AND BECOME ROUGH

Investigator _____ Date 9/27/88

Witness _____ Date 2-15-90

Page _____
Book No. _____

Project No. _M M H_  Experiment No. _____  Date _10/19/88_

2175

Subject _MONOFILAMENT - MULTIFILAM. HYBRID_

Purpose _IDEA_

_IDEA - FOLLOW UP FROM 2175-12._

THE ADDITION OF A SILICONE TYPE OIL TO THE
TWISTED OR BRAIDED CORE BUNDLE CAN DRAMATICALLY
IMPROVE PLIABILITY. HOWEVER IT COULD ALSO
INHIBIT WICKING OF BIOLOGICAL FLUID INTO THE
FILAMENT CORE WHICH MIGHT OTHERWISE LEAD
TO INFECTION. THIS HAS BEEN A PROBLEM WITH
PREVIOUS APPROACHES OF THIS NATURE. THE
LUBRICANT SHOULD BE HYDROPHOBIC (LOW SURFACE TENSION)
AND COULD BE ABSORBABLE OR NONABSORBABLE.
ALSO, FINE DPF FILAMENTS WOULD ALSO INHIBIT
WICKING BY RESULTING IN A SMALLER DIAM. SIZE.

IF THE MONOFIL. SHEATH IS EXTRUDED, IT MAY
BE BENEFICIAL TO FORM IT WITH AN ANNULAR DIE
TO MINIMIZE THE PENETRATION OF THE MOLTEN
SHEATH POLYMER INTO THE CORE BUNDLE.
OTHER PRECAUTIONS TO MINIMIZE SHEATH-CORE
ADHESION INCLUDE RAPID SHEATH QUENCHING +
DRAWING / ORIENTATION.

IN THE CASE OF ABSORBABLE HYBRIDS, LOW MW
ANALOGS OF PDO, CAPROLACTONE, PGA, PLA AS
DESCRIBED BY AL HUNTER MAY BE USEFUL AS
THE LUBRICANTS.

CONFIDENTIAL -
NON-PATENT
PROSECUTION COUNSEL ONLY

_DePuy Mitek, Inc. v. Arthrex, Inc._
_C.A. No. 04-12457 PBS_
**DMI002624**

Investigator _____  Date _10/19/88_
Witness _Crawford Britt_  Date _3-15-90_

Page
Book No. **175**

Project No. _CBE_    Experiment No. ___    Date _10/4/88_

Subject _Composite Braid Evaluation_

Purpose _Process Conditions and Props_

---

Background: Continuation of 2175-8, 14 composite braids were processed and characterized (Constructions and yarn lot info on pgs 8-11). Braid process conditions were as follows:

**COMPOSITE BRAID EVALUATION**
**BRAID PROCESS CONDITIONS**

| MGS ID# | BRAIDER NO. | GEAR NO. | RPM | SHEATH SPRING DIAM. (MILS) | SHEATH SPRING LENGTH (IN) | CORE TENSION TYPE | CORE TXTRL SET PT | GLASS ROD | CORE TENSION MEAS. (GMS) |
|---------|-------------|----------|-----|----------------------------|---------------------------|-------------------|-------------------|-----------|--------------------------|
| CBE-01 | 6 | 32 | 183 | 0.009 | 5.0 | TXTRL | 1.0 | Y | 18 |
| CBE-02 | 6 | 32 | 183 | 0.009 | 5.0 | TXTRL | 1.5 | Y | 20 |
| CBE-03 | * | * | * | 0.000 | 0.0 | * | 0.0 | * | 0 |
| CBE-04 | 6 | 32 | 183 | 0.000 | 0.0 | TXTRL | 1.0 | Y | 21 |
| CBE-05 | 3 | 36 | 170 | 0.000 | 0.0 | TXTRL | 1.0 | Y | 22 |
| CBE-06 | 12 | 32 | 182 | 0.009 | 5.0 | TXTRL | 1.0 | Y | 20 |
| CBE-07 | 12 | 32 | 182 | 0.009 | 5.0 | TXTRL | 1.0 | Y | 17 |
| CBE-08 | * | * | * | 0.000 | 0.0 | | 0.0 | | 0 |
| CBE-08A | | | | 0.000 | 0.0 | | 0.0 | | 0 |
| CBE-09 | 12 | 32 | 182 | 0.009 | 5.0 | TXTRL | 1.0 | Y | 17 |
| CBE-10 | 12 | 32 | 182 | 0.009 | 5.0 | TXTRL | 1.0 | Y | 19 |
| CBE-11 | | | | 0.000 | 0.0 | | 0.0 | | 0 |
| CBE-12 | | | | 0.000 | 0.0 | | 0.0 | | 0 |
| CBE-13 | 10 | 32 | 183 | 0.009 | 5.0 | TXTRL | 1.0 | Y | 18 |
| CBE-14 | 12 | 36 | 182 | 0.009 | 5.0 | TXTRL | 1.0 | Y | 17 |

KEY:

TXTRL: TEXTROL TENSION DEVICE

---

The PET/PTFE samples (CBE-01 to 05) had a range of processing problems such as core-popping and looseness. CBE-03 was abandoned since the PTFE yarn was interlaced making commingling impossible. CBE-01 had springs only on PET carriers, no springs on PTFE carriers. CBE-08 (vicryl/PDS) was abandoned since commingling was impossible. CBE-12 was deleted due to sourcing problems with the second component fiber.

*DePuy Mitek, Inc. v. Arthrex, Inc.*
C.A. No.04-12457 PBS
**DMI002625**

CONFIDENTIAL -
NON-PATENT
PROSECUTION COUNSEL ONLY

Investigator _____    Date _11/4/88_

Witness _Crawford Britt_    Date _3-15-90_

Page
Book No.

Project No. _CBE_    Experiment No. _____    Date _11/1/88_

2175

Subject _Continued_

Purpose _____

FOLLOWING BRAID PROCESSING, THE MATERIALS WERE
HOT-STRETCHED ACCORDING TO THE FOLLOWING
CONDITIONS:

### HOT STRETCH CONDITIONS

| MGS ID# | HOT-STRETCH % | ROLL 1 FPM | ROLL 2 FPM | ROLL 1 # OF WRAPS | ROLL 2 # OF WRAPS | ZONE 1 TEMP (C) | ZONE 2 TEMP (C) | ZONE 3 TEMP (C) | ZONE 4 TEMP (C) |
|---|---|---|---|---|---|---|---|---|---|
| CBE-01 | 30 | 9.0 | 11.7 | 8 | 12 | 125 | 150 | 190 | 225 |
| CBE-02 | 30 | 9.0 | 11.7 | 8 | 12 | 125 | 150 | 190 | 225 |
| CBE-03 | 0 | 0.0 | 0.0 | 0 | 0 | 0 | 0 | 0 | 0 |
| CBE-04 | 30 | 9.0 | 11.7 | 8 | 12 | 125 | 150 | 190 | 225 |
| CBE-05 | 30 | 9.0 | 11.7 | 8 | 12 | 125 | 150 | 190 | 225 |
| CBE-06 | 10 | 9.0 | 9.8 | 8 | 12 | 125 | 150 | 190 | 215 |
| CBE-07 | 10 | 9.0 | 9.8 | 8 | 12 | 125 | 150 | 190 | 215 |
| CBE-08 | 0 | 0.0 | 0.0 | 0 | 0 | 0 | 0 | 0 | 0 |
| CBE-08A | 0 | 0.0 | 0.0 | 0 | 0 | 0 | 0 | 0 | 0 |
| CBE-09 | 10 | 9.0 | 9.8 | 8 | 12 | 125 | 150 | 190 | 215 |
| CBE-10 | 10 | 9.0 | 9.8 | 8 | 12 | 125 | 150 | 190 | 215 |

MS

CONFIDENTIAL -
NON-PATENT
PROSECUTION COUNSEL ONLY

INITIAL PHYSICAL PROPERTY CHARACTERIZATION YIELDED THE
FOLLOWING RESULTS:

### PHYSICAL PROPERTY CHARACT

| MGS ID# | USP DIAM (MILS) | ULTIMAT TENSILE STREN (LBS) | INTRIN TENSILE STREN (PSI) | ULTIMAT KNOT STREN (LBS) | INTRIN KNOT STREN (PSI) | KNOT CONVER (%) | ULTIMAT ELONGAT (%) | STRAND BENDING RIGIDITY (GMxCM2) | KNOT STABIL (# THROWS) | PICKS PER INCH | TOTAL DENIER |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CBE-01 | 0.0 | 0.00 | 0 | 0.00 | 0 | 0 | 0 | 0.00 | | | |
| CBE-02 | 0.0 | 0.00 | 0 | 0.00 | 0 | 0 | 0 | 0.00 | | | |
| CBE-03 | 0.0 | 0.00 | 0 | 0.00 | 0 | 0 | 0 | 0.00 | 0 | | |
| CBE-04 | 0.0 | 0.00 | 0 | 0.00 | 0 | 0 | 0 | 0.00 | | | |
| CBE-05 | 0.0 | 0.00 | 0 | 0.00 | 0 | 0 | 0 | 0.00 | | | |
| CBE-06 | 10.7 | 6.79 | 75450 | 4.37 | 48580 | 64 | 29 | 0.00 | * | 46 | 1058 |
| CBE-07 | 13.9 | 10.16 | 66930 | 6.46 | 42808 | 64 | 28 | 0.00 | * | 45 | 1019 |
| CBE-08 | 0.0 | 0.00 | 0 | 0.00 | 0 | 0 | 0 | 0.00 | | | |
| CBE-08A | 0.0 | 0.00 | 0 | 0.00 | 0 | 0 | 0 | 0.00 | | | |
| CBE-09 | 14.1 | 15.70 | 100540 | 7.98 | 51490 | 51 | 29 | 0.00 | * | 44 | 1099 |
| CBE-10 | 10.9 | 7.00 | 75030 | 4.47 | 47650 | 64 | 42 | 0.00 | * | 51 | 612 |

MS

DePuy Mitek, Inc. v. Arthrex, Inc.
C.A. No.04-12457 PBS
DMI002626

THE PROPERTIES OF THE COMPOSITES ARE AS EXPECTED MIDWAY
BETWEEN THE CONTROLS.

Investigator _Mark Steckel_    Date _11/1/88_

Witness _Crawford Britt_    Date _3-15-90_

Page **18**

Book No. **2175**

Project No. KAWABATA    Experiment No. _____    Date 11/15/88

Subject KAWABATA - BENDING RIGIDITY TESTING

Purpose INITIAL RESULTS OF BENDING TESTING

BACKGROUND: THE KAWABATA BENDING RIGIDITY TESTER
AT PHILA. COLLEGE OF TEXTILES + SCIENCE WAS UTILIZED TO
MEASURE THE PLIABILITY OF BRAIDED SUTURES.

PROCEDURE:

AN ARRAY OF PARALLEL STRANDS OF BRAIDED SUTURES
WERE MOUNTED BETWEEN TWO CARDBOARD TABS AS
SHOWN BELOW. TYPICALLY 40 ENDS WERE USED ALTHOUGH
THIS VARIES WITH THE SUTURE SIZE. THE
KAWABATA TESTER MEASURES THE TORQUE
AS A FUNCTION OF BENDING CURVATURE OF
THE PARALLEL SUTURES. THE BENDING RIGIDITY



SLOPE = E·I

$K = 1/r$     $r$ = BENDING RADIUS
$K$ = CURVATURE
$M$ = BENDING MOMENT

100 mm

1 cm

$+K$

CONFIDENTIAL -
NON-PATENT
PROSECUTION COUNSEL ONLY

DePuy Mitek, Inc. v. Arthrex, Inc.
C.A. No.04-12457 PBS
DMI002627

IS THE SLOPE OF THE BENDING MOMENT - CURVATURE TRACES.
THE FOLLOWING VALUES WERE OBTAINED ON OFF-BRAIDED + HOT-STREL POLYESTER

| BENDING RIGIDITY (GM·CM²/STRAND) | SIZE → | 6-0 | 4-0 | 2-0 | 0 | 2 |
|---|---|---|---|---|---|---|
| | OFF-BRAIDER | .004 | 0.026 | 0.029 | 0.036 | 0.087 |
| | HOT-STRETCHED | .062 | 0.024 | 0.253 | 0.103 | 0.267 |

AS EXPECTED, THE EI GENERALLY INCR AS SIZE INCREASES,
AND ALSO INCR W/ HOT-STRETCHING.

Investigator _____    Date 10/15/88

Witness _____    Date 2-15-90

CONFIDENTIAL -
NON-PATENT
PROSECUTION COUNSEL ONLY

DePuy Mitek, Inc. v. Arthrex, Inc.
C.A. No. 04-12457 PBS
DMI002628

Page **19**

Book No. _____

Project No. BCAD    Experiment No. _____    Date 11/18/88    2175

Subject BRAID CAD - MODEL CONSTRUCTIONS

Purpose DEFINE MODEL CONSTRUCTIONS

BACKGROUND: THE JOINT DEVELOPMENT PROGRAM BETWEEN ETHICON + DREXEL UNIV IS TO DEFINE SOFTWARE TO DESIGN BRAIDED SUTURES. EXPERIMENTAL DATA IS REQUIRED ON SIMPLE, WELL-BEHAVED BRAIDED GEOMETRIES IN ORDER TO CONFIRM THE THEORETICAL PREDICTIONS. THE FOLLOWING CONSTRUCTIONS HAVE BEEN CHOSEN FOR DUPONT DACRON PET TYPE 52:

| CARRIERS | CORE | PICK GEARS | | |
|---|---|---|---|---|
| 3 | 0 | 22 | 26 | 30 |
| 4 | 0 | 26 | 30 | 34 |
| 8 | 0 | 28 | 32 | 36 |
| 8 | 1 | 28 | 34 | 36 |
| 12 | 2 | 28 | 32 | 36 |
| 16 | 3 | 26 | 30 | 34 |

THE ABOVE CONSTRUCTIONS ARE TO BE MADE WITH YARN WITH PRODUCER'S TWIST. TO EVALUATE THE EFFECT OF TWIST, A SMALLER SET OF SAMPLES HAS BEEN DESIGNED:

| CARRIERS | CORE | PICK GEAR | TWIST LEVELS |
|---|---|---|---|
| 8 | 1 | 34 | 0, 1.5, 3, 6 |

TENSILE, DIAMETER, SURFACE PROPS, BENDING RIGIDITY CHARACTERIZATION WILL BE PERFORMED ON ALL ABOVE BRAIDS.

Investigator [signature]    Date 11/18/88

Witness Crawford Britt    Date 3-15-90

Page _____

Book No. _____

.175

Project No. **DuPont**   Experiment No. _____   Date **12/7/88**

Subject **DuPont Hollow + Multilobal Fiber Evaluation**

Purpose **Evaluate Experimental Materials**

BACKGROUND: Two experimental Dacron PET yarns were provided by DuPont for evaluation as suture yarns. Yarn descriptions are given in Table 1: (1) Multilobal (4) Hollow

CONFIDENTIAL ·
NON-PATENT
PROSECUTION COUNSEL ONLY

DePuy Mitek, Inc. v. Arthrex, Inc.
C.A. No.04-12457 PBS
*DMI002629*

**TABLE 1.**

**Exploratory Dupont Yarn**
------------------------

1.  Dacron 50 den    34-R14
    Textile Yarn     Rotoset
    Semidull         Type 929    Tube
    Reference 7184   Merge 12601

2.  Nylon  30 den  10-R25
    Textile Yarn    Rotoset
    Dead Bright  Type 335
    Reference 40244   Merge 18681

3.  Nylon  70 den  -66-R25-295-M
    Merge 64402

4.  Polyester Hollow Multifilament Yarn
    Round   Semi-dull
    71.6 den  50 filaments
    Void size : 13.8%    Modulus: 90.4 gpd    Elong.: 16.0%
    Tenacity: 5.0 gpd
    Finish  0.65-1.00%

**PROCESS CONDITIONS**

**DUPONT HOLLOW AND MULTILOBAL FIBER BRAIDS**

The yarns were processed into braids according to Mersilene process specs for similar den yarn. The braids were sized + hot-stretched to Mersilene specs (see Table →)

| PARAMETER | DFE-1 | DFE-2 |
|---|---|---|
| Fiber Type | Multilobal | Hollow |
| Denier/Filaments | 50/34 | 72/50 |
| Construction | 16x3 | 12x1 |
| Pick gear | 30 | 12 |
| RPM | 174 | 174 |
| Sheath springs | none | 0.009x5" |
| Core tension set | 1.0 | 1.0 |
| Hot str % | 15 | 15 |
| H S Temp (F) | 225 | 225 |

| | Date | **12/7/88** |
|---|---|---|
| Investigator | Date | **3-15-90** |
| Witness | | |

Project No. _DuPont_   Experiment No. _____   Date _12/7/88_

Subject _Continued_

Purpose _____

**2175**

Results:

The hot-stretched braids were characterized according to standard phys. prop. testing and are compared to standard mersilene hot-str. braids:

CONFIDENTIAL -
NON-PATENT
PROSECUTION COUNSEL ONLY

### SUTURE PHYSICAL PROPERTIES
### STANDARD AND SPECIALTY DACRON PET FIBER BRAIDS

| MATERIAL DESCRIP. | DIAM (DIAM) | TENSL. STREN. (LBS) | INTRIN. TENSL. STREN. (KSI) | ELONG. (%) | KNOT STREN. (LBS) | INTRIN. KNOT STREN. (KSI) |
|---|---|---|---|---|---|---|
| DFE-1 MULTI-LOBAL PET 50-34-R14 SIZE 2-0 | 12.8 | 6.4 | 49.4 | 40.5 | 5.2 | 40.5 |
| MERSILENE SIZE 2-0 GREEN | 12.7 | 14.2 | 112.1 | 11.0 | 7.1 | 56.1 |
| DFE-2 HOLLOW PET 72-50 SIZE 0 | 14.4 | 10.7 | 65.7 | 28.3 | 7.2 | 44.1 |
| MERSILENE SIZE 0 GREEN | 15.0 | 15.2 | 87.7 | 16.0 | 8.9 | 50.4 |

_MS_

*DePuy Mitek, Inc. v. Arthrex, Inc.*
C.A. No.04-12457 PBS
**DMI002630**

Discussion:

These yarn types appear to offer no signif. improvements in suture props. Straight + knot tensiles are substantially lower in both cases. Knot conversion is relatively good for multilobal (82% vs 56% for the 2-0 control) however it is not clear whether this is due to x-sect shape or lower mod™ yarn.

Investigator _____   Date _12/7/88_

Witness _Crawford Britt_   Date _3-15-90_

Page
Book No. _____

.173

Project No. PDS   Experiment No. _____   Date 12/14/88

Subject PDS BRAIDS - 2 x 12 DPE EVALUATION

Purpose EVALUATE BIOLOGICAL & PHYSICAL PROPERTIES

PROCEDURE: PDS MULTIFILAMENT YARNS WERE BRAIDED AND EVALUATED FOR BIOLOGICAL PROPERTIES AND (IN VITRO AND INVIVO). THE YARN WAS OBTAINED FROM DR E. BROYER AND POSSESSED THE FOLLOWING PROPS:

### Properties of PDS* Yarns

| sample | denier | dpf | tenacity g/den | elong. % |
|--------|--------|-----|----------------|----------|
| RLS-248E | 58.7 | 11.74 | 6.75 | 63 |
| QFY-022-3-2 | 74.9 | 14.98 | 4.8 | 21 |
| QFY-023-5-1 | 67.3 | 13.46 | 5.6 | 21 |
| FT-045 | 57.8 | 2.06 | 5.25 | 59.95 |

*MS*

CONFIDENTIAL -
NON-PATENT
PROSECUTION COUNSEL ONLY

ALL YARN WAS BRAIDED PER VICRYL 2-0 SPECIFICATION THE FOLLOWING COMPARES THE INVIVO AND INVITRO DATA VS PDS MONOFILAMENT AND VICRYL BRAID ?

### PDS BRAID IN VITRO PERFORMANCE

| BRAID ID | FIBER DPF | YARN ID | BRAID SIZE | BASELINE TENSILE (PSI) | IN VITRO 5 DAY % BSR | PDS MONOFIL TENSILE (PSI) | PDS MONOFIL IN VITRO 5D %BSR | VICRYL BRAID TENSILE (PSI) | VICRYL BRAID IN VITRO 12D %BSR | INVIVO 21 DAY % BSR |
|----------|-----------|---------|------------|------------------------|----------------------|---------------------------|------------------------------|----------------------------|--------------------------------|---------------------|
| CBS-001 | 2.1 | PY-045 | 2-0 | 70930 | 23.6 | 87490 | 64.2 | 112300 | 54.8 | 3 |
| CBS-002 | 15.0 | QFY-022 | 2-0 | 57300 | 34.9 | 87490 | 64.2 | 112300 | 54.8 | 22 |
| CBS-003 | 11.7 | RLS-248E | 2-0 | 70270 | 47.1 | 87490 | 64.2 | 112300 | 54.8 | 26 |
| CBS-004 | 13.5 | QFY-023 | 3-0 | 61350 | 48.7 | 95440 | 82.1 | 120150 | 56.2 | 36 |

*MS*

*DePuy Mitek, Inc. v. Arthrex, Inc.*
C.A. No.04-12457 PBS
**DMI002631**

DISCUSSION: THE 2 DPF PRODUCT HAS EXCEPTIONALLY POOR BSR - 3% AT 21 DAY VS APPROX 50% FOR VICRYL 2-0. THE ≈ 12 DPF PRODUCT WERE SIGNIFICANTLY BETTER BUT STILL INFERIOR TO VICRYL OR PDS MONOFIL. THE H&D OF THE PRODUCT WAS ALSO INFERIOR TO VICRYL FROM A STIFFNESS VIEWPOINT. THE 2-0 DPF POSSESSED A HIGH # OF BROKEN FILAMENTS WHICH CONTRIBUTED TO BRAID ROUGHNESS.

Investigator _____   Date 12/14/88

Witness _____   Date 3-15-90

Project No. **IFI**   Experiment No. _____   Date 12/14/88   **2175**

Subject BRAID PROCESS CONDITIONS, H.S. CONDITION, PHYS PROP CHARACT.

Purpose CHARACTERIZATION OF COMPOSITE IFI BRAIDS

CONTINUATION FROM PG. 6:

BACKGROUND: ROOT AND RMS VICRYL/PDS + PET/PP
BRAID CONSTRUCTIONS HAVE BEEN DEFINED PREVIOUSLY.
BRAIDS WERE PROCESSED ACCORDING TO FOLLOWING
CONDITIONS:

CONFIDENTIAL -
NON-PATENT
PROSECUTION COUNSEL ONLY

**IFI BRAID PROCESS CONDITIONS**

| IFI LAB ID # | SIZE | TYPE | FIBER 1 | FIBER 2 | PICK GEAR # | SHEATH SPRING TENS DIAM.x LENGTH | CORE TENS TYPE SET | CORE TENS MEAS (GMS) | BRAIDER RPM | PLY TWIST (TPI) |
|---|---|---|---|---|---|---|---|---|---|---|
| 1  SBZ-020 | 4-0 | ROOT | VIC | PDS | 27 | NONE | TXTL 0.0 | 12 | 160 | * |
| 2  SBZ-007 | 4-0 | ROOT | VIC | PDS | 20 | NONE | BUTT NONE |  | 180 | * |
| 3  SBZ-009 | 4-0 | ROOT | PET | PP  | 29 | NONE | NONE * | * | 180 | * |
| 4  SBZ-005 | 3-0 | ROOT | VIC | PDS | 30 | 9x5.0 | NONE * | * | 160 | * |
| 5  SBZ-006 | 3-0 | ROOT | VIC | PDS | 30 | 9x5.0 | NONE * |  | 180 | * |
| 6  SBX-010 | 3-0 | ROOT | PET | PP  | 30 | 9x5.0 | BUTT 9x5.0 |  | 183 | * |
| 7  SBZ-023 | 3-0 | RMF  | PET | PP  | 31 | 9x5.0 | TXTL |  | 160 | 3.0 |
| 8  SBZ-022 | 3-0 | RMF  | PET | PP  | 30 | 9x5.0 | TXTL 0 | 20 | 182 | 3.0 |
| 9  SBZ-021 | 3-0 | RMF  | VIC | PDS | 27 | 9x5.0 | TXTL | 12 | 182 | 3.0 |
| 10 SBZ-025 | 3-0 | RMF  | PET | PP  | 31 | NONE | TXTL | 35 | 160 | 3.0 |
| 11 SBZ-024 | 3-0 | RMF  | VIC | PDS | 31 | 9x5.0 | TXTL |  | 183 | 3.0 |
| 12 SBZ-028 | 3-0 | RMF  | VIC | PDS | -- | -- | ---- | ---- | 0 | --- |
| 13 SBZ-027 | 3-0 | RMF  | PET | PP  | 31 | NONE | TXTL | 26 | 160 | 3.0 |
| 14        | 3-0 | RMF  | VIC | PDS | * | * | * | * | 0 | * |
| 15 SBZ-013 | 4-0 | ROOT | PET | PP  | 27 | NONE | BUTT | 80 | 182 | 3.0 |

CORE POPPING WAS A CONSIDERABLE PROBLEM IN NEARLY
ALL BRAIDS DUE TO MISMATCHES IN ELASTIC MODULI.

ALL MATERIALS WOUND ON HACOBA AND BRAIDED
ON N.E. BUTTS. TEXTROL TE_____ CONTROL UNITS
WERE USED ON CORE YARNS.

*DePuy Mitek, Inc. v. Arthrex, Inc.*
C.A. No.04-12457 PBS
**DMI002632**

Investigator _____   Date 12/14/88

Witness Crawford Britt   Date 3-15-90

Page

Book No.

**175**

Project No. _IFI_   Experiment No. _____   Date _12/14/88_

Subject _____

Purpose _CONTINUED_

AFTER BRAIDING AND APPROPRIATE SCOURING (ETAC FOR
VIC/PDS, AQUEOUS DETERGENT FOR PP/PET), THE BRAIDS
WERE HOT-STRETCHED IN A FORCED CONVECTION TUNNEL
AT THE FOLLOWING CONDITIONS:

IFI BRAID HOT-STRETCH CONDITIONS

| IFI # | LAB ID# | FIBER 1 | FIBER 2 | HOT-STRET PERCN (%) | GODET 1 FPM | GODET 1 # WRPS | GODET 2 FPM | GODET 2 # WRPS | ZONE 1 TEMP (F) | ZONE 2 TEMP (F) | ZONE 3 TEMP (F) | ZONE 4 TEMP (F) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | SBZ-020 | VIC | PDS | * | 0.0 | 0 | 0.0 | 0 | 0 | 0 | 0 | 0 |
| 2 | SBZ-007 | VIC | PDS | 22 | 9.0 | 9 | 11.0 | 125 | 150 | 175 | 195 | |
| 3 | SBZ-009 | PET | PP | 35 | 7.0 | 7 | 10.7 | 122 | 146 | 170 | 194 | |
| 4 | SBZ-005 | VIC | PDS | 11 | 9.0 | 7 | 10.0 | 122 | 146 | 170 | 194 | |
| 5 | SBZ-006 | VIC | PDS | 22 | 9.0 | 7 | 11.0 | 125 | 150 | 175 | 195 | |
| 6 | SBX-010 | PET | PP | 34 | 8.0 | 7 | 10.7 | 175 | 225 | 250 | 300 | |
| 7 | SBZ-023 | PET | PP | 34 | 8.0 | 8 | 10.7 | 175 | 225 | 250 | 300 | |
| 8 | SBZ-022 | PET | PP | 34 | 8.0 | 7 | 10.7 | 175 | 225 | 250 | 295 | |
| 9 | SBZ-021 | VIC | PDS | 10 | 10.0 | 7 | 11.0 | 125 | 150 | 175 | 195 | |
| 10 | SBZ-025 | PET | PP | 34 | 8.0 | 7 | 10.7 | 175 | 225 | 250 | 295 | |
| 11 | SBZ-024 | VIC | PDS | 34 | 8.0 | 9 | 10.0 | 125 | 150 | 175 | 195 | |
| 12 | SBZ-028 | VIC | PDS | -- | 0.0 | 0 | 0.0 | 0 | 0 | 0 | 0 | |
| 13 | SBZ-027 | PET | PP | -- | 0.0 | 0 | 0.0 | 0 | 0 | 0 | 0 | |
| 14 | * | VIC | PDS | * | 0.0 | 0 | 0.0 | 0 | 0 | 0 | 0 | |
| 15 | SBZ-013 | PET | PP | 34 | 8.0 | 7 | 10.7 | 175 | 225 | 250 | 300 | |

A HIGHER THAN PREFERRED HOT-STRETCH RATIO
WAS SOMETIMES REQUIRED IN ORDER TO REMOVE
THE WIDE-SPREAD STONE-POPS.

CONFIDENTIAL -
NON-PATENT
PROSECUTION COUNSEL ONLY

*DePuy Mitek, Inc. v. Arthrex, Inc.*
*C.A. No.04-12457 PBS*
**DMI002633**

Investigator _____   Date _12/14/88_

Witness _Crawford Britt_   Date _3-15-90_

Book No.

Project No. _IFI_    Experiment No. _____    Date _12/17/88_

2175

Subject _Cont_

Purpose _Cont_

THE FOLLOWING ARE THE PHYSICAL PROPERTIES OF
THE IFI BRAIDS. THE BRAIDS

### IFI BRAID COMPOSITES
### TEST RESULTS

| IFI # | TYPE | FIBER 1 | FIBER 2 | SIZE | DIAN (MILS) | STD. DEV. | TENSL (LBS) | STD. DEV. | INTRIN TENSL (PSI) | KNOT TENSL (LBS) | STD. DEV. | INTRIN KNOT TENSL (PSI) | ELONG (%) | STD. DEV. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | ROOT | VIC | PDS | 4-0 | 8.9 | 0.1 | 5.5 | 0.2 | 87.8 | 3.6 | 0.3 | 57.7 | 25.7 | 1.3 |
| 3 | ROOT | PET | PP | 4-0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| 4 | ROOT | VIC | PDS | 3-0 | 10.3 | 0.0 | 7.8 | 0.4 | 93.7 | 4.8 | 0.2 | 57.9 | 29.2 | 2.2 |
| 5 | ROOT | VIC | PDS | 3-0 | 10.4 | 0.2 | 6.6 | 0.1 | 0.0 | 4.2 | 0.5 | 0.0 | 16.9 | 1.2 |
| 6 | ROOT | PET | PP | 3-0 | 10.9 | 0.0 | 6.1 | 0.2 | 65.8 | 4.4 | 0.2 | 47.5 | 28.2 | 3.1 |
| 7 | RMF | PET | PP | 3-0 | 11.6 | 0.2 | 6.7 | 0.1 | 0.0 | 4.7 | 0.2 | 0.0 | 31.8 | 1.5 |
| 8 | RMF | PET | PP | 3-0 | 12.9 | 0.1 | 7.9 | 0.1 | 0.0 | 5.4 | 0.2 | 0.0 | 24.1 | 1.0 |
| 9 | RMF | VIC | PDS | 3-0 | 11.0 | 0.1 | 8.3 | 0.2 | 0.0 | 4.4 | 0.2 | 0.0 | 34.0 | 1.6 |
| 10 | RMF | PET | PP | 3-0 | 12.7 | 0.1 | 7.5 | 0.1 | 0.0 | 5.0 | 0.3 | 0.0 | 22.4 | 0.7 |
| 11 | RMF | VIC | PDS | 3-0 | 10.5 | 0.2 | 7.5 | 0.1 | 0.0 | 5.0 | 0.3 | 0.0 | 21.0 | 0.6 |
| 12 | RMF | VIC | PDS | 3-0 | 12.6 | 0.1 | 11.2 | 0.2 | 0.0 | 6.4 | 0.2 | 0.0 | 28.2 | 1.2 |
| 13 | RMF | PET | PP | 3-0 | 7.8 | 0.1 | 4.1 | 0.1 | 0.0 | 2.6 | 0.1 | 0.0 | 12.4 | 1.2 |
| 14 | RMF | VIC | PDS | 3-0 | **** | **** | **** | **** | **** | **** | **** | ***** | ***** | **** |
| 15 | ROOT | PET | PP | 4-0 | 10.2 | 0.1 | 7.8 | 0.4 | 93.7 | 4.3 | 0.2 | 52.8 | 29.2 | 2.2 |
| 1 | ROOT | VIC | PDS | 4-0 | 7.9 | 0.1 | 4.5 | 0.2 | 92.3 | 2.8 | 0.1 | 58.2 | 29.3 | 2.0 |

APPROXIMATELY 750 YDS OF EACH BRAID WAS
DELIVERED TO Dr E. BROYER FOR FURTHER
PROCESSING.

CONFIDENTIAL -
NON-PATENT
PROSECUTION COUNSEL ONLY

_DePuy Mitek, Inc. v. Arthrex, Inc._
C.A. No.04-12457 PBS
**DMI002634**

Investigator _____    Date _12/14/88_

Witness _Crawford Britt_    Date _3-15-90_

Page
Book No.

175

Project No. __CBE__  Experiment No. _____  Date __2/2/89__
Subject __PET/PTFE COMPOSITE BRAIDS__
Purpose __EXPLORATORY EVALUATION OF VARIOUS PROCESS METHODOLOGIES__

BACKGROUND - PAGE 8

ADDITIONAL PET/PTFE COMPOSITES BRAIDS WERE PRODUCED UTILIZING 1) CARRIER BLEND, 2) YARN BLEND, 3) COMMINGLING TECHNOLOGIES. CONTROLS OF 100% PET AND 100% PTFE WERE ALSO PRODUCED. FIBER SUPPLY/TYPE/DENIER, BRAID CONSTRUCTION, SLOVA CONDITION, H.S. CONDITIONS WERE CONSTANT FOR ALL BRAIDS.

THE FOLLOWING IS THE YARN INFORMATION/DESCRIPTION:

COMPOSITE BRAID EVALUATION
YARN A DESCRIPTION

| MGS ID# | FIBER A | FIB A DENIER | FIB A FILAM COUNT | FIB A SOURCE | FIB A LOT # | FIB A COLOR | FIB A TWIST LEVEL (TPI) | FIB A TWIST DIRCT (S/Z) | FIB A ENTANG LEVEL |
|---------|---------|--------------|-------------------|--------------|-------------|-------------|-------------------------|-------------------------|--------------------|
| CBE-15 | PET | 70 | 48 | SUT DEV | SPZ-305 | GREN | 0.0 | * | 0 |
| CBE-16 | PET | 70 | 48 | SUT DEV | SPZ-305 | GREN | 0.0 | * | 0 |
| CBE-16A | PET | 70 | 34 | DUPONT | | WHIT | 0.0 | * | R14 |
| CBE-17 | PET | 70 | 48 | SUT DEV | SPZ-305 | GREN | 0.0 | * | 0 |
| CBE-18 | PET | 70 | 48 | SUT DEV | SPZ-305 | GREN | 0.0 | * | 0 |
| CBE-19 | PET | 70 | 48 | SUT DEV | SPZ-305 | GREN | 0.0 | * | 0 |

CONFIDENTIAL -
NON-PATENT
PROSECUTION COUNSEL ONLY

COMPOSITE BRAID EVALUATION
YARN B DESCRIPTION

| MGS ID# | FIBER B | FIB B DENIER | FIB B FILAM COUNT | FIB B SOURCE | FIB B LOT # | FIB B COLOR | FIB B TWIST LEVEL (TPI) | FIB B TWIST DIRCT (S/Z) | FIB B ENTNG LEVEL |
|---------|---------|--------------|-------------------|--------------|-------------|-------------|-------------------------|-------------------------|-------------------|
| CBE-15 | PTFE | 110 | 15 | DUPONT | 1T138 | WHIT | 0.0 | * | 0 |
| CBE-16 | PTFE | 110 | 15 | DUPONT | 1T138 | WHIT | 0.0 | * | 0 |
| CBE-16A | PTFE | 115 | 15 | DUPONT | 1T138 | WHIT | 0.0 | * | 0 |
| CBE-17 | PTFE | 115 | 15 | DUPONT | 1T138 | WHIT | 0.0 | * | 0 |
| CBE-18 | PTFE | 115 | 15 | DUPONT | 1T138 | WHIT | 0.0 | * | 0 |
| CBE-19 | PTFE | 115 | 15 | DUPONT | 1T138 | WHIT | 0.0 | * | 0 |

DePuy Mitek, Inc. v. Arthrex, Inc.
C.A. No.04-12457 PBS
DMI002635

Investigator _____  Date __2/2/89__
Witness __Rosaland Pritt__  Date __3-15-90__

Page _____ 61

Book No. _____

Project No. _CBE_   Experiment No. _____   Date _2/2/89_

Subject _PET/PTFE Composites_

Purpose _Contin_

**2175**

Approx. 50/50 by volume BRAIDS WERE PRODUCED
IN THE FOLLOWING CONSTRUCTION + CONDITIONS:

COMPOSITE BRAID EVALUATION
BRAID CONSTRUCTIONS

| MGS ID# | COMP TYPE | BRAID TYPE | SIZE | SHxCR CARR. | FIBER A | DEN A | FIBER A VOLUM FRACT | FIBER B | DEN B | FIBER B VOLUM FRACT | SH CARR FIB A | SH CARR FIB B | SH CARR FIB C | CR CARR FIB A | CR CA FIB |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CBE-15 | CB | CS | 1 | 12x1 | PET | 70 | 51 | PTFE | 110 | 49 | DIAGRM | DIAGRM | * | 1 | 1 |
| CBE-16 | YB | CS | 1 | 12x1 | PET | 70 | 51 | PTFE | 110 | 49 | 1-12 | 1-12 | * | 1 | 1 |
| CBE-16A | YB | CS | 1 | 12x1 | PET | 70 | 51 | PTFE | 115 | 49 | 1-12 | 1-12 | * | 1 | 1 |
| CBE-17 | CF | CS | 1 | 12x1 | PET | 70 | 51 | PTFE | 115 | 49 | 1-12 | 1-12 | * | 1 | 1 |
| CBE-18 | CT | CS | 1 | 12x1 | PET | 70 | 100 | PTFE | 115 | * | 1-12 | | * | 1 | 1 |
| CBE-19 | CT | CS | 2 | 12x1 | PET | 70 | * | PTFE | 115 | 100 | | 1-12 | * | * | 1 |

COMPOSITE BRAID EVALUATION
BRAID PROCESS CONDITIONS

| MGS ID# | BRAIDER NO. | GEAR NO. | RPM | SHEATH SPRING DIAM. (MILS) | SHEATH SPRING LENGTH (IN) | CORE TENSION TYPE | CORE TXTRL GLASS ROD SET PT | CORE TENSION MEAS. (GMS) |
|---|---|---|---|---|---|---|---|---|
| CBE-15 | 12 | 30 | 182 | 0.009 | 5.0 | TXTRL | 1.0 Y | 16 |
| CBE-16 | 00 | 31 | 215 | 0.009 | 5.0 | TXTRL | 1.0 Y | 16 |
| CBE-16A | 00 | 36 | 215 | 0.009 | 5.0 | TXTRL | 1.0 Y | 20 |
| CBE-17 | 12 | 32 | 182 | 0.009 | 5.0 | TXTRL | 0.0 Y | 14 |
| CBE-18 | 12 | 30 | 182 | 0.009 | 5.0 | TXTRL | 1.0 Y | 17 |
| CBE-19 | 12 | 36 | 182 | 0.009 | 5.0 | TXTRL | 1.0 Y | 15 |

CONFIDENTIAL -
NON-PATENT
PROSECUTION COUNSEL ONLY

DePuy Mitek, Inc. v. Arthrex, Inc.
C.A. No.04-12457 PBS
DMI002636

Investigator _____   Date _2/2/89_

Witness _Crawford Britt_   Date _3-15-90_

Page
Book No.

**2175**

Project No. _CBE_    Experiment No. _____    Date _2/2/89_

Subject _PET/PTFE COMPOSITES_

Purpose

_CONTINUED_

THE ABOVE BRAIDS WERE SCOURED IN SKEIN FORM
IN A BEAKER W/ AN AQUEOUS DETERGENT SYSTEM.
FOLLOWING SCOURING + DRY, THE BRAIDS WERE
HOT-STRETCHED AS FOLLOWS:

**COMPOSITE BRAID EVALUATION**

**HOT STRETCH CONDITIONS**

| MGS ID# | HOT-STRETCH % | ROLL 1 FPM | ROLL 2 FPM | ROLL 1 # OF WRAPS | ROLL 2 # OF WRAPS | ZONE 1 TEMP (C) | ZONE 2 TEMP (C) | ZONE 3 TEMP (C) | ZONE 4 TEMP (C) |
|---|---|---|---|---|---|---|---|---|---|
| CBE-15 | 30 | 9.0 | 11.7 | 8 | 12 | 125 | 150 | 190 | 225 |
| CBE-16 | 30 | 9.0 | 11.7 | 8 | 12 | 125 | 150 | 190 | 225 |
| CBE-16A | 30 | 9.0 | 11.7 | 8 | 12 | 125 | 150 | 190 | 225 |
| CBE-17 | 30 | 9.0 | 11.7 | 8 | 12 | 125 | 150 | 190 | 225 |
| CBE-18 | 30 | 9.0 | 11.7 | 8 | 12 | 125 | 150 | 190 | 225 |
| CBE-19 | 30 | 9.0 | 11.7 | 8 | 12 | 125 | 150 | 190 | 225 |

THE HOT-STRETCHED BRAIDS WERE CHARACTERIZED
PER STANDARD SUTURE TEST METHODS

DePuy Mitek, Inc. v. Arthrex, Inc.
C.A. No.04-12457 PBS
DMI002637

**COMPOSITE BRAID EVALUATION**

**PHYSICAL PROPERTY CHARACTERIZATION**

| MGS ID# | USP DIAM (MILS) | ULTIMAT TENSILE STREN (LBS) | INTRIN TENSILE STREN (PSI) | ULTIMAT KNOT STREN (LBS) | INTRIN KNOT STREN (PSI) | KNOT CONVER (%) | ULTIMAT ELONGAT (%) | STRAND BENDING RIGIDITY (GMxCM2) | KNOT STABIL (# THROWS) | BSR CONTL (LBS) | BSR 21 DAY (LBS) | BSR 21 DAY (%) | PICKS PER INCH | TOTAL DENIER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CBE-15 | 18.6 | 14.14 | 51758 | 9.64 | 35254 | 68 | 34 | 2.24E-2 | 5 | 0.00 | 0.00 | | 44 | 2529 |
| CBE-16 | 19.1 | 13.07 | 45460 | 9.52 | 33116 | 73 | 30 | 2.20E-2 | 5 | 0.00 | 0.00 | | 45 | 2694 |
| CBE-16A | 0.0 | 0.00 | 0 | 0.00 | 0 | 0 | 0 | 0.00 | | 0.00 | 0.00 | | 41 | 2565 |
| CBE-17 | 19.9 | 13.88 | 44850 | 11.02 | 35600 | 79 | 39 | 1.28E-2 | 5 | 0.00 | 0.00 | | | |
| CBE-18 | 19.5 | 21.30 | 71295 | 13.54 | 45241 | 63 | 27 | 3.00E-2 | 4 | 0.00 | 0.00 | | 39 | 2970 |
| CBE-19 | 20.6 | 7.37 | 21460 | 5.96 | 17763 | 79 | 57 | 1.12E-2 | 7 | 0.00 | 0.00 | | | |

CONFIDENTIAL
NON-PATENT
PROSECUTION COUNSEL ONLY

Investigator _____    Date _2/2/89_

Witness _Crawford Britt_    Date _3-15-90_

Page

Book No.

Project No. _CBE_  Experiment No. _____  Date _2/2/89_

Subject _PET /PTFE Composites_

2175

Purpose _Continued :_

① Discussion :

From a braid processing viewpoint, the commingled yarn was the least problematic braid followed by the yarn blend. The carrier blend presented the most difficulties in core popping and braid looseness. The commingled yarn did possess regions where the yarns separated resulting in braiding difficulty and roughness.

From a property viewpoint, the intrinsic tensiles of the three composites were close and approximated a rule of mixtures or average of the two control braids. The carrier blend was approx 10% higher. Intrinsic knot strengths were very similar among the composites and were 75-80% of the PET control knot strength. The comm. had the highest knot conversion (79%). The bending rigidity of the commingled was half the other two composites, perhaps reflecting its more homogeneous mixture of the two components. All 3 composites had knot securities of 5 throws — significantly better than 7 for 100% PTFE.

CONFIDENTIAL -
NON-PATENT
PROSECUTION COUNSEL ONLY

*DePuy Mitek, Inc. v. Arthrex, Inc.*
C.A. No.04-12457 PBS
**DMI002638**

Investigator _[signature]_  Date _2/2/89_

Witness _Crawford Britt_  Date _3-15-90_

Page ........

Book No. ........

_175

Project No. _CBE_    Experiment No. _____    Date _3/6/89_

Subject _VICRYL/PDS BRAID COMPOSITE_ ⊕

Purpose _IN-VIVO DATA_

BACKGROUND:
THE VICRYL/PDS COMPOSITE BRAIDS DESCRIBED
ON PG'S 1-11 WERE TESTED FOR IN-VITRO
PROPERTIES.

THE FOLLOWING RESULTS WERE OBTAINED BY ERF (89-06):

| SAMPLE | SIZE | 0 DAY BASELINE (LBS) | 21 DAY (LBS) | (%) |
|--------|------|------|------|------|
| CBE-6 | 2-0 | 6.65 | 2.43 | 36.5 |
| CBE-7 | 2-0 | 9.45 | 4.07 | 43.1 |
| CBE-9 | 2-0 | 14.51 | 7.03 | 48.5 |
| CBE-10 | 2-0 | 6.51 | 1.86 | 28.6 |

Discussion
CBE-6 is a CARRIER BLEND, CBE-7 is YARN BLEND,
CBE-9 is VICRYL CONTROL AND CBE-10 is PDS CONTROL.
THE VICRYL CONTROL is CLOSE TOO PROCESS AVE'S.
THE 2 COMPOSITES FALL BETWEEN THE 2 CONTROLS
AS EXPECTED, HOWEVER THE YARN BLEND RETAINED
MORE STRENGTH AND WAS STRONGER TO START.
THIS is POSS BUT DUE TO DIFFERENCES IN
EXPOSURE HISTORY

CONFIDENTIAL -
NON-PATENT
PROSECUTION COUNSEL ONLY

DePuy Mitek, Inc. v. Arthrex, Inc.
C.A. No.04-12457 PBS
DMI002639

Investigator _____    Date _3/6/89_

Witness _Crawford Britt_    Date _3-15-90_

Project No. STU  Experiment No. .........  Date 4/4/89  2175

Subject SURFACE - TREATMENT VICRYL

Purpose IDEA DOCUMENTATION

A SURFACE TREATMENT, SUCH AS PLASMA FLUORINATION
WHICH LOWER THE SURFACE ENERGY OF AN ABSORBABLE
SUTURE, MAY IMPROVE THE SUTURE'S BSR DUE
TO INHIBITED WETTING OF THE SURFACE BY $H_2O$.
IT IS SPECULATED THAT $H_2O$ MUST FIRST BE ADSORBED
ONTO THE POLYMER SURFACE BEFORE HYDROLYSIS (RE-
SULTING IN CHAIN SCISSION AND STRENGTH DEGRADATION)
CAN OCCUR, SO THAT SLOWING THE ADSORPTION STEP
BY MAKING IT MORE HYDROPHOBIC SHOULD SLOW
THE TENSILE LOSS. ADDITIONAL PRODUCT IMPROVEMENTS
MAY INCLUDE INCREASED PLIABILITY DUE TO
INCREASED FIBER LUBRICITY AS WELL AS
IMPROVED KNOT TIE-DOWN.

THE PROCESS WOULD PREFERABLY BE
CONTINUOUS. FLUORINE ATOMS WOULD BE GRAFTED
ONTO THE POLYMER BACKBONE, THE DEGREE
DETERMINED BY THE RESIDENCE TIME AND
CONCENTRATION OF THE PLASMA.

CONFIDENTIAL -
NON-PATENT
PROSECUTION COUNSEL ONLY

DePuy Mitek, Inc. v. Arthrex, Inc.
C.A. No.04-12457 PBS
DMI002640

Investigator  Date
Witness Crawford Britt  Date 3-15-90

Page _____
Book No. _____

_175

Project No. __EI__    Experiment No. _____    Date _5/23/89_

Subject __KAWABATA BENDING RIGIDITY CHARACT__

Purpose __EVALUATE ETHIBOND STANDARD = EXTRA , TI-CRON__

BACKGROUND:
THE BENDING RIGIDITY OF SIZE 2-0 ETHIBOND,
ETH EXTRA, AND TI-CRON (D+G) WERE DETERMINED
USING THE KAWABATA PURE BENDING TESTER AT
P.(T) E.S. SIX SAMPLES OF EACH WITH 36 STRANDS
PER SAMPLE WERE TESTED (216 TOTAL) AS DESCRIBED
ON PG 18.

CONFIDENTIAL -
NON-PATENT
PROSECUTION COUNSEL ONLY

RESULTS:

| DESCRIP | SUTURE EI (gm·cm²/strand) | STD DEV |
|---|---|---|
| ETHIBOND/PRODUCTION/NON-STERILE | 3.64 E-2 | 0.24 E-2 |
| ETHIBOND/PRODUCTION/Co60 | 3.64 E-2 | 0.32 E-2 |
| ETHIBOND EXTRA/NON-STERILE | 2.16 E-2 | 0.22 E-2 |
| TI-CRON/SILICONE/STERILE* | 5.28 E-2 | 0.42 E-2 |

* HAND STRETCHED TO MINIMIZE MEMORY

DePuy Mitek, Inc. v. Arthrex, Inc.
C.A. No.04-12457 PBS
DMI002641

ANALYSIS
THE DATA SUGGESTS: 1) SIGNIFICANTLY LOWER EI OR
"IMPROVED PLIABILITY" FOR ETHIBOND EXTRA, 2) NO
SIGNIFICANT EFFECTS OF Co60 STERIL ON PRODUCTION
ETHIBOND EI, AND 3) LOWER EI OR HIGHER PLIABILITY
OF CURRENT ETHIBOND VS TICRON. HOWEVER, IT SHOULD
BE NOTED THAT THE BRAID M-K CURVES ARE NON-LINEAR
SO THAT THE EI IS DEPENDENT ON WHERE THE SLOPE IS TAKEN.
THE ABOVE DATA IS THE TIGHTER REGION OF CURVATURE
(K= 1.5 TO 2.5 IN) IT SHOULD BE NOTED AT LOWER VALUES
OF K THAT TICRON IS MORE PLIABLE THAN ETHIBOND STANDARD,
BUT THAT ETHIBOND EXTRA EXHIBITS THE LOWEST EI
OVER THE ENTIRE RANGE OF CURVATURES

Investigator _____    Date _5/23/89_
Witness _Mary Jane Britt_    Date _3-15-90_