# HERMES DECLARATION
# EXHIBIT 7 – PART 2 OF 2

CONFIDENTIAL -
NON-PATENT
PROSECUTION COUNSEL ONLY

Page
Book No.

2175

Project No. VIP        Experiment No. _____        Date 6/12/89

Subject VICRYL IMPROVEMENT PROGRAM

Purpose SUMMARY OF PHASE I WORK

OBJECTIVE : TO IMPROVE CURRENT VICRYL BRAID IN
TERMS OF HAND, STRENGTH OR BIOLOGICALS. THREE
INDEPENDENT MODULES WERE EVALUATED: 1) FIBER
CHEMISTRY - PROCESSING FOR IMPROVED TENACITY / BSR
2) YARN BUNDLE COHESIVENESS AND 3) BRAID
RECONSTRUCTION

FIBER CHEM / PROCESSING

OBJ. EVALUATE THE PERFORMANCE ( PHYSICAL PROPS,
SUBJECTIVE HAND, BIOLOGICAL ) OF BRAIDS PRODUCED
WITH EXPERIMENTAL YARN FROM FIBER EXTRUSION DEPT
( DR. MENEZES ), WHICH VARIED IN CHEMISTRY AND
PROCESSING CONDITIONS FROM CURRENT VICRYL.

EXPERIMENT
SUMMARY: THREE EXPERIMENTAL YARNS WERE EVALUATED:
(1) 85 97 PGA / 3 PLA, (2) 90/10 HIGH TENACITY
PROCESS AND (3) 90/10 HIGH IV STANDARD PROCESS.
THE PRIMARY OBJECTIVE OF (1) + (2) WERE IMPROVED
BRAID STRENGTH (10%) WITH — IMPROVED BIOLOGICALS,
AND ONLY IMPROVED BIOLOGICAL FOR (3).

ALL 3 YARN MATERIALS WERE PROCESSED PER VICRYL 2-0
SPECIFICATIONS THROUGH BRAIDING, SCOURING, HOT-STRETCHING
AND ANNEALING. ANNEALED BRAID WAS COATED WITH
BOTH STANDARD (CALCIUM STEARATE AND GLYCOLIDE
CAPROLACTONE COMPOSITIONS. COATED BRAIDS WERE EO STERILIZED.
BRAIDS WERE CHARACTERIZED FOR PHYSICAL PROPS AT ALL
IN-PROCESS STAGES AND FOR SUBJECTIVE HAND AFTER
ANNEALING + STERILIZATION STEPS.

RESULTS:
BRAID PHYSICAL PROPERTY DATA FOR ALL 3
MATERIALS AND CONTROLS THROUGH ANNEALING, COATING
AND STERIL ARE GIVEN IN FOLLOWING TABLE

DePuy Mitek, Inc. v. Arthrex, Inc.
C.A. No 04-12457 PBS
DMI002642

Investigator _____        Date 6/12/89
Witness Crawford Britt        Date 3-15-90

Page ___
Book No. ___

2175

Project No. _VIP_  Experiment No. _____  Date _6/12/89_

Subject _SUMMARY OF PHASE I_

Purpose _CONTINUED_

CONFIDENTIAL -
NON-PATENT
PROSECUTION COUNSEL ONLY

RESULTS OF FIBER CHEM-PROCESS MODULE

DePuy Mitek, Inc. v. Arthrex, Inc.
C.A. No.04-12457 PBS
DMI002643

VICRYL IMPROVEMENT PROGRAM
BRAID PHYSICAL PROPERTIES
FIBER CHEMISTRY/PROCESSING MODULE

| SIZE | DESCRIPTION | PROCESS STAGE | LAB ID | DIAM (MILS) | TENSL (LBS) | INTRIN TENSL (KSI) | KNOT TENSL (LBS) | INTRIN KNOT TENS (KSI) | KNOT CONV (%) | ELONG (%) | SUBJ HAND 1:POOR 5:EXCL |
|------|-------------|---------------|--------|-------------|-------------|--------------------|------------------|------------------------|---------------|-----------|--------------------------|
| 2-0 | 97/3 PGA/PLA YARN | AN | A97-AN | 12.88 | 17.92 | 137.5 | 10.05 | 77.2 | 56 | 16.48 | 3.5 |
| 2-0 | 97/3 PGA/PLA YARN | GC-ST | A97-G-S | 13.78 | 18.45 | 123.7 | 10.19 | 68.4 | 53 | 19.57 | 0.0 |
| 2-0 | 90/10 HIGH IV,STD PROC. | AN | AHIV-AN | 13.90 | 15.39 | 101.4 | 9.01 | 59.5 | 59 | 14.57 | 2.8 |
| 2-0 | 90/10 HIGH TENAC PROC | AN | AHT-AN | 13.57 | 17.28 | 119.5 | 9.57 | 66.2 | 55 | 18.38 | 2.3 |
| 2-0 | 90/10 HIGH TENAC PROC | GC-ST | AHT-G-S | 13.70 | 15.45 | 104.8 | 9.38 | 63.6 | 61 | 19.24 | 0.0 |
| 2-0 | CONTROL (16x3, 56d) | AN | J07 | 13.52 | 15.09 | 105.1 | 8.88 | 61.9 | 59 | 14.76 | 3.0 |
| 2-0 | CONTROL (16x3, 56d) | CaS | J09 | 13.28 | 15.37 | 110.9 | 9.86 | 71.1 | 64 | 19.20 | 3.0 |
| 2-0 | CONTROL (16x3, 56d) | G1C | J10 | 12.94 | 15.42 | 117.3 | 9.40 | 71.4 | 61 | 16.06 | 4.4 |
| 2-0 | CORNELIA PROC AVE | AN | ZZ7 | 12.96 | 15.32 | 116.2 | 8.98 | 68.1 | 59 | 17.16 | 0.0 |
| 2-0 | CORNELIA PROC AVE | CaS | ZZ8 | 12.99 | 14.62 | 110.3 | 7.98 | 60.2 | 55 | 17.40 | 0.0 |

THE 97/3 DEMONSTRATED SIGNIFICANTLY IMPROVED
TENSILE (18% INCR) AND KNOT STR (13% INCR) OVER
PROCESS AVES. THE 90/10 HIGH TENSITY PROCESS
DEMONSTRATED MARGINALLY IMPROVED TENSILE (3%)
AND MARGINALLY INFERIOR KNOT VS PROCESS AVES.
THE 90/10 HIGH IV DEMONSTRATES SIGNIFICANTLY
INFERIOR PHYSICALS.

THE SUBJECTIVE HAND EVALUATION OF POST-ANNEALED
BRAIDS IS SHOWN IN THE LAST COLUMN OF
THE ABOVE TABLE. CONTROLS WERE DEFINED A 3 RATING
AND EXPERIMENTAL BRAIDS MARKED 1 (POOR) TO 5 (GOOD)

Investigator _____  Date _6/12/89_

Witness _____  Date _3-15-90_

Page No. _____
Book No. _____

**2175**

Project No. _VIP_   Experiment No. _____   Date _6/12/89_

Subject _SUMMARY OF PHASE I_

Purpose _CONTINUED_

CONFIDENTIAL -
NON-PATENT
PROSECUTION COUNSEL ONLY

ACCORDINGLY A SLIGHT PREFERENCE WAS SHOWN FOR THE 97/3 OVER THE 2-0 CONTROL OVER THE HIGH TENACITY 90/10 THE HAND OF ALL THREE DETERIORATED SIGNIFICANTLY AFTER STERILIZATION.

CONCLUSIONS:

THE 97/3 DEMONSTRATED SIGNIFICANTLY IMPROVED PHYSICAL PROPS AND POTENTIALLY MINOR IMPROVEMENTS IN HAND AND SHOULD BE PURSUED FURTHER. THE 90/10 HT SHOULD WARRANT COVER MINORITY

YARN BUNDLE COHESIVENESS

*DePuy Mitek, Inc. v. Arthrex, Inc.*
C.A. No.04-12457 PBS

**DMI002644**

OBJECTIVE:
TO EVALUATE THE EFFECT OF YARN TWIST ON: 1) GENERAL BRAID INTRINSIC SMOOTHNESS + PLIABILITY, 2) GENERAL BRAID QUALITY AND 3) BRAID PHYSICAL AND BIOLOGICAL PROPERTIES.

EXPERIMENTAL SUMMARY
TWO YARN TWIST LEVELS AND ONE NEW YARN LUBRICANT WERE EVALUATED ON SIZE 2-0 VICRYL (CONSTRUCTION 16 x 3, 56 den). THE TWIST LEVELS WERE 3.0 AND 6.0 TM (OR 3.0 TPI AND 6.1 TPI). THE PROPOSED FUNCTION OF THE TWIST IS TO INCREASE YARN BUNDLE COHESIVENESS (ROUNDER, TIGHTER MORE UNIFORM YARN BUNDLE) WHICH COULD TRANSLATE INTO A SMOOTHER, MORE UNIFORM BRAID. THE NEW YARN LUBRICANT, STANTEX 5260 (HENKEL CORP, CHARLOTTE NC), WAS APPLIED POST-EXTRUSION TO THE 56 den YARN WHICH WAS TWISTED TO 3.0 TPI ON A RATTI TWO-FOR-ONE TWISTER. SINCE THE STANTEX LUBRICANT WAS BELIEVED TO BE MUCH

Investigator _[signature]_   Date _6/12/89_

Witness _Crawford Britt_   Date _3-15-90_

Page
Book No.

2175

Project No. VIP   Experiment No. _____   Date 6/12/89

Subject SUMMARY OF PHASE I

Purpose CONTINUED

CONFIDENTIAL -
NON-PATENT
PROSECUTION COUNSEL ONLY

LESS VISCOUS THAN THE CURRENT CMS/MINERAL
OIL, IT WAS ANTICIPATED THAT THE TWISTED
YARN WOULD BE LESS RIBBON-LIKE (WHICH
CONTRIBUTES TO ROUGHNESS)

OTHER THAN TWIST AND LUBRICANT CONSIDERATIONS,
THE EXPERIM. & CONTROL BRAIDS WERE PROCESSED
PER THE 2-0 VICRYL SPEC COATED BRAIDS WERE
PRODUCED W/ CASTEREARE AND BULK CAPROL BRAIDS
WERE CHARACTERIZED AT ALL IN-PROCESS STAGES
& FOR SUBJECTIVE PROPS AFTER COATING

RESULTS:
PHYSICAL PROPERTY DATA FOR THE TBC BRAIDS ARE
GIVEN IN THE FOLLOWING TABLE

VICRYL IMPROVEMENT MODULE
BRAID PHYSICAL PROPERTIES
YARN BUNDLE COHESIVENESS MODULE

| SIZE DESCRIPTION | PROCESS STAGE | LAB ID | DIAM (MILS) | TENSL (LBS) | INTRIN TENSL (KSI) | KNOT TENSL (LBS) | INTRIN KNOT CONV (KSI) | KNOT CONV TENS (%) | ELONG (%) | SUBJ HAND 1:POOR 5:EXCL |
|---|---|---|---|---|---|---|---|---|---|---|
| 2-0  3 TM TWIST | AN | B26 | 13.64 | 15.60 | 106.8 | 9.23 | 63.2 | 59 | 16.51 | 3.6 |
| 2-0  3 TM TWIST | CaS | B28 | 13.60 | 15.40 | 105.7 | 8.50 | 58.5 | 55 | 18.54 | 2.5 |
| 2-0  3 TM TWIST | GlC | B29 | 12.94 | 14.89 | 111.4 | 9.31 | 70.8 | 63 | 15.41 | 3.6 |
| 2-0  6 TM TWIST | AN | B43 | 13.86 | 14.78 | 98.0 | 9.37 | 62.1 | 63 | 15.75 | 3.0 |
| 2-0  6 TM TWIST | CaS | B45 | 13.72 | 15.38 | 104.0 | 8.16 | 55.2 | 53 | 18.14 | 3.3 |
| 2-0  6 TM TWIST | GlC | B46 | 13.04 | 14.32 | 104.6 | 8.37 | 62.9 | 58 | 16.47 | 4.3 |
| 2-0  STANTEX LUB/ 3 TM | AN | B09 | 13.36 | 13.02 | 92.8 | 8.53 | 61.0 | 66 | 16.48 | 1.8 |
| 2-0  CONTROL (16x3, 56d) | AN | J07 | 13.52 | 15.09 | 105.1 | 8.88 | 61.9 | 59 | 14.76 | 3.0 |
| 2-0  CONTROL (16x3, 56d) | CaS | J09 | 13.28 | 15.37 | 110.9 | 9.86 | 71.1 | 64 | 19.20 | 3.0 |
| 2-0  CONTROL (16x3, 56d) | GlC | J10 | 12.94 | 15.42 | 117.3 | 9.40 | 71.4 | 61 | 16.06 | 4.4 |
| 2-0  CORNELIA PROC AVE | AN | Z27 | 12.96 | 15.32 | 116.2 | 8.98 | 68.1 | 59 | 17.16 | 0.0 |
| 2-0  CORNELIA PROC AVE | CaS | Z28 | 12.99 | 14.62 | 110.3 | 7.98 | 60.2 | 55 | 17.40 | 0.0 |

DePuy Mitek, Inc. v. Arthrex, Inc.
C.A. No.04-12457 PBS

DMI002645

Investigator _____   Date 6/12/89
Witness _____   Date 3-15-90

DePuy Mitek, Inc. v. Arthrex, Inc.
C.A. No.04-12457 PBS
DMI002646

CONFIDENTIAL
NON-PATENT
PROSECUTION COUNSEL ONLY

Page ___

Book No. ___

2175

Project No. __VIP__    Experiment No. ___    Date 6/12/89

Subject: SUMMARY OF PHASE I

Purpose: CONTINUED

TENSILE STRENGTHS WERE 7-10% LOWER FOR THE 3 & 6 TM MATERIALS vs. CONTROLS. ALTHOUGH KNOTS WERE STATISICALLY EQUIVALENT. ONLY A MARGINAL + INCONSISTENT IMPROVEMENT IN HANG WAS OBSERVED IN ANNEALED AND COATED MATERIALS FOR THE 3 & 6 TM SAMPLES, WITH A SLIGNIF. POORER HAND OBSERVED FOR THE 3 TM STANTEX SAMPLE.

THE EFFECT OF YARN TWIST ON VARIABILITY OF YARN TENACITY IS PRESENTED IN TABLE FORM:

### VIP BUNDLE COHESIVENESS: YARN PROPERTIES (DYED 56d)

| Lot # | Twist Tm | Lubric | Tenacity gpd | %CV | Elongation % | %CV |
|-------|----------|--------|--------------|------|--------------|------|
| XC3373 | 0 | GMS/Min | 5.86 | 5.22 | 19.99 | 5.02 |
| XC3373 | 3 | GMS/Min | 5.76 | 7.29 | 22.26 | 6.02 |
| XC3373 | 6 | GMS/Min | 6.03 | 8.43 | 21.91 | 3.53 |
| USA-022 | 3 | Stantex | 5.78 | 3.72 | 25.38 | 5.83 |
| 88 Prod Avg. | 0 | GMS/Min | 6.45 | 2.49 | 24.69 | 3.11 |

ALTHOUGH LOT VARIABILITY IS IMPOSSIBLE TO ACCOUNT FOR IN SUCH A SMALL SAMPLING (30 PULLS ON STATIMAT), IT APPEARS THAT THE INTRODUCTION OF TWIST INCREASES YARN VARIABILITY. IT SHOULD BE NOTED THAT YN TWIST WILL YARN FAILURE ELONGATION BY 2-3% FOR THE 3 & 6 TM SAMPLES. NO CONCLUSIONS COULD BE DRAWN ON BROKEN FILAMENT MANAGEMENT BY TWIST. 12 DAY invitro RESULTS WERE AS FOLLOWS:

| | IN VITRO BREAKING STR (LBS) | % RETENTION |
|---|---|---|
| 2-0 CONTROL | 6.51 | 41.7 |
| | | 55.0 |
| 3 TM TWIST | 8.58 | 56.0 |
| 6 TM. TWIST | 8.29 | 56.0 |

Investigator _____    Date 6/12/89

Witness Crawford Britt    Date 3-15-90

CONFIDENTIAL -
NON-PATENT
PROSECUTION COUNSEL ONLY

Page ........

Book No. ........

**175**

Project No. __UIP__  Experiment No. _____  Date __6/12/89__

Subject __SUMMARY OF PHASE I__

Purpose __CONTINUED__

THE NATURE OF THIS IMPROVED BIOLOGICAL PERFORMANCE
MAY BE THE RELOADING OF BROKEN FILAMENTS DUE
TO THE TWISTED STRUCTURE, OR MAY SIMPLY
BE AN ARTIFACT OF YARN/PROCESS VARIABILITY

RECOMM:
PURSUE ON LOW PRIORITY FOR HAND IMPROVEMENT, BUT
UNDERSTAND EFFECTS ON BSR + BROKEN FILAMENTS

BRAID RECONSTRUCTION MODULE (MEDIUM SIZES)

OBJECTIVE:
TO DETERMINE WHETHER HAND IMPROVEMENT COULD BE
REALIZED BY CHANGES IN BRAID CONSTRUCTION IN MODEL
SIZES 2-0 AND 1-0 VICRYL. THE PRIMARY FOCUS WAS
ON UTILIZATION OF FINER DENIER SHEATH YARNS IN
24 & 16 CARRIER BRAID-ON-BRAID CONSTRUCTIONS
TO FAVORABLY IMPACT SMOOTHNESS ON BRAID PROFILE.

EQUIPMENT/EXPERIMENT SUMMARY:
STANDARD 24, 28, AND 32 CARRIER BRAIDERS + 16 CAR.
NE BUTT WERE UTILIZED TO PRODUCE VICRYL BRAIDS
IN THE 2-0 TO 1 SIZE RANGE (NOTE THE 28 AND
32 CARRIER CONSTRUCTS WERE FOUND TO BE FLAT
AND HENCE ABANDONED). 24 CARRIER CONSTRUCTIONS
WERE PRODUCED UTILIZING 14, 28, AND 40 DEN SHEATH
YARNS; CORE CONSTRUCTIONS INCLUDED NON-TWISTED AND
TWISTED YARN CONSTRUCTIONS AND BRAIDED CORES
SIZES 2-0, 3-0, 4-0. 16 CARR. BRAIDS WERE
PRODUCED WITH 40 + 50 DEN SHEATH YARNS +
3-0 BRAIDED CORES.

DePuy Mitek, Inc. v. Arthrex, Inc.
C.A. No.04-12457 PBS

DMI002647

Investigator _____  Date __6/12/89__

Witness _____  Date __3-15-90__

Project No. _UIP_ Experiment No. _____ Date _6/12/89_

**2175**

Subject _Summary of Phase I_

Purpose _Continued_

All utilized yarns were standard Vicryl 90/10, processed. Other than braiding considerations, the materials were processed per Vicryl specs. Samples were coated & characterized as other. Results UIP samples and surface profilometry/ microscopic analysis.

CONFIDENTIAL -
NON-PATENT
PROSECUTION COUNSEL ONLY

Results:

All attempts to utilize 24 carrier constructions with twisted or non-twisted yarn assemblies ~~can also~~ cores resulted in flat braids, although outstanding smoothness and quality were observed. (The physical properties of Lab ID E256 with a twisted core are included in the results table for comparison purposes.) The flattening issue was overcome while preserving the smoothness gains, by the incorporation of a braided core or "braid-on-braid" construction. The braided core within the sheath tube or liner offers a higher resistance to transverse compression relative to the twisted yarn assembly so that flattening even in the 24 carrier construct was minimized.

Physical props of the medium size reconstructions are given in the following table. D25 & compared favorably with the control 2-0 in subjective hand and possessed statist. equiv. physicals. The $R_z$ peak-to-valley distance measured by surface profilometry demonstrated a 30-35% reduction in braid profile for the 24 carrier constructions vs controls, and values comparable to Tevron 2-0.

Physical props for 1-0 reconstruct. are also given in following table. D25h exhibited 10-15% higher intrinsic tensile and marginally higher knots

DePuy Mitek, Inc. v. Arthrex, Inc.
C.A. No.04-12457 PBS
**DMI002648**

Investigator _____ Date _6/12/89_

Witness _Crawford Britt_ Date _3-15-90_

CONFIDENTIAL -
NON-PATENT
PROSECUTION COUNSEL ONLY

4U
Page ___
ok No.
6175

Project No. _VIP_____ Experiment No. _____ Date _6/12/89_

Subject _Summary of Phase I_

Purpose _Continued._

vs. Controls, and performed significantly
better in the subj. hand evaluation. Absolute
and normatives Rz demonstrate 30% reduction
in braid profile.

**VICRYL IMPROVEMENT PROGRAM**
**BRAID PHYSICAL PROPERTIES**
**MEDIUM SIZE BRAID RECONSTRUCTION MODULE**

| SIZE DESCRIPTION | PROCESS STAGE | LAB ID | DIAM (MILS) | TENSL (LBS) | INTRIN TENSL (KSI) | KNOT TENSL (LBS) | INTRIN KNOT TENS (KSI) | KNOT CONV (%) | ELONG (%) | SUBJ HAND (PEAK 1:POOR 5:EXCL | Rz/r -VALL /RAD) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2-0  24 CARRx28d,3-0 BRD COR | AN | D25f | 14.88 | 19.72 | 113.4 | 10.42 | 60.0 | 53 | 16.29 | 4.4 | 0.101 |
| 2-0  24 CARRx28d,3-0 BRD COR GC-ST | | D32f | 14.62 | 18.07 | 107.7 | 10.52 | 63.4 | 58 | 19.93 | 0.0 | 0.106 |
| 2-0  24 CARRx28d,4-0 BRD COR | AN | D25i | 14.12 | 15.98 | 102.1 | 8.72 | 55.7 | 55 | 15.68 | 4.5 | 0.105 |
| 2-0  16 CARRx40d,3-0 BRD COR | M25b | M25b | 14.60 | 18.60 | 111.1 | 11.27 | 67.4 | 61 | 17.44 | 0.0 | 0.082 |
| 2-0  CONTROL (16x3, 56d) | AN | J07 | 13.52 | 15.09 | 105.1 | 8.88 | 61.9 | 59 | 14.76 | 3.0 | 0.158 |
| 2-0  CONTROL (16x3, 56d) | CaS | J09 | 13.28 | 15.37 | 110.9 | 9.86 | 71.1 | 64 | 19.20 | 3.0 | 0.000 |
| 2-0  CONTROL (16x3, 56d) | GlC | J10 | 12.94 | 15.42 | 117.3 | 9.40 | 71.4 | 61 | 16.06 | 4.4 | 0.000 |
| 2-0  CONTROL (16x3, 56d) | GC-ST | J16 | 12.88 | 14.48 | 111.2 | 9.24 | 71.0 | 64 | 17.75 | 0.0 | 0.130 |
| 2-0  CORNELIA PROC AVE | AN | Z27 | 12.96 | 15.32 | 116.2 | 8.98 | 68.1 | 59 | 17.16 | 0.0 | 0.000 |
| 2-0  CORNELIA PROC AVE | CaS | Z28 | 12.99 | 14.62 | 110.3 | 7.98 | 60.2 | 55 | 17.40 | 0.0 | 0.000 |
| 1-0  24 CARRx40d,3-0 BRD COR | AN | D25h | 16.32 | 24.01 | 114.8 | 13.10 | 62.6 | 55 | 17.64 | 4.5 | 0.081 |
| 1-0  24 CARRx40d,3-0 BRD COR | CG-ST | D32h | 16.40 | 21.95 | 103.9 | 13.25 | 61.7 | 60 | 20.25 | 0.0 | 0.000 |
| 1-0  24 CARRx28d,2-0 BRD COR | AN | D25e | 16.76 | 23.24 | 105.1 | 12.92 | 58.6 | 56 | 16.10 | 4.3 | 0.098 |
| 1-0  16 CARRx52d,3-0 BRD COR | AN | M25a | 15.30 | 21.59 | 117.4 | 11.62 | 65.5 | 61 | 19.02 | 0.0 | 0.092 |
| 1-0  CONTROL (16x3, 80d) | AN | K05 | 16.27 | 21.60 | 103.9 | 11.09 | 53.3 | 51 | 20.38 | 3.0 | 0.130 |
| 1-0  CORNELIA PROC AVE | AN | Z23 | 16.15 | 20.79 | 101.5 | 12.54 | 61.2 | 60 | 17.40 | 0.0 | 0.000 |
| 1-0  CORNELIA PROC AVE | CaS | Z24 | 15.99 | 20.63 | 102.8 | 11.37 | 56.6 | 55 | 18.95 | 0.0 | 0.000 |
| 1    24 CARRx52d,10x80d TV C | AN | E25b | 17.54 | 27.83 | 115.1 | 17.30 | 71.8 | 62 | 17.95 | 0.0 | 0.000 |

Investigator _____ Date _6/12/89_

Witness _____ Date _7-15-89_

*DePuy Mitek, Inc. v. Arthrex, Inc.*
C.A. No.04-12457 PBS
**DMI002649**

Page
Book No.

**2175**

Project No. _VIP_          Experiment No. _____          Date _6/12/89_

Subject _Summary of Phase I_

Purpose _Continued_

24 CARRIER BRAIDS WERE JUDGED TO HAVE SUPERIOR
HAND VS. COMMONS AFTER STERILIZATION, HOWEVER
THE MARGIN WAS REDUCED DUE TO PERMANENT SETS
OCCURING DURING PACKAGING. TWO PRIMARY TYPES
OF ~~THE~~ ROUGHNESS DEFECTS WERE OBSERVED: (1)
LOCALIZED FLATTENING AT "FIGURE 8" CROSSOVER
PTS AND BEND SECTIONS, AND (2) PERM SET KINKS
AT CROSSOVER POINTS. THE DEFECTS ARE SHOWN SCHEMATICALLY
BELOW WITH WORST CASE DIMENSIONS:

CONFIDENTIAL -
NON-PATENT
PROSECUTION COUNSEL ONLY



DePuy Mitek, Inc. v. Arthrex, Inc.
C.A. No.04-12457 PBS
**DMI002650**

BRAID PROFILE ANALYSIS AFTER STERILIZATION
SIZE 2-0 CONTROL AND 24 CARRIER BRAID-ON-BRAID
WORST CASE MEASUREMENTS (MILS)

| Lab ID | Diam (USP) | Diam (Optic) | Rz Anneal | Rz Coated Sterile | Diam. Flat Before Tug-Down | Diam. Flat After Tug-Down | Perm. Set Kink Before Tug-Down | Perm. Set Kink After Tug-Down |
|---|---|---|---|---|---|---|---|---|
| D32f[1] | 14.88 | 17.5 | 0.75 | 0.78 | 28.6 | 23.9 | 13 | 4.7 |
| J16[2] | 12.88 | 16.6 | 1.05 | 0.84 | 25.7 | 21.2 | 14 | 5.5 |

1 Construction (S=24x28d   C=3-0 Braid)
2 Construction (S=16x56d   C=3x56d)

Investigator _Mark Steckel_          Date _6/12/89_

Witness _Crawford Britt_          Date _3-15-90_

Page
Book No.

**2175**

Project No. __VIP__     Experiment No. _____     Date __6/12/89__
Subject __Summary of Phase I__
Purpose __Continued__

THE MATERIALS WERE FIRST TUGGED DOWN ON A-
INSTRON (3.5 LBS FOR 2 SECS, 10 in/min XHS) TO
REMOVE INITIAL PACKAGE SET

RECOMMENDATIONS:

THE 24 CARRIER BRAID ALLOWS THE USAGE OF FINER
DENIER YARNS WHICH TRANSLATE INTO A SMOOTHER BRAID
HOWEVER WITHOUT CONCURRENT GAIN IN PACKAGING A
LARGE FRACTION OF THE POTENTIAL IS LOST.

MJ 6/12/89

CONFIDENTIAL -
NON-PATENT
PROSECUTION COUNSEL ONLY

*DePuy Mitek, Inc. v. Arthrex, Inc.*
*C.A. No.04-12457 PBS*
**DMI002651**

Investigator _____     Date __6/12/89__
Witness __Candaland Britt__     Date __3-15-90__

Project No. VIP   Experiment No. _____   Date 6/12/89

Subject SUMMARY OF PHASE I

Purpose CONTINUED

**2175**

16 CARRIER BRAID-ON BRAID CONSTRUCTIONS
DEMONSTRATED SIMILAR SUBJECTIVE SMOOTHNESS
AND PROFILOMETER SMOOTHNESS TO THE 24
CARRIER OF COMPARABLE SHEATH DENIER. A
PENALTY IN STIFFNESS APPEARS APPARENT w/
THE 16 CARRIER DUE TO HIGHER CORE/SHEATH
VOLUME FRACTION.

|                | R2/r  | COMMENTS |
|----------------|-------|----------|
| CONTROL - 16·3 | 0.158 | J07      |
| 16×40d, 3-0 core | 0.082 | M25b   |
| 24×40d, 3-0 core | 0.081 | D25h   |

MS  6/12/89

CONFIDENTIAL -
NON-PATENT
PROSECUTION COUNSEL ONLY

*DePuy Mitek, Inc. v. Arthrex, Inc.*
C.A. No.04-12457 PBS
**DMI002652**

Investigator _____   Date 6/12/89

Witness Crawford Britt   Date 3-15-90

CONFIDENTIAL -
NON-PATENT
PROSECUTION COUNSEL ONLY

Page
nk No.

175

Project No. SILK     Experiment No.     Date 6/19/89

Subject SILK DEGUMMING + EFFECT ON UNSKEINING

Purpose DETERMINE CAUSE OF MANUF PROBLEMS

BACKGROUND

(2x2 1315)

Two LOTS OF RAW AND DEGUMMED SILK PROVIDED BY MR. JIM KRAMER OF CONEELCO WERE ANALYZED DUE TO DIFFERENCES IN PROCESSABILITY IN UNSKEINING AFTER DEGUM SCOUR. LOT 88-24 D CTN-4 RAN WITHOUT INCIDENT, WHEREAS LOT 88-24A CTN 17 RAN WITH A HIGH FREQ OF YARN BREAKS DURING UNSKEINING. THE RESULTS OF THE CHARACTERIZATION OF THE TWO LOTS ARE AS FOLLOWS (DEGUMMED):

| PROPERTY | GOOD YARN 88-24 D CTN-4 | POOR YARN 88-24A CTN 17 |
|---|---|---|
| TENSILE (GM) STRENGTH | 191.4 ± 35.9 | 188.7 ± 38.1 |
| TWIST (TPI) (PLY) | 16.9 ± 0.8 | 16.3 ± 1.1 |
| DENIER | 43 | 45 |
| RESIDUAL GUM | VERY LOW LEVEL | MODERATE LEVEL |

DISCUSSION

TENSILE, TWIST + DENIER WERE STATISTIC. EQUIVALENT. HOWEVER, DIFFERENCES IN RESIDUAL GUM LEVEL (BY OPTICAL MICROSCOPY) WERE SIGNIFICANT. ALTHOUGH MAJORITY OF GUM WERE REMOVED IN BOTH CASES WHEN COMPARED TO RAW SILK, HIGHER LOCAL LEVELS WERE PRESENT IN THE POOR RUNNING YARN. IT IS PLAUSIBLE THAT THE TACKINESS OF THE RESIDUAL GUM LEVEL PREVENTS THE SKEIN FROM UNWINDING CLEANLY RESULTING IN YARN BREAKS.

Investigator [signature]     Date 6/19/89
Witness [signature]     Date 3-15-90

DePuy Mitek, Inc. v. Arthrex, Inc.
C.A. No. 04-12457 PBS

DMI002653

Project No. __VIP__    Experiment No. _____    Date __7/26/89__

**2175**

Subject __BRAID STRESS - STRAIN PROPS__

Purpose __EVALUATE DIFFERENCES IN DEXON, VICRYL, PGA, 97/3__

**PROCEDURE:**

THE BRAID STRESS - STRAIN BEHAVIOR WAS DETERMINED FOR 4 SIZE 2-0 BRAIDS: (1) VICRYL 90/10, (2) DEXON, (3) 100% PGA PROCESSED PER VICRYL SPEC, (4) 97/3 PGA/PLA PROCESSED PER VICRYL SPEC. ALL BRAIDS WERE STERILE AND PACKAGED, HOWEVER WERE TUGGED DOWN BEFORE TESTING USING AN INSTRON (3.5 LBS - 2 SECS 40"/MIN - XHS). THE MATERIALS WERE TESTED USING THE FOLLOWING CONDITIONS: XHG: 300 mm/min    CS: 300 mm/min, GL 254 mm, FSL 10 KG, GRIPS 40 PSI, FACES: RUBBER.

**RESULTS**

| PROPERTY | VICRYL | DEXON | 97/3 | 100% PGA |
|---|---|---|---|---|
| TENSILE (KG) STREN. | 6.61 | 6.82 | 8.23 | 7.35 |
| ULT ELONG (%) | 19.00 | 30.16 29.13 | 19.17 | 15.8 |
| INIT MODULUS (EMBDED) | 67.45 | 55.80 | 74.70 | 77.42 |

MS  7/26/89

**CONFIDENTIAL -
NON-PATENT
PROSECUTION COUNSEL ONLY**

*DePuy Mitek, Inc. v. Arthrex, Inc.*
*C.A. No.04-12457 PBS*
**DMI002654**

Investigator _____    Date __7/26/89__

Witness __Rosalind Britt__    Date __3-15-90__

Page
Book No.
175

Project No. VIP                    Experiment No. _____        Date 8/2?/89
Subject Braid Stress-Strain Curves
Purpose Continued

The following are representative curves ?



σ-ε Curves of Sterile 2-0 Braid

97/3

100% PGA

VICRYL
90/10
STANDARD

DEXON

σ

MS.

CONFIDENTIAL -
NON-PATENT
PROSECUTION COUNSEL ONLY

*DePuy Mitek, Inc. v. Arthrex, Inc.*
*C.A. No.04-12457 PBS*
*DMI002655*

Discussion:
The Dexon braid possesses the lowest unit modulus (most likely reflecting in orientation level) and highest elongation, Also, the Dexon braid possesses an initial region of σ-ε typical of braid deformation These attributes may contribute to the hand of Dexon vs Vicryl.

Investigator _____        Date 7/26/89
Witness  Cleveland Britt                     Date 3-15-90

Page ___
Book No. ___

Project No. __EI__          Experiment No. ___          Date __8/11/89__

**2175**

Subject: __VICRYL 2-0 DYED - OFF-BRAIDER__

Purpose: __DETERMINE INITIAL + FINAL BENDING RIGIDITY__

BACKGROUND / PROCEDURE:

VICRYL 3-0 VIOLET OFF-BRAIDER WAS TESTED ON
THE KAWABATA PURE BENDING TESTER. STRANDS WERE
MOUNTED ON PRE-CUT TABS WITH DOUBLE-STICK TAPE ON
GLUE-STICK AND WOUND ON THE BACKWINDER. APPROX
50 STRANDS WERE WOUND + TRIMMED DOWN TO REQUIRED
NUMBER.

RESULTS:

SENSITIV = 2 x 1



CONFIDENTIAL -
NON-PATENT
PROSECUTION COUNSEL ONLY

*DePuy Mitek, Inc. v. Arthrex, Inc.*
C.A. No.04-12457 PBS
**DMI002656**

EI FINAL

| EI initial SAMPLE ① | K | M | | EI FINAL FOWARD | K | m |
|---|---|---|---|---|---|---|
| N = 38 | 0 | 0 | | | 1 | .55 |
| | 0.2 | .09 | | | 3 | .292 |
| | 0.4 | .12 | | SLOPE : 0.0685 | | |
| | 0.6 | .14 | | | | |
| | 0.8 | .155 | | BACKWARD : | -1 | -.118 |
| | 1.0 | .168 | | | -3 | .232 |
| | SLOPE : 0.151 | | | SLOPE : 0.057 | | |

AVG = 0.063

$$EI_i = \frac{0.151 \times 20}{38} = 7.94 \times 10^{-2} \frac{G M\text{-}CM}{STRAND}$$

$$EI_{FINAL} = \frac{(0.063) \times 20}{38} = 3.3 \times 10^{-2} \frac{G M\text{-}CM}{STRAND}$$

Investigator _____          Date __8/11/89__

Witness  Crawford Britt          Date __3-15-90__

Page 40
Book No. 175

Project No. EI    Experiment No. _____    Date 8/11/89
Subject VICRYL 2-0 BRAID
Purpose EI_initial + EI_final

SAMPLE ②    $EI_i$          $EI_f$
$\Lambda = 39$

| K | M | | K | M |
|---|---|---|---|---|
| 0 | 0 | FOWARD | 1.0 | .192 |
| | | | 3.0 | .378 |
| 0.2 | 0.125 | SLOPE = 0.093 | | |
| 0.4 | 0.162 | | | |
| 0.6 | 0.165 | | K | M |
| 0.8 | 0.202 | | | |
| 1.0 | 0.220 | BACKWD | -1 | -.120 |
| | | | -3 | -.255 |

SLOPE = 0.193

SLOPE = 0.068

$EI_i = \dfrac{(0.193)(20)}{39}$

AVE SLOPE = 0.080

$= 9.80 \times 10^{-2}$

$EI_f = \dfrac{(0.080)(20)}{39} = 4.12 \times 10^{-2}$

SAMPLE ③    $EI_i$   K   M      $E_f$   K   M
$\Lambda = 39$

| | K | M | | | K | M |
|---|---|---|---|---|---|---|
| 1 | 0 | 0 | 1F | | 1 | .156 |
| 2 | .2 | .118 | 2F | | 3 | .275 |
| 3 | .4 | .136 | SLOPE = 0.0595 | | | |
| 4 | .6 | .155 | 1B | | -1 | -.107 |
| 5 | .8 | .166 | 2B | | -3 | -.268 |
| 6 | 1.0 | .180 | SLOPE = 0.0505 | | | |

SLOPE = 0.152

AVE SLOPE = 0.055

$EI_i = (0.152)(20)/39$

$EI_f = (0.055)(20)/39$

$= 7.79 \times 10^{-2}$

$= 2.82 \times 10^{-2}$

CONFIDENTIAL -
NON-PATENT
PROSECUTION COUNSEL ONLY

DePuy Mitek, Inc. v. Arthrex, Inc.
C.A. No.04-12457 PBS
DMI002657

SAMPLE ④    $EI_i$   K   M      $E_f$   K   M

| | K | M | | | K | M |
|---|---|---|---|---|---|---|
| 1 | 0 | 0 | 1F | | 1 | .220 |
| 2 | .2 | .142 | 2F | | 3 | .385 |
| 3 | .4 | .175 | SLOPE | | 0.0825 | |
| 4 | .6 | .20 | 1B | | -1 | -.11 |
| 5 | .8 | .245 | 2B | | -3 | -.242 |
| 6 | 1.0 | .232 | SLOPE | | 0.066 | |

$\Lambda = 39$

SLOPE 0.20

AVE SLOPE 0.074

$EI_i = \dfrac{(0.20) 20}{39} = 10.26 \times 10^{-2}$

$EI_f = \dfrac{(0.074) 20}{39} = 3.81 \times 10^{-2}$

Investigator _____    Date 8/11/89
Witness Carmelord Britt    Date 3-15-890

Project No. 3° EI    Experiment No.    Date 8/11/89

Subject Vicric 2-0 braid - off braidculart

Purpose $EI_i$ ; $EI_f$

2175

Sample (5) $EI_i$  K  M        $EI_f$  K  M

          1   0   0        1F   15   .20

n 39    2   .2  .125      2F   30   .350

       3   .4  .155      Slope-F  0.090

       4   .6  .175      1B   -1   -.120

       5   .8  .190      2B   -3   -.255

       6  1.0  .210      Slope-B  0.0675.6

     Slope = 0.81        Slope-Ave 0.0787.

$$EI_i = \frac{(0.81)(20)}{34} = 9.28 \times 10^{-2} \qquad EI_f = \frac{(0.0787)(20)}{39} = 4.04 \times 10^{-2}$$

Sample (6) $EI_i$  K  M        $EI_f$  K  M

n = 39    1   0   0        1F   15   .180

       2   .2  .132      2F   30   .316

       3   .4  .150      Slope-F  0.008

       4   .6  .175      1B   -1   -.107

       5   .8  .190      2B   -3   -.223

       6  1.0  .202      Slope-B  0.058

     Slope = 0.173        Slope-Ave 0.063

$$EI_i = \frac{(0.173)(20)}{39} = 8.88 \times 10^{-2} \qquad EI_f = \frac{(0.063)(20)}{39} = 3.23 \times 10^{-2}$$

Sample (7) $EI_i$  K  M        $EI_f$  K  M

n = 39    1   0   0        +1   .15

       2   .2  .122      +2   .305

       3   .4  .126      Slope-F  0.0775

       4   .6  .132      1B   -1   -.16

       5   .8  .146      -3   -.295

       6  1.0  .161      Slope B  0.675

     Slope = 0.126        Slope-Ave  0.0675  0.0725

$$EI_i = \frac{(.126)(20)}{39} = 6.46 \times 10^{-2} \qquad EI_f = \frac{(0.0725)(20)}{39} = 3.72 \times 10^{-2}$$

DePuy Mitek, Inc. v. Arthrex, Inc.
C.A. No 04-12457 PBS
DMI002658

CONFIDENTIAL
NON-PATENT
PROSECUTION COUNSEL ONLY

Investigator        Date 8/11/89

Witness  Craig Laird Britt    Date 3-15-90

Page
Book No.

2175

Project No. __EI__    Experiment No. _____    Date 8/11/89

Subject VICRYL 2-0 BRAID - OFF BRAIDER

Purpose (CONTINUED)

SAMPLE (8)   EI    K    M        EI$_f$    K    M
                   0    0         1F      1    .185
~N=39~        2   0.2  .117       2F      3    .350
              3   0.4  .142      SLOPE-F  0.0825
              4   0.6  .170       1B     -1   -.040
              5   0.8  .185       2B     -3   -.215
              6   1.0  .195      SLOPE-B  0.0625

              SLOPE = 0.172     SLOPE AVE  0.0725

$$EI_i = \frac{(0.172)(20)}{39} = 8.82 \times 10^{-2} \qquad EI_f = \frac{(0.0725)(20)}{39} = 3.72 \times 10^{-2}$$

RESULTS SUMMARY

SAMPLE      EI$_i$         EI$_f$
  1         7.94           3.30
  2         9.90           4.12
  3         7.19           2.82
  4        10.26           3.81
  5         9.28           4.04
  6         8.88           3.23
  7         6.46           3.72
  8       8.82×10$^{-2}$   3.72 × 10$^{-2}$

AVE     8.67×10$^{-2}$   3.60 ×10$^{-2}$  gm·cm$^2$/STRAND
SD$_{n-1}$  1.23          0.44
% CV      14.2%          12.2%

CONFIDENTIAL -
NON-PATENT
PROSECUTION COUNSEL ONLY

DePuy Mitek, Inc. v. Arthrex, Inc.
C.A. No.04-12457 PBS
DMI002659

Investigator _____    Date 8/11/89
Witness Crawford Britt          Date 3-15-90

DePuy Mitek, Inc. v. Arthrex, Inc.
C.A. No.04-12457 PBS
DMI002660

Page
Book No.

Project No. 16212    Experiment No. ___    Date 9/15/89
Subject SURFACE FLUORINATION OF VICRYL SUTURE
Purpose EVALUATION EFFECT ON HAND AND KNOT TIE-DOWN

2175

SIZE 2-0 VIOLET

BACKGROUND: SAMPLES OF VICRYL BRAID LOT #
A3801 (CORNELIA) AFTER SCOURING WERE
PROCESSED BY TEKMAT CORPORATION OF
ASHLAND MASS. THREE PROCESS CONDITIONS
OF THE FLUORINE SURFACE PLASMA TECHNIQUE
WERE PERFORMED BY TEKMAT AND RETURNED.
THE SAMPLES HAVE BEEN LABELED:

A3801 - 0B - T1    (TREATMENT 1)
A3801 - 0B - T2      "       2
A3801 - 0B - T3      "       3
A3801 - 0B - C     CONTROL - NO TREATMENT

PROCEDURE & RESULTS
   SAMPLES WERE EVALUATED FOR HAND & TIE-DOWN
BY MGS. THE SAMPLES T1, T2, T3 WERE ALL WORSE
THAN THE CONTROL FOR HAND PRIMARILY DUE TO
A GROSS UNDULATION OR ROUGHNESS IN THE
BRAID. IT APPEAR THAT THE BRAIDS WERE SUBJECTED
TO A THERMAL TREATMENT W/O TENSION AND
THAT THE ENSUE RELAXATION ALLOWED DIFFERENTIAL
SHRINKAGE IN THE BRAID. SAMPLE 3 HAD THE MOST
PRONOUNCED EFFECT, SAMPLES 1 AND 2 WERE
COMPARABLE & SIGNIFICANTLY WORSE THAN THE CONTROL.
   IN TERMS OF KNOT TIE-DOWN, SAMPLE
3 WAS SLIGHTLY BETTER THAN THE CONTROL—
A STABLE SLIDING ACTION WAS OBTAINABLE FOR
EAR AT LEAST ON EARLY THROWS (AS OPPOSED
TO THE DRAMATIC STILL-SLIP ACTION OF T1, T2
AND THE CONTROL. EVEN THOUGH, T3 WAS
STILL SIGNIFICANTLY ROUGHER AND RASPIER
THAN TO A COATED VICRYL SUTURE IN TIE-DOWN
AND WOULD MOST LIKELY NOT BE SUITABLE FOR
GENERAL APPLICATION IN THE NON-COATED FORM.

CONFIDENTIAL
NON-PATENT
PROSECUTION COUNSEL ONLY

Investigator ___    Date 9/15/89
Witness Crawford Britt    Date 3-15-90

Page ...
Book No. ...

**Page 175**

Project No. MFE          Experiment No. _____          Date 10/19/89

Subject MICROFIBER EVALUATION

Purpose EVALUATE THE BENDING + TENSILE PROPERTIES OF

FINE DPF POLYESTER YARNS VS. CONVENTIONAL

DACRON YARN

## MATERIALS:

| | | | dpf |
|---|---|---|---|
| ASAHI (JAPAN) 110/1100 PET (den/# FILAMENTS) | | | 0.1 |
| ASAHI 50/96 PET | | | 0.52 |
| DACRON (DUPONT) 110/34/T52 PET | | | 3.23 |
| DACRON 55/27/T52 PET | | | 2.0 |

## PROCEDURE:

THE ABOVE 4 TYPES OF PET WERE INDIVIDUALLY BRAIDED IN 8x1 CONSTRUCTIONS USING NE BUTT BRAIDERS; CONDITIONS: 34 PG, ST. SPRING = 0.009" DIAM "S", TEXTROL CORE TENSION (12-18 GMS). THE BRAIDS WERE THEN HOT-STRETCHED USING THE ETHIBOND HOT-PLATE AT 400°F AND 15 TO 4.90 FPM TAKE-UP AND 8 WRAPS ON ROLL 1 AND 8 WRAPS ON ROLL 2. THE SAMPLES WERE LABELED AS FOLLOWS:

| BRAID ID | YARN |
|---|---|
| MFE-01 | ASAHI 110 d / 0.1 dpf |
| MFE-02 | DACRON 110d / 3.23 dpf |
| MFE-03 | ASAHI 50d / 0.52 dpf |
| MFE-04 | DACRON 55d / 2.0 dpf |

CONFIDENTIAL -
NON-PATENT
PROSECUTION COUNSEL ONLY

## RESULTS

THE FOLLOWING DIAM, TENSILE, AND KNOT STRENGTHS WERE DETERMINED:

| SAMPLE | DIAM (MILS) | BREAK STR (LBS) | INTRIN TENS STR (PSI) | KNOT STR (LBS) | KNOT INTRIN (PSI) | TENSILE $E_t$ (%) |
|---|---|---|---|---|---|---|
| MFE-01 | 12.87 | 7.704 | 59,220 | 4.320 | 33,200 | 7.3 |
| MFE-02 | 12.84 | 13.80 | 106,500 | 7.414 | 57,300 | 12.9 |
| MFE-03 | 7.48 | 5.27 | 119,900 | 2.933 | 66,780 | 7.8 |
| MFE-04 | 8.820 | 7.58 | 124,100 | 3.952 | 64,810 | 8.59 |

Investigator _____          Date 10/19/89

Witness _____          Date 3-15-90

DePuy Mitek, Inc. v. Arthrex, Inc.
C.A. No. 04-12457 PBS

DMI002661

Page ____
Book No. ____

**2175**

Project No. _MFE_    Experiment No. ____    Date _10/19/89_

Subject ____

Purpose _CONTINUED FROM p52_

THE SAME BRAIDS WERE TESTED WITH THE
KAWABATA PURE BENDING TESTER FOR INITIAL AND
FUNCTIONAL (2ND CYCLE) $EI$ (gm·cm²/strand)

| SAMPLE | DIAM | $EI_{strand, initial}$ | $EI_{strand, fun (2nd cyc)}$ |
|--------|------|------------------------|------------------------------|
| MFE-01 | 12.87 | $46.1 \times 10^{-2}$ | $5.6 \times 10^{-2}$ |
| MFE-02 | 12.84 | $14.8 \times 10^{-2}$ | |
| MFE-03 | 7.48 | $28.8 \times 10^{-2}$ | $3.03 \times 10^{-2}$ |
| MFE-04 | 8.82 | $16.4 \times 10^{-2}$ | $3.09 \times 10^{-2}$ |

TO NORMALIZE THE ABOVE RESULTS FOR DIAMETER, THE ($I_z$)
MOMENT OF INERTIA CAN BE CALCULED FROM THE
RADIUS OR ($\pi d^4/32$) SO THAT $E$ (COMPOSITE TENSILE &
COMPRESSIVE MODULUS) CAN BE DETERMINED

| | SAMPLE | $I_z$ (cm⁴) | $E_{strand, initial}$ (gm/cm²) | $E_{strand, functional}$ (gm/cm²) | DIAM (cm) |
|------|--------|-------------|--------------------------------|-----------------------------------|-----------|
| dPF | | | | | |
| 0.1 | MFE-01 | $1.11 \times 10^{-7}$ | $4.19 \times 10^{6}$ | $1.40 \times 10^{6}$ | $3.26 \times 10^{-2}$ |
| 3.23 | MFE-02 | $1.11 \times 10^{-7}$ | $1.33 \times 10^{6}$ | | $3.26 \times 10^{-2}$ |
| 6.52 | MFE-03 | $1.25 \times 10^{-8}$ | $2.30 \times 10^{7}$ | $2.42 \times 10^{6}$ | $1.89 \times 10^{-2}$ |
| 2.0 | MFE-04 | $2.47 \times 10^{-8}$ | $6.64 \times 10^{6}$ | $1.25 \times 10^{6}$ | $2.24 \times 10^{-2}$ |

DISCUSSION

NEXT PAGE

CONFIDENTIAL -
NON-PATENT
PROSECUTION COUNSEL ONLY

*DePuy Mitek, Inc. v. Arthrex, Inc.*
C.A. No. 04-12457 PBS
**DMI002662**

Investigator _[signature]_    Date _10/19/89_

Witness _Crawford Britt_    Date _3-15-90_

Page No. _175

Project No. __MFE__     Experiment No. _____     Date _10/19/89_
Subject __Microfiber Evaluation__
Purpose ___Cont. from p53___

### INITIAL MODULUS (E) DERIVED FROM BENDING TESTS AS A FUNCTION OF DPF FOR PET

CONFIDENTIAL - NON-PATENT PROSECUTION COUNSEL ONLY



MODULUS (GM/CM2) X 10^6

PET DPF (DENIER/FILAMENT)

— INITIAL    + FUNCTIONAL (2 CYCLE)

E= EI/I WHERE I= πr⁴/32

M.S
10/19/89

DePuy Mitek, Inc. v. Arthrex, Inc.
C.A. No.04-12457 PBS
DMI002663

Discussion

Pliability or Bending Rigidity is a function dependent on several factors in braided sutures including: 1) fiber modulus, 2) fiber diameter & shape, 3) braid construction, 4) fiber surface props such as lubricant type, intrinsic surface texture, & 5) hot-stretch conditions which determine fiber/yarn bundle packing and degree of mechanical interlocking. From simply the fiber diameter viewpoint, lower DPF should result in lower EI since I = πr⁴/32. However lower DPF also means higher fiber surface area which can affect fiber/yarn packing, the degree of fiber mobility and the contribution of fiber-fiber interactions. Evidently in the products tested, the fiber interaction affects dominated over the fiber fineness. Two points should be noted: 1) the fiber modulus was not constant for all 3 samples the (0.5) was probably higher than 0.1 and 2) the products were hot stretched at conditions optimized for 2.0 DPF product, which may be too severe for 0.1 + 0.52 DPF fibers.

Investigator _____     Date _10/19/89_
Witness __Constance Britt__        Date _3-15-90_

Page 55
Book No.

Project No. *IDEA*     Experiment No. _____     Date 11/16/89

2175

Subject *Expanded Monofilament with Multifilament Props*

Purpose *Document Conception of Invention*

IDEA: A suture can be produced which appears to be a monofilament even at low magnification (10x) but which behaves like a multifilament braid in terms of pliability / handling props by "expanding" the continuum of polymer into a plurality of microfibrils. This technology is applied to PTFE in the formation of the Gore suture. However, the PTFE embodiment has disadvantages, most notably low strength and knot security. This could be improved upon by applying the technology to higher strength polymers, such as PE and PP. A high crystallinity polymer (preferably > 55%) is necessary for this approach in order to form the microfibrillar structure. This high crystallinity can be made possible by the use of very high MW polymer, and by controlling the spinning and orientation conditions, as well as by a post-orientation annealing operation. The monofilaments are converted into the expanded structure by a "cold drawing" operation, where the filaments are extended between godets at a high rate at ambient or minimal thermal exposure. Alternatively, a similar structure can be obtained by solvent spinning where the solvent removal results in a pore structure which is then oriented.

CONFIDENTIAL -
NON-PATENT
PROSECUTION COUNSEL ONLY

*DePuy Mitek, Inc. v. Arthrex, Inc.*
C.A. No.04-12457 PBS
**DMI002664**

Investigator _____     Date 11/16/89
Witness *Crawford Britt*     Date 3-15-90

Page **56**

Book No. **175**

Project No. _CBE_    Experiment No. _____    Date _12/13/89_

Subject _PREFERRED CONSTRUCTION FOR PTFE/PET COMPOSITE BRAID_

Purpose _PROPRIETARY BRAID WITH IMPROVED HANDLING PROPERTIES_

BACKGROUND: (PG 26)  PTFE/PET CARRIER BLENDS HAVE BEEN FOUND TO OFFER EXCEPTIONAL HANDLING PROPERTIES FOR A BRAIDED SUTURE.

CONSTRUCTION:

A CARRIER BLEND COMPOSITE BRAID IS PRODUCED USING PTFE YARNS AND PET YARNS. THE SHEATH x CORE COUNT IS 16x3. THE SHEATH CARRIER LAYOUT IS 2 PTFE, 2 PET, 2 PTFE ... WHICH INSURES A TORSIONALLY STABLE BRAID SINCE AN EQUAL # OF CARRIERS EXIST IN THE CW AND CCW DIRECTION. THE CORE YARNS ARE ALL PET FOR ADDED STRENGTH. THE PTFE YARNS ARE 75 DEN/12 FILAMENT MANUFACTURED BY SHOWA (JAPAN), THE PET YARNS ARE 55 DEN/27 FILAMENT (TYPE 57) MANUFACTURED BY DuPONT. THE TOTAL VOLUME FRACTION OF EACH COMPONENT ARE: PTFE 56%, PET 44%.

**CONFIDENTIAL·
NON-PATENT
PROSECUTION COUNSEL ONLY**

PROCESSING:

THE YARNS WERE WOUND ON BOBBINS PER STANDARD METHODS AND PLACED ON THE BRAIDER PER FIG. 1. A 0.5 oz WAS USED FOR TENSION ON THE PET YARN, NO YARN TENSION SPRING WAS USED ON THE PTFE. A 32 PICK GEAR WAS USED RESULTING IN 42 PPI. CORE TENSION WAS ADJUSTED TO 30 GMS. AFTER BRAIDING, THE SUTURE WAS SCOURED AND HOT-STRETCHED OVER A HOT-PLATE AT 400°F AND 15% STRETCH RATIO. SUBSEQUENTLY, THE SUTURE WAS PASSED THROUGH A 11 mil DIE AFTER PASSING THROUGH A FORCED AIR OVEN AT 300°F.

*DePuy Mitek, Inc. v. Arthrex, Inc.*
*C.A. No.04-12457 PBS*
**DMI002665**

Investigator _____    Date _12/13/89_

Witness _Pennislaw Britt_    Date _3-15-90_

Page ____
Book No. ____

Project No. _CBE_    Experiment No. ____    Date _12/13/89_

Subject _CONTIN. FROM 2175-56_

Purpose ____

**2175**

Properties:

     The die-drawn composite braid had superior handling properties relative to silk and ethibond, which is demonstrated quantitatively in Fig 2 of the Kawasaki bending rigidity results. The intrinsic tensile and knot strengths were 87 KSI and 48 KSI respectively. The composite also handled better than the silk and ethibond in knot tie-down, even without a coating.



● PET CARRIERS
○ PTFE CARRIERS

FIG. 1. SCHEMATIC OF CARRIER LAY OUT FOR BALANCED COMPOSITE BRAID.

CONFIDENTIAL -
NON-PATENT
PROSECUTION COUNSEL ONLY

*DePuy Mitek, Inc. v. Arthrex, Inc.*
C.A. No.04-12457 PBS
**DMI002666**

Investigator ____    Date _12/15/89_

Witness _Crawford Brett_    Date _3-15-90_

Page

Book No.

175

Project No. _CBE_   Experiment No. _____   Date _12/13/89_

Subject _Continued from 57_

Purpose

CONFIDENTIAL -
NON-PATENT
PROSECUTION COUNSEL ONLY

DePuy Mitek, Inc. v. Arthrex, Inc.
C.A. No.04-12457 PBS
DMI002667



FIGURE 2.
BENDING MODULUS OF PTFE/PET NCB BRAID
VS. SILK AND ETHIBOND

Investigator _____   Date _12/13/89_

Witness _Phyllis and Britt_   Date _2-15-90_

Page _____
Book No. _____

**2175**

Project No. __IDEA__  Experiment No. _____  Date _12/19/89_ -

Subject _PLIABILIZING PINS IN SUTURE PACKAGE_

Purpose _TO IMPROVE PLIABILITY OF SUTURE IN USE._

IDEA THE BENEFITS OF "MECHANICAL PLIABILIZATION" HAVE LONG BEEN RECOGNIZED TO IMPROVE THE HAND OF BRAIDED SUTURES. THE APPROACH IS TO BREAK UP THE WEAK ADHESIONS WHICH BIND TOGETHER INDIVIDUAL MULTIFILAMENTS IN THE BRAID BUNDLE. THESE ADHESIONS ACT TO REDUCE FIBER MOBILITY AND EFFECTIVELY INCREASE THE BENDING RIGIDITY OR STIFFNESS OF THE BRAID THE ADHESIONS ARE GENERALLY DISRUPTED BY FORCING THE BRAID INTO ONE OR MORE SHARP CURVATURES WHICH HAVE THE EFFECT OF SHEARING OR SLIDING THE FIBERS RELATIVE TO EACH OTHER THROUGH THE THICKNESS OF THE BRAID. HOWEVER THIS OPERATION IS CONVENTIONALLY PERFORMED AFTER HOT-STR, ANNEALING OR COATING THE BRAID EXPERIENCES ELEVATED TEMPS DURING STERIL + PACKAGING CYCLES, WHICH CAN REFORM THE ADHESIONS. THE PROPOSED INVENTION IS TO INCLUDE PLIABILIZATION PINS OR ROLLS INTO THE DESIGN OF THE PACKAGE SO THAT THE MANUAL REMOVAL OF THE SUTURE IMPARTS A PLIABILIZATION EFFECT ON THE SUTURE IT HAS BEEN SHOWN REPEATED THAT THE PLIABILITY AS MEASURED BY THE KAWABATA PURE BENDING TESTER IS ALMOST ALWAYS SIGNIFICANTLY HIGHER IN THE 2ND CYCLE VS 2ND CYCLE DUE TO THE PLIABILIZING EFFECT OF BENDING THE ONCE BACK AND FORTH. THIS EFFECT WOULD BE BENEFICIAL TO BOTH MULTIFILAMENT AND MONOFILAMENT SUTURES. THE PACKAGE WOULD BE INJECTION MOLDED SO THAT THE PINS WOULD BE AN INTEGRAL PART.

SUTURE END AND REMOVAL

OFF-TAKE PINS

PACKAGE

CONFIDENTIAL -
NON-PATENT
PROSECUTION COUNSEL ONLY

DePuy Mitek, Inc. v. Arthrex, Inc.
C.A. No.04-12457 PBS
DMI002668

Investigator _____  Date _12/__/8?_

Witness _Crawford Britt_  Date _3-15-90_

Page
Book No. ____

**2175**

Project No. _TEKMAT_  Experiment No. _____  Date _1/8/90_

Subject _IN VIVO RESULTS OF SURFACE FLUORINATED VICRYL BRAID_

Purpose _IMPROVE THE BSR OF VICRYL w/o ANNEALING_

BACKGROUND : TO IMPROVE THE HYDROLYTIC RESISTANCE
OF VICRYL AND EXTEND THE BSR, VICRYL BRAID IS
ANNEALED. THIS ANNEALING OPERATION IMPROVES
CRISTALINITY, BUT ALSO CAN ADD STIFFNESS TO THE
BRAID. THE APPROACH TRIED HERE WAS TO TREAT
THE SURFACE TO RENDER IT HYDROPHOBIC, SO THAT WATER
WOULD ADSORB AND DIFFUSE AND DEGRADE THE
VICRYL AT A SLOWER RATE. TEKMAT INC OF
ASHLAND MASSACHUSETTS ATTEMPTED TO SURFACE FLUORINATE
VICRYL BRAID AT THREE LEVELS. NO PROCESS DETAILS
ON THE LEVELS WAS MADE AVAILABLE BY TEKMAT.

RESULTS:
THE FOLLOWING TABLE SUMMARIZES THE 0,7,21 DAY IN VIVO
RESULTS OF THE VICRYL FOR THE THREE LEVELS OF
TREATMENT AND A CONTROL. THE BRAIDS WERE
SCOURED BUT NOT HOT-STRETCHED OR ANNEALED.
NO STATISTICAL DIFFERENCES WERE OBSERVED BETWEEN THE TREATED
SAMPLES AND THE CONTROL, SUGGESTING THAT THE TREATMENT WAS NOT EFFECTIVE.

AVERAGE BREAKING STRENGTH VALUES FOR VICRYL SUTURES
AFTER SUBCUTANEOUS IMPLANTATION IN RATS.
DATA EXPRESSED IN POUNDS

CONFIDENTIAL -
NON-PATENT
PROSECUTION COUNSEL ONLY

DePuy Mitek, Inc. v. Arthrex, Inc.
C.A. No.04-12457 PBS
DMI002669

|  |  | TIME IN DAYS | | |
| --- | --- | --- | --- | --- |
| SAMPLE NUMBER | SIZE | 0 | 7 | 21 |
| A3801-OB-T1 | 2-0 | 12.76 | 6.00 | 0.00* |
| PERCENT REMAINING |  | 100 | 47 | 0 |
| A3801-OB-T2 | 2-0 | 13.32 | 5.74 | 0.00* |
| PERCENT REMAINING |  | 100 | 43 | 0 |
| A3801-OB-T3 | 2-0 | 14.06 | 6.41 | 0.00* |
| PERCENT REMAINING |  | 100 | 46 | 0 |
| A3801-OB-C | 2-0 | 14.41 | 6.20 | 0.00* |
| PERCENT REMAINING |  | 100 | 43 | 0 |

MS
1/8/90

*THESE ARE AVERAGES DERIVED FROM BOTH INSTRON VALUES AND
TECHNICAL JUDGEMENTS OF ZERO NECESSITATED BY UNMEASURABLE SAMPLES.

FUTURE WORK: THE TREATMENT WILL BE ATTEMPTED ON
PDS MONOFILAMENTS

Investigator _[signature]_  Date _1/8/90_

Witness _Crawford Britt_  Date _3-15-90_



Page
Book No.
2175

Project No. BCAD   Experiment No.                    Date 2/21/90

Subject HOT-STRETCHED MODEL BRAIDS

Purpose PROVIDE DATA FOR FORMULATION AND VALIDATION OF HOT-STRETCH MODEL

BACKGROUND: THE BRAID CAD SOFTWARE CAN CURRENTLY PREDICT KEY GEOMETRIC AND MECHANICAL PROPERTIES FOR OFF-BRAIDER SUTURE. IN ORDER TO FORMULATE THE MODULE TO PREDICT HOT-STRETCHED BRAID PROPERTIES, A MODEL BRAID WAS PROCESSED BY A VARIETY OF CONDITIONS AND CHARACTERIZED TO GIVE DIRECTION TO THE EFFECT OF HOT-STRETCH RATIO ON BRAID PROPERTIES.

EXPERIMENT:
AN 8x1, 70 den TYPE 52 DACRON POLYESTER BRAID WAS PROCESSED WITH A 34 PICK GEAR. THE BRAID WAS HOT-STRETCHED ON THE "ETHIBOND" HOT-PLATE AT 400°F AT THE FOLLOWING STRETCH RATIOS: 5, 10, 15, 20, 25%.

RESULTS:
THE RESULTS ARE SUMMARIZED IN THE FOLLOWING PLOTS:

## USP DIAMETER VS HOT-STRETCH RATIO
## FOR 8x1 PET MODEL BRAIDS

CONFIDENTIAL -
NON-PATENT
PROSECUTION COUNSEL ONLY

DePuy Mitek, Inc. v. Arthrex, Inc.
C.A. No.04-12457 PBS
DMI002670

TYPE 52 70 DEN, 34 PG

Investigator                          Date 2/21/90
Witness Crawford Britt               Date 3-15-90



62
Page
vok No.
2175

Project No. B-CAD    Experiment No. _____    Date 2/21/90
Subject HOT-STRETCH MODELS
Purpose CONTINUED FROM P-61

**PICK COUNT VERSUS HOT STRETCH RATIO**
**B-CAD PET MODEL BRAID 8x1 34 PG**

CONFIDENTIAL -
NON-PATENT
PROSECUTION COUNSEL ONLY

HS 0% = OFF-BRAIDER

**OPTICAL DIAMETER VS. HOT-STRETCH RATIO**
**FOR 8x1 PET MODEL BRAIDS**

DePuy Mitek, Inc. v. Arthrex, Inc.
C.A. No. 04-12457 PBS
DMI002671

— + OPTICAL MAX DIAM    — * OPTICAL MIN DIAM

TYPE 52 70 DEN, 34 PG

Investigator _____    Date 2/21/90



CONFIDENTIAL ·
NON-PATENT
PROSECUTION COUNSEL ONLY

DePuy Mitek, Inc. v. Arthrex, Inc.
C.A. No.04-12457 PBS
DMI002672



DePuy Mitek, Inc. v. Arthrex, Inc.
C.A. No.04-12457 PBS
DMI002673

CONFIDENTIAL -
NON-PATENT
PROSECUTION COUNSEL ONLY

Project No. BCF-CBE   Experiment No. _____   Date 3/12/90

Subject Composite Braid- BCF PP/PET Bicomponent Fiber

Purpose Processing and Properties of Prototype Construction

**2175**

BACKGROUND: One type of composite braid which has been explored involves the blending of 2 fiber components, one with high lubricity, and a second with high strength. The high lubricity fiber acts as a solid lubricant which allows easier fiber-fiber sliding which has the net effect of improving pliability.

EXPERIMENT: A braid was made from a PP/PET bicomponent fiber yarn. The fiber was approx. 50/50 by volume PP/PET in a sheath-core structure with the PP in the sheath. The yarn was received from BASF undrawn, with a denier of 104. The yarn was subsequently oriented at 3.0X and 155°F to produce a yarn with ≈4.5 gpd strength and 20% strain to failure. The yarn (was 35 den after draw) was braided in a 16x4 construction at a 35 pg on a N.E. butt braider. The braid was subsequently hot-stretched at 5% and 100°F on the "Ethibond hot-plate." The braid was then pliabilized through a series of small rollers at an input tension of 300 gms.

PP
PET

with no spandex

RESULTS: The resulting 2-0 BCF braid had had exceptional handling properties, fair strength and knot strength vs silk and Ethibond. The results are summarized in the following plots.

CONFIDENTIAL -
NON-PATENT
PROSECUTION COUNSEL ONLY

DISCUSSION:
This approach deserves further consideration, but with an improved yarn which does not still during hot-stretching. A yarn with a proylene PP polymer will be made.

DePuy Mitek, Inc. v. Arthrex, Inc.
C.A.No.04-12457 PBS
DMI002674

Investigator _____   Date 3/12/90

Witness Crawford Britt   Date 3-15-90



DePuy Mitek, Inc. v. Arthrex, Inc.
C.A. No.04-12457 PBS
DMI002675



Project No. *BCF-CBE*   Experiment No. _____   Date *3/12/90*

Subject *Composite Braid*

Purpose *Continued from p.66*

Page _____

Book No. *2175*

## PLIABILITY (KAWABATA BENDING MODULUS) FOR PP/PET AND PTFE/PET NCS VS. SILK AND ETHIBOND

BENDING MODULUS x 100,000 (GM/CM2)

CYCLE 1 (INITIAL)   CYCLE 2 (EQUILIBR.)

CONFIDENTIAL -
NON-PATENT
PROSECUTION COUNSEL ONLY

DePuy Mitek, Inc. v. Arthrex, Inc.
C.A. No.04-12457 PBS
DMI002676

Investigator _____   Date *3/12/90*

Witness *Crawford Britt*   Date *3-15-90*

Page **00**
Book No.
**2175**

Project No. JJO  Experiment No. _____  Date 8/30/90

Subject Annealing of AACL Devices

Purpose Record Annealing Conditions

PURPOSE: ANNEAL THE ABSORBABLE ANTERIOR CRUCIATE
Ligament Device for (JJO)

MATERIALS: LOT # PLA-037-II-1
(95/5 PLA/PGA Multifilament)

PER DENNIS
JANISZEWSKI

CONDITIONS: OVEN (MicroProc Controlled - 3ND Floor)

Annealing
Scheme
For
Continuous Loops
Side B



| Seg No | | Events | Power on 1 | N₂ 2 | Purge 3 | Cooling 4 | Set Pt. | Time | Recy | Next Seg |
|--------|---|--------|---|---|---|---|---|---|---|---|
| 29 | Jog | | x | x | — | x | 25 | 5 S | ◯ | 30 |
| 30 | Purge | | x | x | x | x | 25 | 30 m | — | 31 |
| 31 | Ramp | | x | x | — | x | 95 | 90 m | — | 32 |
| 32 | Maintain | | x | x | — | x | 95 | 15 h | — | 33 |
| 33 | Cool to RT₁ | | x | x | — | x | 25 | 30 S | — | 34 |
| 34 | Cool to RT₂ | | x | x | — | x | 25 | 30 S | 239 | 35 |
| 35 | Transfer | | x | x | — | x | 25 | 2 S | — | 40 |
| 40 | Cool to RT₃ | | x | x | — | x | 25 | 30 S | — | 41 |
| 41 | Cool to RT₄ | | x | x | — | x | 25 | 30 S | 239 | 40 |
| 42 | Hold | | x | x | — | x | 25 | 30 S | — | 42 |
| 50 | Emergency | | x | x | — | x | 25 | 5 S | — | 50 |

DePuy Mitek, Inc. v. Arthrex, Inc.
C.A. No.04-12457 PBS
DMI002677

- CONFIDENTIAL -
NON-PATENT
PROSECUTION COUNSEL ONLY

Investigator _____  Date 8/30/90

Witness _____  Date

1/22 Page

Book No.

2175

Project No. JJO   Experiment No. _____   Date 9/7/90

Subject Annealing of AACL

Purpose Record Annealing Conditions

Purpose: same as 2175-68

Materials: 95/5 PLA/PGA multifilament filament

    Lot # PLA-037-11-1  JJO: 6737-90-10
                        6737-91-10
    Lot # PLA-037-11-1  6737-90-10

Conditions:

    same as 2175-68

CONFIDENTIAL -
NON-PATENT
PROSECUTION COUNSEL ONLY

DePuy Mitek, Inc. v. Arthrex, Inc.
C.A. No.04-12457 PBS
DMI002678

Investigator _____   Date 9/7/90
Witness _____   Date