# BROOKSTEIN DECLARATION EXHIBIT 5

CONFIDENTIAL- NON-PATENT ATTORNEYS EYES ONLY

1

1  IN THE COURT OF CHANCERY OF THE STATE OF DELAWARE
         IN AND FOR THE NEW CASTLE COUNTY
2  _____
   DEPUY MITEK, INC., a Massachusetts )
3  Corporation,                       )
                       Plaintiff,     )   Civil Action
4  v.                                 )   No. 04-12457 PBS
   ARTHREX, INC., a Delaware          )
5  Corporation,                       )
                       Defendant.     )   **HIGHLY**
6  _____   )   **CONFIDENTIAL**

7

       CONFIDENTIAL - NON-PATENT ATTORNEY'S EYES ONLY
8
                   deposition of:
9
                   BRIAN HALLETT
10
                    taken at:
11             The Castle Hotel
                 Castle Green
12                  Taunton
                   Somerset
13             - UNITED KINGDOM

14                     on
            11th January, 2006
15

16

17

18

19

20

21

22

23

24

25

CONFIDENTIAL- NON-PATENT ATTORNEYS EYES ONLY

**46**

1    MR. BONELLA: What do you mean by that?
2    MR. TAMBURO: -- but I take you at your
3  word that this is the 30(b)(6) portion of
4  the deposition, and again, to the extent that
5  this testimony you are requesting right now is
6  duplicative of testimony that was already given
7  by Pearsalls in the past for this topic, topics
8  number 4, 5, 6 and 7 of the original notice,
9  Arthrex and Pearsalls are objecting to the
10  duplicative testimony requested.
11    MR. BONELLA: Let's just move on. We will
12  resolve it later. Exhibit 280. Do you
13  recognize that, Mr. Hallett?
14  A  I recognize it as it is.
15  Q  What is Exhibit 280?
16  A  It is a result of a batch of US2
17 FiberWire.
18  Q  Exhibit 280 is batch testing results?
19  A  Hmm hmm.
20  Q  The tests describe in Exhibit 280 are,
21 those tests that are run in the standard, ordinary
22 business of Pearsalls?
23  A  Correct.
24  Q  Do you see the test at the intermediate
25 stage?

**47**

1  A  Yes.
2  Q  Can you label in the manufacturing
3 flowchart where that test was done? Can you label
4 that as the intermediate stage? Okay. So, where you
5 have labeled Exhibit 280 interim/stage on Exhibit
6 279 reflects the intermediate stage testing done in
7 Exhibit 280?
8  A  Yes.
9  Q  If you could identify -- there is
10 a measure stage testing in Exhibit 280; correct?
11  A  Hmm hmm.
12  Q  Could you label on Exhibit 279 where the
13 measure stage testing is?
14  A  So, do you want me to put the --
15  Q  If you could just put, "Measure stage"?
16 "Exhibit 280 measure stage", and there is also the
17 stretch stage. Would you label where that is in
18 Exhibit 279? And there is also the dye stage
19 testing. Could you label where that is in Exhibit
20 279? Exhibit -- you have labeled in Exhibit 279,
21 "Exhibit 280 dye stage", and that refers to the dye
22 stage testing in Exhibit 280?
23  A  Yes.
24  Q  The dye testing that is done in Exhibit
25 280, is that all -- is that of samples of FiberWire

**48**

1 that have undergone the dyeing and scouring
2 processes and all processes before that?
3  A  Yes.
4  Q  You have labeled Exhibit 280, "Stretch
5 stage"?
6  A  Hmm hmm.
7  Q  On Exhibit 279; correct?
8  A  Yes.
9  Q  The samples -- I am sorry, the stretch
10 stage testing that is in Exhibit 280, does that
11 undergo the stretching in all processes before that?
12  A  Yes.
13  Q  The samples that have gone -- that are
14 stretch-tested in Exhibit 280 -- I am sorry, I will
15 rephrase the question. The samples that have been
16 stretch-tested as reflected in Exhibit 280 have not
17 been coated. Is that correct?
18  A  No.
19  Q  "No", it is not correct.
20  A  No. It is not correct.
21  Q  The samples that have been stretch test --
22 I am sorry, the samples that are tested at the
23 stretch stage have undergone the stretching and
24 coating processes?
25  A  Yes.

**49**

1  Q  Are you sure about that?
2  A  Repeat the question again.
3  Q  Sure. The stretch testing, samples that
4 are tested at the stretch stage as in Exhibit 280,
5 have they undergone the stretching and coating
6 processes that are reflected in Exhibit 279?
7    MR. TAMBURO: Asked and answered,
8  objection.
9    MR. BONELLA: Mr. Tamburo is going to
10  object to questions, but unless he instructs
11  you not to answer you have to answer the
12  question.
13  A  Yes.
14  Q  The intermediate stage testing, have those
15 samples been stretched and coated?
16  A  Yes.
17  Q  What is the difference between the
18 intermediate stage testing and the stretched stage
19 testing samples?
20  A  They are tested before they are actually
21 coated.
22  Q  Which are tested before they are coated?
23  A  The yarn. The braid.
24  Q  The samples that are tested during the
25 stretched stage, have they been stretched?

13 (Pages 46 to 49)

CONFIDENTIAL- NON-PATENT ATTORNEYS EYES ONLY

82

1 process?
2    A    It is not a stretch as such, it is just --
3 we call it stretching because it is run through some
4 pads just to align all of the filaments in the yarn.
5    Q    What do you mean by that?
6    A    Well, it just pulls it straight.
7    Q    Pulls it straight? The material isn't
8 stretched?
9    A    Very minute.
10    Q    Very minute. And then the coating that we
11 see here, it goes through a bath or a dip of glue
12 seal and then the FiberWire is put through?
13    A    It is a bath. We use it as a bath.
14    Q    "Bath". Okay. And what is the rate at
15 which the yarn passes through the bath?
16    A    20 metres per minute.
17    Q    Is that the same for all FiberWire?
18    A    Yes.
19    Q    And then this machine here dries it?
20    A    There are four (inaudible) which actually
21 dry it as it is going through.
22    Q    And then it is wound up to a bobbin at the
23 other end?
24    A    To that bobbin on the other end.
25    Q    Now, as the FiberWire yarn itself goes

83

1 through the stretching and then the coating, does
2 the process change in anything itself?
3        MR. TAMBURO: Object to the form of the
4    question, calls for a legal conclusion.
5    A    Do I have to answer that?
6        MR. TAMBURO: You can answer, yes.
7    A    It actually makes it stronger in the
8 lubrication of the actual suture when it is being
9 used afterwards.
10        MR. BONELLA: The material that is
11    braided, the yarn, both the PET and the
12    polyester, does any material change happen to
13    them?
14        MR. TAMBURO: Object to the form of that
15    question.
16        MR. BONELLA: So, no material change
17    happens to the polyester and ultra high
18    molecular weight polythethylene as the
19    FiberWire goes through the stretching and
20    coating processes?
21        MR. TAMBURO: Same objection.
22    A    No.
23        MR. BONELLA: To the wire?
24    A    Can you repeat the question?
25    Q    Sure. The FiberWire yarn for all sizes of

84

1 FiberWire undergoes this stretching process here;
2 right?
3    A    Correct.
4    Q    Now, when the yarn comes in and goes
5 through the stretching process, does any material
6 change take place during the stretching process?
7        MR. TAMBURO: Same objection.
8    A    No.
9        MR. BONELLA: Are there any changes in the
10    strength characteristics of the yarn after
11    the --
12    A    Yes.
13    Q    Let me rephrase the question. During the
14 stretching process, is there any change to the
15 stretch properties?
16        MR. TAMBURO: Same objection.
17    A    Yes.
18        MR. BONELLA: In what way?
19    A    It gets stronger.
20    Q    The yarn is stronger after the stretching
21 process?
22    A    Yes.
23    Q    When you say, "Stronger", what type of
24 strength are you talking about?
25    A    The long strength of it goes up.

85

1    Q    The long strength of it goes up?
2    A    Yes.
3    Q    How about the tensile strength?
4    A    Yes.
5    Q    Any other strengths that go up or down
6 before or after the stretching process?
7        MR. TAMBURO: Objection, outside the scope
8    of this 30(b)(6) notice. The questions were
9    asked and answered already previously in the
10    United States during the previous 30(b)(6)
11    deposition, so I object to this line of
12    questioning.
13    A    The extension goes down.
14        MR. BONELLA: The what does?
15    A    The extension.
16    Q    What do you mean by extension?
17    A    It doesn't need so much -- more stretching
18 in the braid.
19    Q    No more stretching in the braid. Is that
20 something that happens after?
21    A    Yes.
22    Q    What does that alter in the property?
23    A    Extension.
24    Q    Is that the same as elongation?
25    A    Yes.

22 (Pages 82 to 85)

CONFIDENTIAL- NON-PATENT ATTORNEYS EYES ONLY

---

**86**

1    Q    Does the modulus for the material change
2 during the stretching process?
3        MR. TAMBURO:  Same objection.
4    A    I don't know.
5        MR. BONELLA:  Is there testing done on
6 that?
7    A    No.
8    Q    Do you know what I mean by, "Modulus"?
9    A    Whether it alters.
10    Q    Right.
11    A    Yes.
12    Q    Do you know what the modulus is referring
13 to?
14    A    I should imagine the make-up of the ultra
15 high ...
16    Q    The modulus I am referring to would be the
17 slope of the stress strength, the stressed strain
18 curve.
19    A    The curve of the --
20    Q    No. If you did a test, a stress strain
21 plot for FiberWire before and after the stretching
22 process, does the slope of that curve change at all
23 with respect to the FiberWire?
24        MR. TAMBURO:  Objection, calls for
25    speculation, asked and answered.

---

**87**

1    A    I don't know.
2        MR. BONELLA:  You don't know whether it
3 does?
4    A    Correct.
5    Q    Now, in the dyeing process, what pressure
6 is that done at? I am sorry, the coating process.
7 The coating process. What temperature is that done
8 at?
9    A    I am not. 27 degrees.
10    Q    Celsius?
11    A    Yes.
12    Q    Pressure? What is the pressure?
13 Atmospheric?
14    A    I don't know.
15    Q    There is no pressure put into this
16 machine?
17    A    No.
18    Q    Is there a solvent used in this coating?
19    A    Yes.
20    Q    What is that?
21    A    Xylene (Phonetic).
22    Q    Any other material used in the coating
23 process?
24    A    No.
25    Q    What is the purpose of the Xylene?

---

**88**

1    A    It helps to penetrate the new seal coating
2 within the braid structure. It dilutes the coating
3 as well as attaching itself.
4    Q    Where in the processing is the Xylene
5 added to the machine?
6    A    In the tank.
7    Q    So, is the Zylene mixed together in the
8 tank for the FiberWire to be put through it?
9    A    That's correct.
10    Q    Any material properties change to the
11 FibreWire yarn itself during the stretching and the
12 coating process?
13        MR. TAMBURO:  Object to the form of the
14    question. Calls for an expert conclusion, and
15    outside of the scope of this 30(b)(6) notice.
16    A    Change?
17        MR. BONELLA:  Any material process altered
18    by the ultra high molecular weight
19    polythethylene or the polyester?
20        MR. TAMBURO:  Object to the form of the
21    question, calls for a legal conclusion and
22    speculation and it has already been covered in
23    a previous 30(b)(6) deposition.
24    A    I don't know.
25    Q    You don't know?

---

**89**

1    A    No.
2    Q    Why don't you know?
3    A    I am not sure of the question you are
4 asking.
5    Q    For example, the ultra high -- the
6 FiberWire braid that goes, that comes out of the
7 stretch, then goes through the process, after it has
8 been coated, does anything change with respect to
9 the FiberWire ultra high molecular weight
10 polythethylene, or does anything change with respect
11 to the polyester?
12        MR. TAMBURO:  Object to the form of the
13    question. If you want to narrow it down, it has
14    big properties, but that is a very broad
15    question, the way it has been worded.
16    A    The only thing I can say is that the
17 changes are not altered. That is the whole idea of
18 putting the coating on, and I hope it makes it more
19 easier for when the surgeon actually ties the knot.
20    Q    Is there anything else that changes?
21    A    Not that I am aware of.
22    Q    Okay. Now, does the tensile strength
23 change before or after the coating?
24        MR. TAMBURO:  Objection. Same objections
25    a previously noted.

---

23 (Pages 86 to 89)

CONFIDENTIAL- NON-PATENT ATTORNEYS EYES ONLY

94

1 number 2 bobbin was before the coating, the
2 stretching, and the bobbin after the coating
3 stretching, is that --
4    A   It does help.
5    Q   It does help?  Is there any other -- is
6 there any carrier bobbins during this process?
7    A   No.
8    Q   There is only two bobbins, the beginning
9 and the end?
10   A   Yes.
11   Q   What part of the yarn is stretched?
12   A   There is no stretch.  I have told you
13 that. The only stretch taking place is through the
14 pad.
15   Q   Through the pad?
16   A   And it is very minute.  It is taking off
17 the excess coating, and aligning all the film within
18 that braid.
19   Q   Is the speed at which the bobbin in moves
20 itself the same as the output bobbin?
21   A   Or -- it doesn't matter.  I think it
22 doesn't matter.  They are bound to vary because that
23 one is taking on more than that one over there.
24   Q   The stretching process that you are
25 referring to is the pads, are you saying that it

95

1 goes to a line yarn?
2    A   It takes off any excess coating.
3    Q   After that?
4    A   Yes.
5    Q   Now, the oven process that we have here,
6 I think you referred to it as drying and the curing?
7    A   That's correct.
8    Q   Is the drying process here a technical
9 curing process, or is it just drying the yarn?
10       MR. TAMBURO:  Object to the form of the
11 question.
12   A   It does.
13       MR. BONELLA:  What do you mean by that?
14   A   Well, it is actually acting as a -- it
15 dries out the coating, it burns off any excess
16 chemicals as it comes through the bath, and it acts
17 as actually purifies the new coating.
18   Q   Purifies it?  What do you mean by that?
19   A   Without speculation, I would just imagine
20 it is -- fills in any gaps and makes sure it is
21 completely covered.
22   Q   Is there material change that takes place
23 during the -- is there any change that takes place
24 on the coating during the drying process?
25       MR. TAMBURO:  Objection to the form of the

96

1 question, and it calls for expert testimony.
2    A   I don't know.
3       MR. BONELLA:  You don't know?  Right.  Do
4 you know the specification parameters for what
5 tension that the yarn is under during the
6 stretching process?
7       MR. TAMBURO:  Object to the form of the
8 question. That testimony -- mischaracterizing
9 the prior testimony.
10      MR. BONELLA:  I am sorry.  Is the
11 FiberWire under tension during the stretching
12 process?
13   A   Yes.
14   Q   Where is the specification for that?
15   A   It is written down in the process.
16   Q   In the process.  Okay.  We need to go off
17 the record.
18 (11.48 am)
19       OFF THE RECORD
20 (11.53 am)
21      MR. BONELLA:  Mr. Hallett, when you
22 referred to a pad, do you mean a rubber roller?
23   A   Rubber pads.
24   Q   Rubber pads.  Not a roller?
25   A   No.

97

1    Q   Can you describe the pads?
2    A   I can show you one, if you want.
3    Q   Can you show me one?  These are the rubber
4 pads? (Pause)
5       These are rubber pads.  This is
6 a white one and a brown one?
7    A   Yes.
8    Q   Can you describe how they work?
9    A   The braid is sandwiched in between, so
10 these are put in between two brackets.  The brackets
11 are screwed down as tight as possible allowing just
12 the minimum of braid to come through.  So,
13 therefore, that does allow a little bit of stretch
14 and it takes off the excess Nusil.  So, what we have
15 is a brown pad and a white pad and the FiberWire
16 goes between the two.
17   Q   The two pads remove excess coatings?
18   A   That's correct.
19   Q   They subtely stretch the yarn?
20   A   Under some tension, yes.
21   Q   Do you know what that tension is?
22   A   Yes.
23   Q   Is it measurable?
24      MR. TAMBURO:  Object to the form.
25   A   No.

25 (Pages 94 to 97)

CONFIDENTIAL- NON-PATENT ATTORNEYS EYES ONLY

118

1   A   Yes.
2   Q   It was just the --
3   A   That is done for the machine when it is
4 set up for -- before they go in with a full run, to
5 make sure the parameters are set up correctly within
6 the machine.
7   Q   It would be fair to say that -- wouldn't
8 you have the input bobbin material, it goes through
9 the stretching, coating, drying process, comes up on
10 the take-up roller and a portion of that is sampled
11 from over here, tested, and you can figure out what
12 the knot pull, straight pull are, and if they are
13 acceptable, then continue on with the process?
14   A   That's correct.
15   Q   Then the intermediate sample is taken at
16 some point?
17   A   That is done afterwards.
18   Q   After the whole process is completed?
19   A   Yes.
20   Q   "Come over here, test the..."
21   A   A percentage of that batch is tested.
22   Q   Is tested, and that is the representative
23 of the batch?
24   A   Yes.
25   Q   Then we have the measure stage testing?

119

1   A   Yes.
2   Q   After we do the measure stage, "Come up
3 here, do the tests again"?
4   A   Yes.
5   Q   Couple more questions. After the
6 FiberWire runs through the coating, stretching
7 process, is there a way to measure the amount of
8 coating that is on the FiberWire?
9   A   No.
10   Q   Pearsalls typically doesn't do that.
11 Okay. When the -- each FiberWire goes through two
12 of the coating stretching processes?
13   A   That's correct.
14   Q   Is there a way to tell how much coating is
15 applied in the second process versus the first
16 process?
17   A   No.
18   Q   Is it less than the first process?
19 Generally?
20   A   I don't think so.
21   Q   You don't think so? Well, I don't know.
22       MR. TAMBURO: Objection, calls for
23 speculation.
24       MR. BONELLA: For the samples that are
25 tested in the stretch and intermediate stage

120

1 testing have they all undergone two cycles of
2 the coating?
3   A   They would have done, yes.
4       MR. BONELLA: If we could move to the
5 final stage that would be great.
6 (12.40 pm)
7           OFF THE RECORD
8 (12.42 pm)
9       MR. BONELLA: Are we in the room where the
10 time inspection and measuring process is
11 performed?
12   A   That's correct, yes.
13   Q   What is the time inspection and measuring
14 process performed in this room?
15   A   It is wound to a final bobbin which is
16 actually then sent out to the customer.
17   Q   Any tensioning that is applied to the yarn
18 during this process?
19   A   Only through a clock which is actually
20 giving the length, and the tension is given by the
21 girls who actually control the speed of the bobbin
22 which is taken off.
23   Q   It is minimal tension?
24   A   Very minimal.
25   Q   Okay, and what is performed during this

121

1 process?
2   A   They are looking for any defects within
3 the braid, and they are giving it a measured length.
4   Q   A measured length on a spool?
5   A   Yes.
6   Q   What is the standard length?
7   A   It depends on the size. On US2 I believe
8 it is 500 metres.
9   Q   And for US5?
10   A   It is 250.
11   Q   For the other sizes?
12   A   A thousand, 500, it depends on which size.
13   Q   For Size 0?
14   A   That is a thousand metres.
15   Q   00 would probably be 2000. The 000 would
16 be 3000. And 4000?
17   A   10000.
18   Q   0000 is 3000?
19   A   3000.
20   Q   Okay, and after it undergoes this process
21 then it goes back to the measuring in the QA in
22 which measuring and testing is performed?
23   A   It is labeled as well here.
24   Q   It is labeled here? Okay. All right.
25 Good. Thank you for your hospitality and showing us

CONFIDENTIAL- NON-PATENT ATTORNEYS EYES ONLY

227

1  IN THE COURT OF CHANCERY OF THE STATE OF DELAWARE
      IN AND FOR THE NEW CASTLE COUNTY
2
   _____
3  DEPUY MITEK, INC., a Massachusetts )
   Corporation,                       )
                       Plaintiff,     )    Civil Action
4  v.                                 )    No. 04-12457 PBS
   ARTHREX, INC., a Delaware          )
5  Corporation,                       )
                       Defendant.     )
6  _____   )

                                        HIGHLY
7                                     CONFIDENTIAL

8      CONFIDENTIAL - NON-PATENT ATTORNEY'S EYES ONLY

9              deposition of:

10             BRIAN HALLETT

11               taken at:
              The Castle Hotel
12             Castle Green
                 Taunton
13               Somerset
              UNITED KINGDOM
14
                    on
15          12th January 2006

16

17

18

19

20

21

22

23

24

25

CONFIDENTIAL- NON-PATENT ATTORNEYS EYES ONLY

244

1 affect the testing results, the knot strength
2 testing results?
3　A　Not generally it doesn't.
4　Q　How about the testing? Can the testing
5 show variations in the testing results?
6　A　Sometimes, yes.
7　Q　But you don't know for sure why the
8 specifications changed?
9　　　MR. TAMBURO: Objection. Asked and
10 answered.
11　A　No.
12　　　MR. BONELLA: In Exhibit 316, do you see
13 the second column under number 5 FiberWire
14 lists a green product?
15　A　Yes.
16　Q　Similarly, Exhibit 317, the second column
17 lists a green number 5 FiberWire. Do you see that?
18　A　Yes.
19　Q　Has Pearsalls manufactured green number 5
20 FiberWire for commercial use?
21　A　No.
22　Q　The products shown on Exhibit 316, have
23 they all been manufactured for commercial use other
24 than the green FiberWire, number 5?
25　A　Yes.

246

1　Q　Have all the products listed in Exhibit
2 318 been sold for commercial use?
3　A　I don't know.
4　Q　How was this chart prepared?
5　A　It was prepared by myself and one of the
6 engineers at Arthrex.
7　Q　Who? What Arthrex engineer?
8　A　Tara Shanoville (Phonetic).
9　Q　Why were -- how did you select certain
10 products for entry into this matrix?
11　A　Most of them would have been what they had
12 been regarding.
13　Q　What Arthrex had been ordering?
14　A　Yes.
15　Q　What about what Arthrex didn't order?
16　A　Similarly they were listed.
17　Q　Why were they listed?
18　A　Because it may happen at some time or not.
19　Q　Let's go through the chart, then. The
20 first product, PS 30, has that been manufactured for
21 commercial use?
22　A　Yes.
23　Q　How about the second product, PS C33? Has
24 that been manufactured for commercial use?
25　A　Yes.

245

1　Q　How about Exhibit 317? Other than the
2 green number 5 FiberWire, have all those other
3 products been manufactured for commercial use?
4　A　Whether they have been used for commercial
5 use, I don't really know, but these have been given
6 those references in case -- the product has been
7 made, and that is how they would order it.
8　Q　They would order it -- Arthrex orders it
9 by the Pearsalls number?
10　A　PS.
11　Q　For example, Arthrex would order number 5
12 FiberWire but specifying DTPS 07?
13　A　That's correct.
14　Q　Next I will show you Exhibit 318. It is
15 a two-page document produced to us this morning
16 labeled, "Arthrex Products, Matrix of Label Product
17 and Development Codes". Do you recognize Exhibit
18 318?
19 (DePuy Mitek Exhibit 318 marked for identification)
20　A　Yes.
21　Q　What is Exhibit 318?
22　A　What is it?
23　Q　Yes.
24　A　It is a matrix both for the development
25 and products for the use of FiberWire and TigerWire

247

1　Q　How about PS 12/2? Has that been
2 manufactured for commercial use?
3　　　MR. TAMBURO: Objection. Mike, is your
4 question, have they been sold commercially,
5 or -- because I think he testified that they
6 are prepared to be sold commercially, so when
7 you say, "Are they for commercial use", it is
8 a little confusing, because they are all really
9 for commercial use, but the question you may
10 want to ask is; have they been sold
11 commercially. I am not sure.
12　　　MR. BONELLA: What I am asking,
13 Mr. Hallett, is, typically Pearsalls sells
14 the -- the products just aren't samples, they
15 are providing to Arthrex. They sell the
16 product to -- they actually sell it to RK
17 Manufacturing or to Arthrex?
18　A　They would have gone -- originally they go
19 to Arthrex.
20　Q　They are sold to Arthrex?
21　A　Yes.
22　Q　Not RK?
23　A　They go to RK, but if I made a development
24 they normally go to Arthrex first for verification.
25　Q　Development, but when they are sold, the

6 (Pages 244 to 247)

**304**

1 Q No you don't know?

2 A I don't know.

3 Q If you turn back to PR 8008, the 185/16
4 product with the definition of braid that we have
5 been talking about being a braid of two different
6 materials braided together, with that definition,
7 does the 185/16 have a braid of two different
8 materials braided together?

9 A No.

10 Q 185/16 is two different materials because
11 it has one material in the core and one material in
12 the cover?

13 A Yes.

14 Q Mr. Hallett, I will show you DePuy Mitek
15 Exhibit 323. It is PR 7507 through 7512. Do you
16 see the Dyneema property sheet that is attached to
17 the document?

18 (DePuy Mitek Exhibit 323 marked for identification)

19 A Yes.

20 Q Have you ever seen that before? 7508
21 through 7512?

22 A Yes.

23 Q Yes?

24 A Yes.

25 Q Is that the market literature from Dyneema

**305**

1 with respect -- I am sorry. Is 7508 through 7512
2 marking literature from DSM on its Dyneema product?

3 A That's correct.

4 Q Does this describe the Dyneema that was
5 used in FiberWire?

6 A Yes.

7 Q In the back it refers to the datasheet for
8 SK65.

9 A Hmm hmm.

10 Q Was that SK65 ever used for FiberWire?

11 A Yes.

12 Q It was?

13 A Sorry. I think it was SK64.

14 Q That was used?

15 A Yes, because the finer sizes, I don't
16 think they did it in an SK65.

17 Q Mr. Hallett, I am going to show you DePuy
18 Mitek Exhibit 324. It is PR 6556. Is Exhibit 324
19 a letter that you received from Mr. Grafton on about
20 November 16th, 1998?

21 (DePuy Mitek Exhibit 324 marked for identification)

22 A Yes.

23 Q It says in the letter to you that,
24 "We...", referring to Arthrex, "... had tested the
25 samples of the Dyneema material". Were those

**306**

1 samples 100% -- you see later down in the letter it
2 says:

3        "Can you build a 25% Dyneema/75%
4 polyester blend in a size 2 that is very flexible
5 (like the existing suture or the ethicon sample) and
6 send it to me to test".

7        Do you see that?

8    A  Yes.

9    Q  In the top paragraph does the sample of
10 the Dyneema material, does that refer to a braid of
11 100% Dyneema?

12   A  I can't remember.

13   Q  Do you recall ever making a construction
14 that was 100% ultra high molecular weight
15 polyethylene for Arthrex?

16   A  I can't remember.

17   Q  In November '98 is that when FiberWire was
18 first being developed?

19   A  Yes.

20   Q  What did you understand Mr. Grafton to
21 mean when he said:

22        "Can you build a 25% Dyneema/75%
23 polyester blend in Size 2 that is very flexible".

24        What did you understand that to mean?

25   A  Yes, that he wanted a braid which was

**307**

1 more -- not so stiff.

2    Q  As the 100% ultra high molecular weight
3 polyethylene?

4    A  Yes.

5    Q  He wanted Pearsalls to try to put
6 polyester with --

7    A  With the mixture.

8    Q  With a braid. He wanted -- let me finish
9 the question before you answer.

10        Mr. Grafton wanted Pearsalls to braid
11 polyester with the ultra high molecular weight
12 polyethylene so that the polyester could provide
13 flexibility?

14   A  Yes.

15   Q  Next I will show you Exhibit 325. It is
16 Bates number PR 6493. Do you recognize Exhibit 325
17 as a letter from you to Mr. Grafton from November
18 1998?

19 (DePuy Mitek Exhibit 325 marked for identification)

20   A  Yes.

21   Q  And the letter said:

22        "Please find enclosed a matrix of
23 information of the samples that you took with you on
24 your visit to Pearsalls, I will endeavour to proceed
25 with the existing trial to match US2 Excel Braid

21 (Pages 304 to 307)

CONFIDENTIAL- NON-PATENT ATTORNEYS EYES ONLY

308

1 made by Ethicon, in Polyester construction. The next
2 Poly/Dyneema samples should be with you by the end
3 of the week".
4      Do you see that?
5    A   Yes.
6    Q   Then you list four samples and the yarn
7 type, and the first one is Dyneema and the next
8 three are poly/Dyneema?
9    A   Yes.
10   Q   Was the first sample 100% Dyneema?
11   A   Yes.
12   Q   The second through fourth samples were
13 a blend of, or a braid of polyester and Dyneema?
14   A   Correct.
15   Q   The 100% Dyneema had higher -- did they
16 all have the same size?  Do you know if these were
17 all the same size, number 2, or --
18   A   I can't remember.
19   Q   When Pearsalls was developing the
20 FiberWire, was it trying to -- was it comparing it
21 against the Ethicon XL product?
22   A   I believe it was -- I don't know
23 whether -- what it was comparing this to, but I was
24 asked to make a braid compared with US5, a US5
25 diameter.

310

1    A   Later part of last year.  He still works
2 at -- in Pearsalls.
3    Q   What do you mean by that?
4    A   He has been re-employed by a company
5 called, "Novasive".
6    Q   Is that a company that is related to
7 Pearsalls?
8    A   No.
9    Q   So, Mr. McLeod is not employed by
10 Pearsalls?
11   A   No.
12   Q   No he's not employed?
13   A   He's not employed by Pearsalls.
14   Q   But he was?
15   A   He was.
16   Q   Do you see in his letter he says the first
17 lot of PA 26 was produced as a development sample,
18 DTPA 26?
19   A   Hmm hmm.
20   Q   Then he goes on to say, in the second
21 paragraph, or the third paragraph, that:
22      "Future orders will be supplied
23 against the specification PA26B".
24      Do you see what?
25   A   Yes.

309

1    Q   Yes, but do you see the reference to
2 trying to match the US 2 XL braid made by Ethicon?
3 Do you see that?
4    A   Yes.
5    Q   My question is; just generally in the
6 development of FiberWire was Pearsalls comparing the
7 products it was developing for FiberWire to
8 Ethicon's XL products?
9    A   Yes.
10   Q   Was Pearsalls comparing the FiberWire
11 products that it was developing to any other
12 products during its development?
13   A   Not that I can remember.
14   Q   Next I will show you DePuy Mitek
15 Exhibit 326.  It is ARM2141 through 2147.  First of
16 all, I will see if you have any objections to the
17 Arthrex Bates numbered document?
18 (DePuy Mitek Exhibit 326 marked for identification)
19      MR. TAMBURO:  No objection.
20      MR. BONELLA:  Mr. Hallett, is Mr. McLeod
21 someone who works with you?
22   A   He did work for us.
23   Q   He has left Pearsalls?
24   A   Yes.
25   Q   When did he leave Pearsalls?

311

1    Q   In April 2001, is that when the -- it was
2 decided to use the PA 6B code for number 2
3 FiberWire?
4    A   It was decided, sorry?
5    Q   It was decided to use the PA 6B code for
6 number 2 FiberWire?
7    A   No.
8    Q   If you turn to page ARM2146, do you have
9 that page?  ARM2146?  Do you see it says:
10      "The specification of the polyester
11 is Type 712 and it is manufactured by KoSa GmbH &
12 Company KG".
13   A   Yes.
14   Q   Is the polyester that Pearsalls has used
15 for FiberWire always been manufactured by KoSa GmbH
16 & Company KG?
17   A   Yes.
18   Q   Mr. Hallett, I will show you DePuy Mitek
19 Exhibit 327, case number ARM2351, if you have no
20 objections, Sal?
21 (DePuy Mitek Exhibit 327 marked for identification)
22      MR. TAMBURO:  No objections.
23      MR. BONELLA:  It says:
24      "The first shipment of 61,000 metres of
25 new Blue FiberWire 2 is leaving today to RK".

22 (Pages 308 to 311)

CONFIDENTIAL- NON-PATENT ATTORNEYS EYES ONLY

**340**

1    MR. TAMBURO: Object to the form, and
2 seeking expert testimony.
3    A  I don't know.
4    MR. BONELLA: You don't know?
5    A  No.
6    Q  What type of variation would you see to
7 make you think it was a big increase or a big
8 decrease between the dye stage and the measure
9 stage?
10    MR. TAMBURO: Object to form.
11    A  It could be up to about a kilo.
12    MR. BONELLA: How much?
13    A  One kilo.
14    Q  One kilo?
15    A  Yes.
16    Q  It could be more than that?
17    A  Hmm hmm.
18    Q  Could it be up to two to three kilos?
19    A  I wouldn't think so, no.
20    Q  You wouldn't think so. I will show you
21 Exhibit 339. It is Bates numbers PR 3730 through
22 3734 and it is entitled, "Pearsalls Sutures Results
23 for Batch 26866". Mr. Hallett, do you recognize
24 Exhibit 339 as a Pearsalls sutures Batch Record for
25 batch 26866?

**341**

1 (DePuy Mitek Exhibit 339 marked for identification)
2    A  Yes.
3    MR. TAMBURO: You don't have another copy
4 of that?
5    MR. BONELLA: No. I couldn't truck over
6 three copies of all of these. If you look at
7 the Pearsalls sutures Works Order for Exhibit
8 399 it refers to the product code of 37G500500.
9    A  Yes.
10    Q  That is the product code for number 2 blue
11 FiberWire?
12    A  Yes.
13    Q  Exhibit 339 is a record for batch 26866
14 for number 2 blue FiberWire?
15    A  Yes.
16    Q  If you look at the dye stage testing, the
17 average knot strength, knot pull was 15.64?
18    A  Hmm hmm.
19    Q  Then if you look at the intermediate stage
20 testing, it was 163990?
21    A  Yes.
22    Q  Then if you look at the measure stage
23 testing, it was 15.03?
24    A  Yes.
25    Q  Do you know what account -- do you see

**342**

1 there between the dye stage and the intermediate
2 stage it went up by over 1 kilo?
3    A  Yes.
4    Q  And then at the measure stage it went down
5 over 1 kilo from the intermediate stage?
6    A  Yes.
7    Q  But the difference between the dye stage
8 and the measure stage was 0.11 kilos?
9    A  Yes.
10    Q  Do you know what might account for the
11 difference between the intermediate stage and the
12 measure stage?
13    MR. TAMBURO: Object to the form.
14    A  No.
15    MR. BONELLA: Do you know why the dye
16 stage and the measure stage were about the same
17 but the intermediate stage was about a kilo
18 greater, over a kilo greater?
19    MR. TAMBURO: Object to form.
20    A  No.
21    MR. BONELLA: Is that a concern, that
22 level of variation?
23    MR. TAMBURO: Object to form.
24    A  No.
25    MR. BONELLA: Why?

**343**

1    A  Because I think you will see it reaches
2 the requirements of that specific size.
3    Q  You don't know what would cause it to go
4 down between the intermediate stage testing and the
5 measure stage testing?
6    MR. TAMBURO: Objection. Asked and
7 answered.
8    A  It could be the operator.
9    MR. BONELLA: Just the operator?
10    A  Yes.
11    Q  It could be how they tie the knot?
12    A  Yes.
13    Q  I will show you Exhibit 340. It is PR
14 4308 through PR 4321. It is Pearsalls sutures
15 results for batch 25330. Do you recognize Exhibit
16 340 as the Batch Record for batch 5330?
17 (DePuy Mitek Exhibit 340 marked for identification)
18    A  Yes.
19    MR. TAMBURO: Have you got another copy of
20 that?
21    MR. BONELLA: No. If you go to the back
22 you will see the product code is 25330?
23    A  Correct.
24    Q  Exhibit 340 is the batch record for number
25 2 FiberWire blue, batch 25330?

30 (Pages 340 to 343)

**CONFIDENTIAL- NON-PATENT ATTORNEYS EYES ONLY**

344

1    A   Yes.
2    Q   If you look at this document you will see
3  that the dye average -- the average knot strength at
4  the dye stage was 16.26; right?
5    A   That's correct.
6    Q   And then at the intermediate stage, the
7  average knot pull strength was 16.53, right?
8    A   Correct.
9    Q   And then at the measure stage, the average
10 knot strength was 16.75?
11   A   That's correct.
12   Q   So, between the dye stage and the
13 intermediate stage, the difference in the knot pull,
14 average knot pull was less than 0.3 kilos?
15       MR. TAMBURO:  Object to form.
16   A   Correct.
17       MR. BONELLA:  And the difference between
18 the average knot strength between the
19 intermediate stage and the measure stage was
20 less than 0.3 kilos as well; right?
21   A   That's correct.
22   Q   Are these numbers, this 16.26, 16.53,
23 16.75, are they considered to be all about the same,
24 based on the tolerances?
25   A   That's right.

345

1    Q   Next I will show you Exhibit 341.  It is
2  PR 3778 through 3791 entitled, "Pearsalls Sutures
3  Results for Batch 5899", do you recognize Exhibit
4  341 as the Batch Record results for batch 5899?
5  (DePuy Mitek Exhibit 341 marked for identification.)
6    A   Yes.
7    Q   Would you turn to the Work Order on PR
8  3791?  Do you see the product code is 35G500?
9    A   Correct.
10   Q   Batch 25891 is for number 2 blue
11 FiberWire?
12   A   Yes.
13   Q   If you look at the testing you will see
14 that the average knot pull strength at the dye stage
15 was 15.61, correct?
16   A   That's correct.
17   Q   The average knot pull strength at
18 intermediate testing was 14.83?
19   A   That's correct.
20   Q   The average knot strength at the measure
21 stage was 16.87?
22   A   That's correct.
23   Q   Do you know what would account for the
24 decrease in average knot pull strength between the
25 dye stage and the intermediate stage?

346

1        MR. TAMBURO:  Object to form and seeking
2  expert testimony.  Do you have a copy for
3  counsel, Mr. Bonella?
4        MR. BONELLA:  I have one copy of the Batch
5  Records.  I didn't even bring one for me.
6    A   That is the operator testing.
7    Q   Operator testing?
8    A   Hmm hmm.
9    Q   Do you know what would account for the
10 increase in average knot pull strength between the
11 intermediate stage and the measure stage?
12       MR. TAMBURO:  Same objection.
13   A   Yes.
14   Q   What is that?
15   A   Because it has been coated.
16   Q   Coated?
17   A   Hmm hmm.
18   Q   If it increases when it is coated, we saw
19 other ones where it decreased when it was coated?
20   A   Very slightly.
21   Q   In Exhibit 339, the average knot pull
22 decreased between intermediate and measure from 16.9
23 to 15.53, right?  That was a decrease of 1.4, right?
24   A   Yes.
25   Q   Do you know why that would be?

347

1    A   No.  Operator.
2    Q   What accounts for the -- so, with Exhibit
3  341 you are saying the decrease between the dye and
4  the intermediate stage was due to coating?
5        MR. TAMBURO:  Objection. Asked and
6  answered.
7    A   The increase.
8        MR. BONELLA:  I am sorry, the increase,
9  but didn't it go from -- it was 15 -- in
10 Exhibit 341, the average knot pull in dye was
11 15.361, right?
12   A   Yes.
13   Q   That is before coating?
14   A   Hmm hmm.
15   Q   And the average knot pull at the
16 intermediate stage was 14.483, right, and that is
17 after coating?
18   A   Hmm hmm.
19   Q   What caused the knot pull to go down from
20 the dye stage to the intermediate stage?
21       MR. TAMBURO:  Objection, calls for expert
22 testimony, asked and answered.  Calls for
23 speculation.
24   A   I don't know.
25       MR. BONELLA:  You don't know?

31 (Pages 344 to 347)

CONFIDENTIAL- NON-PATENT ATTORNEYS EYES ONLY

**348**

1   A  No.
2   Q  How do you know at the measure stage it
3 was -- in Exhibit 341 it was 16.482; right?
4   A  So it is increased.
5   Q  Check numbers. But how do you know -- it
6 is increased. There is nothing done with the suture
7 between the intermediate stage and the measure stage
8 that would change the property of the suture; right?
9   A  Hmm hmm.
10   Q  Right?
11   A  Yes.
12   Q  Yes, I am correct?
13   A  Yes, you are correct.
14   Q  How do you know which one's right, the
15 decreased one at the intermediate stage or the
16 increased one at the end stage?
17     MR. TAMBURO: Calls for expert testimony
18 and object to the form.
19     MR. BONELLA: Or were they all about the
20 same?
21   A  They all vary.
22   Q  Well, if you look at the testing you
23 cannot really say -- are they all within the
24 tolerance of the testing so that you cannot really
25 say that one of these values is greater than the

**350**

1     MR. TAMBURO: I think he knows only what
2 I know. He wasn't there watching it when it
3 was done.
4     MR. BONELLA: All right. I will take your
5 representation that it is what it is.
6     I will show you DePuy Mitek Exhibit 343.
7 It is a three-page document test recorded
8 summary and sign-off sheet from Arthrex. Sal,
9 do you have any problems in me showing him
10 Exhibit 343? It was disclosed to J&J as
11 non-contentious.
12     MR. TAMBURO: No objection.
13     MR. BONELLA: Mr. Hallett, I am showing
14 you Exhibit 343. I believe it has Brian
15 Hallett's writing on the first page, I believe
16 it is a document from Arthrex. Have you ever
17 seen this document before?
18 (DePuy Mitek Exhibit 343 marked for identification)
19   A  Yes.
20   Q  You have?
21   A  Hmm hmm.
22   Q  When did you see it?
23   A  Sometime last year.
24   Q  And why did you see it?
25   A  I think it was describing or showing the

**349**

1 other?
2     MR. TAMBURO: Objection, calls for expert
3 testimony and speculation.
4   A  Yes.
5     MR. BONELLA: That's correct?
6   A  Yes.
7     MR. TAMBURO: Mike, this is the
8 once-passed coating sample of US2 FiberWire.
9 We don't have a Bates number but I will send
10 you a Bates number by e-mail. It is a little
11 capsule labeled, "Sample Pearsalls Limited blue
12 FiberWire single coating 15 metres US2 batch
13 number 28790".
14     MR. BONELLA: Okay. We will mark it as
15 DP342 and ask Mr. Hallett if you can identify
16 DePuy Mitek Exhibit 342, or take counsel's
17 representation that it is number 2 blue
18 FiberWire that has been run through the
19 coating, stretching and drying process only one
20 time. Is that correct?
21 (DePuy Mitek Exhibit 342 marked for identification)
22     MR. TAMBURO: That is my understanding
23 yes.
24     MR. BONELLA: Can he testify to that?
25 Does he know?

**351**

1 test procedure for doing a braid load on the loops.
2   Q  On what?
3   A  On the loop.
4   Q  If you look at the top it says the
5 description of the procedure on the first page is
6 number 2 FiberWire 2174 coated and uncoated USIPG
7 dyed, and the date is February 16, '04, and the type
8 of test it says, knot tiedown, and it says:
9     "The test objective: To determine
10 the peak force required to advance a single half
11 hitch using coated and uncoated Fiberwire suture".
12     Do you see that?
13   A  Hmm hmm.
14   Q  The test method is described as:
15     "The 50lb load cell was attached to
16 the MTS Sintech 1/S and calibrated. A custom
17 fixture as shown was used to simulate knot tying
18 that would occur clinically. The top end of the
19 suture was clamped in a custom fixture that was
20 attached to the load cell, and then a single half
21 hitch was tied around a guide block such that the
22 loop length was consistent between samples.
23 A weight of .375 kg was then attached to the free
24 end of the suture in order to tension the loop.
25 Care was taken to tension the legs of the suture

32 (Pages 348 to 351)

VERITEXT CORPORATE SERVICES (800) 567-8658

# BROOKSTEIN DECLARATION
# EXHIBIT 6



Arthrex.

---

November 16, 1998

Brian Hallert
Pearsalls Sutures
Tancred Street, Taunton
Somerset TA1 1RY, England

FAX  011441823336824

Dear Brian:

We have tested the samples of the Dyneema material I got from you when I was at
Pearsalls. They have very good tensile strength but as you mentioned they are larger in
diameter than the size 2 suture we presently use. We do need for our test record more info
on the 4 samples. If you could give me some basic specifications for our records I would
appreciate it.

Can you build a 25% Dyneema / 75% polyester blend in a size 2 that is very flexible (like
the existing suture or the ethicon sample) and send it to me to test?  If we can get this
blend correct, we will have a terrific advancement in suture for our soft tissue anchors.

Thank you

Don Grafton
V. P. Engineering
Arthrex Inc.

DEPUY MITEK
EXHIBIT 324
04cv12457

... ...... web /www/.... ..... or (941)643-5555 • Fax (941)643-6218 • Website: www.arthrex.com

PR 06556
Confidential - Outside Attorneys' Eyes Only

# BROOKSTEIN DECLARATION
# EXHIBIT 7

TO :Arthrex

ATTN: Don Grafton

FROM : Brian Hallett

DATE : 16/11/98

SUBJECT : POLYESTER - DYNEEMA -(Braids)

Dear Don,

Please find enclosed a matrix of information of the samples that you took with you
on your visit to Pearsalls , I will endeavour to proceed with the existing trial to match
the US2 Excel Braid maid by Ethicon, in Polyester construction.
The next Poly/Dyneema sample should be with you by the end of the week

| Yarn | Dt-no | Runnage Mt/ Kg | St/pull KG | Diameter MM | Extention % | PPI |
|---|---|---|---|---|---|---|
| Dyneema | DAOl | 3034 | 23.12 | 0.714 | 24.39 | 46 |
| Poly/Dyneema | PA13 | 2984 | 36.27 | 0.702 | 18.33 | 48 |
| Poly/Dyneema | PA14 | 3331 | 34.95 | 0.639 | 18.83 | 48 |
| Poly/Dyneema | PA14 Stretch | 3469 | 36.41 | 0.628 | 14.32 | 48 |

Kind regards

Brian Hallett
Product Development Manager



DEPUY MITEK
EXHIBIT 325
04cv12457

PR 06493
Confidential - Outside Attorneys' Eyes Only

# BROOKSTEIN DECLARATION
# EXHIBIT 8

1

```
              IN THE UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF MASSACHUSETTS


DePuy Mitek, Inc., a
Massachusetts Corporation,

       Plaintiff,

       vs.                            CIVIL ACTION
                                      NO. 04-12457 PBS
Arthrex, Inc., a Delaware
Corporation,

       Defendant.
_____/



DEPOSITION OF:        PETER DREYFUSS

DATE:                 September 16, 2005

TIME:                 8:59 a.m. to 1:54 p.m.

LOCATION:             The Ritz Carlton Golf Resort
                      2600 Tiburon Drive
                      Naples, FL  34112

TAKEN BY:             Plaintiff

REPORTER:             Deborah A. Krotz, RPR, CRR

VIDEOGRAPHER:         Les Smoak, CLVS
```

*Condensed Copy*

**94**

```
 1  do on sutures.
 2     Q.  But Arthrex doesn't specifically test for how
 3  much coating has been applied on FiberWire sutures from
 4  Pearsalls?
 5     A.  No, not that I'm aware of.
 6     Q.  Has Arthrex ever rejected a batch of bulk sutures
 7  based on the amount of coating that's been applied to any
 8  FiberWire sutures?
 9     A.  Not that I know of.
10     Q.  Okay.  And then -- Okay.  Now back to ARM 8784 in
11  Exhibit 102, we've stretched and coated the suture or the
12  braid, and what's the next step?
13     A.  It looks -- final inspection and measuring, which
14  would be QC.
15     Q.  And how is that final inspection QC performed?
16     A.  There's, as I understand, there's various steps.
17  Mechanical measuring, and there's a -- whatever -- by
18  feel, measuring for any imperfections.
19     Q.  Popping maybe?  Are you familiar with that term?
20     A.  Not exactly.
21     Q.  Okay.
22     A.  Just making sure the suture is homogenous,
23  consistent, and strong.
24     Q.  Now you said mechanical measuring.  What kind of
25  mechanical measuring is used in the inspection process for
```

**95**

```
 1  Arthrex's FiberWire sutures?
 2     A.  There's a -- they actually measure the diameter
 3  per a certain procedure or a certain approved protocol
 4  that you measure the diameter at several places, several
 5  locations along a certain piece of suture to get an
 6  average diameter.
 7     Q.  Does Arthrex provide specifications to Pearsalls
 8  for the inspection process of its FiberWire sutures?
 9     A.  Yes.
10     Q.  And what specifications are those?
11     A.  Drawing -- on the drawing specifications, I would
12  assume.
13     Q.  Okay.
14     A.  And possibly in an inspection procedure in that we
15  have written up in a document form.
16     Q.  Okay.  And once the braid or the bulk suture has
17  been inspected and measured, what happens next?
18     A.  If approved, I would assume it would be either --
19  well, if it's part of an order, I would assume it's then
20  be shipped to the customer, which would be ...
21     Q.  And then that customer -- Strike that.
22         The braiding process that we've talked about with
23  respect -- Strike that.
24         The manufacturing process that we've talked about
25  with respect to ARM 8784 in Exhibit 102, that testimony as
```

**96**

```
 1  it related to the 16-carrier bobbin applies to Arthrex's
 2  FiberWire No. 2 as sold in AR-7201; right?
 3     A.  Correct.
 4         MR. FALKE:  Why don't we break for lunch.
 5         MR. TAMBURO:  Sounds good.
 6         VIDEOGRAPHER:  Going off the record.  We're off
 7      (A lunch break was held from 11:47 a.m. to 12:47
 8  p.m.)
 9         VIDEOGRAPHER:  Back on the record.
10  BY MR. FALKE:
11     Q.  Okay, Mr. Dreyfuss, do you want to look at
12  Exhibit 120 for a minute.  The coating that's shown in
13  Exhibit 120 and the bath of the coating, is that bath
14  comprised of 100 percent MED-2174?
15         MR. TAMBURO:  Object to the form.
16     A.  I believe it is, yes.
17     Q.  Okay.  So there's no solvent or any other
18  material used possibly to dissolve the coating?
19     A.  I'm not aware of it, no.
20     Q.  Okay.  But you understand the coating -- the bath
21  of MED-2174 as used in the coating process for Arthrex's
22  FiberWire sutures to be 100 percent MED-2174?
23     A.  I believe so.
24     Q.  Also, if we could go back -- That's okay.  I'd
25  like you to take that sheet of paper there in front of
```

**97**

```
 1  you, and if you could, could you draw a cross-section of
 2  Arthrex's No. 2 FiberWire?
 3     A.  I can -- I can try, yes.
 4     Q.  And list, please -- you know -- the various
 5  materials and what not.  And I'm going to mark your
 6  drawing of a cross-section of Arthrex's No. 2 FiberWire
 7  with Exhibit No. 121.
 8         (DePuy Mitek Exhibit No. 121, drawing of Peter
 9  Dreyfuss of the Approximate Cross-Section of Arthrex
10  2-0 FiberWire, was marked for identification.)
11     A.  I luckily got eight.  Oh.  I approximated the
12  numbers.
13     Q.  Okay.  Did you say you drew eight?
14     A.  I drew an eight -- a version of an eight-carrier
15  braid.
16     Q.  Okay.  And that would be a cross-section then of
17  Arthrex's 2-0 FiberWire suture?
18     A.  Yes.
19     Q.  Okay.  So we're going to remark Exhibit 121 as a
20  drawing of Arthrex's 2-0 FiberWire suture; is that
21  correct?
22     A.  Yes.
23     Q.  Okay.  And if you could just label that and
24  initial and date it, please.
25     A.  (Witness complying).
```

25 (Pages 94 to 97)

**98**

1 Q. And I don't know if you did, but could you please
2 label the core and the cover?
3 A. Yes, I did.
4 Q. Okay.
5 A. I was doing a core with three parts to represent
6 the No. 2 suture. But since it's an 0, I'm not exactly
7 sure how many yarns are made up of the core, but they're
8 all UHMWP --
9 Q. Okay.
10 A. -- if that's acceptable.
11 Q. Okay. Yeah. Let me just take a look at it,
12 please.
13    Okay. So but other than the core, which you're
14 not quite sure of how many yarns make up the core on the
15 2-0, this outside accurately represents the cover or the
16 sheath of the Arthrex 2-0 FiberWire?
17 A. Yes.
18 Q. Okay. And as you have shown, going around the
19 cover or the sheath, the materials alternate PET, ultra
20 high molecular weight polyethylene, PET, ultra high
21 molecular weight polyethylene, et cetera?
22 A. Yes.
23 Q. Okay. Now within the sheath or the cover --
24 Well, first could you just label the sheath and the cover
25 for me?

**99**

1 A. (Witness complying).
2 Q. Are the individual yarns in the cover or sheath
3 of the Arthrex 2-0 FiberWire as shown in 121 in contact
4 with each other, meaning is the ultra high molecular
5 weight polyethylene yarn connected to the neighboring PET
6 yarn?
7    MR. TAMBURO: Object to the form.
8 A. They're all interdigitated. I'm sure there's
9 contact between them.
10 Q. Intertwined?
11 A. Yes.
12 Q. Okay. So there is contact then between the
13 neighboring or adjacent PET and ultra high molecular
14 weight --
15 A. Yes.
16 Q. -- polyethylene yarns and the sheath or cover?
17 A. Yes.
18 Q. Okay. Next, if you could, could you please draw
19 a cross-section of Arthrex's No. 2 FiberWire?
20    And -- I'm sorry. But before we go on, does
21 Exhibit 121 reflect the construction or the structure of
22 the 2-0 FiberWire as it's always been?
23 A. To the best of my knowledge, yes.
24 Q. Okay. So the construction with the structure as
25 shown in 121 of a 2-0 FiberWire suture hasn't changed over

**100**

1 time? Ever since Arthrex is manufacturing a 2-0
2 FiberWire, it's been using this configuration as shown in
3 121?
4 A. Yes.
5 Q. Okay.
6 A. (Witness complying).
7 Q. And I'm going to mark your drawing of Arthrex's
8 No. 2 FiberWire suture as DePuy Mitek Exhibit 122.
9    (DePuy Mitek Exhibit No. 122, drawing of Peter
10 Dreyfuss of the Approximate Cross-Section of No. 2
11 FiberWire, was marked for identification.)
12 Q. Can I take a look at it, please?
13 A. Yes.
14 Q. Okay. And so this shows a core made up of three
15 ultra high molecular weight polyethylene yarns twisted
16 together and then a cover or sheath composed of
17 alternating yarns of ultra high molecular weight
18 polyethylene and PET; is that right?
19 A. Correct.
20 Q. And the PET and ultra high molecular weight
21 polyethylene that make up the sheath or cover of Arthrex
22 FiberWire No. 2 are in direct contact with each other; is
23 that right?
24 A. Yes.
25 Q. Okay. And they're intertwined around each other;

**101**

1 right?
2 A. They're braided.
3 Q. Okay. Is that intertwining or --
4 A. Yes, they're ...
5 Q. Okay. And does Exhibit 122 accurately reflect
6 the construction of Arthrex's FiberWire No. 2 currently
7 and since its release or since it was first sold by
8 Arthrex?
9    MR. TAMBURO: Object to the form.
10 A. I believe so.
11 Q. Okay. Could you mark or title Exhibit 122?
12 A. (Witness complying).
13 Q. And next I was going to ask you to draw a
14 cross-section of the No. 5 Arthrex FiberWire suture, which
15 I believe is the same as Exhibit 122 that you have just
16 drawn with the exception of possibly the number of yarns
17 that comprise the core; is that right?
18 A. I believe that would be correct.
19 Q. Okay. And -- but the outside of the cover or
20 sheath of the Arthrex FiberWire No. 2 is the same as the
21 cover or sheath of the Arthrex FiberWire No. 2; right?
22 A. In the manner of braiding, yes.
23 Q. Right.
24    MR. TAMBURO: Object to the form.
25 Q. In the manner as you have shown in Exhibit

26 (Pages 98 to 101)

102

1 No. 122?
2 A. Yes.
3 Q. I misspoke there, but the outside or the cover of
4 the Arthrex FiberWire No. 5 is the same as the cover or
5 sheath of the Arthrex FiberWire No. 2; is that correct?
6 A. That's correct.
7 Q. Okay. The same in terms of configuration and
8 contact and intertwining; right?
9 A. Yes.
10 Q. Okay. Next, if I can ask you to draw the
11 cross-section of Arthrex's No. 0 FiberWire.
12 A. Let's see.
13 Q. And I believe you testified earlier, and correct
14 me if I'm wrong --
15 A. Twelve.
16 Q. -- that there's twelve carriers?
17 A. Correct.
18 Q. Okay. And I also believe you testified earlier
19 that you weren't sure about how many yarns make up the
20 core in Arthrex's Size 0 FiberWire; is that right?
21 A. That's correct.
22 Q. Okay.
23 A. I'm sorry; would you give me the number again?
24 MR. TAMBURO: Here.
25 A. All right.

103

1 Q. Now I'm going to mark your drawing of a
2 cross-section of Arthrex's No. 0 FiberWire with DePuy
3 Mitek Exhibit 123.
4 (DePuy Mitek Exhibit No. 123, drawing of Peter
5 Dreyfuss of the Approximate Cross-Section of Size 0
6 FiberWire, was marked for identification.)
7 Q. And I believe what you've drawn in Exhibit 123 is
8 that the cover or sheath of the Arthrex No. 0 FiberWire
9 has alternating yarns of PET and ultra high molecular
10 weight polyethylene; is that right?
11 A. Correct.
12 Q. And that -- and that those neighboring yarns in
13 the sheath or cover are in contact with each other?
14 A. Correct.
15 Q. And in the same configuration and intertwining
16 manner as Exhibits 122 and 121?
17 A. Correct.
18 Q. Okay. Could you draw for me a cross-section of
19 Arthrex's FiberWire 3-0 suture? I believe you testified
20 earlier that it's eight carriers.
21 A. Thank you.
22 Q. And I'm going to label your cross-section drawing
23 of Arthrex's FiberWire No. 3 suture with DePuy Mitek
24 Exhibit 124.
25 (DePuy Mitek Exhibit No. 124, drawing of Peter

104

1 Dreyfuss of the Approximate Cross-Section of Size 3-0
2 FiberWire, was marked for identification.)
3 Q. And just so the record's clear, all these hand
4 drawings that you have done so far, when it says UHMW,
5 that means ultra high molecular weight polyethylene?
6 A. Correct.
7 Q. Okay. And what you've shown is that Arthrex's
8 No. 3-0 FiberWire has alternating yarns of PET and ultra
9 high molecular weight polyethylene?
10 A. Correct.
11 Q. And that those neighboring yarns and the sheath
12 or cover contact each other?
13 A. Correct.
14 Q. And they're in the same -- you know --
15 intertwining manner as Exhibits 123, 122, and 121?
16 A. Correct.
17 Q. And now if you could just draw for me a
18 cross-sectional drawing of Arthrex's 4-0 FiberWire suture,
19 please. And I'm going to mark your drawing of Arthrex's
20 4-0 FiberWire suture with DePuy Mitek Exhibit 125.
21 A. (Witness complying).
22 (DePuy Mitek Exhibit No. 125, drawing of Peter
23 Dreyfuss of the Approximate Cross-Section of Size 4-0
24 FiberWire, was marked for identification.)
25 Q. And I believe what you've shown in Exhibit 125 is

105

1 that, one, there's no core in the 4-0 FiberWire; right?
2 A. Correct.
3 Q. And that the sheath or cover is made up of
4 intertwining yarns of ultra high molecular weight
5 polyethylene and PET?
6 A. Correct.
7 Q. And that the neighboring yarns within the cover
8 or sheath are in contact with each other?
9 A. Correct.
10 Q. Okay. Do Exhibits 123, 124, and 125 show not
11 only the present-day but the configuration of the
12 FiberWire sutures as sold in the past?
13 A. Yes, to the best of my knowledge and --
14 Q. In other words, there hasn't been any different
15 configurations of Arthrex's 0, 3-0, and 4-0 FiberWire
16 sutures?
17 A. I'm not for certain on the 4-0.
18 Q. Okay. But for the 2-0 and the -- or for the 0
19 and the 3-0 you are?
20 A. Yes.
21 Q. Okay. And I don't think I asked you this, but in
22 Exhibit 125, the alternating sheaths -- alternating yarns
23 and the sheath or cover are in intertwining contact like
24 Exhibits 124, 123, 122, and 121?
25 A. Yes.

27 (Pages 102 to 105)

106

1 Q. Okay. Now what I'd like you to draw is a
2 cross-section of Arthrex's TigerWire suture.
3 A. Okay. Which size? Actually, there's --
4 Q. That's a good question. How many sizes of
5 TigerWire are there?
6 A. No, technically, there's only one.
7 Q. Okay. Is that a No. 2 size?
8 A. Correct.
9 Q. Okay. So just to rephrase, can you please draw a
10 No. 2 TigerWire as sold by Arthrex?
11 A. (Witness complying).
12 Q. And I'm going to mark your drawing of No. 2
13 TigerWire as sold by Arthrex with DePuy Mitek Exhibit 126.
14     (DePuy Mitek Exhibit No. 126, drawing of Peter
15 Dreyfuss of the Approximate Cross-Section of Size 2
16 TigerWire, was marked for identification.)
17 Q. Do you know how many carriers are in the Arthrex
18 No. 2 TigerWire?
19 A. Sixteen.
20 Q. Sixteen. So the configuration of the sheath or
21 cover in Arthrex's No. 2 TigerWire is exactly the same as
22 the sheath or cover as Arthrex's No. 2 FiberWire with the
23 exception that one of the PET carriers has been replaced
24 with a black nylon carrier?
25 A. Correct.

107

1 Q. Okay. So the sheath has alternating yarns made
2 up of ultra high molecular weight and polyester or PET
3 with the exception of one carrier that is black nylon?
4 A. Correct.
5 Q. Okay. And the adjacent yarns in the sheath are
6 in contact with each other in the same intertwining manner
7 as Exhibits 125, 124, 123, 122, and 121?
8 A. Correct.
9 Q. Okay. All right. Thank you.
10     Okay. Now I'd like to talk about FiberTape.
11 Could you explain to me the process that Pearsalls goes
12 through to manufacture FiberTape from the stage of
13 individual yarns?
14     Actually -- Do you know what? I might have a
15 document here that would help you out.
16     I'm going to show you what's being marked as
17 DePuy Mitek Exhibit 127. It's a document with Bates
18 numbers ARM 8847 through 9091.
19     One is double-sided; one isn't. That one goes to
20 Sal. No. I'm sorry. That one goes to Sal.
21     Okay. We're talking about Exhibit No. 127.
22     (DePuy Mitek Exhibit No. 127, Technical File
23 Arthrex FiberWire Volume 2, was marked for
24 identification.)
25 Q. Have you seen Exhibit 127 before?

108

1 A. Not to my knowledge, no. Not ...
2 Q. If you could turn to Page ARM 9003. Now you can
3 -- I'm sorry; it's the page before also, ARM 9002.
4     I'm going to ask the question again. If you need
5 to reference this page, go right ahead. Can you explain
6 to me the process that Pearsalls goes through to
7 manufacture Arthrex's FiberTape?
8 A. In short, a tape component is -- They use the --
9 a braiding machine? But the carriers are configured in
10 such a way that the braids don't -- the ends of the
11 carriers don't actually cross, and, therefore, it's an
12 open braid which, when it's taken up on the takeup spool,
13 it flattens out, makes a tape. That tape is then
14 incorporated -- stitched into a piece of FiberWire suture
15 along its length with a length of -- the length of
16 FiberWires on the ends which have no tape. The middle
17 portion of the construct is FiberWire and FiberTape
18 interstitched, and the ends and the FiberTape ends within
19 the FiberWire, and then there's ends of FiberWire outside
20 of that.
21 Q. Okay. So does Arthrex's FiberTape include an
22 Arthrex No. 2 FiberWire suture?
23 A. Yes.
24 Q. And does it include the Arthrex FiberWire No. 2
25 suture as depicted in Exhibit 122?

109

1 A. Yes.
2 Q. Can you just draw for me, please, the
3 cross-section of an Arthrex FiberWire Tape as --
4 A. Can I -- May I simplify it? Representative of
5 FiberWire and tape without all ...
6 Q. Sure. You can start about that, and if I'm
7 confused or need more, then I'll let you know. But you
8 can start with that.
9     MR. TAMBURO: I'm going to object to this line of
10 questioning regarding FiberTape as outside the scope
11 of the notice, which seems to be limited to FiberWire
12 sutures.
13     MR. FALKE: Well ... I think we defined in our
14 first set of either documentary requests or
15 Interrogatories as FiberWire including FiberWire or
16 any product that includes FiberWire, but your
17 objection is -- you know -- it's your objection.
18     MR. TAMBURO: I thought I heard a different
19 definition today of FiberWire suture that would not
20 include FiberWire Tape.
21     MR. FALKE: Right. But I think the notice was
22 probably using the definitions of the other discovery,
23 not necessarily definitions of mine, but --
24     MR. TAMBURO: Fine. I just wanted to note my
25 objection.

**122**

1　Q.　What is FiberStick, sold under AR-7209?
2　A.　FiberStick is a length of FiberWire that has a --
3 a long length of it that is tipped or stiffened with the
4 Loc-Tite, and it makes it easier to perform certain
5 actions with.
6　Q.　Other than the difference in the length of
7 stiffening on the end of FiberStick, is there any other
8 difference in any way between FiberStick AR-7209 and the
9 blue FiberWire in AR-7201?
10　A.　Just the overall length is longer.
11　Q.　Okay.　So is the structure and configuration in
12 FiberStick AR-7209 the same as the No. 2 FiberWire in
13 Exhibit 122?
14　　　MR. TAMBURO:　Object to form.
15　A.　Yes.
16　Q.　Does the No. 2 FiberSnare in AR-7209SN have the
17 same structure and configuration as the No. 2 FiberWire in
18 Exhibit 122?
19　　　MR. TAMBURO:　Same objection.
20　A.　I believe so.　I'm not for sure on this one
21 product.
22　Q.　Okay.　What's your understanding of what
23 FiberSnare is as sold under AR-7209SN?
24　A.　No, I only understand -- I'm -- I'm familiar on
25 the surface with this product, and I've seen different

**123**

1 appearances of it, so I can't answer for sure.　It doesn't
2 appear -- I've seen it in appearance it looked a little
3 different, so I don't want to answer --
4　Q.　Okay.
5　A.　-- incorrectly.
6　Q.　Okay.　Does the No. 2 TigerStick of AR-7209T the
7 same -- have the same structure and configuration as the
8 No. 2 FiberWire in Exhibit 126?
9　　　MR. TAMBURO:　Object to form.
10　A.　Yes.
11　Q.　Do you understand what I'm saying when I say
12 structure and configuration?
13　A.　Yes, I interpret it as approximately the same
14 makeup.
15　Q.　As that shown?
16　A.　As that shown.
17　Q.　Okay.　Does the No. 5 FiberWire AR-7210 have the
18 same structure -- Strike that.
19　　　Does the No. 5 FiberWire in AR-7210 have the same
20 structure and configuration as the No. 5 FiberWire shown
21 in Exhibit 122?
22　　　MR. TAMBURO:　Objection to form.
23　A.　Yes.
24　Q.　And does the No. 5 FiberWire AR-7211 have the
25 same structure and configuration as the FiberWire shown in

**124**

1 122 -- Exhibit 122?
2　　　MR. TAMBURO:　Object to form.　And it
3 mischaracterizes the exhibit.
4　A.　Yes.
5　Q.　Does the No. 5 FiberWire sold with AR-7219 have
6 the same structure and configuration as the suture shown
7 in Exhibit 122?
8　　　MR. TAMBURO:　Same objection.
9　A.　Yes.
10　Q.　Okay.　Does the No. 5 TigerWire shown or sold
11 with AR-7219 have the same structure and configuration as
12 the No. 2 TigerWire in Exhibit 126?
13　　　MR. TAMBURO:　Object to form.
14　A.　Yes.
15　Q.　And the No. 2 FiberWire sold under AR-7219, does
16 that have the same structure and configuration as the No.
17 2 FiberWire shown in Exhibit 122?
18　　　MR. TAMBURO:　Same objection.
19　A.　Sorry.　Did you say FiberWire?
20　Q.　Yeah.　Do you want me to repeat it?
21　A.　Please.
22　Q.　Okay.　And the No. 2 FiberWire sold under
23 AR-7219, does that have the same structure and
24 configuration as the No. 2 FiberWire shown in Exhibit 122?
25　　　MR. TAMBURO:　Same objection.

**125**

1　A.　Yes.
2　Q.　And the No. 2 FiberWire sold under AR-7220 and
3 AR-7221, do they have the same structure and configuration
4 as the 2-0 suture shown in Exhibit 121?
5　　　MR. TAMBURO:　Object to form.
6　A.　Yes.
7　Q.　And the No. 2 -- excuse me.　Does the 2-0
8 FiberStick have the same structure -- Strike that.
9　　　Does the 2-0 FiberStick in AR-7222 have the same
10 structure and configuration as the 2-0 FiberWire shown in
11 Exhibit 121?
12　　　MR. TAMBURO:　Same objection.
13　A.　Yes.
14　Q.　Does the 3-0 FiberWire in AR-7225 and AR-7227-01
15 and -02 have the same structure and configuration as the
16 3-0 FiberWire shown in Exhibit 124?
17　　　MR. TAMBURO:　Same objection.
18　A.　Yes.
19　Q.　Does the 4-0 FiberWire sold under AR-7228,
20 7230-01, and 7230-02 have the same structure and
21 configuration as the 4-0 FiberWire suture in Exhibit 125?
22　　　MR. TAMBURO:　Same objection.
23　A.　Yes.
24　Q.　Does the 4-0 FiberLoop in AR-7229-12 and
25 AR-7229-20 have the same structure and configuration as

32 (Pages 122 to 125)

```
 1              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF MASSACHUSETTS
 2

 3    DePuy Mitek, Inc., a
      Massachusetts Corporation,
 4
          Plaintiff,
 5
          vs.                        CIVIL ACTION
 6                                   NO. 04-12457 PBS
      Arthrex, Inc., a Delaware
 7    Corporation,

 8        Defendant.
      _____/
 9

10
      CONTINUATION
11    DEPOSITION OF:     PETER DREYFUSS

12    DATE:             December 7, 2005

13    TIME:             8:03 a.m. to 1:21 p.m.

14    LOCATION:         The Staybridge Suites
                        4805 Tamiami Trail North
15                      Naples, FL

16    TAKEN BY:         Plaintiff

17    REPORTER:         Deborah A. Krotz, RPR, CRR

18    VIDEOGRAPHER:     Michael Sturdevant, CLVS

19

20

21

22

23

24

25
```

**74**

1  Q.  And if you see in the second paragraph, second
2  sentence, it says, "The Black/White Suture commonly known
3  as TigerWire has a blend of nylon and the ultra high
4  molecular weight polyethylene." Do you see that?
5  A.  Yes.
6  Q.  And if you skip a sentence, it says, "In place of
7  the nylon, a silk suture will be used." Do you see that?
8  A.  Yes, I do.
9  Q.  Is the only difference between Arthrex's
10 TigerWire and Arthrex's FiberWire with silk is the silk
11 suture is used in place of the nylon marker strand in
12 Arthrex's TigerWire product; is that right?
13    MR. SABER:  Object; vague and confusing question.
14 Q.  Do you understand the question?
15 A.  I understand, I believe, from what I read here
16 that that is true.
17 Q.  And the last time we were here, you described the
18 design and construction of the TigerWire product.  Do you
19 remember that?
20 A.  Yes, I understand that.
21 Q.  What is the purpose of the nylon marking strand
22 in Arthrex's TigerWire product?
23 A.  Identification.  Visual identification.
24 Q.  Is there any other purpose to the nylon marking
25 strand in Arthrex's TigerWire product?

**75**

1  A.  That's the primary purpose.  I'm not sure if
2  there's secondary purposes, per se.
3  Q.  Does the introduction of a nylon marking strand
4  in the TigerWire product affect any of the physical
5  characteristics of the TigerWire product?
6  A.  Affect in --
7  Q.  Other than the visual distinction that you can
8  see with the introduction of a nylon marking strand, does
9  the nylon marking strand in TigerWire affect any other
10 characteristic of the braided suture?
11 A.  Yes.
12 Q.  What is -- what?
13 A.  Minute differences in its feel and strength,
14 characteristics.
15 Q.  But you would describe them as minute
16 differences?
17 A.  Not enough to cause it not to become a product.
18 Q.  Can you explain that?
19 A.  It's --
20 Q.  In other words, the introduction of the nylon
21 marking strand doesn't affect any of the marketing
22 qualities or engineering qualities that make FiberWire
23 FiberWire; does that make sense?
24    MR. SABER:  Objection; vague.
25 A.  It -- They are comparable.

**76**

1  Q.  But they show -- But a No. 2 TigerWire, for
2  instance, and a No. 2 FiberWire show very similar knot
3  strength, tensile strength, handleability, and what not,
4  all of the characteristics that define FiberWire?
5  A.  I believe so.
6  Q.  Okay.  And is that true also with the
7  introduction of silk rather than a nylon marker?
8  A.  I don't know.
9  Q.  Do you know whether the silk used in the
10 FiberWire with silk suture affects any of the
11 characteristics of the suture?
12 A.  No, I don't.
13 Q.  Based on your understanding of Arthrex's
14 FiberWire with silk product, do you think you would be
15 able to draw a cross-section of the suture?
16 A.  I -- No.
17 Q.  No?  But as far as you know, the only difference
18 between the TigerWire and a FiberWire with silk is instead
19 of the nylon, it's a piece of silk?
20 A.  That would be a good generalization.
21 Q.  Okay.  And Don Grafton would know this
22 information?
23 A.  I believe so, yes.
24    (DePuy Mitek Exhibit No. 142, Design History File
25 for FiberWire 3-0 and 4-0, ARM 6580 through 6950, was

**77**

1  marked for identification.)
2  Q.  I'm going to hand you a document labeled DePuy
3  Mitek Exhibit 142.  It's a document with Bates numbers ARM
4  6580 through 6950.
5     Have you seen Exhibit 142 before?
6  A.  I believe so.
7  Q.  And what is DePuy Mitek Exhibit 142?
8  A.  The Design History File for FiberWire new sizes
9  -- new sizes of FiberWire.
10 Q.  And what new sizes for FiberWire?
11 A.  3-0 and 4-0.
12 Q.  Do you have any reason to believe the information
13 in Exhibit 142 is inaccurate?
14    MR. SABER:  Objection; overbroad.
15 A.  No, I don't.
16    MR. FALKE:  I'm just trying to authenticate the
17 document.
18    MR. SABER:  No, I have no problem with you
19 authenticating the document, but I -- you know -- this
20 is, again, a document of hundreds of pages.  And to
21 ask him to -- a generalized question like that I think
22 is kind of unfair.
23 BY MR. FALKE:
24 Q.  Do the instructions for use that are included
25 with all of Arthrex's FiberWire product indicate that the

20 (Pages 74 to 77)

# BROOKSTEIN DECLARATION
# EXHIBIT 9

HTH-792

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Applicants:  Alastair W. Hunter, et al.

Serial No.:  838,511                    Art Unit:  1504

Filed     :  February 19, 1992          Examiner:  C. Raimund

For       :  STERILIZED HETEROGENEOUS BRAIDS

I hereby certify that this correspondence is being deposited with the
United States Postal Service as first class mail in an envelope addressed
to: Commissioner of Patents and Trademarks, Washington, D.C. 20231 on

_____
December 2, 1992
(Date of Deposit)

_____
Matthew S. Goodwin
Name of applicant, assignee, or Registered Representative

_____
(Signature)

_____
December 2, 1992
(Date of Signature)

Hon. Commissioner of Patents
    and Trademarks
Washington, D.C. 20231

## AMENDMENT

Dear Sir:

Please reconsider the above-identified application in view of the following remarks.   These remarks are subdivided into a discussion of the claimed invention, and an analysis of the rejection, to facilitate an understanding of the significant differences between the cited art and the claimed invention.

## Discussion of the Invention

A proper understanding of the invention is critical for appreciating the dissimilarities between the invention and the teachings of the cited references.

In a broad sense, the invention is a braided suture which contains dissimilar filaments of first and second fiber-forming materials.   However, the proper characterization of the claimed suture goes far beyond this simple description.

*DePuy Mitek, Inc. v. Arthrex, Inc.*
*C.A. No.04-12457 PBS*
**DMI000618**

The braided suture is made up of <u>multifilament yarns</u>. A multi-filament yarn is a <u>bundle</u> of individual filaments which are integrated to form a single unit, that is, an individual multi-filament yarn. The braided suture has a first and second set of these multifilament yarns in a braided construction. Each of the filaments of the first set of yarns is composed of a first fiber-forming material. Similarly, each of the filaments of the second set of yarns is composed of a second fiber-forming material.

The importance of the construction of the first and second set of yarns cannot be diminished. The braided construction is not accurately characterized by simply referring to a suture with filaments of dissimilar fiber-forming materials in a braided construction. Rather, filaments of a first fiber-forming material must be <u>bundled</u> to prepare a first set of multifilament yarns, and filaments of the second fiber-forming material must also be bundled to prepared the second set of multifilament yarns.

Once an understanding of the composition and construction of each set of first and second yarns is achieved, the importance of a further characterization of the braid construction can now be understood and appreciated. One yarn from the first set of yarns is in direct <u>intertwining</u> contact with a yarn from the second set of yarns. This limitation does not simply mean that the dissimilar filaments are fabricated into a braided construction, that is, dissimilar filaments are in "intertwining contact". Rather it is a <u>multifilament</u> yarn which is in direct intertwining contact with another multifilament yarn. Again, it is important to emphasize here that the multifilament yarns are integrated bundles of individual filaments, and it is this integrated bundle of filaments of a first fiber-forming material which is in direct intertwining

*DePuy Mitek, Inc. v. Arthrex, Inc.*
*C.A. No.04-12457 PBS*
**DMI000619**

contact with another integrated bundle of individual filaments of a second fiber-forming material.

One way to accurately characterize the braided suture of this invention is to refer to it as a <u>structured</u> mechanical blend of dissimilar fiber-forming materials. The fiber-forming materials are first arranged into integrated bundles to form multifilament yarns and then these multifilaments yarns are further arranged so that at least one yarn from the first set of yarns directly intertwines with a multifilament yarn from the second set of yarns. This can be contrasted with a <u>random</u>, braided construction where filaments of dissimilar fiber-forming materials are randomly braided with one another to form a braided suture.

The heterogeneous braids of this invention exhibit truly outstanding and surprising properties. The integrity of the braid and therefore its properties is due entirely to the mechanical interlocking or weaving of the individual multifilament yarns (see the specification at page 4, lines 30-33). In the preferred embodiment, <u>each</u> yarn from the first set of multifilament yarns is in direct intertwining contact with a yarn of the second set to achieve the maximum degree of mechanical blending of the dissimilar multifilament yarns (see the specification at page 6, lines 28-31, and claim 15). In this way, yarn compatibility can be further enhanced and the overall physical and biological properties of the heterogeneous braid can be further improved as well.

What is truly surprising with respect to the claimed heterogeneous braid construction is that certain bulk properties of the claimed braid are better than what one skilled in the art would expect. A skilled artisan would expect the properties of the braid to simply follow the "Rule of Mixtures", where the bulk property

- 3 -

*DePuy Mitek, Inc. v. Arthrex, Inc.*
*C.A. No. 04-12457 PBS*
**DMI000620**

measured would be estimated to be a weighted average of its component properties. Upon studying the Examples in the specification, it will be noted that the bending rigidity of the heterogeneous braids in Examples 1 and 2 do not follow the Rule of Mixtures, but surprisingly show an enhanced bending rigidity relative to the weighted average of their filament components. This behavior is not achieved when dissimilar individual filaments are randomly braided to form the braided suture.

In setting forth the claimed invention, the heterogeneous braid does not encompass braided sutures with randomly braided individual filaments, as described in detail above. Further, the claimed heterogeneous braid could not be construed to cover known braids which have a core of longitudinally extending yarns composed of filaments of a first fiber-forming material, and a sheath of braided yarns composed of a second set of filaments of a dissimilar fiber-forming material. This braid construction does not fall within the scope of the claimed braid because these sheath yarns are not in direct intertwining contact with any of the core yarns. In other words, none of the sheath yarns are braided about a core yarn, but simply shroud the core yarns to form the sheath construction.

Analysis of the Rejection

1.  Claims 21 and 23 were rejected under 35 USC §102(b) as being clearly anticipated by Doddi et al. ("Doddi"). Doddi does not anticipate the claimed suture, and therefore this rejection should be withdrawn.

The Examiner has correctly pointed out that Doddi does indeed disclose a surgical suture comprising filaments of two different polymers in a braided configuration (column 9, lines 47-56).

- 4 -

*DePuy Mitek, Inc. v. Arthrex, Inc.*
*C.A. No.04-12457 PBS*
**DMI000621**

However, as discussed in detail above, more is required to meet the limitations of the claimed suture than just a disclosure concerning filaments of two different polymers in a braided configuration. Doddi teaches nothing more than braiding individual filaments, and fails to provide any guidance as to how that braiding should be carried out. Therefore, one skilled in the art would be lead to believe that what Doddi had in mind was to simply braid individual filaments in a randomized fashion to fabricate a multifilament suture. It is important enough, however, to reemphasize again that the claimed braid requires the bundling of individual filaments into an integrated unit to form a multifilament yarn. It is this multifilament yarn which directly intertwines with another multifilament yarn to form Applicants' braid construction.

Since Doddi only teaches randomly braiding filaments of dissimilar fiber-forming materials, it does not anticipate the claimed braided suture. Doddi simply fails to enable one skilled in the art to construct a braided suture in the manner set forth by Applicants, and it is axiomatic that a reference which lacks enablement is deficient as a reference to anticipate a claimed invention. Accordingly, it is respectfully requested that the rejection of claims 21 and 23 under 35 USC §102(b) as being clearly anticipated by Doddi be withdrawn.

2. Claims 22 and 24 were rejected under 35 USC §103 as being unpatentable over Kaplan et al. ("Kaplan") taken with Doddi. The Examiner asserts it would have been obvious to substitute PET and PTFE fibers of Doddi for the filaments of Kaplan to arrive at Applicants' claimed suture. Applicants respectfully traverse this rejection for the reasons given below.

- 5 -

*DePuy Mitek, Inc. v. Arthrex, Inc.*
*C.A. No.04-12457 PBS*
**DMI000622**

The Examiner correctly points out that Kaplan discloses a ligament prosthesis made from a core component and a braided sheath component as illustrated in Figures 3 and 4, and discussed at column 8, line 65, through column 9, line 34. However, Kaplan suffers from the same deficiencies as does Doddi, and therefore fails to teach or suggest the claimed braided suture.

Firstly, the Examiner has made specific reference to the Kaplan specification regarding the makeup of the core components and the sheath yarn component. The only component which has a braided construction is the sheath yarn component. It is clear from Figure 3 of Kaplan that none of the sheath yarn components are in direct intertwining contact with the core component. In other words, the sheath yarn component is a true "sheath" which shrouds the core but is not in any way integrally braided with the core. Therefore, since the core is not in a braided construction, its composition is irrelevant with respect to the claimed braided suture.

When the focus is shifted to the more relevant aspect of the Kaplan disclosure, specifically the sheath yarn component, the Examiner has correctly pointed out that the sheath yarn component may be "fabricated from individual filaments having more than two different chemical compositions, one or more of which optionally being non-absorbable". (Column 9, lines 25-28). However, Kaplan neither teaches nor suggests how his sheath yarn component is to be fabricated from these dissimilar individual filaments, nor is there any guidance to one skilled in the art as to how such dissimilar individual filaments are to be braided. Accordingly, just as was the case with the deficient Doddi reference, one skilled in the art could only be lead to randomly braid the dissimilar individual filaments into a braid construction.

- 6 -

The teaching of Kaplan once again lacks the _essence_ of the claimed invention, which is: bundled filaments of a first fiber-forming material form a first set of a multifilament yarns, and at least one of these multifilament yarns is intertwined with a multifilament yarn composed of bundled filaments of a second fiber-forming material.  To put it bluntly, Kaplan teaches _randomized_ braiding, and the claimed suture sets forth a structured braid. This difference is not trivial, as pointed out with reference to the discussion of Applicant's specification, and particularly Examples 1 and 2.

It should also be pointed out here that even if Doddi and Kaplan were combined, their combined teachings would still fail to meet the limitations of the claimed braided suture.  This is so because neither reference, taken singularly or in combination, discloses a _structured_ braid set forth in the claims, but merely sets forth randomized braiding of individual filaments.

For all of the reasons given above, especially taken in light of the detailed discussion of the claimed braided suture and its surprising advantages, the rejection of claims 22 and 24 under 35 USC §103 as being unpatentable over Kaplan taken with Doddi is improper.  Accordingly, it is respectfully requested that this rejection be withdrawn.

3.· Applicants acknowledge with gratitude the withdrawal of the rejection of claims 21-24 under 35 USC §103 as being unpatentable over Burgess, expressed in the previous Office Action dated July 8, 1992. (Paper No. 3).  It is presumed that Applicants' response to this rejection in their Amendment dated August 6, 1992, spelling out the distinctions between Burgess and the claimed

- 7 -

invention, clearly convinced the Examiner that the claimed surgical suture is patentable over this art.

4.   The prior art made of record and not relied upon by the Examiner is duly noted, and does not affect the patentability of Applicants' claimed invention.

5.   Since all formal requirements appear to have been met, and the claimed invention is patentable over the art of record or any other art of which Applicants are aware, Applicants respectfully solicit a Notice of Allowance at the Examiner's earliest convenience.

Respectfully submitted,

Matthew S. Goodwin
Attorney for Applicant
Reg. No. 32,839

Johnson & Johnson
One Johnson & Johnson Plaza
New Brunswick, NJ   08933-7003
(908) 524-2794
December 2, 1992

- 8 -

*DePuy Mitek, Inc. v. Arthrex, Inc.*
*C.A. No.04-12457 PBS*
**DMI000625**

# BROOKSTEIN DECLARATION
# EXHIBIT 10

*Marks'*

# Standard Handbook for Mechanical Engineers

*Revised by a staff of specialists*

**THEODORE BAUMEISTER**   *Editor-in-Chief*
Stevens Professor Emeritus of Mechanical Engineering,
Columbia University in the City of New York

**EUGENE A. AVALLONE**   *Associate Editor*
Consulting Engineer; Professor of Mechanical Engineering,
The City College of the City University of New York

**THEODORE BAUMEISTER III**   *Associate Editor*
Consultant, Information Systems Department,
E. I. du Pont de Nemours & Co.

*Eighth Edition*

**McGRAW-HILL BOOK COMPANY**
New York  St. Louis  San Francisco  Auckland  Bogotá
Düsseldorf  Johannesburg  London  Madrid
Mexico  Montreal  New Delhi  Panama
Paris  São Paulo  Singapore
Sydney  Tokyo  Toronto

Library of Congress Cataloged The First Issue
of this title as follows:

Standard handbook for mechanical engineers. 1st ed.;
    1916–
    New York, McGraw-Hill.
        v. Illus. 18–24 cm.
    Title varies: 1916–58: Mechanical engineers' handbook.
    Editors: 1916–51, L. S. Marks.—1958– T. Baumeister.
    Includes bibliographies.

    1. Mechanical engineering—Handbooks, manuals, etc. I. Marks,
Lionel Simeon, 1871– ed. II. Baumeister, Theodore, 1897–
ed. III. Title: Mechanical engineers' handbook.
TJ151.S82          502′.4′621          16–12915
Library of Congress          [r68z²60–2]
ISBN 0-07-004123-7

MARKS' STANDARD HANDBOOK FOR MECHANICAL ENGINEERS

Copyright © 1978, 1967, 1958 by McGraw-Hill, Inc. All Rights Reserved.
Copyright renewed 1979 by Lionel P. Marks and Alison P. Marks.
Copyright renewed 1952 by Lionel S. Marks. Copyright renewed 1969, 1958 by Lionel
Peabody Marks.
Copyright 1951, 1941, 1930, 1924, 1916 by McGraw-Hill, Inc. All Rights Reserved.
Printed in the United States of America. No part of this publication may be repro-
duced, stored in a retrieval system, or transmitted, in any form or by any means,
electronic, mechanical, photocopying, recording, or otherwise, without the prior
written permission of the publisher.

    67891011   KPKP   87654321

| First Edition | Third Edition | Fifth Edition | Seventh Edition |
| *Eleven Printings* | *Seven Printings* | *Seven Printings* | *Fifteen Printings* |
| Second Edition | Fourth Edition | Sixth Edition | |
| *Seven Printings* | *Thirteen Printings* | *Eight Printings* | |

*The editors for this book were Harold B. Crawford and Lester Strong
and the production supervisor was Teresa F. Leaden.
It was set in Janson by University Graphics, Inc.*

*Printed and bound by Kingsport Press, Inc.*

*The editors and the publishers will be grateful to readers who notify them
of any inaccuracy or important omission in this book*

Table 1. Fiber Properties*

| Kind | Source | Length of fiber, in. | Width or diam of cells, microns | Specific gravity | Moisture regain,‡ percent | Chemical description | Principal uses |
|---|---|---|---|---|---|---|---|
| Cotton....... | Plant seed hair | 5/8–2 | 8–27 | 1.52 | 8.5 | Cellulose | Industrial, household, apparel |
| Jute†........ | Plant bast | 50–80 | 15–20 | 1.48 | 13.7 | Lignocellulose | Bagging, twine, carpet backing |
| Wool........ | Animal | 2–16 | 10–50 | 1.32 | 17 | Protein | Apparel, household, industrial |
| Viscose...... | Manufactured | Any | 8–43 | 1.52 | 11 | Regenerated cellulose | Apparel, industrial, household |
| Cellulose acetate | Manufactured | Any | 12–46 | 1.33 | 6 | Cellulose ester | Apparel, household |
| Nylon....... | Manufactured | Any | 8 | 1.14 | 4.2 | Polyamide | Apparel, industrial, household |
| Casein...... | Manufactured | Any | 11–28 | 1.3 | 4.1 | Protein | Apparel |
| Flax†....... | Plant bast | 12–36 | 15–17 | 1.5 | 12 | Cellulose | Household, apparel, industrial |
| Hemp†...... | Plant bast | ..... | 18–23 | 1.48 | 12 | Cellulose | Twine, halyards, rigging |
| Sisal†...... | Plant leaf | 30–48 | 10–30 | .... | .... | Lignocellulose | Twine, cordage |
| Manila†..... | Plant leaf | 60–140 | 10–30 | .... | .... | Lignocellulose | Rope, twine, cordage |
| Ramie†..... | Plant bast | 3–10 | 24–70 | 1.52 | .... | Cellulose | Household, apparel, seines |
| Silk........ | Silkworm | Any | 5–23 | 1.35 | 11 | Protein | Apparel, household, industrial |
| Glass....... | Manufactured | Any | 3 | 2.5 | 0 | Fused metal oxides | Industrial, household |
| Dacron...... | Manufactured | Any | 8 | 1.58 | 0.4 | Polyester | Apparel, industrial, household |

1 in = 0.0254 m; 1μ = $10^{-4}$ m. The more up-to-date term for the micron (μ) is the micrometer (μm).
*Adapted from Smith, Textile Fibers, Proc. ASTM, 1944; Appel, A Survey of the Synthetic Fibers, Am. Dyestuff Reporter, 34, 1945. pp. 21–26; and other sources.
†These fibers are commercially used as bundles of cells. They vary greatly in width. Width figures given are for the individual cells.
‡In air at 70°F and 65 percent relative humidity.

Table 2. Tensile Properties of Single Fibers*

| Fiber | Breaking tenacity, gpd | Extension at break, percent | Elastic recovery at corresponding strain, percent | Elastic modulus,† gpd |
|---|---|---|---|---|
| Glass..................... | 6.0–7.3 | 3.0–4.0 | 100 at 2.9 | 200–300 |
| Fortisan (rayon)............... | 6.0–7.0 | 6 | 100 at 1.2 | 150–200 |
|  |  |  | 60 at 2 |  |
| Flax...................... | 2.6–7.7 | 2.7–3.3 | 65 at 2.4 |  |
| Nylon 6, 6................. | 4.6–9.2 | 16–32 | 100 at 8 | 25–50 |
| Nylon 6................... | 4.5–8.6 | 16–40 | 100 at 8 | 25–50 |
| Silk...................... | 2.4–5.1 | 10–25 | 92 at 2 | 75–125 |
| Saran.................... | 1.1–2.3 | 15–25 | 95 at 10 |  |
| Cotton................... | 3.0–4.9 | 3–7 | 74 at 2 | 50–100 |
| Steel (90,000 psi T.S.)...... | 0.9 | 28 | ........ | 300 |
| Steel (music wire)........... | 3.5 | 8 | ........ | 300 |
| Viscose rayon.............. | 1.5–5.0 | 15–30 | 82 at 2 | 50–150 |
| Wool..................... | 1.0–1.7 | 25–35 | 99 at 2 | 25–40 |
| Acetate rayon.............. | 1.3–1.5 | 23–34 | 100 at 1 | 25–40 |
| Polyester................. | 4.4–7.8 | 10–25 | 100 at 2 | 50–80 |
| Polypropylene.............. | 4.0–7.0 | 15–25 | 95 at 7 | 15–50 |
| Polytetrafluoroethylene......... | 1.7 | 13 | ........ |  |

*From Kaswell, "Wellington Sears Handbook of Industrial Textiles," Wellington Sears Co., Inc.
†From Kaswell, "Textile Fibers, Yarns, and Fabrics." Reinhold.