# EXHIBIT 8

```
                                                                    1
 1            IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF MASSACHUSETTS
 2

 3  DePuy Mitek, Inc., a
    Massachusetts Corporation,
 4
         Plaintiff,
 5
         vs.                          CIVIL ACTION
 6                                    NO. 04-12457 PBS
    Arthrex, Inc., a Delaware
 7  Corporation,

 8       Defendant.
    _____/
 9

10  DEPOSITION OF:      PETER DREYFUSS

11  DATE:               September 16, 2005

12  TIME:               8:59 a.m. to 1:54 p.m.

13  LOCATION:           The Ritz-Carlton Golf Resort
14                      2600 Tiburon Drive
                        Naples, FL  34112
15
    TAKEN BY:           Plaintiff
16
    REPORTER:           Deborah A. Krotz, RPR, CRR
17
    VIDEOGRAPHER:       Les Smoak, CLVS
18
```

Condensed Copy

Page 42

1  Q. Okay. Okay. When I have been saying today the
2  No. 2 FiberWire in No. 7201, I have been referring to the
3  blue FiberWire as opposed to the black and white
4  TigerWire.
5  A. Understood.
6  Q. Okay. Did you understand that when I have been
7  asking questions?
8  A. Yes, I have.
9  Q. Okay. Let me ask the question again. So as
10 Arthrex believes the materials used in the manufacturing
11 of the No. 2 FiberWire in AR-7201 are ultra high molecular
12 weight polyethylene, PET, silicone, Loc-Tite, and dye?
13 A. Correct.
14 Q. And the silicone, is that the coating used in the
15 No. 2 Arthrex FiberWire?
16 A. Yes.
17 Q. And what coating is used in Arthrex's FiberWire
18 in AR-2 -- AR-7201?
19 A. I'm sorry. I --
20 Q. And what coat is used in Arthrex's FiberWire wire
21 AR-7201?
22 A. I believe it's a silicone coating.
23 Q. Is it referred to as MED-2174?
24 A. Yes. Correct.
25 Q. And that's manufactured by a company called NuSil

Page 43

1 Technologies; is that right?
2  A. That's correct.
3  Q. Okay. Now I'd like to walk through the steps of
4 what Pearsalls does to make the bulk sutures used in
5 Arthrex's FiberWire; okay?
6  A. (Witness nods head affirmatively).
7  Q. And if we start on Page ARM 8784, the first step
8 says incoming yarn to stores. Do you see that?
9  A. Yes.
10 Q. What does that mean?
11 A. That would mean that the yarns that are purchased
12 from a regional manufacturer would be received, inspected
13 and put into inventory for -- as good product for
14 manufacturing.
15 Q. And what incoming yarns are received by Pearsalls
16 when Pearsalls manufactures and braids the bulk sutures
17 made for Arthrex's FiberWire sutures?
18 A. Incoming yarns would be ultra high molecular
19 weight polyethylene and PET.
20 Q. Where does Pearsalls obtain the ultra high
21 molecular weight polyethylene used in manufacturing and
22 braiding Arthrex's FiberWire sutures?
23     MR. TAMBURO: Objection; outside the scope.
24 A. I -- May I ask currently?
25 Q. Sure. Yes, currently for now.

Page 44

1  A. Currently --
2  Q. Let me ask another question to help you out.
3 Does Arthrex provide to Pearsalls the ultra high molecular
4 polyethylene used to manufacture and braid bulk sutures
5 for Arthrex's FiberWires?
6     MR. TAMBURO: Same objection.
7  A. We have, yes.
8  Q. Currently do you; do you know?
9  A. Currently, I don't know.
10 Q. Okay. And other than Arthrex supplying the ultra
11 high molecular polyethylene to Pearsalls, what other
12 sources throughout the history of FiberWire has Pearsalls
13 obtained the ultra high molecular weight polyethylene used
14 in the manufacturing and braiding of Arthrex's FiberWire
15 sutures?
16    MR. TAMBURO: Objection. The question is seeking
17 an answer outside the scope of the topics that this
18 witness is designated for.
19 A. I believe Dyneema. DSM Corporation.
20 Q. And for what periods did Pearsalls obtain Dyneema
21 for use in the braiding and manufacturing of Arthrex's
22 FiberWire sutures?
23    MR. TAMBURO: Same objection.
24 A. I don't know.
25 Q. Currently, what type of ultra high molecular

Page 45

1 polyethylene is used in the manufacturing of Arthrex's
2 FiberWire sutures?
3  A. Speaking currently, it may be either Spectra or
4 Dyneema in terms of the manufacture of the ultra high
5 molecular weight polyethylene.
6     THE COURT REPORTER: The "manufacture"?
7  A. Of the procurement.
8     THE COURT REPORTER: "Procurement."
9  Q. But you're not sure what the current material
10 used in the FiberWire is for ultra high molecular
11 polyethylene?
12 A. No.
13 Q. Okay. Other than the ultra high molecular
14 polyethylene that Pearsalls obtains to make the braid for
15 Arthrex's FiberWire sutures, you mentioned that they also
16 obtain PET; correct?
17 A. Correct.
18 Q. And what is PET?
19 A. It's polyester.
20 Q. And what type of polyester does Pearsalls use to
21 braid Arthrex's FiberWire sutures?
22 A. I'm not sure.
23 Q. Do you know who or where Pearsalls obtains the
24 PET used in the manufacturing of Arthrex's FiberWire
25 sutures?

Page 50

1  A. Yes.
2  Q. Okay. And then let's get back to where we were.
3  Yarn issue to winding for either. And I believe you said
4  that Pearsalls then takes the incoming yarn in whatever
5  form it's in and puts the polyester and the Dyneema or the
6  polyethylene on various bobbins?
7  A. Yes.
8     MR. TAMBURO: Objection.
9  Q. Is that right?
10    MR. TAMBURO: I'm going to object; that
11 mischaracterizes the testimony.
12 Q. Did I mischaracterize your testimony?
13 A. The yarn is issued to winding for winding onto a
14 particular spool or bobbin that would aid in the
15 manufacturing steps that would come thereafter.
16 Q. Mmm-hmm. Is the ultra high molecular -- Is the
17 polyethylene and the PET when it's received by Pearsalls
18 is the strand a monofilament?
19    MR. TAMBURO: Object to the form.
20 A. No.
21 Q. What is -- How do you characterize that strand of
22 polyethylene when Pearsalls receives it?
23    MR. TAMBURO: Object to the form.
24 A. It is a various -- various individual filaments
25 make up the yarn that's received. And the yarn may be

Page 51

1 several filaments to many.
2  Q. So what is an individual filament then?
3  A. An individual filament is -- you would liken it
4 to a hair.
5  Q. Okay.
6  A. An individual filament would be a monofilament
7 taken by itself.
8  Q. Okay. And then many monofilaments make up a
9 yarn?
10 A. Correct.
11 Q. And how are they -- how were the monofilaments
12 structured within the yarn?
13 A. I believe they may have a slight twist.
14 Q. Okay. So a yarn of polyethylene used in the
15 FiberWire sutures is made up of many monofilaments twisted
16 around each other --
17    MR. TAMBURO: Objection; assumes --
18 Q. -- is that fair?
19    MR. TAMBURO: Objection; assumes facts not in
20 evidence. I object to the form.
21 A. Potentially.
22 Q. Have I assumed any facts in that question that we
23 haven't talked about today?
24    MR. TAMBURO: Well, I would just --
25    MR. FALKE: I'm asking the witness.

Page 52

1  A. I'm not exactly sure on exactly how the yarn is
2 received, so --
3     MR. TAMBURO: And I would clarify the witnesses's
4  prior testimony has been ultra --
5     MR. FALKE: Is that an objection? Come on, Sal.
6     MR. TAMBURO: Yes, this is an objection. I would
7  clarify that the witness's prior testimony has been
8  polyethylene -- ultra high molecular weight
9  polyethylene, and your questions are directed to
10 something different.
11    And his prior testimony has stated that PET is
12 used in FiberWire, and your questions are rephrasing
13 that term, was well. I'm just trying to keep the
14 record clear.
15 BY MR. FALKE:
16 Q. What is PET? Polyester; right?
17 A. PET is the particular polyester.
18 Q. So when I say polyester, I'm referring to the PET
19 that's used in Arthrex's FiberWire sutures.
20 A. Yeah.
21    MR. TAMBURO: Is that a question?
22 Q. Yeah.
23    MR. TAMBURO: Okay.
24 A. If you're saying when you refer to polyester, we
25 refer to -- it's referring to the PET.

Page 53

1  Q. Right, because when I asked you what PET was, you
2 said polyester; right?
3  A. No, PET is a subset of polyester.
4  Q. Okay. But do you know what PET is used in the
5 manufacturing of Arthrex's FiberWire sutures?
6  A. I'm not exactly sure.
7  Q. Okay. We were talking about how the individual
8 monofilaments in the polyethylene or the ultra high
9 molecular polyethylene are structured. And I think you
10 said they were twisted; is that right?
11 A. I believe there may be a slight twist just to
12 ease in handling.
13 Q. Okay. Okay. And then, again, down to the second
14 step in ARM 8784, those strands are then put onto bobbins;
15 is that what you said?
16 A. Yes.
17 Q. And what is a bobbin as used in ARM 8784?
18 A. A bobbin as general term would be any round --
19 what would you call it --
20 Q. Spool?
21 A. -- a revolved shape that would allow you to wind
22 something. It may or may not have end caps on it.
23 Q. But the bobbin is actually the thing that the
24 sutures are wound around?
25 A. Sutures are wound around.

### Page 54

1  Q. Okay.
2  A. Sutures, yarn, what have not.
3  Q. Right. In general, how big are these bobbins?
4  A. In general?
5  Q. Well, no. Let me ask the bobbins used in
6 Pearsalls manufacture of Arthrex's FiberWire sutures, how
7 big are the bobbins?
8  A. I would approximate them -- approximate about a
9 foot -- 12 inches of length or less.
10  Q. Okay. And how -- and what length of the yarn of
11 the PET and the ultra high molecular weight polyethylene
12 are wound around the bobbins?
13  A. I'm not exactly sure.
14  Q. Okay. Generally?
15  A. Generally, it's --
16  Q. A hundred feet?
17  A. More than a hundred feet. Probably in excess of
18 2 or 300 meters.
19  Q. Okay. And then it says yarn issue dye the
20 winding for core or cover; do you see that?
21  A. Yes.
22  Q. What does that mean?
23  A. At that point, they can either issue the yarn to
24 a winding to -- which would then thereafter go into the
25 cover portion of the product or they can issue it to be --

### Page 55

1 to go to the process for the core.
2  Q. Okay. And what -- does every Arthrex FiberWire
3 suture have a cover?
4  A. Yes.
5  Q. Has every Arthrex FiberWire suture sold by
6 Arthrex had a cover on it?
7  A. Yes.
8  Q. Okay. And currently and historically, has every
9 Arthrex FiberWire suture had a core in it?
10  A. No.
11  Q. Okay. When did Arthrex's FiberWire sutures have
12 a core?
13  A. They have always had a core.
14  Q. Do they -- Okay. I think I asked and currently
15 and historically, has ever FiberWire suture had a core and
16 you said no; right?
17  A. Yes.
18  Q. Okay. And then I said when -- when did Arthrex's
19 FiberWire sutures have a core. And then you said they've
20 always had a core.
21  A. We have one product that does not have a core.
22  Q. Okay. And what product is that?
23  A. The 4-0 FiberWire.
24  Q. Okay. So currently and historically, every
25 FiberWire suture other than the 4-0 has had a core and a

### Page 56

1 cover; right?
2  A. Yes.
3  Q. And currently -- currently, the Arthrex 4-0
4 FiberWire suture does not have a core; right?
5  A. Correct.
6  Q. Has Arthrex's FiberWire suture -- 4-0 suture ever
7 had a core?
8  A. No, not that I'm aware of.
9  Q. In Arthrex's FiberWire sutures presently, other
10 than the 4-0 FiberWire, what is the core made of?
11  A. Ultra high molecular weight polyethylene.
12  Q. Is that it?
13  A. Yes.
14  Q. Okay. So in Arthrex's FiberWires -- all of
15 Arthrex's FiberWire sutures except for 4-0, the core is
16 made of solely ultra high molecular weight polyethylene?
17  A. Correct.
18  Q. And what about a cover? What is -- Currently, I
19 think you said all Arthrex FiberWire sutures have a cover;
20 right?
21  A. Yes.
22  Q. What materials make up the cover in each of
23 Arthrex's FiberWire sutures?
24  A. Ultra high molecular weight polyethylene and PET.
25  Q. And has that always been the case?

### Page 57

1  A. Yes.
2  Q. But at various points and times, you think that
3 the ultra high molecular polyethylene was either Dyneema
4 or Spectra; is that right?
5  A. Correct.
6  Q. Was it anything other than Dyneema or Spectra at
7 any time?
8  A. Not that I'm aware of.
9  Q. Okay. So I think where we are now is Pearsalls
10 has taken the incoming yarn, put it onto bobbins, and then
11 have separated bobbins used for cores and separates
12 bobbins used for carriers; is that right? I mean cores
13 and covers?
14  A. Correct.
15  Q. Okay. So let's go down then -- let's go down the
16 cover side on ARM 8784. What does that mean?
17  A. From the previous step, which was the yarn issue
18 to winding, the yarn was issued to winding on the carrier
19 bobbins which are the particular bobbins used for the
20 carriers.
21  Q. Is the carrier bobbin different than the bobbin
22 you just described earlier?
23  A. It's one of -- to me, a bobbin -- a bobbin and a
24 spool might be different. A bobbin would have a post on
25 it with no cap.

**Page 98**

1  Q. And I don't know if you did, but could you please
2  label the core and the cover?
3  A. Yes, I did.
4  Q. Okay.
5  A. I was doing a core with three parts to represent
6  the No. 2 suture. But since it's an 0, I'm not exactly
7  sure how many yarns are made up of the core, but they're
8  all UHMWP --
9  Q. Okay.
10  A. -- if that's acceptable.
11  Q. Okay. Yeah. Let me just take a look at it,
12  please.
13     Okay. So but other than the core, which you're
14  not quite sure of how many yarns make up the core on the
15  2-0, this outside accurately represents the cover or the
16  sheath of the Arthrex 2-0 FiberWire?
17  A. Yes.
18  Q. Okay. And as you have shown, going around the
19  cover or the sheath, the materials alternate PET, ultra
20  high molecular weight polyethylene, PET, ultra high
21  molecular weight polyethylene, et cetera?
22  A. Yes.
23  Q. Okay. Now within the sheath or the cover --
24  Well, first could you just label the sheath and the cover
25  for me?

**Page 99**

1  A. (Witness complying).
2  Q. Are the individual yarns in the cover or sheath
3  of the Arthrex 2-0 FiberWire as shown in 121 in contact
4  with each other, meaning is the ultra high molecular
5  weight polyethylene yarn connected to the neighboring PET
6  yarn?
7     MR. TAMBURO: Object to the form.
8  A. They're all interdigitated. I'm sure there's
9  contact between them.
10  Q. Intertwined?
11  A. Yes.
12  Q. Okay. So there is contact then between the
13  neighboring or adjacent PET and ultra high molecular
14  weight --
15  A. Yes.
16  Q. -- polyethylene yarns and the sheath or cover?
17  A. Yes.
18  Q. Okay. Next, if you could, could you please draw
19  a cross-section of Arthrex's No. 2 FiberWire?
20     And -- I'm sorry. But before we go on, does
21  Exhibit 121 reflect the construction or the structure of
22  the 2-0 FiberWire as it's always been?
23  A. To the best of my knowledge, yes.
24  Q. Okay. So the construction with the structure as
25  shown in 121 of a 2-0 FiberWire suture hasn't changed over

**Page 100**

1  time? Ever since Arthrex is manufacturing a 2-0
2  FiberWire, it's been using this configuration as shown in
3  121?
4  A. Yes.
5  Q. Okay.
6  A. (Witness complying).
7  Q. And I'm going to mark your drawing of Arthrex's
8  No. 2 FiberWire suture as DePuy Mitek Exhibit 122.
9     (DePuy Mitek Exhibit No. 122, drawing of Peter
10  Dreyfuss of the Approximate Cross-Section of No. 2
11  FiberWire, was marked for identification.)
12  Q. Can I take a look at it, please?
13  A. Yes.
14  Q. Okay. And so this shows a core made up of three
15  ultra high molecular weight polyethylene yarns twisted
16  together and then a cover or sheath composed of
17  alternating yarns of ultra high molecular weight
18  polyethylene and PET; is that right?
19  A. Correct.
20  Q. And the PET and ultra high molecular weight
21  polyethylene that make up the sheath or cover of Arthrex's
22  FiberWire No. 2 are in direct contact with each other; is
23  that right?
24  A. Yes.
25  Q. Okay. And they're intertwined around each other;

**Page 101**

1  right?
2  A. They're braided.
3  Q. Okay. Is that intertwining or --
4  A. Yes, they're ...
5  Q. Okay. And does Exhibit 122 accurately reflect
6  the construction of Arthrex's FiberWire No. 2 currently
7  and since its release or since it was first sold by
8  Arthrex?
9     MR. TAMBURO: Object to the form.
10  A. I believe so.
11  Q. Okay. Could you mark or title Exhibit 122?
12  A. (Witness complying).
13  Q. And next I was going to ask you to draw a
14  cross-section of the No. 5 Arthrex FiberWire suture, which
15  I believe is the same as Exhibit 122 that you have just
16  drawn with the exception of possibly the number of yarns
17  that comprise the core; is that right?
18  A. I believe that would be correct.
19  Q. Okay. And -- but the outside of the cover or
20  sheath of the Arthrex FiberWire No. 2 is the same as the
21  cover or sheath of the Arthrex FiberWire No. 2; right?
22  A. In the manner of braiding, yes.
23  Q. Right.
24     MR. TAMBURO: Object to the form.
25  Q. In the manner as you have shown in Exhibit

26 (Pages 98 to 101)

Page 102

1 No. 122?
2  A. Yes.
3  Q. I misspoke there, but the outside or the cover of
4 the Arthrex FiberWire No. 5 is the same as the cover or
5 sheath of the Arthrex FiberWire No. 2; is that correct?
6  A. That's correct.
7  Q. Okay. The same in terms of configuration and
8 contact and intertwining; right?
9  A. Yes.
10  Q. Okay. Next, if I can ask you to draw the
11 cross-section of Arthrex's No. 0 FiberWire.
12  A. Let's see.
13  Q. And I believe you testified earlier, and correct
14 me if I'm wrong --
15  A. Twelve.
16  Q. -- that there's twelve carriers?
17  A. Correct.
18  Q. Okay. And I also believe you testified earlier
19 that you weren't sure about how many yarns make up the
20 core in Arthrex's Size 0 FiberWire; is that right?
21  A. That's correct.
22  Q. Okay.
23  A. I'm sorry; would you give me the number again?
24     MR. TAMBURO: Here.
25  A. All right.

Page 103

1  Q. Now I'm going to mark your drawing of a
2 cross-section of Arthrex's No. 0 FiberWire with DePuy
3 Mitek Exhibit 123.
4     (DePuy Mitek Exhibit No. 123, drawing of Peter
5 Dreyfuss of the Approximate Cross-Section of Size 0
6 FiberWire, was marked for identification.)
7  Q. And I believe what you've drawn in Exhibit 123 is
8 that the cover or sheath of the Arthrex No. 0 FiberWire
9 has alternating yarns of PET and ultra high molecular
10 weight polyethylene; is that right?
11  A. Correct.
12  Q. And that -- and that those neighboring yarns in
13 the sheath or cover are in contact with each other?
14  A. Correct.
15  Q. And in the same configuration and intertwining
16 manner as Exhibits 122 and 121?
17  A. Correct.
18  Q. Okay. Could you draw for me a cross-section of
19 Arthrex's FiberWire 3-0 suture? I believe you testified
20 earlier that it's eight carriers.
21  A. Thank you.
22  Q. And I'm going to label your cross-section drawing
23 of Arthrex's FiberWire No. 3 suture with DePuy Mitek
24 Exhibit 124.
25     (DePuy Mitek Exhibit No. 124, drawing of Peter

Page 104

1 Dreyfuss of the Approximate Cross-Section of Size 3-0
2 FiberWire, was marked for identification.)
3  Q. And just so the record's clear, all these hand
4 drawings that you have done so far, when it says UHMW,
5 that means ultra high molecular weight polyethylene?
6  A. Correct.
7  Q. Okay. And what you've shown is that Arthrex's
8 No. 3-0 FiberWire has alternating yarns of PET and ultra
9 high molecular weight polyethylene?
10  A. Correct.
11  Q. And that those neighboring yarns and the sheath
12 or cover contact each other?
13  A. Correct.
14  Q. And they're in the same -- you know --
15 intertwining manner as Exhibits 123, 122, and 121?
16  A. Correct.
17  Q. And now if you could just draw for me a
18 cross-sectional drawing of Arthrex's 4-0 FiberWire suture,
19 please. And I'm going to mark your drawing of Arthrex's
20 4-0 FiberWire suture with DePuy Mitek Exhibit 125.
21  A. (Witness complying).
22     (DePuy Mitek Exhibit No. 125, drawing of Peter
23 Dreyfuss of the Approximate Cross-Section of Size 4-0
24 FiberWire, was marked for identification.)
25  Q. And I believe what you've shown in Exhibit 125 is

Page 105

1 that, one, there's no core in the 4-0 FiberWire; right?
2  A. Correct.
3  Q. And that the sheath or cover is made up of
4 intertwining yarns of ultra high molecular weight
5 polyethylene and PET?
6  A. Correct.
7  Q. And that the neighboring yarns within the cover
8 or sheath are in contact with each other?
9  A. Correct.
10  Q. Okay. Do Exhibits 123, 124, and 125 show not
11 only the present-day but the configuration of the
12 FiberWire sutures as sold in the past?
13  A. Yes, to the best of my knowledge and --
14  Q. In other words, there hasn't been any different
15 configurations of Arthrex's 0, 3-0, and 4-0 FiberWire
16 sutures?
17  A. I'm not for certain on the 4-0.
18  Q. Okay. But for the 2-0 and the -- or for the 0
19 and the 3-0 you are?
20  A. Yes.
21  Q. Okay. And I don't think I asked you this, but in
22 Exhibit 125, the alternating sheaths -- alternating yarns
23 and the sheath or cover are in intertwining contact like
24 Exhibits 124, 123, 122, and 121?
25  A. Yes.