# EXHIBIT 9

# FiberWire™

**IMPORTANT PRODUCT INFORMATION**
**WICHTIGE PRODUKTINFORMATION**
**NOTICE D'UTILISATION IMPORTANTE**
**IMPORTANTI INFORMAZIONI PER L'USO**
**INSTRUCCIONES IMPORTANTES PARA EL USO**

 0086



Manufacturer:
Arthrex Inc.
Naples, Florida 34108-1945 • USA
Toll-Free: +1 800 934-4404
www.arthrex.com

E. C. Representative:
Arthrex Med. Inst. GmbH
85757 Karlsfeld
Germany
Tel: +49 81 31 59 57 0 • Fax: +49 81 31 59 57 63 1



---

**Description:**
Arthrex FiberWire is available in several U.S.P. sizes (sutures meet U.S.P. standards for suture, except diameter). The Arthrex FiberWire may also be sold with needles attached (swaged) to the ends in a variety of sizes. The suture is made of polyethylene fibers and polyester fibers braided, sterilized and coated for surgical use. The coating acts as a lubricant for suture sliding, knot tying, and ease of passing suture through tissue. The Arthrex FiberWire is available non-dyed (white) or dyed and meets or exceeds U.S.P. and European standards (except for diameter).

**Indications:**
Arthrex FiberWire is indicated for use in soft tissue approximation and/or ligation. FiberWire is not for use in cardiac indications.

**Actions:**
Arthrex FiberWire, when tested per ISO/DIS 10993, Biological Evaluation of Medical Devices-Part 10: Tests for Irritations and Sensitization, had no reactions of allergic or sensitive nature. The dyed suture and coating are pharmacologically inactive.

Arthrex FiberWire is not absorbed, but may become encapsulated in the surrounding connective tissues. The Arthrex FiberWire is not known to have significant change in tensile strength in vivo.

**Contraindications:**
None known

**Warnings:**
Do not re-sterilize. Once open, discard unused suture.
Do not expose to heat.

Users should be familiar with surgical procedures and techniques involving non-absorbable sutures before employing Arthrex FiberWire for wound closure, as the risk of wound dehiscence may vary with the site of application and the suture material used.

As with any foreign body, prolonged contact of this or any other suture with salt solutions, such as those found in the urinary or biliary tracts, may result in calculus formations. Acceptable surgical practice must be followed with respect to drainage and closure of infected or contaminated wounds.

**Precautions:**
In handling this or any other suture material, care should be taken to avoid damage from handling. Avoid crushing or crimping damage due to application of surgical instruments such as forceps or needle holders.

Assure that all knots have been secured using accepted surgical knot tying techniques. Adequate knot security requires the accepted surgical technique of flat, square ties, with additional throws as warranted by surgical circumstance and the experience of the surgeon. The use of additional throws may be particularly appropriate when knotting monofilaments. Care should be taken to prevent damage to surrounding tissue or user puncture due to improper handling of the needlepoint.

Do not grasp the needle at the point or swage, to avoid damage to these areas. Reshaping needles may cause them to lose strength and be less resistant to bending and breaking. Discard used needles in "sharps" containers.

**Adverse Reactions:**
Adverse reactions have not been noted with the Arthrex FiberWire product in animal testing. Common non-absorbable suture reactions may include wound dehiscence, calculi formation in urinary and biliary tracts when prolonged contact with salt solutions such as urine and bile occurs, enhanced bacterial infectivity, minimal acute inflammatory tissue reaction, pain, edema, and erythema at the wound site. Inadvertent needle sticks with contaminated surgical needles may result in the transmission of bloodborne pathogens.

**Sterilization:**
Arthrex FiberWire suture is supplied sterile.
Method of sterilization - EO
Do not resterilize. Do not use if package is opened or damaged. Discard opened, unused sutures.

**Storage Conditions:**
Store below 25°C, away from moisture and direct heat.
Do not use after expiration date.

**How Supplied:**
The Arthrex FiberWire is available in several U.S.P. sizes (sutures meet U.S.P. standards for suture, except diameter). The suture is supplied sterile in pre-cut lengths and in some cases with swaged needles. The Arthrex FiberWire is available in non-dyed (white) or dyed colors. The suture is made of polyethylene fibers and polyester fibers braided, sterilized and coated for surgical use. The coating acts as a lubricant for suture sliding, knot tying, and ease of passing suture through tissue.

**SYMBOLS USED ON LABELING**

 Do not expose       Quantity

**STERILE EO**  Sterile unless the package is damaged or open.
Method of sterilization - EO

**STERILE R**  Sterile unless the package is damaged or open.
Method of sterilization - gamma radiation

**LOT** Lot number       See package insert

The product meets the essential requirements of Medical Device Directive 93/42 EEC.

Use by - year & month

---

**Beschreibung:**
Arthrex FiberWire ist in verschiedenen USP-Größen erhältlich (das Nahtmaterial entspricht den USP-Normen für Nahtmaterial, mit Ausnahme des Durchmessers). Arthrex FiberWire ist unter Umständen auch mit an den Fadenenden befestigten (geanlgeschneiderten) Nadeln unterschiedlicher Größen erhältlich. Das Nahtmaterial besteht aus geflochtenen, sterilisierten und für den chirurgischen Gebrauch beschichteten Polyethylen und Polyesterfäden. Die Beschichtung fungiert als Fadengleitmittel und erleichtert die Knotenbildung und das Durchziehen des Fadens durch das Gewebe. Arthrex FiberWire ist ungefärbt (weiß) oder gefärbt erhältlich und entspricht oder übertrifft USP- und europäische Standards (mit Ausnahme des Durchmessers).

**Anwendungsgebiete:**
Arthrex FiberWire ist für Weichgewebeapproximation und/oder -ligation vorgesehen. FiberWire ist nicht für Kardio-Indikationen vorgesehen.

**Funktionen:**
Tests bei Arthrex FiberWire gemäß ISO/DIS 10993, Biological Evaluation of Medical Devices - Part 10: Reiz- und Sensibilisierungstests ergaben keine allergischen oder empfindlichen Reaktionen. Das gefärbte Nahtmaterial und die Beschichtung sind pharmakologisch inaktiv.

Arthrex FiberWire wird zwar nicht absorbiert, jedoch unter Umständen vom umgebenden Bindegewebe eingekapselt. Bei Arthrex FiberWire wurde in vivo keine signifikante Änderung der Zerreißfestigkeit festgestellt.

**Gegenanzeigen:**
Unbekannt

**Warnhinweise:**
Nicht resterilisieren. Unbenutztes Fadenmaterial nach dem Öffnen entsorgen. Von Hitze fernhalten.

Benutzer sollten vor dem Verschließen von Wunden mit Arthrex FiberWire mit den chirurgischen Prozeduren und Techniken vertraut sein, bei denen nicht-absorbierbares Fadenmaterial verwendet wird, da das Dehiszenzrisiko je nach Anwendungsstelle und verwendetem Fadenmaterial unterschiedlich ist.

Wie bei Fremdkörpern aller Art kann der längere Kontakt dieses oder jedes anderen Fadenmaterials mit Salzlösungen, (wie sie z.B. im Harn- und Gallentrakt vorhanden sind) zu Calciumbildung führen. Bei der Drainage und beim Schließen von infizierten oder kontaminierten Wunden sind die in der Chirurgie üblichen Praktiken zu beachten.

**Vorsichtsmaßnahmen:**
Bei der Handhabung dieses oder jedes anderen Fadenmaterials sorgfältig darauf achten, dass das Material nicht beschädigt wird. Schäden durch Zusammendrücken oder Abklemmen mit chirurgischen Instrumenten wie Zangen oder Nadelhaltern nach Möglichkeit vermeiden.

Sicherstellen, dass sämtliche Knoten gemäß den akzeptierten chirurgischen Knotenbildungstechniken sicher befestigt wurden. Voraussetzung für angemessene Knotenhaltbarkeit ist die Verwendung von flachen, quadratischen Schließen mit zusätzlichen Verknotungen, je nach chirurgischer Situation und Erfahrung des Chirurgen. Besonders beim Verknoten von monofilen Fäden sind unter Umständen zusätzliche Verknotungen angebracht. Sorgfältig vorgehen, um Schäden an umgebenden Gewebe und Benutzerpunktierung durch falsche Handhabung der Nadelspitze zu vermeiden.

Die Nadel nicht an der Spitze oder am Gesenk festhalten, um eine Beschädigung dieser Bereiche zu vermeiden. Nadeln können durch Umformen an Stärke verlieren und gegen Verbiegen und Abbrechen weniger widerstandsfähig werden. Nadeln in entsprechend gekennzeichneten Behältern entsorgen.

**Nebenwirkungen:**
Bei Tierversuchen wurden bei der Verwendung von Arthrex FiberWire keine Nebenwirkungen festgestellt. Zu den bei nicht-absorbierbarem Faden üblichen Reaktionen unter Umständen Dehiszenz, Calculusbildung in Harn- und Gallenwegen bei längerem Kontakt mit Salzlösungen (wie sie im Urin und in der Gallenflüssigkeit vorhanden sind), verstärkte Bakterieninfektion, minmale akute Gewebsentzündungen, Schmerzen, Ödeme und Erythema an der Wundstelle. Versehentliches Stechen mit kontaminierten chirurgischen Nadeln kann zur Übertragung von Blutpathogenen führen.

**Sterilisation:**
Arthrex FiberWire wird steril geliefert.
Sterilisationsmethode - EO.
Nicht resterilisieren. Bei beschädigter oder zuvor geöffneter Packung nicht verwenden. Offenes, unbenutztes Fadenmaterial entsorgen.

**Lagerungsbedingungen:**
Unter 25 °C trocken und fern von direkter Hitzeeinwirkung lagern. Nicht nach dem Verfalldatum verwenden.

**Lieferform:**
Arthrex FiberWire ist in verschiedenen USP-Größen erhältlich (das Nahtmaterial entspricht den USP-Normen für Nahtmaterial, mit Ausnahme des Durchmessers). Das Fadenmaterial wird steril in vorgeschnittenen Längen und in manchen Fällen mit gesenkgeschmiedeten Nadeln geliefert. Arthrex FiberWire ist ungefärbt (weiß) und gefärbt erhältlich. Das Nahtmaterial besteht aus geflochtenen, sterilisierten und für den chirurgischen Gebrauch beschichteten Polyethylen und Polyesterfäden. Die Beschichtung fungiert als Fadengleitmittel und erleichtert die Knotenbildung und das Durchziehen des Fadens durch das Gewebe.

**AUF DER VERPACKUNG VERWENDETE SYMBOLE**

 Nicht wiederverwenden      QTY Quantitas

**STERILE EO**  Steril, solange die Verpackung ungeöffnet und unbeschädigt ist.
Sterilisationsmethode - EO

**STERILE R**  Steril, solange die Verpackung ungeöffnet und unbeschädigt ist.
Sterilisationsmethode - Bestrahlung

**LOT** Chargenbezeichnung       Siehe Packungsbeilage

   
Das Produkt entspricht den grundlegenden Anforderungen der Richtlinie des Rates über Medizinprodukte 93/42/EWG.

Verwendbar bis Jahr und Monat


DFU-0065
Rev. 9

## FRANÇAIS

**Description:**

La suture Arthrex FiberWire existe en plusieurs tailles U.S.P. et est conforme aux normes U.S.P. s'appliquant aux sutures (diamètre excepté). La suture Arthrex FiberWire est également commercialisée avec des aiguilles serties de différentes tailles. Cette suture se compose de fibres de polyéthylène et de fibres de polyester tressées, stérilisées et traitées en surface pour les applications chirurgicales. Ce revêtement joue le rôle de lubrifiant pour faciliter le glissement du fil, le serrage des nœuds et le passage du fil à travers les tissus. La suture Arthrex FiberWire est disponible en blanc (non teinté) ou teintée, et elle est conforme aux normes européennes et normes U.S.P. (diamètre excepté).

**Indications:**

La suture Arthrex FiberWire est indiquée pour la ligature et le rapprochement des tissus mous. La suture Arthrex FiberWire n'est pas indiquée pour la chirurgie cardiaque.

**Réactions:**

Aucune réaction allergique ou sensible n'a été observée lors de la soumission de la suture Arthrex FiberWire au test exigé par la norme ISO/DIS 10993 / *Evaluation biologique des dispositifs médicaux, Partie 10 : Essais d'irritation et de sensibilisation*. La suture teintée et le traitement en surface de la suture sont pharmacologiquement inactifs.

La suture Arthrex FiberWire est non résorbable. Elle peut cependant être encapsulée par le tissu conjonctif. Selon les données disponibles, la résistance à la traction de la suture Arthrex FiberWire ne change pas de manière significative in vivo.

**Contre-indications:**

Aucune contre-indication connue.

**Précautions d'emploi:**

Ne pas stériliser à nouveau. Jeter toute suture non utilisée dont l'emballage a été ouvert. Ne pas exposer à la chaleur.

Tout praticien suturant une plaie avec la suture Arthrex FiberWire doit être familiarisé aux techniques chirurgicales recommandées pour les matériaux non résorbables, car le risque de déhiscence de la plaie varie selon le site de l'intervention et selon le type de suture employé.

Comme avec tout matériau exogène, un contact prolongé de cette suture ou de tout autre fil avec un fluide salin, comme ceux circulant dans les voies urinaires ou biliaires, peut conduire à la formation de calculs. Le praticien devra respecter les règles chirurgicales relatives au drainage et à la fermeture de plaies infectées ou contaminées.

**Précautions d'emploi:**

Comme avec toute autre suture, éviter d'abîmer le fil lors de sa manipulation. Ne pas écraser le fil avec des instruments chirurgicaux comme une pince ou un porte-aiguille.

Réaliser tous les nœuds conformément aux techniques chirurgicales en vigueur. Opter pour le nœud plat, qui garantit une bonne sécurité et qui est largement utilisé, avec boucles supplémentaires en fonction du cas chirurgical et de l'expérience du praticien. Si le fil est monofilament, prévoir des boucles supplémentaires pour les nœuds.

Bien contrôler la pointe de l'aiguille pour éviter que les tissus environnants ne se blessent le praticien.

Ne pas saisir l'aiguille par sa pointe ou par son attache sur le fil pour éviter de l'endommager. Eviter de modifier la courbure des aiguilles pour ne pas réduire leur résistance à la déformation et à la rupture. Après usage, jeter les aiguilles dans un récipient spécial pour objets pointus et tranchants.

**Effets indésirables:**

Aucun effet indésirable particulier n'a été observé lors des tests du fil Arthrex FiberWire chez l'animal. Comme avec les autres fils de suture non résorbables, les réactions suivantes sont possibles: réactions tissulaires minimes, formation de calculs dans les voies urinaires ou biliaires en cas de contact prolongé avec des fluides salins comme l'urine ou la bile, infectivité bactérienne accrue, inflammation tissulaire minime, douleur, œdème et érythème au niveau de la plaie. Toute blessure avec une aiguille chirurgicale contaminée peut transmettre des germes pathogènes présents dans le sang.

**Stérilisation:**

La suture Arthrex FiberWire est livrée stérile. Méthode de stérilisation : oxyde d'éthylène. Ne pas stériliser à nouveau. Ne pas utiliser si l'emballage est ouvert ou endommagé. Jeter les sutures non utilisées si leur emballage est ouvert.

**Conditions de stockage:**

Conserver à une température maximale de 25°C et à l'abri de l'humidité comme des sources de chaleur directes ne pas utiliser après la date d'expiration.

**Présentation:**

La suture Arthrex FiberWire existe en plusieurs tailles U.S.P. et est conforme aux normes U.S.P. s'appliquant aux sutures (diamètre excepté). La suture est livrée stérile en différentes longueurs prédécoupées. Elle est aussi disponible avec des aiguilles serties. La suture Arthrex FiberWire est disponible en blanc (non teinté) ou en couleurs (teinté). Cette suture se compose de fibres de polyéthylène et de fibres de polyester tressées, stérilisées et traitées en surface pour les applications chirurgicales. Ce revêtement joue le rôle de lubrifiant pour faciliter le glissement du fil, le serrage des nœuds et le passage du fil à travers les tissus.

**SYMBOLES UTILISÉS SUR L'ÉTIQUETAGE**

  QTY   Quantité

No pas réutiliser

 STERILE EO   Produit stérile si l'emballage n'a pas été ouvert ou endommagé. Méthode de stérilisation - EO

 STERILE R   Produit stérile si l'emballage n'a pas été ouvert ou endommagé. Méthode de stérilisation - Irradiation

 LOT   No. de lot   Consulter la notice accompagnant le produit

CE   Ce produit est conforme aux exigences de la directive sur les dispositifs médicaux CEE 93/42.

À utiliser avant le (mois/année)

## ITALIANO

**Descrizione:**

La sutura FiberWire Arthrex è disponibile in molte misure U.S.P. e soddisfa gli standard U.S.P. per sutura, tranne il diametro). FiberWire Arthrex può essere venduta anche con aghi di varie dimensioni attaccati (saldati) alle estremità. La sutura consiste in maglie di fibre di polietilene e di poliestere sterilizzate e rivestite per uso chirurgico. Il rivestimento funge da lubrificante per lo scorrimento della sutura, la chiusura dei nodi e la facilità di passaggio della sutura attraverso il tessuto. FiberWire Arthrex è disponibile sia non tinto (bianco) che tinto e soddisfa o supera gli standard U.S.P. ed europei (non per diametro).

**Indicazioni:**

FiberWire Arthrex è indicato per l'approssimazione e/o la legatura dei tessuti molli. FiberWire non va utilizzato in interventi cardiaci.

**Azioni:**

Sutura FiberWire Arthrex, quando testato per ISO/DIS 10993, *Valutazione biologica dei dispositivi medici-Parte 10. I test per irritazioni e sensibilizzazione*, non hanno evidenziato reazioni allergiche o ipersensibilità. La sutura e il rivestimento del suo sono farmacologicamente inattivi.

FiberWire Arthrex non viene assorbito, ma può essere incapsulato nel tessuto connettivo circostante. Non sono noti per FiberWire Arthrex cambiamenti significativi nella resistenza alla tensione in-vivo.

**Controindicazioni:**

Nessuna nota

**Avvertenze:**

Non risterilizzare. Una volta aperte, gettare le suture non utilizzate. Non esporre al calore.

Gli utenti devono conoscere bene le procedure e le tecniche chirurgiche relative alle suture non assorbibili prima di utilizzare FiberWire Arthrex per la chiusura delle ferite, in quanto il rischio di deiscenza della ferita può variare in base al sito di applicazione ed al materiale utilizzato per uso chirurgico.

Come per qualsiasi corpo estraneo, il contatto prolungato di questa sutura o di qualsiasi altra sutura con soluzione salina, come quelle presenti nel tratto urinario o biliare, può risultare nella formazione di calcoli. È necessario seguire una pratica chirurgica corretta per il drenaggio e la chiusura di ferite infette o contaminate.

**Precauzioni:**

Non trattare questo o qualsiasi altro materiale per sutura, occorre fare attenzione ad evitare danni dovuti al maneggiamento. Evitare danni da schiacciamento o piegatura dovuti all'applicazione di strumenti chirurgici, inclusi forcipi o porta-aghi.

Assicurarsi che tutti i nodi siano stati legati usando le tecniche chirurgiche di annodatura accettate. Una sicurezza adeguata del nodo richiede la tecnica chirurgica accettata di legatura piatte e quadrate, nonché di ulteriori avvolgimenti in base al caso chirurgico e all'esperienza del chirurgo. L'uso di avvolgimenti aggiuntivi può essere particolarmente appropriato per l'annodamento di monofilamenti. Evitare di recare danni al tessuto circostante o alla puntura dovuti ad una manipolazione non corretta della punta dell'ago.

Non afferrare l'ago per la punta o dalla saldatura, onde evitare danni a queste aree. Il raddrizzamento degli aghi può indebolirli e renderli meno resistenti alle piegature ed alle rotture. Gettare gli aghi usati in contenitori per materiale taffilato.

**Effetti indesiderati:**

Non si sono riscontrati effetti indesiderati con l'uso del prodotto FiberWire Arthrex nei test sugli animali. Le reazioni comuni alle suture non assorbibili possono includere la deiscenza della ferita, la formazione di calcoli nei tratti urinario e biliare dovuta al contatto prolungato con soluzioni saline come urina e bile, infettività batterica elevata, minima reazione del tessuto alle infiammazioni acute, dolore, edema ed eritema al sito della ferita. Il contatto involontario dell'ago con aghi chirurgici contaminati può risultare nella trasmissione di patogeni veicolati dal sangue.

**Sterilizzazione:**

La sutura FiberWire Arthrex viene fornita sterile. Metodo di sterilizzazione - EO

Non risterilizzare. Non usare se la confezione è aperta o danneggiata. Gettare le suture non usate se la confezione è aperta.

**Condizioni di conservazione:**

Conservare al di sotto di 25°C, lontano da umidità e calore diretto. Non utilizzare dopo la data di scadenza.

**Come si presenta:**

FiberWire Arthrex è disponibile in molte misure U.S.P. (le suture soddisfano gli standard U.S.P. per sutura, tranne il diametro). La sutura viene fornita sterile in lunghezze pretagliate ed in alcuni casi con aghi saldati. FiberWire Arthrex è disponibile tinto o non tinto (bianco). La sutura consiste in maglie di fibre di polietilene e poliestere sterilizzate e rivestite per uso chirurgico. Il rivestimento funge da lubrificante per lo scorrimento della sutura, la chiusura dei nodi e la facilità di passaggio della sutura attraverso il tessuto.

**SIMBOLI USATI SULL'ETICHETTA**

  QTY   Quantità

No più riutilizzare

 STERILE EO   Il prodotto è sterile se la confezione non è aperta o danneggiata. Metodo di sterilizzazione - EO

  Il prodotto è sterile se la confezione non è aperta o danneggiata. Metodo di sterilizzazione - Raggi Gamma

 LOT   Numero di lotto   Fare riferimento all'opuscolo contenuto nella confezione

CE   Questo prodotto è conforme ai requisiti essenziali della Direttiva CEE 93/42 sui Dispositivi Medici.

 Da usarsi entro anno e mese

## ESPAÑOL

**Descripción:**

La sutura FiberWire Arthrex en varios tamaños aprobados por U.S.P. (las suturas cumplen las normas de U.S.P. para suturas, excepto en el diámetro). También es posible encontrar la sutura FiberWire de Arthrex en diversos tamaños y con agujas incorporadas (enhebradas) en los extremos. La sutura está hecha de fibras de polietileno y poliéster trenzadas, esterilizadas y recubiertas para uso quirúrgico. El recubrimiento hace las veces de lubricante para facilitar la sutura, atar los nudos y facilitar el paso de la sutura a través del tejido. La sutura FiberWire en varios modelos sin teñir (blanca) o teñida y cumple o supera las normas de U.S.P. y Europa (excepto en el diámetro).

**Indicaciones:**

La sutura FiberWire de Arthrex está indicada para aplicaciones de aproximación y ligadura de tejido blando. La sutura FiberWire no está indicada para uso cardíaco.

**Acciones:**

Sutura FiberWire de Arthrex, sometida a prueba de acuerdo con la norma ISO/DIS 10993, *Evaluación Biológica de Dispositivos Médicos-Sección 10. En pruebas para detección de irritaciones y sensibilidad*, no hubo reacciones alérgicas ni de sensibilidad. La sutura teñida y el recubrimiento son inactivos farmacológicamente.

La sutura FiberWire de Arthrex no se absorbe, pero podría encapsularse en los tejidos conjuntivos adyacentes. La sutura FiberWire de Arthrex no presenta cambios significativos conocidos en cuanto a resistencia a la tracción in vivo.

**Contraindicaciones:**

Ninguna conocida

**Advertencias:**

No esterilizar de nuevo. Una vez abierto el paquete, desechar la sutura no utilizada. No exponer al calor.

Los usuarios deberán conocer los procedimientos quirúrgicos y las técnicas con suturas no absorbibles antes de utilizar FiberWire de Arthrex para cerrar heridas, ya que el riesgo de dehiscencia de las heridas varía según el sitio de aplicación y el material de sutura utilizado.

Al igual que ocurre con todo cuerpo extraño, el contacto prolongado de esta sutura, o de cualquier otro tipo de sutura, con soluciones salinas como las halladas en los tractos urinario o biliar, podría producir cálculos. Se deben usar métodos quirúrgicos aceptables en relación con el drenaje y cierre de heridas infectadas o contaminadas.

**Precauciones:**

Se debe tener cuidado al manipular este o cualquier otro material de sutura para evitar daños. No utilice instrumentos quirúrgicos o de aplicación tales como fórceps o porta-agujas para evitar aplastar o plegar el material.

Cerciórese de que todos los nudos se hayan hecho por medio de técnicas aceptadas para nudos quirúrgicos. Para la fijación correcta de los nudos es necesario utilizar la técnica quirúrgica aceptada de nudos planos y cuadrados con lazadas adicionales, según lo requieran las condiciones quirúrgicas y la experiencia del cirujano. El uso de lazadas adicionales podría ser especialmente útil en la elaboración de nudos de monofilamentos. Debe tenerse cuidado para evitar daños al tejido adyacente o punciones producidas por el usuario al manipular incorrectamente la punta de la aguja.

No sujete la aguja por la punta ni por el ojo para evitar daños en esas partes. Si se modifica la forma de las agujas, éstas podrían perder su firmeza y ser menos resistentes a las curvaturas y el rompimiento. Deseche las agujas usadas en recipientes para objetos punzantes.

**Reacciones adversas:**

No se han detectado reacciones adversas del producto FiberWire de Arthrex en pruebas con animales. Entre las reacciones comunes de las suturas no absorbibles se encuentran: dehiscencia de las heridas, formación de cálculos en los tractos urinario y biliar en contacto prolongado con soluciones salinas tales como la orina y la bilis, mayor propensión a infecciones bacterianas, reacción mínima inflamatoria aguda del tejido, dolor, edema y eritema en el sitio de la herida. El pinchazo accidental con agujas quirúrgicas usadas podría causar la transmisión de patógenos a través de la sangre.

**Esterilización:**

La sutura FiberWire de Arthrex se suministra estéril. Método de esterilización - EO

No esterilizar de nuevo. No utilizar si el paquete llega abierto o dañado. Desechar las suturas abiertas que no se hayan utilizado.

**Condiciones de almacenamiento:**

Almacenar el producto por debajo de 25°C, alejado de la humedad y el calor directo. No utilizar después de la fecha de caducidad.

**Presentación:**

La sutura FiberWire de Arthrex viene en varios tamaños aprobados por U.S.P. (las suturas cumplen las normas U.S.P. para sutura, excepto en el diámetro). La sutura se suministra estéril en cortes de longitud predeterminada y en algunos casos con agujas enhebradas. La sutura FiberWire de Arthrex se encuentra disponible en modelos sin teñir (blanca) o teñida. La sutura está hecha de fibras de polietileno y poliéster trenzadas, esterilizadas y recubiertas para uso quirúrgico. El recubrimiento hace las veces de lubricante para deslizar la sutura, atar los nudos y facilitar el paso de la sutura a través del tejido.

**SIMBOLOS UTILIZADOS EN LAS ETIQUETAS**

 QTY   Cantidad

No reutilizar

 STERILE EO   Estéril mientras el envase no sea abierto o dañado. Método de esterilización - EO

 STERILE R   Estéril mientras el envase no sea abierto o dañado. Método de esterilización - Irradiación

 LOT   Número de lote   Ver folleto en el interior del envase

CE   Este producto cumple con los requisitos esenciales de la Directiva de productos médicos 93/42 CEE.

 Caducar - año y mes