# EXHIBIT 12

1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DePuy Mitek, Inc., a
Massachusetts Corporation,

    Plaintiff,

vs.                                  CIVIL ACTION
                                     NO. 04-12457 PBS
Arthrex, Inc., a Delaware
Corporation,

    Defendant.
_____/

| | |
|---|---|
| DEPOSITION OF: | DONALD GRAFTON |
| DATE: | March 14, 2006 |
| TIME: | 8:38 a.m. to 1:23 p.m. |
| LOCATION: | The Ritz Carlton Golf Resort<br>2600 Tiburon Drive<br>Naples, FL  34112 |
| TAKEN BY: | Plaintiff |
| REPORTER: | Deborah A. Krotz, RPR, CRR |
| VIDEOGRAPHER: | Gene Howell, CLVS |

*Condensed Copy*

14

1  Q. No?
2  A. Not initially.
3  Q. Okay. What suture was that?
4  A. I don't recall the name of it.
5  Q. You don't recall the name?
6  A. No. It was a secondary company.
7  Q. It was a 100 percent polyester suture?
8  A. Yes.
9  Q. Non-absorbable?
10 A. Correct.
11 Q. Was that a braided suture?
12 A. Yes.
13 Q. Did it have a core?
14 A. I -- We didn't design it. We purchased it as an
15 OEM, so I can't tell you that.
16 Q. And was that suture sold attached to anchors?
17 A. That's correct.
18 Q. Okay. Do you know what sizes?
19 A. Size 2.
20 Q. Size 2? Any other sizes other than Size 2?
21 A. No.
22 Q. Were you involved in the selection of this
23 suture?
24 A. Yes.
25 Q. And did you say you can't remember the name of

15

1 the suture?
2  A. That's correct.
3  Q. What products was it sold on?
4  A. Suture anchors.
5  Q. Do you know the names of the products?
6  A. All of the Arthrex suture anchors that were
7 available at that time.
8  Q. Okay. Eventually, was this suture replaced?
9  A. Yes.
10 Q. Okay. And what was it replaced with?
11 A. With a Pearsalls suture -- polyester suture.
12 Q. 100 percent polyester suture?
13 A. To my understanding, that's correct.
14 Q. Was that a braided suture?
15 A. Yes.
16 Q. Did that suture have a trade name, that one for
17 Pearsalls, the polyester one?
18 A. Yes.
19 Q. What was the trade name of the --
20 A. I don't remember.
21 Q. Did the polyester suture from Pearsalls have a
22 core?
23 A. I have no idea.
24 Q. What was your involvement in the selection of the
25 first suture for Arthrex?

16

1  A. Well, I was engineer on the project. As far as
2 the specific involvement, it's been too long for me to
3 remember.
4  Q. You were involved in reviewing various sutures
5 and selecting the one that Arthrex would purchase?
6  A. Yes.
7  Q. Okay. And this is for the suture or for the
8 company out of New Mexico?
9  A. Yes.
10 Q. And did you analyze various sutures?
11 A. I don't remember.
12 Q. You don't remember?
13 A. No.
14 Q. Do you remember if you looked at sutures from
15 other companies and picked this one from New Mexico as the
16 best or --
17 A. I remember there was very little ability to
18 select the preferable suture because of a competitive
19 standpoint. The sutures were not available.
20 Q. What do you mean by not available?
21 A. J & J or Ethicon wasn't going to sell Arthrex
22 suture, so that eliminated that as a potential suture.
23 Q. And there weren't many other sources, is that
24 what you're saying, other than J & J?
25 A. That's what I'm saying.

17

1  Q. Okay. How did --
2  A. I didn't -- Excuse me. Did you say many other or
3 any other?
4  Q. Many. Many other.
5  A. There were others, but they -- they were not
6 used.
7  Q. Were they examined or considered?
8  A. I don't remember. I don't remember. You're
9 talking about a long time ago and a short period of time
10 that the manufacturer in New Mexico was used.
11     Let me say this: The suture was changed from the
12 New Mexico company to Pearsalls because of the bioburden
13 levels on the suture was too high, and it was -- we had
14 trouble sterilizing it. And it was for a brief period of
15 time that that suture was used.
16     So other than that, I can't give you any details.
17 So if you want to pursue it, you can ask me what you want,
18 but I don't know that much about it because we didn't use
19 it that long, and we swapped because the suture was poor
20 when it come to being able to sterilize it.
21 Q. How did -- What was your involvement with
22 selecting -- selecting the polyester suture from Pearsalls
23 as a replacement for this first suture?
24 A. Another company that made suture that we had
25 located.

5 (Pages 14 to 17)

VERITEXT CORPORATE SERVICES (800) 567-8658

**Page 22**

1  Q. And you don't recall whether or not the polyester
2  suture from Arthrex had a core?
3  A. You said from Arthrex. You're talking about
4  Pearsalls now?
5  Q. I'm sorry. The 100 percent polyester suture from
6  Pearsalls, did it have a core?
7  A. Don't know.
8  Q. Don't know? And the polyester that was braided
9  in the polyester suture from Pearsalls, do you know what
10 type of polyester that was?
11 A. No.
12 Q. When's the first time that you went over to
13 England to visit Pearsalls?
14 A. Don't remember.
15 Q. How many times have you been over to England to
16 visit Pearsalls?
17 A. Three to five.
18 Q. When you were involved in the process of
19 selecting this polyester suture from Pearsalls, did you go
20 over and visit Pearsalls?
21 A. No.
22 Q. No? At some point, Arthrex -- Let me back up.
23    What was the next suture that you can remember
24 Arthrex selling after the polyester?
25 A. Jenzyme Tevdek.

**Page 23**

1  Q. Were you involved in the selection of the Tevdek
2  suture?
3  A. What do you mean involved? Primary
4  identification or selection or did I know the company? Or
5  you are going to have to -- When you say involved, sir, I
6  need to know exactly what you're talking about.
7  Q. Okay. Were you involved in the selection of this
8  Tevdek suture from Jenzyme?
9     MR. SOFFEN: Objection; vague. He just said he
10    doesn't have --
11 A. I'm not sure -- Again, when you say involved, I'm
12 involved in this, but I'm not asking the questions. So
13 you need to -- when you say involved, what does involved
14 mean exactly? I -- I was the engineer that was
15 responsible for saying yes, this is a product that meets
16 engineering specifications.
17 Q. Okay. Did you recommend that Arthrex sell the
18 Tevdek sutures?
19 A. From an engineering standpoint, the material met
20 the specification or engineering requirements to be used
21 with a suture anchor.
22 Q. And what were the engineering requirements that
23 you reviewed Tevdek suture for?
24 A. Knot strength, tensile strength, color,
25 biocompatibility. You know. It's -- on and on.

**Page 24**

1  Q. Knot tiedown? Is that one of the considerations?
2  A. Knot -- knot strength.
3  Q. Was knot tiedown one of the considerations
4  that --
5  A. Well, obviously, if you are going to tie a knot,
6  I mean, it's going to be tied down to something. Yes.
7  The makeup of the suture anchor, so, yes.
8  Q. So the answer is yes?
9  A. Yes.
10 Q. Okay. When you were selecting the Pearsalls
11 suture, was knot strength a consideration?
12 A. Of course.
13 Q. And when you were selecting the Pearsalls suture,
14 was tensile strength a consideration?
15 A. Yes.
16 Q. When you were selecting the Pearsalls suture, was
17 knot tiedown a consideration?
18 A. Knot tiedown, knot strength are -- in my thinking
19 are similar or the same thing.
20 Q. Same thing?
21 A. (Witness nods head affirmatively).
22 Q. What do you mean -- In your thinking, when you
23 say knot strength, what do you mean?
24 A. Surgeon's application is to tie a knot. That is
25 affixing it to -- in approximation to tissue to bone.

**Page 25**

1  That is knot tiedown. And there's a knot placed in the
2  suture, so -- so tying a knot and knot tiedown are the
3  same things as far as I'm concerned.
4  Q. Okay. You just said tying a knot and knot
5  tiedown is the same thing. My question was slightly
6  different. Knot strength versus -- What is your
7  understanding of knot strength?
8  A. It's the mechanical tensile of the suture's
9  ability to -- to, after tying a knot, before breakage.
10 Q. Did you generally consider knot strength to be
11 determined by tying a knot in a suture and testing it on a
12 tensile --
13 A. Yes.
14 Q. -- testing machine?
15 A. Yes.
16 Q. How about knot tiedown? Is that --
17 A. We didn't test for knot tiedown.
18 Q. So you -- Before, you said knot strength and knot
19 tiedown were the same thing.
20 A. That's why I said that we tested for knot
21 strength -- okay -- for -- of tying a knot. And I
22 consider those the same things. So we didn't -- we didn't
23 test specifically for tying soft tissue down. We tested
24 the knot as tying a knot versus -- what the standard calls
25 for and doing a pull test on it.

## Page 34

1  different types of mandrels.
2  Q. Okay.
3  A. I'm not sure what you mean.
4  Q. Something with a hook that the loop wraps around,
5  goes around -- the suture loop goes around?
6  A. I've got two hooks listed there, yes.
7  Q. Okay. And you labeled the knot; right?
8  A. Yes.
9  Q. And this test is measuring -- Can you explain to
10 me how this test is measuring --
11 A. Yeah, once the crosshead moves --
12 Q. Right.
13 A. -- this is placed under a fixed tension to start
14 with to remove any -- any slack in the loop --
15 Q. Correct. Okay.
16 A. -- and then once it's test -- once the crosshead
17 is moved, you measure the tensile strength which is
18 required to increase that loop opening.
19 Q. Are you pulling on one of the parts of the knot?
20 A. That's what -- What do you mean parts of the
21 knot? No. The knot's here on the side. Pulling 90
22 degrees from the knot on both ends.
23    Here, I'll draw you a bigger picture.
24 Q. Thank you.
25 A. (Witness complying).

## Page 35

1  Q. Well, the knot that you're describing here, is
2  this knot the same knot as, for example, that you would
3  tie your shoe? You just go over?
4  A. It's a square knot.
5  Q. You're calling it a square knot? Okay.
6  A. Yes. Now you can tie many different knots there.
7  Q. Right.
8  A. To determine which knot has the best efficiency
9  with use with that particular type of suture -- there's 30
10 or 40 different types of knots.
11 Q. Okay.
12 A. The test calls for a square knot.
13 Q. Okay. And when the force is applied, it's
14 measuring -- you want it -- the object here is to
15 determine how much -- or I'm sorry -- the object is to
16 determine when the suture that's tied in this knot starts
17 slipping out of the knot?
18 A. Yes.
19 Q. And the force at which it does that is considered
20 the knot -- it's the knot security?
21 A. Yes.
22 Q. Okay. Did you analyze the Pearsalls polyester
23 suture for knot security?
24 A. Yes.
25 Q. How about the Tevdek suture? Did you analyze

## Page 36

1  that for knot security?
2  A. Yes.
3  Q. Okay. So in selecting sutures in your
4  experience, knot security, knot strength, tensile strength
5  are all important considerations?
6  A. Yes.
7     MR. SOFFEN: Are you going to label that as an
8  exhibit?
9     MR. BONELLA: Sure. If you would date that and
10 initial that, Mr. Grafton.
11    We'll mark that as DePuy Mitek Exhibit 421. And
12 that's Mr. Grafton's drawing of the knot security
13 test.
14    (DePuy Mitek Exhibit No. 421, Mr. Grafton's
15 drawing of the knot security test, was marked for
16 identification.)
17 Q. The Tevdek suture, was that also polyester?
18 A. Yes.
19 Q. And Size 2?
20 A. Yes.
21 Q. Any other sizes?
22 A. Possibly.
23 Q. But you don't remember?
24 A. No.
25 Q. Was the Tevdek suture braided?

## Page 37

1  A. Yes.
2  Q. Did the Tevdek suture have a core?
3  A. I have no idea.
4  Q. Why was there a shift -- Let me back up. When
5  Arthrex began selling the Tevdek polyester suture, did it
6  stop selling the Pearsalls polyester suture?
7  A. Yes.
8  Q. Why was there a shift from the Pearsalls
9  polyester suture to the Tevdek polyester suture?
10 A. I answered that question already.
11 Q. You did? I'm sorry. I missed it. What was the
12 reason?
13 A. The stiffness and compliance of the suture.
14 Q. So the Tevdek suture was more compliant --
15 A. That's correct.
16 Q. Let me finish the question. The Tevdek suture
17 was more compliant than the Pearsalls polyester suture?
18 A. That's correct.
19 Q. Did the Tevdek suture have a coating?
20 A. Yes.
21 Q. Do you know what the coating was?
22 A. No.
23 Q. And the Pearsalls suture, was the braid
24 constructed on a carrier braider machine?
25 A. Yes.

42

1  A. What's the date on this?
2  Q. The date on this is -- the last page is dated
3  November 4th, 2005.
4  A. Okay. I want to quantify this then, because
5  you're talking about a time period after I worked for the
6  company, so when you -- when it says in here that I'm
7  familiar with these products, it would be at the time I
8  had left the company. And this is -- this was written
9  after I left the company. So I can't totally say that I
10 am familiar with those products under that.
11 Q. So you would agree that you were familiar with
12 the state-of-the-art for surgical suture products as of
13 the date you left Arthrex?
14 A. Define state-of-the-art, sir.
15 Q. State-of-the-art? Well, the general -- You don't
16 have an understanding of what that means?
17 A. I want to understand what you mean in the context
18 of this state-of-the-art.
19 Q. Okay.
20 A. I mean there's -- there's -- there's --
21 Q. This is from Pearsalls, so I can't tell you
22 exactly what they mean, so ... Let me back up. When you
23 were --
24 A. I was -- I was familiar with the competitive
25 products on the market and what we offered and how they

43

1  compared to the competitive products.
2  Q. Okay. And that was as of the date you left
3  Arthrex?
4  A. Yes.
5  Q. Okay. And how long were you familiar with
6  Arthrex's suture products and the competitive suture
7  products that are in the marketplace?
8  A. When we started marketing the product, the
9  sutures, until the time I left.
10 Q. Okay. So sometime when Arthrex began selling the
11 suture from the supplier from New Mexico?
12 A. Yes.
13 Q. Okay. When Arthrex shifted from the Pearsalls
14 suture to the Tevdek suture, was there any consideration
15 to -- or for Arthrex designing its own suture?
16 A. No.
17 Q. Why not?
18 A. Because we could find a suture OEM that was
19 available already. Why manufacture the suture when
20 there's a readily available source?
21 Q. Now you said you tested for the Tevdek suture
22 before it was selected; right?
23 A. Of course.
24 Q. And then it came back after it was selected, the
25 response from surgeons was that it had low knot strength

44

1  and tensile strength; right?
2  A. Yes.
3  Q. Didn't that come up in your testing?
4  A. I don't recall.
5  Q. What was your involvement in the development of
6  FiberWire?
7  A. It was my idea.
8  Q. When you say it was your idea, what do you mean
9  by that?
10 A. I'll give you -- Would you like the story on how
11 FiberWire came about?
12 Q. Sure.
13 A. We were having issues from customers with the
14 Tevdek suture being low tensile strength as compared to
15 competitors' suture anchors with suture, primarily
16 Ethicon.
17 Q. Ethibond?
18 A. Ethibond. This was numerous complaints from
19 friendly surgeons, not -- not a massive amount of
20 complaints, but it was determined that the tensile
21 strength of the suture was not as good as the Ethicon
22 Ethibond suture.
23 Q. When you say friendly, do you mean friendly to
24 Arthrex?
25 A. Yes. And I had gotten a phone call from a Dr.

45

1  Deberdino who was a surgeon at Fort Sam Houston, San
2  Antonio. His -- his comments were that he had tied three
3  knots the previous afternoon using the FASTak product of
4  Arthrex -- that's a glenoid labrum device -- and had broke
5  the knots on all three of them. And -- you know -- he
6  said it kind of jokingly. He said, "And I didn't even
7  work out the day before."
8      And so he was tying to be nice about it, but
9  bottom line was your suture sucks. Okay?
10     And so -- you know -- we're in a position where
11 we need to find a suture that will be competitive. I had
12 been to Pearsalls many times working on bioabsorbable
13 products. This was the time that you referred to earlier
14 where I said three to five, and was familiar with suture
15 manufacturing, the steps required to manufacture a suture.
16     One of the trips there, Mr. Lyon had pointed out
17 to me a -- the other products they manufactured, which was
18 fishing line and silk used in decorated drapes. The
19 fishing line used a ultra-high molecular weight
20 polyethylene material that was very strong, and I -- at
21 some point, it was decided that we would try some of that
22 for a suture.
23     I had Pearsalls, mainly through Brian, as being
24 the manufacturing person --
25 Q. Brian Hallett?

**Page 46**

1  A. That's correct -- make some Size 2 braided
2  material, send to me, and at the -- coincidentally, at the
3  same time, I had a Dr. Steve Burkhart from San Antonio and
4  a Dr. Casey Chan, who is a R & D guy in knot testing and
5  suture. They were -- they were at Arthrex at the time
6  when this material showed up.
7       We tested the material. The strength was
8  excellent. The knot slippage was very poor, would not
9  hold a knot.
10      So at that point in time, it looked like we would
11 not be able to use an alternative material of ultra-high
12 molecular weight polyethylene because the slippage of the
13 material -- because of the slippage of the material tested
14 with Casey Chan -- Dr. Chan and Dr. Burkhart. And so at
15 that point in time, the -- the product was -- was on hold.
16      I was on a trip to Chicago to the national sales
17 meeting, and I had this idea of adding PET to the
18 ultra-high molecular weight polyethylene to enhance the or
19 reduce the knot slippage of the product. I sent an e-mail
20 to Dr. Steve Burkhart and suggesting that since he was
21 familiar with the testing we had done very recently with
22 just the ultra-high molecular weight PE, of adding the
23 PET, and his -- I'll never forget the e-mail. He thought
24 that was a killer idea.
25      And so I had asked then at that time for Brian

**Page 47**

1  Hallett to make me samples up of using those two materials
2  and -- and send to me. And we tested the materials, and
3  now we had a product that had superior tensile strength
4  and greater knot strength than any competitive product out
5  on the market.
6  Q. Okay. If I could just back up to a couple of
7  points that you mentioned to make sure I understand what
8  happened here. The -- You said the idea began -- or I'm
9  sorry. Back up. You said when this idea came up, you had
10 already been to Pearsalls several times?
11 A. Mmm-hmm (affirmative).
12 Q. And you were familiar with --
13 A. Yes.
14 Q. And when this idea came up, you were familiar
15 with how sutures were manufactured?
16 A. Yes.
17 Q. Okay. And what did you mean by that?
18 A. One of the products -- projects that I worked on
19 was a bioabsorbable suture similar to what Ethicon sells
20 as Panacryl, and the difference being this was 100 percent
21 PLLA material. The -- so we worked on this for about a
22 year -- I don't know the exact time -- with many trips
23 over to Pearsalls to change the construct of the yarn to
24 enhance the tensile properties of the material. And so at
25 that time, I became familiar with how a suture is

**Page 48**

1  processed to make a braid.
2  Q. Okay. And how many times were you over in
3  England?
4  A. I told you already. Three to five.
5  Q. Three to five.
6  A. Approximate.
7  Q. Is that total lifetime?
8  A. That's an approximate number total lifetime, yes.
9  Q. Have you been to other manufacturing facilities
10 for sutures?
11 A. Jenzyme Tevdek.
12 Q. And how many times have you been there?
13 A. Once, I believe.
14 Q. And when you were at Jenzyme Tevdek, did you see
15 the manufacturing processes for Tevdek?
16 A. It was a dog and pony quick courtesy through the
17 facility.
18 Q. So when you came up with the idea for using
19 ultra-high molecular weight polyethylene in a suture, did
20 you -- you say you are familiar with how sutures are made?
21 A. I'm also a fisherman. There's -- you know --
22 fishing line is -- uses ultra-high molecular weight
23 polyethylene as a material that's used for sport fishing,
24 very high strength.
25      Pearsalls made fishing line. And so they had

**Page 49**

1  this material already available as a fishing line. So it
2  was an easy conversion -- you know -- conclusion,
3  conversion to say what if this is used as a suture
4  material, because ultra-high molecular weight polyethylene
5  is a totally inert material.
6  Q. When you saw that Pearsalls had been using
7  ultra-high molecular weight polyethylene in fishing
8  line --
9  A. Yes.
10 Q. -- do you know how it was being used in fishing
11 line, what the construction was?
12 A. No.
13 Q. Was it a braided construction? Was it --
14 A. I can't tell you for sure, sir.
15 Q. You don't know?
16 A. I wasn't interested in buying fishing line, so I
17 didn't look at the details of it.
18 Q. So you had -- Sitting here today, you can't tell
19 me anything at all about how the fishing line that
20 Pearsalls was making with ultra-high molecular weight
21 polyethylene was constructed?
22 A. It went through their manufacturing processes in
23 their company, but specifically how it was made, the
24 constructs, I have no idea or the size.
25 Q. In other words, you have no idea if it was all

### Page 50

1 ultra-high molecular weight polyethylene or if it was
2 braided or --
3    A. It's been too long ago. I can't tell you that.
4    Q. And your idea was to use the ultra-high molecular
5 weight polyethylene as a suture?
6    A. Yes.
7    Q. Okay. And you had Mr. Hallett make a Size 2, I
8 think you said?
9    A. Yes.
10   Q. Okay. Can you describe the construction of that
11 first --
12   A. I don't remember now. It's been too long.
13   Q. Was it all ultra -- ultra-high molecular weight
14 polyethylene?
15   A. Initially, yes, as a test prototype material.
16   Q. Was it braided?
17   A. Yes.
18   Q. Was it an eight-carrier or a sixteen-carrier?
19   A. I don't remember.
20   Q. You said it was a Size 2 though?
21   A. Yes.
22   Q. So it was a Size 2 ultra-high molecular weight
23 polyethylene braided suture that did not have PET?
24   A. For the initial prototype material, that's
25 correct.

### Page 51

1    Q. Okay. And it didn't have nylon or any other
2 material braided with it?
3    A. No.
4    Q. So the initial prototype was a ultra-high
5 molecular weight polyethylene braided suture prototype, if
6 you will?
7    A. Yes. Size 2.
8    Q. Size 2. And was the initial prototype, was it
9 coated?
10   A. I don't remember.
11   Q. Okay. Do you know if the initial prototype went
12 through any other manufacturing process like stretching or
13 heating, twisting?
14   A. I don't recall.
15   Q. Was the initial prototype 100 percent ultra-high
16 molecular weight polyethylene?
17   A. For the fourth time, yes.
18   Q. Okay. And you tested the initial prototype that
19 was 100 percent ultra-high molecular weight polyethylene
20 with Dr. Burkhart and Dr. Chen?
21   A. Dr. Casey Chen, correct.
22   Q. Okay. And the test that you conducted with Dr.
23 Burkhart and Dr. Chen on the ultra-high molecular weight
24 polyethylene was a knot strength test?
25   A. Knot security.

### Page 52

1    Q. Knot security test?
2    A. Yes.
3    Q. Was that the test we drew in Exhibit Number 421?
4    A. That's correct.
5    Q. Okay. And you said the strength was excellent, I
6 believe, of the initial prototype, but the knot slippage
7 was poor; is that right?
8    A. Yes.
9    Q. Okay. When you say the slippage was poor of the
10 initial prototype, what do you mean?
11   A. Less than the tensile strength capability of the
12 existing Arthrex product.
13   Q. So the knot slippage was less than the Tevdek
14 suture?
15   A. Yes.
16   Q. And it was -- knot slippage was such that it was
17 determined that the 100 percent ultra-high molecular
18 weight polyethylene suture prototype wasn't suitable to be
19 developed?
20   A. That's correct. Yes.
21   Q. Okay. Ultra-high molecular weight polyethylene,
22 you said the knot slippage was poor?
23   A. (Witness nods head affirmatively).
24   Q. Ultra-high molecular weight polyethylene, is that
25 a lubricious material?

### Page 53

1    A. Yes.
2    Q. And was the knot slippage of this ultra-high
3 molecular weight polyethylene poor security because of the
4 lubricity of polyethylene?
5    A. Yes.
6    Q. Yes?
7    A. Yes.
8    Q. So then you came up with the idea to braid PET
9 with the ultra-high molecular weight polyethylene to
10 reduce the knot slippage?
11   A. Yes.
12   Q. And when you say knot slippage, we're referring
13 to this knot security test?
14   A. Yes.
15   Q. So are we using the terms knot slippage and knot
16 security interchangeably here?
17   A. You are, yes.
18   Q. In your testimony?
19   A. Yes.
20   Q. So the knot security of the 100 percent
21 ultra-high molecular weight polyethylene was poor, the
22 prototype; right?
23   A. Yes.
24   Q. And your idea was to add the PET and to improve
25 the knot security?

## Page 54

1  MR. SOFFEN: Objection; asked and answered.
2  You've asked him the same thing multiple times. But
3  you can answer.
4  A. I've lost count, it's been so many times, but the
5  answer again is yes.
6  Q. Okay. And Dr. Burkhart said that was a killer
7  idea?
8  A. What was a killer idea?
9  Q. The killer idea was that your idea of adding
10 PED -- PET -- I'm sorry. I'll rephrase that question.
11     Did Dr. Burkhart say that your idea to braid PET
12 with the ultra-high molecular weight polyethylene to
13 improve knot security was a killer idea?
14 A. Yes.
15 Q. Okay. And then you said you had Pearsalls
16 manufacture a prototype that had PET and ultra-high
17 molecular weight polyethylene braided?
18 A. Yes.
19 Q. And you tested that prototype?
20 A. Yes.
21 Q. And you said that that prototype had good knot
22 strength?
23 A. Correct.
24 Q. And the prototype of PET braided with ultra-high
25 molecular weight polyethylene had good knot security?

## Page 55

1  A. Yes.
2  Q. And the prototype of PET and ultra-high molecular
3  weight polyethylene braided together also had good tensile
4  strength?
5  A. Yes.
6  Q. And after you tested this second prototype, if
7  you will, of the PET braided with ultra-high molecular
8  weight polyethylene, was then the decision made to pursue
9  trying to commercially develop this idea?
10 A. Yes.
11 Q. Did you -- when you made -- Who made the decision
12 to go forward and try to commercialize this idea?
13 A. Myself and Reinhold, surgeons that we
14 collaborated with, marketing people. You know, it wasn't
15 just myself.
16 Q. Okay. Was this prototype that had the PET
17 braided with the ultra-high molecular weight polyethylene,
18 was it -- did it have a coating on it?
19 A. Yes.
20 Q. It did?
21 A. (Witness nods head affirmatively).
22 Q. And what was the coating?
23 A. I forget the name. It's like an MED2174s.
24 Q. That was on the prototype?
25 A. Which prototype are you referring to now?

## Page 56

1  Q. I'm talking about the --
2  A. The second prototype with the PET?
3  Q. Correct.
4  A. Yes.
5  Q. The second prototype that had the coating on it?
6  A. Yes.
7  Q. And was that part of your initial idea, or was
8  that -- because I thought you said your initial idea was
9  to add the PET. Was it also to coat it, or was that
10 something that came later?
11 A. If you're going to market the product, it needs
12 the coating on it, sir.
13 Q. Okay. But the prototype that was manufactured
14 that you asked --
15 A. Most likely, it was coated, because it needed to
16 be as the final product would be marketed.
17 Q. You said most likely. Do you remember or you
18 don't remember whether the prototype that had the PET and
19 the ultra-high molecular weight polyethylene was coated?
20 A. I can't tell you for sure that it was at that
21 prototype stage.
22 Q. Okay. Was this prototype that you had -- after
23 you tested the prototype with PET with ultra-high --
24 A. Excuse me. I want to change that.
25 Q. Okay.

## Page 57

1  A. I never got samples of constructions from
2  Pearsalls without a coating unless I specifically asked
3  for it not to be coated. So there's a very high
4  probability that the suture came as -- the second
5  prototype -- as coated.
6  Q. That was standard for them to coat it, in other
7  words?
8  A. Yes.
9  Q. Okay. So the initial prototype that was
10 ultra-high molecular weight polyethylene, did you ask for
11 that not to be coated?
12 A. No.
13 Q. So chances are that that one was coated?
14 A. Quite possibly.
15 Q. After you tested the prototype of PET and
16 ultra-high molecular weight polyethylene braided together,
17 did you believe that it would then work as a suture?
18 A. Yes.
19 Q. Okay. Is there anything else you think you
20 needed to do in order to determine whether it would work
21 as a suture?
22 A. Yes.
23 Q. What did you need to do?
24 A. Biocompatibility toxicity testing, bioburden
25 levels, all the design control GNP items that need to be

66

1  decitex?
2  A. No. No, I can't remember that.
3  Q. Do you recall evaluating any samples that had
4  Dyneema 400 denier or higher?
5  A. No.
6  Q. Do you think you did or you just don't recall?
7  A. I received -- I'm sure I received the samples.
8  What I did with them, I don't recall.
9  Q. Okay. How long -- how much before this letter do
10 you think you came up with the idea to use the ultra-high
11 molecular weight polyethylene with PET blended together?
12 A. Whatever the Chicago National Sales Meeting was.
13 The flight just before the start date would be the time
14 that I came up with the idea. I don't know what that time
15 is. I just remember the circumstance.
16 Q. You say Chicago National Sales Meeting?
17 A. That's correct.
18 Q. Is that Arthrex National Sales Meeting?
19 A. Yes.
20 Q. Was that a meeting with all the Arthrex sales
21 reps.?
22 A. That's correct.
23 Q. And it was sometime before the July -- It was the
24 meeting before the July 10, 19 -- I'm sorry. The meeting
25 where you came up with the idea was the meeting before the

67

1  July 10th, 1998 date on this letter?
2  A. Yes.
3  Q. I show you DePuy Mitek Exhibit 324. Do you
4  recognize Exhibit 324 as a letter from you to Mr. Hallett?
5  A. I don't recall the letter, but I recognize my
6  name and the contact person. But the specific
7  circumstances of the letter, I don't remember.
8  Q. Based on your prior testimony, is it then true
9  that this letter was after you came up with the idea and
10 after you evaluated the prototype?
11 A. Yes. After I came up with the idea, yes.
12 Q. Okay. Was this letter sent before or after you
13 came up with the -- I'm sorry. Was this November 16th,
14 1998 letter sent before or after you came up with the --
15 Sorry. I will rephrase the question.
16    Was the November 16th, 1998 letter, Exhibit 324,
17 sent before or after you evaluated the prototype of
18 ultra-high molecular weight polyethylene braided with PET?
19 A. I don't recall.
20 Q. When you had the prototype of PET and ultra-high
21 molecular weight polyethylene made, do you know if
22 Pearsalls specifically made that or if they just pulled it
23 off their line from something else?
24 A. I'm sure they made it.
25 Q. They specifically made it?

68

1  A. Yes.
2  Q. It's not like they had a product that they could
3  just give to you?
4  A. No.
5  Q. In your letter, you say you tested the samples of
6  Dyneema. Do you see that?
7  A. Yes.
8  Q. And then you say, "Can you build a 25 percent
9  Dyneema/75 percent polyester blend in Size 2 that is very
10 flexible (like the existing suture or the Ethicon sample)
11 and send it to me to test"; do you see that?
12 A. Yes.
13 Q. Does that Ethicon sample, does that refer to an
14 Ethibond?
15 A. Yes.
16 Q. And you say, "If we get the" -- "If we can get
17 this blend correct, we will have a terrific advancement in
18 suture for our soft tissue anchors"; do you see that?
19 A. Yes.
20 Q. What did you mean by that?
21    MR. SOFFEN: Objection; vague. It states what it
22 states. What's the question?
23 Q. Do you understand the question?
24 A. I'm not sure what -- what you're asking.
25 Q. I would like to know what you mean by in your

69

1  letter when you said, "If we can get this blend correct."
2  You asked them for a 25 percent Dyneema/75 percent
3  polyester blend in Size 2 that's very flexible. And then
4  you said, "If we can get this blend correct, we will have
5  a terrific advancement."
6     What did you mean by "If we can get this blend
7  correct"?
8  A. The optimization of the two materials. If you
9  had the knot strength, loop security, and tensile
10 strength, as well as the tactile feel of the suture all
11 superior to what was on the market, then it would be a
12 superior product.
13 Q. Wait a second. You said optimization of two
14 materials.
15 A. (Witness nods head affirmatively).
16 Q. At this point in time, November 1998, were you
17 trying to vary the amount and type of the Dyneema and
18 polyester in the braid in order to get the best
19 properties?
20 A. During -- during the -- during that period of
21 time, yes.
22 Q. So you were balancing off the properties of each
23 material to try to get the optimum properties --
24 A. Tensile strength.
25 Q. To get the optimum tensile strength?

18 (Pages 66 to 69)

```
                                                          70
 1   A.  (Witness nods head affirmatively).
 2   Q.  What about knot security?
 3   A.  Yes.
 4   Q.  Okay. So you were varying the amount and type of
 5 the materials to get the optimum knot security, optimum
 6 tensile strength?
 7   A.  Yes.
 8   Q.  Any other properties? Knot tiedown?
 9   A.  The slideability of the knot, the tactile feel in
10 the surgeon's hands of the material.
11   Q.  So you were varying type and proportion of the
12 materials to optimize all these properties in the product?
13   A.  Yes.
14   Q.  Were the product samples that were being made at
15 this time in November of 1998, around this time, were they
16 being made on a carrier braid machine?
17   A.  Yes.
18   Q.  I show you DePuy Mitek Exhibit 325. It's a
19 letter dated November 16th, 1998 from Mr. Hallett to you.
20 Do you see that?
21   A.  Yes.
22   Q.  Do you recall receiving this letter?
23   A.  No.
24   Q.  It says -- Mr. Hallett says in the letter,
25 "Please find enclosed a matrix of information of the
```

```
                                                          71
 1 samples that you took with you on your visit to Pearsalls.
 2 I will endeavor to proceed with the existing trial to
 3 match the US2 Excel Braid made by Ethicon, in polyester
 4 construction." Do you see that?
 5   A.  Yes.
 6   Q.  Did you pick up the samples from Pearsalls that
 7 are mentioned in this --
 8   A.  I don't recall.
 9   Q.  Do you recall whether they were actually -- Do
10 you recall going over to Pearsalls and having them
11 actually make samples while you were there?
12   A.  Yes.
13   Q.  And were these samples -- These aren't samples
14 they pulled off the line? These are samples where they
15 took yarns and braided them according to what you guys
16 were considering?
17   A.  Repeat the question again.
18   Q.  Sure. I'm just trying to get the sense of
19 whether the samples that you picked up while you were at
20 Pearsalls that you saw being made, were they -- was it an
21 existing product they were picking up off the product
22 line, or was this -- you know -- yarns that were selected
23 and braided and going through the manufacturing process
24 that you particularly picked out?
25   A.  The latter.
```

```
                                                          72
 1   Q.  Do you see under the yarns the first one is
 2 Dyneema?
 3   A.  Yes.
 4   Q.  And is has a DT number. Do you see that?
 5   A.  DT.
 6   Q.  Dt-no. Does that stand for DT number?
 7   A.  Where -- where do you see DT?
 8   Q.  The second column.
 9   A.  At the top as the heading, yes.
10   Q.  Okay. Are you familiar that Pearsalls uses the
11 terminology DT number for samples?
12   A.  I don't recall what they use.
13   Q.  You don't recall? Okay.
14       Was it the first sample -- Do you see where the
15 first one is Dyneema and the second ones are Polys, the
16 second through fourth are Poly/Dyneema? Do you see that?
17   A.  Yes.
18   Q.  Was the first sample of yarn here all Dyneema?
19   A.  Evidently.
20   Q.  Do you see in the second through the fourth yarns
21 were a braided blend of Polyethylene and Dyneema?
22   A.  Yes.
23   Q.  Do you see the straight pull column?
24   A.  Yes.
25   Q.  I'm sorry. I may have misspoke.
```

```
                                                          73
 1       The second through fourth yarns that are listed,
 2 the Poly/Dyneema, is that -- are they Polyester and
 3 Dyneema?
 4   A.  Yes.
 5   Q.  Not polyethylene and Dyneema?
 6   A.  It's ultra-high molecular weight polyethylene and
 7 PET.
 8   Q.  Okay. Do you see the column straight pull?
 9   A.  Yes.
10   Q.  Do you know what that means?
11   A.  Testing that they did in their lab with their
12 tensile test machine in kilograms.
13   Q.  Is that with a knot or without a knot?
14   A.  That's without a knot.
15   Q.  Okay. And do you see how the Dyneema one was
16 23.12 kilograms?
17   A.  Yes.
18   Q.  And Poly/Dyneemas were on the order of 34 to 36
19 kilograms?
20   A.  Yes.
21   Q.  Do you know why the difference in strength
22 between the Dyneema one and the other ones?
23   A.  You can't tell by looking at this report why
24 there's a difference.
25   Q.  And you don't remember?
```

74
1  A. No.
2  Q. I show you DePuy Mitek Exhibit 54. Do you
3 recognize Exhibit 54?
4  A. Yes.
5  Q. Is this the Marketing Product Initiation
6 generated by you on September 28th, 2000?
7  A. Correct.
8  Q. Do you see where the description and intended use
9 has blended non-absorbable suture, 3.6:1 ratio using
10 Dyneema as core and polyester as the outside jacket?
11  A. Yes.
12  Q. Okay. Do you recall having an idea for using --
13 making a suture that had Dyneema as a core and polyester
14 on the outside?
15  A. As another prototype, yes.
16  Q. Another prototype? Was this idea -- it was after
17 you had the idea of braiding the ultra-high molecular
18 weight polyethylene and the PET?
19  A. No. This is a -- this is a general form used to
20 start a project. It's not a technical or a detailed form.
21 It just gives the conceptual idea of, again, what if, and
22 is it approved. It does not try to go into the detail on
23 what the constructions, quantity of constructions and
24 types would be. It's to get a project started only.
25  Q. Okay. I just want to make sure I understand the

75
1 timing sequence here because this -- this document refers
2 to a Dyneema as the core and polyester as the outside
3 jacket?
4  A. Yes.
5  Q. And before, I think you told me that you came up
6 with the idea of braiding PET with ultra-high molecular
7 weight polyethylene?
8  A. Yes.
9  Q. And that was what Dr. Burkhart referred to as the
10 killer idea?
11  A. Yes.
12  Q. Okay. I just wanted to make sure. I think it
13 was your testimony that idea was before this September
14 28th, 2000 date?
15  A. Yes.
16  Q. Okay. So at some point, you started to evaluate
17 a Dyneema core surrounded by a polyester jacket?
18  A. As one of the items; not all.
19  Q. Okay. And do you recall evaluating that idea?
20  A. No.
21  Q. No?
22  A. (Witness nods head negatively). It would be for
23 a very limited time.
24  Q. Why do you say that?
25  A. Because it wasn't -- we didn't come out with that

76
1 product.
2  Q. This Marketing Product Initiation form, was this
3 approved?
4  A. There are signatures at the bottom, yes.
5  Q. And what does the approval of the Marketing
6 Product Initiation form mean at Arthrex?
7  A. It means that a project is going forward as a
8 marketable project officially.
9  Q. Officially. So this idea officially started to
10 go forward, but then at some point stopped?
11  A. No. This was the initial sheet to begin
12 marketing a FiberWire type of product, and this is a
13 conceptual sketch of -- of how it could be, but was not
14 what the product ended up being.
15  Q. So did this Marketing Product Initiation form,
16 Exhibit 54, cover FiberWire whatever form it came out? Is
17 that what you are saying?
18  A. Are you finished with your question?
19  Q. Yes.
20  A. Yes.
21  Q. Who came up with the term "FiberWire"?
22  A. The president and founder of Arthrex, Reinhold
23 Schmieding.
24  Q. Were you present when he coined that term?
25  A. I don't remember.

77
1  Q. What was his involvement in the development of
2 FiberWire?
3  A. Supportive and as president of the company to
4 approve products that would be marketed by the company --
5 at company direction.
6  Q. Do you know how he chose the term "FiberWire"?
7  A. No.
8  Q. You are familiar with FiberWire's construction;
9 right?
10  A. Mmm-hmm (affirmative).
11  Q. It's made up of different yarns that are braided
12 together in the core -- I'm sorry -- in the sheath?
13  A. Yes.
14  Q. Okay. And does fiber -- are those yarns made up
15 of -- the yarns that are braided in the sheath made up of
16 fibers?
17  A. Filaments.
18  Q. When you say "filaments," you're saying not
19 fibers? Is there a difference --
20  A. I don't know. I'd have to look up the definition
21 of fiber to be able to tell you exactly what that says.
22 I'm calling it filaments.
23  Q. Okay.
24  A. That make up -- multiple filaments make up a
25 yarn. Multiple yarns are braided to make a final braid.

20 (Pages 74 to 77)