# EXHIBIT 13

# PRODUCT
# CATALOG
## 2003 / 2004

DEPUY MITEK
EXHIBIT 3
04cv12457
tw2 5·5·05



ARM 001495

# 13

## Orthopaedic
## Specialty
## Suture



**FiberWire™ and TigerWire™**



*Key Words:*  **Size #2 with the strength of #5, new composite material technology, abrasion resistant, designed for most orthopaedic reconstruction procedures**

FiberWire is a new generation of nonabsorbable suture with a solid, long chain polyethylene core and a woven polyester jacket. It is the ideal suture for most orthopaedic procedures such as rotator cuff repair, Achilles tendon repair, patellar and quadriceps tendon repair, ACL/PCL, hip, shoulder, hand and foot reconstruction procedures, total joint closure, and in conjunction with suture anchors.

#2 TigerWire, a white suture with black spiral markings, was created specifically for arthroscopic surgeons that require superior suture visibility, easier arthroscopic orientation and motion determination.

All sizes of FiberWire have greater strength than polyester suture with the same diameter, with smoother feel and tie ability. Cyclic loading of #2 FiberWire resulted in 1,000,000 cycles without failure compared to 160,000 cycles of standard #2 polyester to failure.

All FiberWire and TigerWire are sterile.

| | |
|---|---|
| #2 FiberWire, 38 inches w/Tapered Needle, 26.5 mm 1/2 circle, qty. 12 | AR-7200 |
| #2 FiberWire, 38 inches, 2 strands (1 blue, 1 white/black), qty. 12 | AR-7201 |
| #2 FiberWire, 38 inches w/Reverse Cutting Needle, 36.6 mm 1/2 circle, qty. 12 | AR-7202 |
| #2 TigerWire, 38 inches, white/black, qty. 12 (a) | AR-7203 |
| #5 FiberWire, 38 inches, qty. 12 | AR-7210 |
| #5 FiberWire, 38 inches w/Conventional Cutting Needle, 48 mm 1/2 circle, qty. 12 | AR-7211 |
| 2-0 FiberWire, 18 inches w/Tapered Needle, 17.9 mm 3/8 circle, qty. 12 | AR-7220 |
| 2-0 FiberWire, 38 inches, qty. 12 | AR-7221 |
| 3-0 FiberWire, 18 inches w/Diamond Point Needle, 26.2 mm 3/8 circle, qty. 12 | AR-7225 |
| 4-0 FiberWire, 18 inches w/ Diamond Point Needle, 18.7 mm 3/8 circle, qty. 12 | AR-7228 |

PATENTS PENDING

