IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **DePuy Mitek, Inc.**<br>     a Massachusetts Corporation<br><br>          **Plaintiff,**<br><br>          v.<br><br>**Arthrex, Inc.**<br>     a Delaware Corporation and<br><br>**Pearsalls Ltd.**<br>      a Private Limited Company<br>      of the United Kingdom<br><br>          **Defendants.** | Civil No. 04-12457 PBS |

## JOINT MOTION TO CONTINUE HEARING DATE

DePuy Mitek, Inc. ("DePuy Mitek"), Arthrex, Inc. ("Arthrex"), and Pearsalls Ltd. ("Pearsalls") (the "Parties"), hereby jointly move the Court to reschedule the Summary Judgment Hearing set by the Court in its May 18, 2007 Order. That Order set the Summary Judgment Hearing for June 11, 2007. Counsel for both Parties have prior commitments in other matters that will prevent them from participating in the currently scheduled June 11, 2007 Hearing. For the Court's consideration, the Parties are available on June 19, 25, 27, 28 or 29, 2007.

| Respectfully Submitted, | Respectfully Submitted, |
|---|---|
| Counsel for Plaintiff | Counsel for Defendants |
| By: /s/ Heather B. Repicky | By: /s/ Salvatore P. Tamburo |

DEPUY MITEK, INC.,                              ARTHREX, INC. and PEARSALLS LTD.,

Daniel J. Gleason (BBO #194900)                 Christopher Weld, Jr. (BBO # 522230)
Heather Repicky (BBO #663347)                   Raymond P. Ausrotas (BBO # 640315)
NUTTER MCCLENNEN & FISH LLP                     TODD & WELD LLP
World Trade Center West                         28 State Street, 31st Floor
155 Seaport Boulevard                           Boston, MA 02109
Boston, MA. 02210-2604                          (617) 720-2626
(617) 439-2000                                  Facsimile: (617) 227-5777
Facsimile: (617) 310-9000

Dianne B. Elderkin                              Charles W. Saber
Lynn A. Malinoski                               Stephen A. Soffen
Michael J. Bonella                              Salvatore P. Tamburo
Erich M. Falke                                  DICKSTEIN SHAPIRO LLP
WOODCOCK WASHBURN LLP                           1825 Eye Street NW
Cira Centre - 12th Floor                        Washington, D.C. 200006-5403
2929 Arch Street                                (202) 420-2200
Philadelphia, PA 19104                          Facsimile: (202) 420-2201
(215) 568-3100
Facsimile: (215)568-3439

Dated: May 25, 2007                             Dated: May 25, 2007

2

## CERTIFICATE OF SERVICE

I certify that the foregoing **JOINT MOTION TO CONTINUE HEARING DATE** was served electronically on counsel for Arthrex and Pearsalls on May 25, 2007 as identified below:

    Charles W. Saber, Esq.
    Dickstein Shapiro Morin & Oshinsky LLP
    1825 Eye Street, N.W.
    Washington, D.C. 20006
    Fax: (202) 420-2201
    saberc@dsmo.com

    Christopher Weld, Jr.
    Todd & Weld LLP
    28 State Street, 31st Floor
    Boston, MA 02109
    Fax: (617) 227-5777
    weldc@toddweld.com

Dated: May 25, 2007                                 /s/ Heather B. Repicky
                                                            Heather B. Repicky

1634311.1