UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Depuy Mitek, Inc.,
        Plaintiff,                      CIVIL ACTION
                                                  NO. 04-12457-PBS
      v.

Arthrex, Inc., et al,
        Defendants.

**PRETRIAL ORDER**

SARIS, D.J.                                                                             June 19, 2007

      The above action has been set down for a JURY TRIAL on 8/6/07, at 9:00 a.m.

      A FINAL PRETRIAL CONFERENCE has been scheduled for 7/31/07, at 4:00 p.m.

      By 6/29/07, the parties shall make all expert disclosures as required by Fed. R. Civ. P. 26(a)(2).

      By 6/29/07, the parties shall make pretrial disclosures as required by Fed. R. Civ. P. 26(a)(3).

      Objections to the pretrial disclosures shall be served and filed by 7/13/07.

      By 7/23/07, the parties shall file a joint pretrial memorandum in accordance with L.R. 16.5(d). Counsel are required to confer fifteen days before the final pretrial conference for the purpose of preparing the joint pretrial memorandum.

      By 7/13/07, the parties shall file/serve proposed jury instructions, proposed voir dire questions, motions in limine, witness/exhibit lists[1], and any designations[2] of deposition testimony.

---

[1] Exhibits shall be premarked with one set of exhibit numbers. There should be no duplicative exhibit numbers. For example, if plaintiff's exhibits are premarked ## 1 - 100, the defendant's exhibits should be premarked ## 101, 102, etc... The case number is also to appear on each exhibit sticker. Counsel shall file with the Court an original and two (2) copies of the exhibit and witness lists.

[2] It is helpful if designations and counter-designations are submitted on the same copy, with designations highlighted in one color and counter-designations highlighted in another.

By 7/24/07, the parties shall file/serve opposition to motions in limine, any objections to witnesses or exhibits, and counter-designations of deposition testimony.

Trial briefs shall be filed/served by 7/24/07.

**NOTE**: **IF THIS COURT RESCHEDULES THE TRIAL AND FINAL PRETRIAL CONFERENCE DATES, COUNSEL ARE TO CONFER AND ADJUST ALL OTHER DATES IN THIS ORDER COMMENSURATE WITH THE NEW TRIAL DATE.**

/s/ Patti B. Saris
Patti B. Saris
United States District Judge