THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

**DEPUY MITEK, INC.,**
      a Massachusetts Corporation,

      Plaintiff,

v.

**ARTHREX, INC.,**
      a Delaware Corporation and

**PEARSALLS LTD.**
      a Private Limited Company of
      the United Kingdom

      Defendants.

**Civil No. 04-12457 PBS**

### DEPUY MITEK'S CERTIFICATION OF GOOD FAITH CONFERENCE IN SUPPORT OF ITS EMERGENCY MOTION TO PREVENT DEFENDANTS FROM PRESENTING WITNESSES AT TRIAL WHO WERE NOT DISCLOSED AS TRIAL WITNESSES DURING FACT OR EXPERT DISCOVERY

DePuy Mitek, Inc.'s counsel certifies that it met and conferred by telephone in good faith with Arthrex's counsel on July 6, 2007 regarding Mitek's Emergency Motion to Prevent Defendants From Presenting Witnesses at Trial Who Were Not Disclosed As Trial Witnesses During Fact or Expert Discovery. Although the parties met and conferred regarding the this motion, they were not able to resolve it.

Dated: July 6, 2007

DEPUY MITEK, INC.,
By its attorneys,
/s/ Erich Falke_____
Dianne B. Elderkin
Lynn A. Malinoski
Michael J. Bonella
Erich M. Falke
WOODCOCK WASHBURN LLP
Cira Centre, 12th Floor

2929 Arch St.
Philadelphia, PA 19104
(215) 568-3100

Daniel J. Gleason (BBO #194900)
Heather Repicky (BBO #663347)
Nutter McClennen & Fish LLP
World Trade Center West
155 Seaport Boulevard
Boston, MA. 02210-2604