### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **DePuy Mitek, Inc.** | ) | |
|     **a Massachusetts Corporation** | ) | |
| | ) | |
|     **Plaintiff.** | ) | |
| | ) | |
|     **v.** | ) | **Civil No. 04-12457 PBS** |
| | ) | |
| **Arthrex, Inc.** | ) | |
|     **a Delaware Corporation, and** | ) | |
| | ) | |
| **Pearsalls Ltd.** | ) | |
|     **a Private Limited Company** | ) | |
|     **of the United Kingdom** | ) | |
| | ) | |
|     **Defendants.** | ) | |
| | ) | |

**Plaintiff DePuy Mitek's Motion *In Limine* (No. 3)**
**To Preclude Arthrex from Relying on U.S. Patents 4,074,713 and 4,074,366**

Plaintiff, DePuy Mitek ("Mitek") moves the Court to preclude Arthrex from presenting

argument and evidence of U.S. Patents 4,074,713 and 4,074,366.  Mitek respectfully requests an

order precluding Arthrex from using these patents at trial because: (1) they were not timely

produced, and Mitek has not had a chance to have its experts consider these patents; (2) no

Arthrex expert witness can testify to their content because they were not considered in any Rule

26 report; and (3) the patents are irrelevant to the proper question of infringement.

Dated: July 13, 2007

DEPUY MITEK, INC.,
By its attorneys,


 /s/ Michael J. Bonella _____
Dianne B. Elderkin
Lynn A. Malinoski
Michael J. Bonella
Erich M. Falke
WOODCOCK WASHBURN LLP
Cira Centre, 12th Floor
2929 Arch Street
Philadelphia, PA 19104
(215) 568-3100

Daniel J. Gleason (BBO #194900)
Heather Repicky (BBO #663347)
Nutter McClennen & Fish LLP
World Trade Center West
155 Seaport Boulevard
Boston, MA. 02210-2604
617-439-2000