**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **DePuy Mitek, Inc.** ) | |
|     **a Massachusetts Corporation** ) | |
| ) | |
|       **Plaintiff.** ) | |
| ) | |
|       **v.** ) | **Civil No. 04-12457 PBS** |
| ) | |
| **Arthrex, Inc.** ) | |
|     **a Delaware Corporation, and** ) | |
| ) | |
| **Pearsalls Ltd.** ) | |
|     **a Private Limited Company** ) | |
|     **of the United Kingdom** ) | |
| ) | |
|       **Defendants.** ) | |
| ) | |

**<u>Plaintiff DePuy Mitek's Motion *In Limine* (No. 2) to Preclude Arthrex from Presenting
Evidence that Mitek Performed Pre-Suit Testing on Coated vs. Uncoated FiberWire</u>**

Plaintiff, DePuy Mitek ("Mitek") moves the Court to preclude Defendants Arthrex, Inc.

and Pearsalls, Ltd. (collectively, "Arthrex") from presenting evidence of Mitek's privileged,

work product pre-suit testing on coated vs. uncoated FiberWire sutures.  Arthrex has already

mentioned that Mitek performed pre-suit testing and failed to produce the results, implying that

the results were favorable to Arthrex.  But Arthrex's counsel fails to mention that the samples

were processed in a way in which the coating was not the only difference between the sutures.

Arthrex's attempt to create an "adverse inference" is: (1) contrary to the policies behind the

attorney-client privilege and/or work product doctrine; (2) completely irrelevant to the sole

triable issue of infringement; and (3) unfairly prejudicial to Mitek.  Mitek requests that the Court

preclude Arthrex from submitting any evidence or making any argument that Mitek performed

pre-suit testing on coated and uncoated FiberWire per FED. R. EVID. 402 and 403.

Dated: July 13, 2007

DEPUY MITEK, INC.,
By its attorneys,


_/s/ Michael J. Bonella_____
Dianne B. Elderkin
Lynn A. Malinoski
Michael J. Bonella
Erich M. Falke
WOODCOCK WASHBURN LLP
One Liberty Place - 46th Floor
17th and Market Streets
Philadelphia, PA 19103
(215) 568-3100

Daniel J. Gleason (BBO #194900)
Michelle Chassereau Jackson (BBO #654825)
Nutter McClennen & Fish LLP
World Trade Center West
155 Seaport Boulevard
Boston, MA. 02210-2604
617-439-2000