IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **DePuy Mitek, Inc.**<br>   a Massachusetts Corporation<br><br>   **Plaintiff.**<br><br>   v.<br><br>**Arthrex, Inc.**<br>   a Delaware Corporation, and<br><br>**Pearsalls Ltd.**<br>   a Private Limited Company<br>   of the United Kingdom<br><br>   **Defendants.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) **Civil No. 04-12457 PBS** |

**Plaintiff DePuy Mitek's Certification of Good Faith Conference
In Support of Its Motions *In Limine* (Nos. 1 – 5)**

Plaintiff, DePuy Mitek, Inc.'s counsel certifies that it met and conferred by telephone in good faith with Arthrex's counsel on July 10, 2007 regarding the following Mitek motions:

1. DePuy Mitek's Motion *In Limine* (No. 1) To Exclude Evidence Regarding CETR Testing;

2. Plaintiff DePuy Mitek's Motion *In Limine* (No. 2) to Preclude Arthrex from Presenting Evidence that Mitek Performed Pre-Suit Testing on Coated vs. Uncoated FiberWire;

3. Plaintiff DePuy Mitek's Motion *In Limine* (No. 3) To Preclude Arthrex from Relying on U.S. Patents 4,074,713 and 4,074,366;

4. Plaintiff DePuy Mitek's Motion *In Limine* (No. 4) To Limit The Testimony Of Arthrex's Patent Law Expert, Mr. Witherspoon; and

5. Plaintiff DePuy Mitek's Motion *In Limine* (No. 5) To Preclude Arthrex And Pearsalls From Making Irrelevant and Prejudicial Remarks About Mitek

     Although the parties met and conferred regarding the five motions, they were not able to resolve any of them.

Dated: July 13, 2007                                  DEPUY MITEK, INC.,
                                                      By its attorneys,


                                                       /s/ Michael J. Bonella
                                                      Dianne B. Elderkin
                                                      Lynn A. Malinoski
                                                      Michael J. Bonella
                                                      Erich M. Falke
                                                      WOODCOCK WASHBURN LLP
                                                      2929 Arch Street, 12th Floor
                                                      Cira Centre
                                                      Philadelphia, PA 19104
                                                      (215) 568-3100

                                                      Daniel J. Gleason (BBO #194900)
                                                      Heather Repicky (BBO #663347)
                                                      Nutter McClennen & Fish LLP
                                                      World Trade Center West
                                                      155 Seaport Boulevard
                                                      Boston, MA. 02210-2604
                                                      617-439-2000

## CERTIFICATE OF SERVICE

I certify that I am counsel for DePuy Mitek, Inc. and that true and correct copies of:

**Plaintiff DePuy Mitek's Certification of Good Faith Conference
In Support of Its Motions *In Limine* (Nos. 1 – 5)**

were served on counsel for Defendants Arthrex, Inc. and Pearsalls Ltd. on this date via the Court's e-mail notification with the following recipients being listed as filing users for Defendants:

>Charles W. Saber
>Dickstein Shapiro LLP
>1825 Eye Street, NW
>Washington, DC 20006
>saberc@dicksteinshapiro.com

>Raymond P. Ausrotas
>Todd & Weld LLP
>28 State Street, 31st Floor
>Boston, MA 02109
>rausrotas@toddweld.com


Dated: July 13, 2007                          _/s/ Michael J. Bonella_____
                                                           Michael J. Bonella