# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DePuy Mitek, Inc.<br>  a Massachusetts Corporation<br><br>        Plaintiff,<br><br>        v.<br><br>Arthrex, Inc.<br>  a Delaware Corporation, *et al*.<br><br>        Defendants. | Civil Action No. 04-12457 PBS |

## DEFENDANTS' CERTIFICATION OF GOOD FAITH CONFERENCE IN SUPPORT OF ITS MOTIONS *IN LIMINE*

Pursuant to local rule 7.1, counsel for defendants certify that they conducted a good faith conference with counsel for DePuy Mitek regarding the subject matter of defendants' motions *in limine*. The issues of the motions could not be resolved.

Dated: July 13, 2007               Respectfully submitted,

By:   **/s/Charles W. Saber**
Charles W. Saber
Stephen A. Soffen
Salvatore P. Tamburo
DICKSTEIN SHAPIRO LLP
1825 Eye Street, N.W.
Washington, D.C. 20006-5403
Telephone: (202) 420-3116
Facsimile: (202) 420-2201

Christopher Weld, Jr. (BBO # 522230)
Raymond P. Ausrotas (BBO # 640315)
TODD & WELD LLP
28 State Street, 31st Floor
Boston, MA 02109
Telephone: (617) 720-2626
Facsimile: (617) 227-5777

Counsel for Defendants
Arthrex, Inc. and Pearsalls Ltd.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing DEFENDANTS' CERTIFICATION OF GOOD FAITH CONFERENCE IN SUPPORT OF ITS MOTIONS *IN LIMINE* was served, via the Court's email notification system on the following counsel for Plaintiff on the 13th day of July 2007:

Lynn A. Malinoski
Woodcock Washburn, LLP
Cira Centre, 12th Floor
2929 Arch Street
Philadelphia, PA  19104-2891
Telephone: (215) 568-3100
Facsimile: (215) 568-3439

Daniel J. Gleason
Nutter McClennan & Fish LLP
World Trade Center West
155 Seaport Boulevard
Boston, MA 02210-2604
Telephone:  (617) 439-2000
Facsimile:  (617) 310-9000

                                             /s/Charles W. Saber