IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| DePuy Mitek, Inc. ) | | |
|   a Massachusetts Corporation ) | | |
| ) | | |
|            Plaintiff, ) | | |
| ) | | |
|              v. ) | Civil Action No. 04-12457 PBS | |
| ) | | |
| Arthrex, Inc. ) | | |
|   a Delaware Corporation, *et al*. ) | | |
| ) | | |
|            Defendants. ) | | |
| ) | | |

### DEFENDANTS ARTHREX, INC.'S AND PEARSALLS, LTD.'S SECOND SUPPLEMENTAL MEMORANDUM RELATING TO PATENT OWNERSHIP

      Defendants Arthrex, Inc. and Pearsalls, Ltd. submit this paper to highlight some of the deficiencies of DePuy Mitek's assertion that it owns the '446 patent.

      DePuy Mitek's Supplemental Memorandum filed August 9 does not remedy the chain of title of the '446 patent for at least two reasons. First, Exhibit 1 to DePuy Mitek's Supplemental Memorandum purports to transfer *something*, there is no evidence the '446 patent was included in this transfer. Specifically, Exhibit 1 merely says "all assets and liabilities of its wound closure and related surgical device business (the "DIVISION") on the books or records of Old Ethicon." There is no mention of the '446 patent. This is no small matter. DePuy Mitek has alternately claimed in this case that the '446 patent is owned for investment purposes or that it is a patent related to the sports medicine market. Both arguments raise serious questions whether the '446 patent was on the books or records of the wound closure and related surgical device business. Accordingly, Exhibit 1 is insufficient to show the '446 patent was transferred to "New Ethicon."

Second, Exhibit 2 to DePuy Mitek's Supplemental Memorandum purports to show that "New Ethicon" changed its name to "Ethicon, Inc." However, a search of New Jersey corporate records shows that Ethicon, Inc., having an associated name New Ethicon, Inc., merged out of existence on December 22, 1997, prior to the purported assignment to DePuy Mitek dated August 9, 2004. Ex. 1. There simply is no record that the '446 patent was ever transferred to the Ethicon entity that allegedly assigned the '446 patent to DePuy Mitek. Accordingly, DePuy Mitek has not shown proper chain of title to the '446 patent.

For the foregoing reasons, the Court should find that DePuy Mitek is not the owner of the '446 Patent.

Dated: August 12, 2007

Respectfully submitted,

By: __/s/Charles W. Saber_____
Charles W. Saber
Stephen A. Soffen
Salvatore P. Tamburo
DICKSTEIN SHAPIRO LLP
1825 Eye Street, N.W.
Washington, D.C. 20006-5403
Telephone: (202) 420-3116
Facsimile: (202) 420-2201

Christopher Weld, Jr. (BBO # 522230)
Raymond P. Ausrotas (BBO # 640315)
TODD & WELD LLP
28 State Street, 31st Floor
Boston, MA 02109
Telephone: (617) 720-2626
Facsimile: (617) 227-5777

Counsel for Defendants
Arthrex, Inc. and Pearsalls Ltd.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing DEFENDANTS ARTHREX, INC.'S AND PEARSALLS, LTD.'S SECOND SUPPLEMENTAL MEMORANDUM RELATING TO PATENT OWNERSHIP was served, via the Court's email notification system on the following counsel for Plaintiff on the 12th day of August 2007:

Lynn A. Malinoski
Woodcock Washburn, LLP
Cira Centre, 12th Floor
2929 Arch Street
Philadelphia, PA  19104-2891
Telephone: (215) 568-3100
Facsimile: (215) 568-3439

Daniel J. Gleason
Nutter McClennan & Fish LLP
World Trade Center West
155 Seaport Boulevard
Boston, MA 02210-2604
Telephone:  (617) 439-2000
Facsimile:  (617) 310-9000


                                                    **/s/Charles W. Saber**

DSMDB-2302728v01

# Exhibit 1

Case 1:04-cv-12457-PBS    Document 162-2    Filed 08/12/2007    Page 1 of 8



# New Jersey State Business Gateway Ser\
Corporate and Business Information Reporting

» Home

Learn About...

» Gateway Watch Services

» Business List Services

Access Services...

» Gateway Watch & Name Search

» Business List Search

View Cart...

» Shopping Cart

» Your History

## Gateway Watch - Business Entity Search Results

### Name List

Following are the names that match your search request and a listing of filing (registration) numbers associated with the names. If you wish to receive an online status report, or place an order for a standing certificate, click the appropriate box(es) to the right of the name(s) you are interested in. If you wish to request a timed update, indicate the date on which the update is to be produced. If you wish to perform a new search, your selections will be added to your Shopping Cart and saved until you are finished searching and proceed with your purchase.

These results are current through **08/09/2007**.

You Searched For: **Ethicon**

Within Business Entity Search: Bu: Name

**Fee Schedule**

Status Reports:

Standing Certificate

Timed Updates:

* FLC and LLC Standir 75.00 each.

**Payment Inform:**

Pay Online via **Credit Account**. Please note charged for a Timed U been sent to you.

| | Business Entity Name | Filing Number | Type Code | Purchase Status Report | Purchase Standing Certificate | Purchase Timed Update (example date format: 01/23/2002) | Purchase Timed Updat (example dat format: 01/23/2002 |
|---|---|---|---|---|---|---|---|
| 1 | ETHICON ENDO-SURGERY, INC. | 0100368369 | FR | ☐ | ☐ | | |
| 2 | ETHICON ENDO-SURGERY, INC. | 0100884014 | FR | ☐ | ☐ | | |
| 3 | ETHICON, INC. | 3772640000 | DP | ☐ | ☐ | | |
| 4 | ETHICON, INC. | 0100349070 | DP | ☐ | ☐ | | |
| 5 | ETHICON, INC. | 0100648993 | DP | ☐ | ☐ | | |
| 6 | ETHICON RESEARCH FOUNDATION | 0900018342 | NP | ☐ | ☐ | | |

(View Type Code Descriptions)

Your search returned 6 matches.
6 records displayed on Page 1 of 1

If you have selected an item and would like to Perform a New Search, that item will b your Shopping Cart.

(Perform New Search)    (Proceed With Ord)

Privacy Policy



# New Jersey State Business Gateway Ser\
Corporate and Business Information Reporting

# Business Entity Status Report

**Printing Instructions:** Open your Browser's Page Setup menu and set your page margins to 0.25". Use Browser's Print option to print the report as seen on screen.

**Saving Instructions:** Save this file to your hard drive for later viewing by using the Browser's "Save As"

**All available information is displayed.**

---

**Status Report For: ETHICON, INC.**

| | |
|---|---|
| **Business Name:** ETHICON, INC. | **Report Date:** 08/09/ |
| **Business ID Number:** 3772640000 | **Transaction Number: Sequence:** 115775 |

**Business Type:** DOMESTIC PROFIT CORPORATION
**Status:** MERGED

| | |
|---|---|
| **Filing Date:** 08/11/1945 | **Home Jurisdiction:** NJ |
| **Status Change Date:** 03/09/1988 | **Stock Amount:** 99999999 |
| **DOR Suspension Start Date:** | **DOR Suspension End Date:** |
| **Tax Suspension Start Date:** | **Tax Suspension End Date:** |

**Annual Report Month:** 8
**Last Annual Report Filed:** 06/24/1987
**For Last Annual Report Paid Year:** 1987

**Incorporator:** X
**Agent:** J T WOODWARD III
**Agent Address:** ONE JOHNSON & JOHNSON PLAZA
NEW BRUNSWICK, NJ 08933 - 0000
**Office Address Status:** Deliverable
**Main Business Address:**

**Principal Business Address:**

---

**Associated Names**
**Name:**                                         **Type Description:**

Officers/Directors/Members: Not Available

( Exit )        ( Return to Main List )        ( Next > )

**If you would like to receive photocopies of documents filed by this business entity, mail your request to Trenton, NJ 08625. Indicate the Business Entity Number(s) involved and the type of document you wish t( of. Your choices are listed below:

**CHARTER DOCUMENTS**
Original Certificate Only (For example, Certificate of Incorporation);
Changes and Amendments to the Original Certificate Only; **OR**
All Charter Documents (Original Certificate and Changes/Amendments)
   And/or
**ANNUAL REPORTS**
Copy of Latest Annual Report; **OR**
Copy of Annual Report for a Specific Year(s) (List the Year Desired)

**The photocopy fee for all entities except limited liability companies is $1 per page. For limited liability companies, for the first page and $2 per page thereafter.**

The total fee amount for your order will vary depending on the number of pages associated with each filec you request. You may supply us with a check with a NOT TO EXCEED instruction to cover the costs. Make payable to the Treasurer, State of New Jersey. Alternately, you may pay by credit card (provide card#/ex| and cardholder information) or depository account. Please include a self-addressed envelope with your orc have any questions or would like information on alternative service options such as over-the-counter expe service, call 609-292-9292 (option 3 on the main menu and then option 8), weekdays, 8:30 a.m. to 4:30

Privacy Policy



# New Jersey State Business Gateway Ser[v]
### Corporate and Business Information Reporting

# Business Entity Status Report

**Printing Instructions:** Open your Browser's Page Setup menu and set your page margins to 0.25". Use Browser's Print option to print the report as seen on screen.

**Saving Instructions:** Save this file to your hard drive for later viewing by using the Browser's "Save As"

**All available information is displayed.**

Status Report For: ETHICON, INC.

| | |
|---|---|
| **Business Name:** ETHICON, INC. | **Report Date:** 08/09/ |
| **Business ID Number:** 0100648993 | **Transaction Number: Sequence:** 115775 |

**Business Type:** DOMESTIC PROFIT CORPORATION
**Status:** MERGED

| | |
|---|---|
| **Filing Date:** 12/22/1995 | **Home Jurisdiction:** NJ |
| **Status Change Date:** 12/22/1997 | **Stock Amount:** 100 |
| **DOR Suspension Start Date:** | **DOR Suspension End Date:** |
| **Tax Suspension Start Date:** | **Tax Suspension End Date:** |

**Annual Report Month:** 12
**Last Annual Report Filed:** 11/07/1996
**For Last Annual Report Paid Year:** 1996

**Incorporator:** KENNETH A BERLIN
**Agent:** JOHNSON & JOHNSON
**Agent Address:** ONE JOHNSON & JOHNSON PLAZA
NEW BRUNSWICK, NJ 08933 - 0000
**Office Address Status:** Deliverable
**Main Business Address:** US ROUTE 22
SOMERVILLE, NJ 08876
**Principal Business Address:**

**Associated Names**
**Name:** NEW ETHICON, INC.    **Type Description:** Previous Name

Officers/Directors/Members

1) Title:    CHIEF EXEC. OFFICER (CEO)
   Name:    F RYAN
   Address: US ROUTE 22
            SOMERVILLE, NJ 08876

( Exit )    ( Return to Main List )    ( < Previous )  ( Next )

**If you would like to receive photocopies of documents filed by this business entity, mail your request to Trenton, NJ 08625. Indicate the Business Entity Number(s) involved and the type of document you wish t( of. Your choices are listed below:

**CHARTER DOCUMENTS**
Original Certificate Only (For example, Certificate of Incorporation);
Changes and Amendments to the Original Certificate Only; **OR**
All Charter Documents (Original Certificate and Changes/Amendments)
   And/or
**ANNUAL REPORTS**
Copy of Latest Annual Report; **OR**
Copy of Annual Report for a Specific Year(s) (List the Year Desired)

The photocopy fee for all entities except limited liability companies is $1 per page. For limited liability companies, for the first page and $2 per page thereafter.

The total fee amount for your order will vary depending on the number of pages associated with each filec you request. You may supply us with a check with a NOT TO EXCEED instruction to cover the costs. Make payable to the Treasurer, State of New Jersey. Alternately, you may pay by credit card (provide card#/ex| and cardholder information) or depository account. Please include a self-addressed envelope with your orc have any questions or would like information on alternative service options such as over-the-counter expe service, call 609-292-9292 (option 3 on the main menu and then option 8), weekdays, 8:30 a.m. to 4:30

Privacy Policy



# New Jersey State Business Gateway Ser\
## Corporate and Business Information Reporting

# Business Entity Status Report

**Printing Instructions:** Open your Browser's Page Setup menu and set your page margins to 0.25". Use Browser's Print option to print the report as seen on screen.

**Saving Instructions:** Save this file to your hard drive for later viewing by using the Browser's "Save As"

**All available information is displayed.**

---

**Status Report For: ETHICON, INC.**

| | |
|---|---|
| **Business Name:** ETHICON, INC. | **Report Date:** 08/09/ |
| **Business ID Number:** 0100349070 | **Transaction Number: Sequence:** 115775 |

**Business Type:** DOMESTIC PROFIT CORPORATION
**Status:** ACTIVE

| | |
|---|---|
| **Filing Date:** 09/01/1987 | **Home Jurisdiction:** NJ |
| **Status Change Date:** | **Stock Amount:** 1000 |
| **DOR Suspension Start Date:** | **DOR Suspension End Date:** |
| **Tax Suspension Start Date:** | **Tax Suspension End Date:** |

**Annual Report Month:** 9
**Last Annual Report Filed:** 08/11/2006
**For Last Annual Report Paid Year:** 2006

**Incorporator:** LEWIS STEIN
**Agent:** JOHNSON & JOHNSON
**Agent Address:** ONE JOHNSON & JOHNSON PLAZA
NEW BRUNSWICK, NJ 08933 - 0000
**Office Address Status:** Deliverable
**Main Business Address:** PO BOX 151
SOMERVILLE, NJ 08876- 0151
**Principal Business Address:** US ROUTE 22 WEST PO BOX 151
SOMERVILLE, NJ 08876- 0151

**Associated Names**

| Name: JOHNSON & JOHNSON MEDICAL, INC. | Type Description: Previous Name |
|---|---|
| Name: JOHNSON & JOHNSON TRANSFER INC. | Type Description: Previous Name |

Name: **SURGIKOS, INC.**     Type Description: **Previous Name**

**Officers/Directors/Members**

1) Title:    SECRETARY
   Name:    S ROSENBERG
   Address:    ONE JOHNSON JOHNSON PLAZA
               NEW BRUNSWICK, NJ 08933

2) Title:    TREASURER
   Name:    K TOMPKINS
   Address:    PO BOX 151
               SOMERVILLE, NJ 08876

3) Title:    PRESIDENT
   Name:    D WILDMAN
   Address:    PO BOX 151
               SOMERVILLE, NJ 08876

[ Exit ]     [ Return to Main List ]     [ < Previous ]

\*\*If you would like to receive photocopies of documents filed by this business entity, mail your request to Trenton, NJ 08625. Indicate the Business Entity Number(s) involved and the type of document you wish t( of. Your choices are listed below:

**CHARTER DOCUMENTS**
Original Certificate Only (For example, Certificate of Incorporation);
Changes and Amendments to the Original Certificate Only; **OR**
All Charter Documents (Original Certificate and Changes/Amendments)
    And/or
**ANNUAL REPORTS**
Copy of Latest Annual Report; **OR**
Copy of Annual Report for a Specific Year(s) (List the Year Desired)

**The photocopy fee for all entities except limited liability companies is $1 per page. For limited liability companies, for the first page and $2 per page thereafter.**

The total fee amount for your order will vary depending on the number of pages associated with each filec you request. You may supply us with a check with a NOT TO EXCEED instruction to cover the costs. Make payable to the Treasurer, State of New Jersey. Alternately, you may pay by credit card (provide card#/ex( and cardholder information) or depository account. Please include a self-addressed envelope with your orc have any questions or would like information on alternative service options such as over-the-counter expe service, call 609-292-9292 (option 3 on the main menu and then option 8), weekdays, 8:30 a.m. to 4:30

Privacy Policy