AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

_____    DISTRICT OF    Massachusetts_____

DePuy Mitek, Inc.
V.
Arthrex, Inc., et al

EXHIBIT  LIST

Case Number: 04-CV-12457-PBS

PAGE 1

| PRESIDING JUDGE<br>Patti B. Saris | PLAINTIFF'S ATTORNEY<br>Dianne Elderkin | DEFENDANT'S ATTORNEY<br>Charles Saber |
|---|---|---|
| TRIAL DATE (S) 8/6, 8/7, 8/8, 8/10, 8/13, 8/14, 8/15 | COURT REPORTER<br>Lee Marzilli | COURTROOM DEPUTY<br>Robert C. Alba |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 130 | | 8/6/07 | | ✓ | HUNTER 446 PATENT |
| 523 | | 8/6/07 | | ✓ | ASSIGNMENT OF PATENT TO MITEK |
| 62 | | 8/6/07 | | ✓ | FIBERWIRE BROCHURE |
| | 1318 | 8/6/07 | | ✓ | MITEK'S RESPONSE TO INTERROGATORIES |
| | 1008 | 8/6/07 | | ✓ | ORTHOCORD DEVELOPMENT TO IMPLEMENTATION |
| | 1043 | 8/6/07 | | ✓ | MITEK SHOULDER MARKETING PLAN |
| 520 | | 8/7/07 | | ✓ | LAB NOTEBOOK OF DR. STECKEL |
| 562 | 566 | 8/7/07 | | ✓ | ASSIGNMENT – STERILIZED HETEROGENEOUS BRAIDS |
| 538 | | 8/7/07 | | ✓ | CV OF DR. DAVID BROOKSTEIN |
| 623 | | 8/7/07 | ✓ | | DEMONSTRATIVE EXHIBIT – FIBERWIRE CROSS SECTION |
| 625 | | 8/7/07 | ✓ | | DEMONSTRATIVE EXHIBIT – FIBERWIRE – OVERVIEW |
| 622 | | 8/7/07 | ✓ | | DEMONSTRATIVE EXHIBIT – COATING-HEATING-STRETCHING |
| 628 | | 8/7/07 | ✓ | | DEMONSTRATIVE EXHIBIT – FIBERWIRE IS STRETCHED |
| 618 | | 8/7/07 | ✓ | | Demonstrative exhibit – claim chart |
| 629 | | 8/7/07 | ✓ | | Demonstrative exhibit – Monofilament suture |
| 630 | | 8/7/07 | ✓ | | DEMONSTRATIVE – MULTIFILAMENT SUTURE PLIABILITY |
| 499 | | 8/7/07 | ✓ | | Demonstrative exhibit |
| 554 | | 8/7/07 | ✓ | | Demonstrative exhibit – photomicrograph |
| 342 | | 8/7/07 | | | |
| 613 | | 8/7/07 | ✓ | | Demonstrative |
| 627 | | 8/7/07 | ✓ | | DEMONSTRATIVE – FIBERWIRE – MECHANICAL BLEND |
| 631 | | 8/7/07 | ✓ | | DEMONSTRATIVE – TENSILE TEST – KNOT PULL STRENGTH TEST |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages

⬛AO 187A (Rev. 7/87)    **EXHIBIT** ▓▓▓▓▓ **LIST – CONTINUATION**    PAGE 2

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | DePuy Mitek, Inc. vs. Arthrex, Inc., et al — CASE NO. 04-CV-12457-PBS |
| 526 | | 8/8/07 | | ✓ | TEST RESULT DATA BLUE PE MED2174 |
| 499 | | 8/8/07 | | ✓ | CROSS SECTION OF DOUBLE COATED – photomicrograph |
| 500 | | 8/8/07 | | ✓ | Photomicrograph – coated, heated, stretched x1 |
| 554 | | 8/8/07 | | ✓ | Photomicrograph – coated, heated, stretched x2 |
| 553 | | 8/8/07 | | ✓ | CROSS SECTION OF DOUBLE COATED |
| 394 | | 8/8/07 | | ✓ | 11/16/98 Ltr from Grafton to Hallett |
| | 1100 | 8/8/07 | | ✓ | US PATENT – SUTURE COATED w/ POLYVINYL ESTER 383 |
| | 1101 | 8/8/07 | | ✓ | US PATENT 013 |
| | 1102 | 8/8/07 | | ✓ | US PATENT – DRY COATING OF SURGICAL FILAMENTS 929 |
| | 1103 | 8/8/07 | | ✓ | COMPLETE REPORT FOR PROTOCOL # ST-98053 |
| | 1104 | 8/8/07 | | ✓ | ORTHOCORD MARKETING DOCUMENT |
| | 1106 | 8/8/07 | | ✓ | FIBERWIRE BROCHURE |
| | 1146 | 8/8/07 | | ✓ | US PATENT – POLY PRODUCTS 713 |
| | 1147 | 8/8/07 | | ✓ | US PATENT – POLY PRODUCTS 366 |
| | 1353 | 8/10/07 | | ✓ | CV OF DR. STEPHEN BURKHART |
| 637 | | 8/10/07 | | ✓ | LICENSE & ROYALTY AGREEMENT – BURKHART & ARTHREX |
| | 1352 | 8/10/07 | | ✓ | FIBERWIRE BROCHURE |
| 636 | | 8/10/07 | | ✓ | MEMO FROM BILL BENAVITZ RE: FIBERWIRE |
| 20 | | 8/10/07 | | ✓ | FIBERWIRE BROCHURE |
| 34 | | 8/10/07 | | ✓ | NEWSLETTER – "SCOPE THIS OUT" |
| | 1026 | 8/10/07 | | ✓ | TEST REPORT – ASHLEY WILLOBEE |
| 27A | | 8/13/07 | | ✓ | FIBERWIRE / TIGERWIRE FLOWCHART |
| 501 | | 8/13/07 | | ✓ | PHOTOMICROGRAPH |
| 563 | | 8/13/07 | | ✓ | ASSIGNMENT |
| 638 | | 8/13/07 | | ✓ | NEW ETHICON, INC. TRANSFER OF ASSETS |
| 639 | | 8/13/07 | | ✓ | CERTIFICATE OF AMENDMENT – NEW ETHICON INC. |
| | 1133 | 8/13/07 | | ✓ | FIBERWIRE PATENT – 234 |

Page _____ of _____ Pages

AO 187A (Rev. 7/87)  EXHIBIT ~~~~~~ LIST – CONTINUATION  PAGE 3

| | | | | | |
|---|---|---|---|---|---|
| \multicolumn{3}{l}{DePuy Mitek, Inc.} vs. Arthrex, Inc., et al | | | CASE NO. 04-CV-12457-PBS | |
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| 307 | | 8/13/07 | | ✓ | DOCUMENT – COATING, NON COATING |
| 1200 | | 8/13/07 | | ✓ | @@ DOCUMENT – STRETCHING |
| | 1241 | 8/13/07 | | ✓ | CV OF NORM GITIS |
| | 1308 | 8/13/07 | ✓ | | COMPARATIVE SUTURE TESTING 3/23/06 |
| | 1307 | 8/13/07 | ✓ | | SUPPLEMENTAL TEST REPORT ON COMPARATIVE SUTURE TESTING 6/28/07 |
| | 1377 | 8/13/07 | | ✓ | PLIABILITY TEST RESULTS, COATED v UNCOATED |
| | 1371 | 8/13/07 | | ✓ | PLIABILITY TEST RESULTS – GRAPH |
| | 1372 | 8/13/07 | | ✓ | KNOT SLIPPAGE TEST RESULTS |
| | 1369 | 8/13/07 | | ✓ | KNOT RUNDOWN TEST RESULTS |
| | 1373 | 8/13/07 | | ✓ | FRICTION TEST RESULTS |
| | 1370 | 8/13/07 | | ✓ | DRAG TEST RESULTS |
| | 1374 | 8/13/07 | | ✓ | CHATTER TEST RESULTS |
| | 1378 | 8/13/07 | | ✓ | SUMMARY OF TEST RESULTS |
| | 1379 | 8/13/07 | | ✓ | STATISTICAL ANALYSIS – SUPPLEMENTAL – TEST RESULTS |
| | 1105 | 8/14/07 | | ✓ | WOUND CLOSURE MANUAL |
| | 134 | 8/14/07 | | ✓ | SUTURE – CHART |
| | 139 | 8/14/07 | | ✓ | EXPERT REPORT OF ROBERT BURKS M.D. |
| | 1112 | 8/14/07 | | ✓ | CV OF DEVI PRASAD MUKHERJEE |

Page _____ of _____ Pages