AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF _____ Massachusetts _____

DePuy Mitek, Inc.
V.
Arthrex, Inc., et al

▇▇▇ WITNESS LIST

Case Number: 04-CV-12457-PBS

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Patti B. Saris | Dianne Elderkin | Charles Saber |
| TRIAL DATE(S) 8/6, 8/7, 8/8, 8/10, 8/13, 8/14, 8/15 | COURT REPORTER Lee Marzilli | COURTROOM DEPUTY Robert C. Alba |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 8/6/07 | | | NEIL WEBER |
| 2 | | 8/7/07 | | | MARK STECKEL |
| 3 | | 8/7/07, 8/8/07 | 8/14/07 | | DAVID STUART BROOKSTEIN |
| 4 | | 8/8/07, 8/10/07 | | | VIDEO DEPOSITION OF ROBERT BURKS |
| | 1 | 8/10/07 | | | STEPHEN BURKHART |
| | 2 | 8/10/07 | | | WILLIAM BENNWITZ |
| | 3 | 8/10/07 | | | ASHLEY WILLOBEE |
| | 4 | 8/13/07 | | | LAWSON LYON |
| | 5 | 8/13/07 | | | NORM GITIS |
| | 6 | 8/14/07 | | | DEVI PRASAD MUKHERJEE |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages