*Winnie Williams*

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Received 8/15/07 at 5:05 PM

)
DePUY MITEK, INC.,            )
    Plaintiff,              )
                            )
  v.                          )   CIVIL ACTION NO. 04-12457-PBS
                            )
ARTHREX, INC. and             )
PEARSALLS LTD.                )
    Defendants.             )
                            )

**VERDICT**

SARIS, U.S.D.J.

Has the plaintiff, DePuy Mitek, proven that the defendants, Arthrex and Pearsalls, infringe the '446 Patent?

_____ Yes        __X__ No

I certify that the answer to the above question is unanimous.

*Winnie Williams*
Jury Foreperson

Date: *Wednesday, 15 August 2007*