UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


DEPUY MITEK, INC.,
         Plaintiff,

              V.

                                              CIVIL ACTION: 04-12457-PBS

ARTHREX, INC. and
PEARSALLS LIMITED,
         Defendants.


**JUDGMENT IN A CIVIL CASE**


SARIS, U.S.D.J.                                          August 16, 2007


    This action came before the Court for a trial by jury. The issues have been tried and the jury

has rendered its verdict. IT IS ORDERED AND ADJUDGED that final judgment is hereby entered

in favor of the Defendants, Arthrex, Inc.and Pearsalls Limited.



                                   By the Court,

                                   /s/ Robert C. Alba
                                   Deputy Clerk