**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **DePuy Mitek Inc.,**<br>    a Massachusetts Corporation<br><br>        **Plaintiff,**<br><br>    v.<br><br>**Arthrex Inc.,**<br>    a Delaware Corporation, and<br><br>**Pearsalls Limited,**<br>    a Private Limited Company of the<br>    United Kingdom,<br><br>        **Defendant.** | **CIVIL ACTION NO. 04-12457 PBS** |

**Plaintiff, DePuy Mitek, Inc.'s Unopposed Motion to Extend Time for Filing its Memorandum In Support of its Renewed Motion For Judgment As A Matter Of Law Under Fed. R. Civ. P. 50 And Motion For A New Trial**

On August 28, 2007, Plaintiff DePuy Mitek, Inc. ("Mitek") renewed its motion for judgment as a matter of law under Fed. R. Civ. P. 50 and moved for a new trial. Mitek moves to extend the time to file its memorandum in support of its motion until September 27, 2007. In accordance with Local Rule 7.1(a)(2), counsel for plaintiff certifies that it conferred with counsel for Defendants, Arthrex, Inc. and Pearsalls, Ltd. on August 24, 2006. Arthrex and Pearsalls do not oppose this motion.

2

| | |
|---|---|
| Dated: August 28, 2007 | /s/ Erich M. Falke_____<br>Daniel J. Gleason (BBO #194900)<br>Heather Repicky (BBO #663347)<br>NUTTER MCCLENNEN & FISH LLP<br>World Trade Center West<br>155 Seaport Boulevard<br>Boston, MA 02210-2604<br>(617) 439-2000<br>Facsimile: (617) 310-9000<br><br>Dianne B. Elderkin<br>Lynn A. Malinoski<br>Michael J. Bonella<br>Erich M. Falke<br>WOODCOCK WASHBURN LLP<br>Cira Centre - 12th Floor<br>2929 Arch Street<br>Philadelphia, PA 19104<br>(215) 568-3100<br>Facsimile: (215)568-3439<br><br>*Attorneys for Plaintiff*<br>*DePuy Mitek, Inc.* |

## CERTIFICATE OF SERVICE

I certify that I am counsel for DePuy Mitek, Inc. and that true and correct copies of:

**Plaintiff, DePuy Mitek, Inc.'s Unopposed Motion to Extend Time for Filing its Memorandum In Support of its Renewed Motion For Judgment As A Matter Of Law Under FED. R. CIV. P. 50 And Motion For A New Trial**

were served on counsel for Defendants Arthrex, Inc. and Pearsalls Ltd. on this date via the Court's e-mail notification with the following recipients being listed as filing users for Defendants:

>Charles W. Saber
>Dickstein Shapiro LLP
>1825 Eye Street, NW
>Washington, DC 20006
>saberc@dicksteinshapiro.com
>
>Raymond P. Ausrotas
>Todd & Weld LLP
>28 State Street, 31st Floor
>Boston, MA 02109
>rausrotas@toddweld.com

Dated: August 28, 2007                    _/s/ Erich M. Falke_____
                                          Erich M. Falke