## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **DePuy Mitek Inc.,**<br>    a Massachusetts Corporation<br><br>        **Plaintiff,**<br><br>        v.<br><br>**Arthrex Inc.,**<br>    a Delaware Corporation, and<br><br>**Pearsalls Limited,**<br>    a Private Limited Company of the<br>    United Kingdom,<br><br>        **Defendant.** | CIVIL ACTION NO. 04-12457 PBS |

**DePuy Mitek, Inc.'s Renewed Motion For Judgment As A Matter Of
<u>Law Under FED. R. CIV. P. 50 And Motion For A New Trial</u>**

During trial, Plaintiff DePuy Mitek, Inc. moved this Court for judgment as a matter of law under FED. R. CIV. P. 50 (a)(2) that Defendants Arthrex, Inc.'s and Pearsalls, Ltd.'s infringe claims 1, 2, 8, 9, and 12 of Mitek's U.S. Patent 5,314,446. The Court denied Mitek's motion. Mitek hereby renews its motion under FED. R. CIV. P. 50(b) for a judgment as a matter of law that Arthrex and Pearsalls infringe claims 1, 2, 8, 9, and 12 of the 446 Patent. In the alternative, Mitek moves the Court for a new trial under FED. R. CIV. P. 50(b) and 59, on the issue of whether Arthrex and Pearsalls infringe claims 1, 2, 8, 9, and 12 of the 446 Patent. Mitek has conferred with counsel for Defendants, and the parties have agreed to an extension of time for Mitek to file its brief in support of this motion. The parties have agreed to extend the date for filing Mitek's supporting brief to September 27, 2007, and Mitek has filed an unopposed motion requesting the extension.

|  |  |
|---|---|
| Dated: August 28, 2007 | /s/ Erich M. Falke |

                                            Daniel J. Gleason (BBO #194900)
                                            Heather Repicky (BBO #663347)
                                            NUTTER MCCLENNEN & FISH LLP
                                            World Trade Center West
                                            155 Seaport Boulevard
                                            Boston, MA 02210-2604
                                            (617) 439-2000
                                            Facsimile: (617) 310-9000

                                            Dianne B. Elderkin
                                            Lynn A. Malinoski
                                            Michael J. Bonella
                                            Erich M. Falke
                                            WOODCOCK WASHBURN LLP
                                            Cira Centre - 12th Floor
                                            2929 Arch Street
                                            Philadelphia, PA 19104
                                            (215) 568-3100
                                            Facsimile: (215)568-3439

                                            *Attorneys for Plaintiff*
                                            *DePuy Mitek, Inc.*

## CERTIFICATE OF SERVICE

I certify that I am counsel for DePuy Mitek, Inc. and that true and correct copies of:

**DePuy Mitek, Inc.'s Renewed Motion For Judgment As A Matter Of Law Under FED. R. CIV. P. 50 And Motion For A New Trial**

were served on counsel for Defendants Arthrex, Inc. and Pearsalls Ltd. on this date via the Court's e-mail notification with the following recipients being listed as filing users for Defendants:

> Charles W. Saber
> Dickstein Shapiro LLP
> 1825 Eye Street, NW
> Washington, DC 20006
> saberc@dicksteinshapiro.com
>
> Raymond P. Ausrotas
> Todd & Weld LLP
> 28 State Street, 31st Floor
> Boston, MA 02109
> rausrotas@toddweld.com

Dated:  August 28, 2007                      _/s/ Erich M. Falke_____
                                             Erich M. Falke