# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **DePuy Mitek Inc.,**<br>    a Massachusetts Corporation<br><br>        **Plaintiff,**<br><br>        v.<br><br>**Arthrex Inc.,**<br>    a Delaware Corporation, and<br><br>**Pearsalls Limited,**<br>    a Private Limited Company of the<br>    United Kingdom,<br><br>        **Defendant.** | )<br>)<br>)<br>)<br>)<br>)<br>)   **CIVIL ACTION NO. 04-12457 PBS**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DePuy Mitek, Inc.'s Renewed Motion For Judgment As A Matter Of
<u>Law Under FED. R. CIV. P. 50 And Motion For A New Trial</u>**

During trial, Plaintiff DePuy Mitek, Inc. moved this Court for judgment as a matter of law under FED. R. CIV. P. 50 (a)(2) that Defendants Arthrex, Inc.'s and Pearsalls, Ltd.'s infringe claims 1, 2, 8, 9, and 12 of Mitek's U.S. Patent 5,314,446. The Court denied Mitek's motion. Mitek hereby renews its motion under FED. R. CIV. P. 50(b) for a judgment as a matter of law that Arthrex and Pearsalls infringe claims 1, 2, 8, 9, and 12 of the 446 Patent. In the alternative, Mitek moves the Court for a new trial under FED. R. CIV. P. 50(b) and 59, on the issue of whether Arthrex and Pearsalls infringe claims 1, 2, 8, 9, and 12 of the 446 Patent. Mitek has conferred with counsel for Defendants, and the parties have agreed to an extension of time for Mitek to file its brief in support of this motion. The parties have agreed to extend the date for filing Mitek's supporting brief to September 27, 2007, and Mitek has filed an unopposed motion requesting the extension.

2

Dated: August 28, 2007                                /s/ Erich M. Falke

                                          Daniel J. Gleason (BBO #194900)
Heather Repicky (BBO #663347)
NUTTER MCCLENNEN & FISH LLP
World Trade Center West
155 Seaport Boulevard
Boston, MA 02210-2604
(617) 439-2000
Facsimile: (617) 310-9000

Dianne B. Elderkin
Lynn A. Malinoski
Michael J. Bonella
Erich M. Falke
WOODCOCK WASHBURN LLP
Cira Centre - 12th Floor
2929 Arch Street
Philadelphia, PA 19104
(215) 568-3100
Facsimile: (215)568-3439

*Attorneys for Plaintiff
DePuy Mitek, Inc.*

2

**CERTIFICATE OF SERVICE**

I certify that I am counsel for DePuy Mitek, Inc. and that true and correct copies of:

**DePuy Mitek, Inc.'s Renewed Motion For Judgment As A Matter Of Law Under FED. R. CIV. P. 50 And Motion For A New Trial**

were served on counsel for Defendants Arthrex, Inc. and Pearsalls Ltd. on this date via the Court's e-mail notification with the following recipients being listed as filing users for Defendants:

> Charles W. Saber
> Dickstein Shapiro LLP
> 1825 Eye Street, NW
> Washington, DC 20006
> saberc@dicksteinshapiro.com
>
> Raymond P. Ausrotas
> Todd & Weld LLP
> 28 State Street, 31st Floor
> Boston, MA 02109
> rausrotas@toddweld.com

Dated: August 28, 2007                              _/s/ Erich M. Falke_____
                                                    Erich M. Falke