IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DePuy Mitek, Inc.<br>  a Massachusetts Corporation<br><br>         Plaintiff,<br><br>      v.<br><br>Arthrex, Inc.<br>  a Delaware Corporation, *et al.*<br><br>         Defendants. | Civil Action No. 04-12457 PBS |

## DEFENDANTS' UNOPPOSED MOTION TO EXTEND TIME FOR FILING RESPONSE TO DEPUY MITEK, INC.'S MEMORANDUM IN SUPPORT OF ITS RENEWED MOTION FOR JUDGMENT AS A MATTER OF LAW ON THE ISSUE OF INFRINGEMENT, OR IN THE ALTERNATIVE, A NEW TRIAL

Defendants Arthrex, Inc. ("Arthrex") and Pearsalls, Ltd. ("Pearsalls") (together, "defendants") move to extend the time for filing a response to DePuy Mitek, Inc.'s ("DePuy Mitek's") memorandum in support of its renewed motion for judgment as a matter of law on the issue of infringement, or in the alternative, a new trial until October 18, 2007.

According to local rule 7.1(b)(2), a response to DePuy Mitek's memorandum is due on October 11, 2007.  In accordance with Local Rule 7.1(a)(2), counsel for defendants certify that they conferred with counsel for DePuy Mitek on October 4, 2007.  DePuy Mitek does not oppose this motion.

2

Dated: October 4, 2007

Respectfully submitted,

By:      /s/Salvatore P. Tamburo
Charles W. Saber
Stephen A. Soffen
Salvatore P. Tamburo
DICKSTEIN SHAPIRO LLP
1825 Eye Street, N.W.
Washington, D.C. 20006-5403
Telephone: (202) 420-5164
Facsimile: (202) 420-2201

Christopher Weld, Jr. (BBO # 522230)
Raymond P. Ausrotas (BBO # 640315)
TODD & WELD LLP
28 State Street, 31st Floor
Boston, MA 02109
Telephone: (617) 720-2626
Facsimile: (617) 227-5777

Counsel for Defendants
Arthrex, Inc. and Pearsalls Ltd.

DSMDB-2329940v01

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing DEFENDANTS' UNOPPOSED MOTION TO EXTEND TIME FOR FILING RESPONSE TO DEPUY MITEK, INC.'S MEMORANDUM IN SUPPORT OF ITS RENEWED MOTION FOR JUDGMENT AS A MATTER OF LAW ON THE ISSUE OF INFRINGEMENT, OR IN THE ALTERNATIVE, A NEW TRIAL and proposed Order were served, via the Court's email notification system on the following counsel for Plaintiff on the 4th day of October 2007:

Lynn A. Malinoski
Woodcock Washburn, LLP
Cira Centre – 12th Floor
2929 Arch Street
Philadelphia, PA. 19104
Telephone:  (215) 568-3100
Facsimile:  (215) 568-3439

Daniel J. Gleason
Nutter McClennan & Fish LLP
World Trade Center West
155 Seaport Boulevard
Boston, MA 02210-2604
Telephone:  (617) 439-2000
Facsimile:  (617) 310-9000

                /s/Salvatore P. Tamburo

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DePuy Mitek, Inc.<br>    a Massachusetts Corporation<br><br>        Plaintiff,<br><br>    v.<br><br>Arthrex, Inc.<br>    a Delaware Corporation, *et al.*<br><br>        Defendants. | Civil Action No. 04-12457 PBS |

## [PROPOSED] ORDER

Upon consideration of Defendants' unopposed motion to extend time for filing response to DePuy Mitek, Inc.'s memorandum in support of its renewed motion for judgment as a matter of law on the issue of infringement, or in the alternative, a new trial, it is ORDERED that the motion is GRANTED.

This __ day of October 2007.   _____

                                              PATTI B. SARIS
                                  UNITED STATES DISTRICT COURT JUDGE

2330119.01