IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **DePuy Mitek, Inc.**<br>    a Massachusetts Corporation<br><br>    **Plaintiff,**<br><br>    v.<br><br>**Arthrex, Inc.**<br>    a Delaware Corporation and<br><br>**Pearsalls Ltd.**<br>    a Private Limited Company<br>    of the United Kingdom<br><br>    **Defendants.** | Civil No. 04-12457 PBS<br><br>NOTICE OF APPEAL |

**Plaintiff DePuy Mitek, Inc.'s Notice of Appeal to the**
<u>**United States Court of Appeals for the Federal Circuit**</u>

Notice is given that Plaintiff DePuy Mitek appeals to the United States Court of Appeals for the Federal Circuit from the order, dated December 14, 2007 and entered on December 17, 2007, denying Plaintiff DePuy Mitek's Motion for Judgment as a Matter of Law and Motion for a New Trial.  DePuy Mitek further appeals from any and all other verdicts, orders, and rulings made appealable by the order denying Plaintiff DePuy Mitek's Motion for Judgment as a Matter of Law and Motion for a New Trial set forth above including, but not limited to, the Court's Claim Construction Order dated January 31, 2007 and entered on February 5, 2007 and the Jury's Verdict dated August 15, 2007 and entered on August 16, 2007.

2

Dated: January 10, 2008                                    DEPUY MITEK, INC.,
                                                           By its attorneys,


                                                            /s/ Erich M. Falke
                                                           Dianne B. Elderkin
                                                           Lynn A. Malinoski
                                                           Michael J. Bonella
                                                           Erich M. Falke
                                                           WOODCOCK WASHBURN LLP
                                                           2929 Arch Street, 12th Floor
                                                           Cira Centre
                                                           Philadelphia, PA 19104
                                                           (215) 568-3100


                                                           Daniel J. Gleason (BBO #194900)
                                                           Heather Repicky (BBO #663347)
                                                           Nutter McClennen & Fish LLP
                                                           World Trade Center West
                                                           155 Seaport Boulevard
                                                           Boston, MA. 02210-2604
                                                           617-439-2000

## CERTIFICATE OF SERVICE

I certify that I am counsel for DePuy Mitek, Inc. and that a true and correct copy of:

**Plaintiff DePuy Mitek, Inc.'s Notice of Appeal to the United States Court of Appeals for the Federal Circuit**

was served on counsel for Defendants Arthrex, Inc. and Pearsalls Ltd. on this date via the Court's e-mail notification with the following recipients being listed as filing users for Defendants:

>Charles W. Saber
>Dickstein Shapiro
>1825 Eye Street, NW
>Washington, DC 2006
>saberc@dicksteinshapiro.com

>Raymond P. Ausrotas
>Todd & Weld LLP
>28 State Street, 31st Floor
>Boston, MA 02109
>rausrotas@toddweld.com

Dated: January 10, 2008                    /s/ Erich M. Falke
                                           Erich M. Falke

3