AO 149
(6/88)

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT
## Appeal Information Sheet

✓    United States District Court for the _District of Massachusetts_
___    United States Court of International Trade
___    United States Claims Court

Type of case: _35:145 Patent Infringement_

v.

Plaintiff(s) _Depuy Mitek, Inc._     Defendant(s) _Arthrex, Inc._

(List all parties. Use asterisk to indicate dismissed or withdrawn parties. Use separate sheet if needed. Explain any discrepancy with caption used on judgment, order or opinion.)

Docket No. _04-CV-12457_     Date of Judgment or Order _Judgment 8/16/2007 Memo 11/3/07_

Cross or related appeal? _____     Date of Notice of Appeal _1/10/2008_

Appellant is: ✓ Plaintiff ___ Defendant ___ Other (explain) _____

FEES:    Court of Appeals Docket Fee Paid? ✓ Yes ___ No
           U.S. Appeal? ✓ Yes ___ No
           In forma pauperis? ___ Granted ___ Denied
           ___ Revoked ___ Pending ___ Never requested

## COUNSEL

(List name, firm, address and telephone of lead counsel for each party. Indicate party represented. Use separate sheet if necessary.

_Depuy Mitek, Inc._           _Arthrex, Inc._
_Dianne B. Elderkin_          _Charles W. Saber_
_Woodcock Washburn LLP_    _1825 Eye Street, NW_
_2929 Arch Street 12th Floor_    _Washington, DC 2006_
_Philadelphia, PA 19104 (215)568-3100_    _(202)420-3116_

COURT REPORTER (Name and telephone): _617-345-6787_
_Lee Marzilli_

✓ IMPORTANT: Attach copy of opinion or order appealed from. Forward together with copy of notice of appeal and certified docket entries.