Form 22

**FORM 22. Transcript Purchase Order**

## United States Court of Appeals for the Federal Circuit

DePuy Mitek, Inc.

) Appeal from ☒ U.S. Disrict Court for Massachusetts
❑ Court of International Trade
❑ Claims Court

—VERSUS—

) TRIAL COURT NO. 04-12457 PBS

Arthrex, Inc. and Pearsalls Ltd.

) CIRCUIT COURT NO. _____

TRANSCRIPT PURCHASE ORDER
(See Rules 10(b) and 11(b) of the Federal Rules of Appellate Procedure)

PART I - TO BE COMPLETED BY THE APPELLANT WITHIN 10 DAYS OF FILING OF NOTICE OF APPEAL.
When filing this form, distribute copies as follows: 3 copies to the court reporter; 1 copy to the Trial Court; 1 copy to the appellee; 1 copy retained by appellant.

A. Complete one of the following:
( ) A transcripts is not needed for the appeal
( ) A transcript is already on file
(✓) Request is hereby made to the reporter for a transcript of the following proceedings (give particulars): Hearings dated 9/26/06 and 6/19/07; Trial dates 8/6/07-8/8/07, 8/10/07, and 8/13/07-8/15/07; Voir dire and closings included
Note: voir dire and closing arguments are not prepared unless specifically requested.

Note: Unless the entire transcript is ordered, appellant must attach a statement of the issues to Copies 4 and 5.

B. I certify that financial arrangements have been made with the reporter. Payment is by:
(X) Private Funds
( ) Government expense (civil case). A motion for transcript has been submitted to the trial judge.

SIGNED _____ DATE 1/22/08 COUNSEL FOR Appellant, DePuy Mitek, Inc.
ADDRESS Woodcock Washburn LLP, Cira Centre, 12th Floor, 2929 Arch Street, Philadelphia, PA 19104
TELEPHONE 215-564-6529

PART II - TO BE COMPLETED BY THE COURT REPORTER
2 copies retained by the reporter; 1 copy to be transmitted to the Court of Appeals on same date transcript order is received.
Date Purchase Order received: _____
Estimated completion date: _____
Estimated number of pages: _____
I certify that satisfactory financial arrangements have/have not (strike one) been completed with appellant for payment of the cost of the transcript.

Signature and Date
Telephone _____

PART III - NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE TRIAL COURT.
(To be completed by court reporter on date of filing transcript in Trial Court and this notification must be forwarded to Court of Appeals on the same date.)
This is to certify that the transcript has been completed. _____ volumes of transcript have been filed with the Trial Court today.

Date                                                                Signature

Reset Fields

133

## CERTIFICATE OF SERVICE

I certify that I am counsel for DePuy Mitek, Inc. and that true and correct copies of:

**Transcript Purchase Order**

were served on counsel for Defendants Arthrex, Inc. and Pearsalls Ltd. on this date via the Court's e-mail notification with the following recipients being listed as filing users for Defendants:

>Charles W. Saber
>Dickstein Shapiro LLP
>1825 Eye Street, NW
>Washington, DC 20006
>saberc@dicksteinshapiro.com

>Raymond P. Ausrotas
>Todd & Weld LLP
>28 State Street, 31st Floor
>Boston, MA 02109
>rausrotas@toddweld.com

The following court reporters are being mailed three (3) copies via federal express:

>Valerie O'Hara
>Official Court Reporter
>U.S. District Court
>One Courthouse Way
>Room 3204
>Boston, MA 02210

>Lee A. Marzilli
>Official Court Reporter
>U.S. District Court
>One Courthouse Way
>Room 3205
>Boston, MA 02210

Dated: January 22, 2008      /s/ Erich M. Falke
                             Erich M. Falke